AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Northwest Biotherapeutics, Inc. | ) |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-10185 |
| CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Northwest Biotherapeutics, Inc.

Date: 12/01/2022

Michael B. Eisenkraft
*Attorney's signature*

Michael B. Eisenkraft, ME-6974
*Printed name and bar number*

Cohen Milstein Sellers & Toll PLLC
88 Pine St, 14th Floor
New York, New York 10005
*Address*

meisenkraft@cohenmilstein.com
*E-mail address*

(212) 838-7797
*Telephone number*

(212) 838-7745
*FAX number*