UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br> Plaintiff, <br><br> - against- <br><br> CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC. <br><br> Defendants. | Civil Action: 22-cv-10185 <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Federal Rules of Civil Procedure 7.1, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff Northwest Biotherapeutics, Inc. ("Plaintiff") certifies that Plaintiff is a publicly held company. Plaintiff does not have any corporate parents, subsidiaries, or affiliates which are publicly held, nor does any publicly held corporation own ten percent or more of the stock of the Plaintiff.

Dated: December 6, 2022
      New York, New York

                                        Respectfully submitted,

                                        By: *Laura H. Posner*
                                           Laura H. Posner
                                           Michael B. Eisenkraft
                                           Jessica (Ji Eun) Kim
                                           COHEN MILSTEIN SELLERS & TOLL PLLC

88 Pine Street, 14th Floor
New York, New York 10005
Tel: (212) 838-7797
Fax: (212) 838-7745

*Counsel for Plaintiff*