UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

NORTHWEST BIOTHERAPEUTICS, INC.,

                              Plaintiff,

                              -v -

CANACORD GENUITY LLC, *et al.*,

                              Defendants.

------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2022

1:22-cv-10185-GHW

ORDER REFERRING CASE
TO MAGISTRATE JUDGE

The above entitled action is referred to a United States magistrate judge for the following purpose:

**_X_ General pretrial** (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific non-dispositive motion/dispute:

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement

___ Inquest after default/damages hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas corpus

___ Social Security

_X_ Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

    Particular motion:
    _____
    _____

All such motions:
__X_____

SO ORDERED.

Dated: December 6, 2022
      New York, New York

                                                _____
                                                GREGORY H. WOODS
                                                United States District Judge