UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC,<br><br>Defendants. | No. 1:22-cv-10185-GHW-GWG<br><br><br>**CANACCORD GENUITY LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Canaccord Genuity LLC ("Canaccord") states that Canaccord is a wholly owned subsidiary of Canaccord Adams (Delaware) Inc., which in turn, is wholly owned by Collins Stewart Inc., which in turn, is wholly owned by Canaccord Adams Financial Group Inc., which in turn, is wholly owned by Canaccord Genuity Group Inc., a British Columbia corporation publicly traded on the Toronto Stock Exchange. No other publicly traded corporation, to its knowledge, owns 10% or more of Canaccord Genuity Group Inc.'s stock.

Dated: New York, New York
December 9, 2022

MORRISON & FOERSTER LLP

By: /s/ Anthony S. Fiotto
Anthony S. Fiotto
200 Clarendon Street
Boston, MA 02116
Telephone: 617-648-4700
Facsimile: 617-830-0142
Email: AFiotto@mofo.com

*Attorney for Canaccord Genuity LLC*