UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC,<br><br>Defendants. | No. 1:22-cv-10185-GHW-GWG |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

      PLEASE TAKE NOTICE that Anthony S. Fiotto from the law firm of Morrison & Foerster LLP is admitted to practice before this Court and hereby appears as counsel of record in this matter for Defendant Canaccord Genuity LLC.

Dated:  New York, New York
          December 9, 2022

MORRISON & FOERSTER LLP

By: /s/ Anthony S. Fiotto
     Anthony S. Fiotto
     200 Clarendon Street
     Boston, MA 02116
     Telephone: 617-648-4700
     Facsimile: 617-830-0142
     Email: AFiotto@mofo.com

*Attorney for Canaccord Genuity LLC*