UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.,<br><br>                      Plaintiff,<br><br>- against -<br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC,<br><br>                      Defendants. | No. 1:22-cv-10185-GHW-GWG |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

      PLEASE TAKE NOTICE that Eric D. Lawson from the law firm of Morrison & Foerster LLP is admitted to practice before this Court and hereby appears as counsel of record in this matter for Defendant Canaccord Genuity LLC.

| | |
|---|---|
| Dated:  New York, New York<br>           December 9, 2022 | MORRISON & FOERSTER LLP<br><br>By: /s/ Eric D. Lawson<br>     Eric D. Lawson<br>     250 West 55th Street<br>     New York, NY 10019<br>     Telephone: 212-336-4067<br>     Facsimile: 212-468-7900<br>     Email: ELawson@mofo.com<br><br>*Attorney for Canaccord Genuity LLC* |