UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br> Plaintiff, <br><br> - against - <br><br> CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC, <br><br> Defendants. | No. 1:22-cv-10185-GHW-GWG |

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

      PLEASE TAKE NOTICE that Julia C. Koch from the law firm of Morrison & Foerster LLP is admitted to practice before this Court and hereby appears as counsel of record in this matter for Defendant Canaccord Genuity LLC.

Dated: New York, New York
           December 9, 2022

MORRISON & FOERSTER LLP

By: /s/ Julia C. Koch
    Julia C. Koch*
    200 Clarendon Street
    Boston, MA 02116
    Telephone: 617-648-4700
    Facsimile: 617-830-0142
    Email: JKoch@mofo.com
    * Massachusetts admission pending;
      admitted only in New York

*Attorney for Canaccord Genuity LLC*