UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

---

Northwest Biotherapeutics, Inc.

                Plaintiff

                  vs.

Canaccord Genuity LLC, et al.

                Defendant

Civil Number: 22-cv-10185

## AFFIDAVIT OF SERVICE

I, Michael Marra, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 12/05/2022 at 1:21 PM, I served Virtu Americas LLC at 1633 Broadway, 41st Floor, New York, New York 10019 with the Summons and Complaint by serving Thomas Merritt, Deputy General Counsel, authorized to accept service.

Thomas Merritt is described herein as:

Gender: Male    Race/Skin: White    Age: 62    Weight: 170    Height: 6'0"    Hair: Gray    Glasses: No

I declare under penalty of perjury that this information is true and correct.

DECEMBER 7, 2022
Executed On

Michael Marra

Client Ref Number: 78390-001
Job #: 1611417

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Northwest Biotherapeutics, Inc.<br><br>*Plaintiff(s)*<br>v.<br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC.<br><br>*Defendant(s)* | Civil Action No. 22-cv-10185 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Virtu Americas LLC
1633 Broadway
41st Floor
New York, NY 10019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Laura H. Posner
Cohen Milstein Sellers & Toll PLLC
88 Pine St, 14th Floor
New York, New York 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   12/02/2022                                                                         /S/ V. BRAHIMI
                                                                                    *Signature of Clerk or Deputy Clerk*

