UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br> Plaintiff, <br><br> - against - <br><br> CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC, <br><br> Defendants. | No. 1:22-cv-10185-GHW-GWG <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Richard A. Edlin from the law firm of Greenberg Traurig, LLP, with offices located at One Vanderbilt Avenue, New York, New York 10017, hereby appears on behalf of Defendant Instinet, LLC in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: December 9, 2022

By: /s/ Richard A. Edlin
Richard A. Edlin
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, New York 10017
Tel: (212) 801-9200
Fax: (212) 801-6400
Email: edlinr@gtlaw.com

*Attorney for Instinet, LLC*