**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NORTHWEST BIOTHERAPEUTICS, INC.,

      Plaintiff,

    v.

CANACCORD GENUITY LLC, CITADEL
SECURITIES LLC, G1 EXECUTION SERVICES
LLC, GTS SECURITIES LLC, INSTINET LLC,
LIME TRADING CORP., SUSQUEHANNA
INTERNATIONAL GROUP LLP, and VIRTU
AMERICAS LLC,

      Defendants.

Case No. 1:22-cv-10185

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Peter G. Wilson of Katten Muchin Rosenman LLP, who is admitted to practice in this court, hereby appears on behalf of defendant GTS Securities LLC in the above-captioned action.

Dated: December 12, 2022

Respectfully submitted,

/s/ Peter G. Wilson
Peter G. Wilson
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Phone: 312.902.5649
Email: peter.wilson@katten.com

*Attorney for Defendant GTS Securities LLC*