UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC,<br><br>    Defendants. | Case No. 1:22-cv-10185 |

**RULE 7.1 STATEMENT OF DEFENDANT GTS SECURITIES LLC**

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant GTS Securities LLC, through its counsel, states that GTS Securities LLC is a subsidiary of GTS Financial LLC. No publicly held corporation owns 10% or more of GTS Securities LLC's or GTS Financial LLC's stock.

Dated: December 12, 2022

Respectfully submitted,

/s/ Peter G. Wilson
Peter G. Wilson
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Phone: (312) 902-5649
Email: Peter.wilson@katten.com

*Attorney for Defendant GTS Securities LLC*