UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

NORTHWEST BIOTHERAPEUTICS, INC.,

                *Plaintiff*,

v.

CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC,

                *Defendants*.

Case No. 22-cv-10185

NOTICE OF APPEARANCE

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendant Virtu Americas LLC in the above-captioned matter.

Dated:  December 16, 2022
          New York, NY

Respectfully Submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:  /s/ Andrew G. Gordon
Andrew G. Gordon

1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
Fax: (212) 757-3990
agordon@paulweiss.com

*Counsel for Defendant Virtu Americas LLC*