UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.,<br><br>                       Plaintiff,<br><br>v.<br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC,<br>                       Defendants. | Case No. 22-cv-10185<br><br>**CORPORATE DISCLOSURE STATEMENT** |

      Plaintiffs identify, pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the following information.

      Plaintiff Virtu Americas LLC is a single member limited liability company. Virtu Americas LLC is an indirect subsidiary of Virtu Financial, Inc.

      Virtu Financial, Inc. is a publicly-traded corporation whose common stock trades on the NASDAQ under the ticker symbol VIRT. No publicly-held company owns more than 10% of Virtu Financial Inc.'s stock.

Dated:   December 16, 2022                              Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: <u>*/s/ Andrew G. Gordon*</u>
Andrew G. Gordon
Audra J. Soloway
Jessica S. Carey
Daniel S. Sinnreich
1285 Avenue of the Americas
New York, NY  10019-6064
Phone:  (212) 373-3000
Fax:  (212) 757-3990
agordon@paulweiss.com

*Attorneys for Defendant Virtu Americas LLC.*