## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC, <br><br> Defendants. | Case No. 1:22-cv-10185 (GHW) (GWG) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William A. Burck of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 1300 I Street NW, Washington, D.C. 20005, hereby appears on behalf of Defendant Citadel Securities LLC in the above-captioned matter.

I hereby certify that I am admitted to practice in the Southern District of New York.

Dated:  December 20, 2022

                                                                                   By:  */s/ William A. Burck*
                                                                                       William A. Burck
                                                                                       Quinn Emanuel Urquhart & Sullivan, LLP
                                                                                       1300 I Street NW, Suite 900
                                                                                       Washington, D.C. 20005
                                                                                       Telephone: (202) 538-8000
                                                                                       Facsimile: (202) 538-8100
                                                                                       williamburck@quinnemanuel.com

                                                                                       *Attorney for Defendant Citadel Securities LLC*