UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC, <br><br> Defendants. | Case No. 1:22-cv-10185 (GHW) (GWG) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christopher D. Kercher of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, New York 10010, hereby appears on behalf of Defendant Citadel Securities LLC in the above-captioned matter.

I hereby certify that I am admitted to practice in the Southern District of New York.


Dated: December 20, 2022

By: */s/ Christopher D. Kercher*
Christopher D. Kercher
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849–7000
Facsimile: (212) 849–7100
christopherkercher@quinnemanuel.com

*Attorney for Defendant Citadel Securities LLC*