UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Northwest Biotherapeutics, Inc.**

                                  Plaintiff

Civil Number: 22-cv-10185

                                      vs.

**Canaccord Genuity LLC, et al.**

                                  Defendant

## AFFIDAVIT OF SERVICE

I, Steven A. Stosur, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 12/06/2022 at 1:32 PM, I served G1 Execution Services LLC at 175 West Jackson Boulevard, Suite 1700, Chicago, Illinois 60604 with the Summons and Complaint by serving Carolyn Marshall, Office Manager, authorized to accept service.

Carolyn Marshall is described herein as:

Gender: Female   Race/Skin: Black   Age: 50   Weight: 180   Height: 5'7"   Hair: Black   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

12-14-22
Executed On

Steven A. Stosur

Client Ref Number: 78390-001
Job #: 1611422

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Northwest Biotherapeutics, Inc. <br><br> *Plaintiff(s)* <br> v. <br> CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC. <br><br> *Defendant(s)* | Civil Action No. 22-cv-10185 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* G1 Execution Services LLC
175 W. Jackson Blvd.
Suite 1700
Chicago, IL 60604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Laura H. Posner
Cohen Milstein Sellers & Toll PLLC
88 Pine St, 14th Floor
New York, New York 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/02/2022 /S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*