## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Northwest Biotherapeutics, Inc.

                  **Plaintiff**

Civil Number: 22-cv-10185

                      vs.

Canaccord Genuity LLC, et al.

                  **Defendant**

### AFFIDAVIT OF SERVICE

I, Christian Vazquez, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 12/06/2022 at 9:07 AM, I served Citadel Securities LLC at 200 South Biscayne Boulevard, Miami, Florida 33131 with the Summons and Complaint by serving Lisa W., Managing Agent, authorized to accept service.

Lisa W. is described herein as:

Gender: Female   Race/Skin: White   Age: 40   Weight: 140   Height: 5'7"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

Executed On 12/15/2022



Christian Vazquez

Client Ref Number: 78390-001
Job #: 1611420

Notary Public State of Florida
Gabriela Padron
My Commission GG 929484
Expires 11/06/2023

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Northwest Biotherapeutics, Inc. <br><br> *Plaintiff(s)* <br> v. <br> CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC. <br> *Defendant(s)* | Civil Action No. 22-cv-10185 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Citadel Securities LLC
200 South Biscayne Boulevard
Miami, Florida 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Laura H. Posner
Cohen Milstein Sellers & Toll PLLC
88 Pine St, 14th Floor
New York, New York 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/02/2022

/S/ V. BRAHIMI
*Signature of Clerk or Deputy Clerk*