UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.,<br><br>                  Plaintiff,<br><br>  v.<br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC,<br>G1 EXECUTION SERVICES LLC,<br>GTS SECURITIES LLC,<br>INSTINET LLC,<br>LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and<br>VIRTU AMERICAS LLC<br><br>                  Defendants. | Case No. 1:22-cv-10185-GHW |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jon W. Zinke of Keesal, Young & Logan, who is admitted to practice in this court, hereby appears on behalf of Defendant LIME TRADING CORP. in the above-captioned action.

| | |
|---|---|
| DATED:  December 20, 2022 | /s/ Jon W. Zinke<br>JON W. ZINKE, NYSB #1715036<br>STEPHEN YOUNG, CASB #58711 *Pro Hac Vice* Pending<br>KEESAL, YOUNG & LOGAN<br>A Professional Corporation<br>400 Oceangate, Suite 1400<br>Long Beach, California  90802<br>Telephone:  (562) 436-2000<br>E-mail:  jon.zinke@kyl.com; steve.young@kyl.com<br><br>*Attorneys For Defendant LIME TRADING CORP.* |

KYL4868-1731-6932.1