UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, <br> G1 EXECUTION SERVICES LLC, <br> GTS SECURITIES LLC, <br> INSTINET LLC, <br> LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and <br> VIRTU AMERICAS LLC <br><br> Defendants. | Case No. 1:22-cv-10185-GHW |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT LIME TRADING CORP.**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant LIME TRADING CORP., through its counsel, states that Lime Trading Corp., a Delaware corporation, is wholly owned by FH Global, Inc., a Delaware Corporation.  FH Global, Inc. is wholly owned by Mr. Victor Remsha.

| | |
|---|---|
| DATED:  December 20, 2022 | /s/ Jon W. Zinke <br> JON W. ZINKE, NYSB #1715036 <br> STEPHEN YOUNG, CASB #58711 *Pro Hac Vice* Pending <br> KEESAL, YOUNG & LOGAN <br> A Professional Corporation <br> 400 Oceangate, Suite 1400 <br> Long Beach, California  90802 <br> Telephone:  (562) 436-2000 <br> E-mail:  jon.zinke@kyl.com; steve.young@kyl.com <br><br> *Attorneys For Defendant LIME TRADING CORP.* |