UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC.<br><br>Defendants. | Case No. 1:22-cv-10185-GHW |

**VERIFIED STATEMENT OF STEPHEN YOUNG IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Stephen Young, state as follows:

1. I am an attorney at the law firm of Keesal, Young & Logan.

2. I submit this Verified Statement in support of my motion for admission to practice *Pro Hac Vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing attached to this Verified Statement as Exhibit A, I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

1

7. Wherefore the undersigned respectfully requests that he be permitted to appear as counsel and advocate *Pro Hac Vice* in this one case for Defendant LIME TRADING CORP.

I verify under penalty of perjury that the foregoing is true and correct.

Dated this 28th day of December, 2022 at Palos Verdes Estates, California.

/s/ Stephen Young
STEPHEN YOUNG, CASB #58711 *Pro Hac Vice* Pending
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, Suite 1400
Long Beach, California  90802
Telephone:  (562) 436-2000
E-mail:  steve.young@kyl.com

*Attorneys For Defendant LIME TRADING CORP.*

# Exhibit A



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### J STEPHEN YOUNG

I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that J STEPHEN YOUNG, State Bar no. 58711, was on the 20TH day of December, 1973, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 15TH day of December, 2022.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
Simone Voltz, Supervising Deputy Clerk