# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 22-cv-10185 |
| v. |  |  |
| CANACCORD GENUITY LLC et al. |  |  |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Christian T. Kemnitz for admission to practice Pro Hac Vice to in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of Illinois, there are no pending disciplinary proceedings against me in any state or federal court, and that his contact information is as follows:

> Christian T. Kemnitz
> Katten Muchin Rosenman LLP
> 525 W. Monroe Street
> Chicago, IL 60661-3693
> (312) 902-5379
> christian.kemnitz@katten.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for GTS Securities, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 01/10/2023

_____
United States Magistrate Judge