**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC. | ) ) ) ) | |
| v. | ) ) ) | Case No. 22-cv-10185 |
| CANACCORD GENUITY LLC et al. | ) ) ) ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Leigh A. Brissenden hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for GTS Securities, LLC in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Respectfully submitted,

Dated: 01/10/2023

*/s/ Leigh A. Brissenden*

Leigh A. Brissenden
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693
(312) 902-5308
leigh.brissenden@katten.com