UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC <br><br> Defendants. | Case No. 1:22-cv-10185-GHW |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Elizabeth H. Lindh, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the Defendant LIME TRADING CORP. in the above-captioned action.

I am in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

DATED:  January 10, 2023          /s/ Elizabeth H. Lindh
                                  JON W. ZINKE, NYSB #1715036
                                  ELIZABETH H. LINDH, CASB 162660 *Pro Hac Vice* Pending
                                  KEESAL, YOUNG & LOGAN
                                  A Professional Corporation
                                  400 Oceangate, Suite 1400
                                  Long Beach, California  90802
                                  Telephone:  (562) 436-2000
                                  E-mail:  jon.zinke@kyl.com; elizabeth.lindh@kyl.com

                                  *Attorneys For Defendant LIME TRADING CORP.*

1

KYL4891-0095-1875.1