UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC.<br><br>    Defendants. | Case No. 1:22-cv-10185-GHW |

## AFFIDAVIT OF ELIZABETH H. LINDH IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Elizabeth H. Lindh, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at the law firm of Keesal, Young & Logan.

2. I submit this Affidavit in support of my motion for admission to practice *Pro Hac Vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing attached to this Affidavit as Exhibit A, I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

1

7.       Wherefore your affiant respectfully requests that she be permitted to appear as counsel and advocate *Pro Hac Vice* in this one case for Defendant LIME TRADING CORP.

I verify under penalty of perjury that the foregoing is true and correct.

Dated this 4th day of January, 2023 at Long Beach, California.

*[signature]*

ELIZABETH H. LINDH, CASB #162660 *Pro Hac Vice* Pending
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, Suite 1400
Long Beach, California  90802
Telephone:  (562) 436-2000'
E-mail: elizabeth.lindh@kyl.com

*Attorneys For Defendant LIME TRADING CORP.*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA            )
                                              ) ss.
COUNTY OF LOS ANGELES     )

Subscribed and sworn to (or affirmed) before me on this 4th day of January, 2023 by Elizabeth H. Lindh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____    (Seal of Notary)

CASEY L. THOMAS
COMMISSION # 2317695
Notary Public - California
COUNTY Of ORANGE
Comm. Exp. JANUARY 5, 2024

3

KYL4862-7038-6243.1

# Exhibit A



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *ELIZABETH HARRIS LINDH*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that ELIZABETH HARRIS LINDH, #162660, was on the 14th day of December, 1992 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 13th day December, 2022.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
Robert R. Toy, Senior Deputy Clerk