UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | | |
|---|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC. | ) ) ) ) ) | |
| | ) | Case No. 22-cv-10185 |
| v. | ) ) ) ) ) | |
| CANACCORD GENUITY LLC et al. | ) ) | |

**AFFIDAVIT OF HANNAH O. KOESTERER
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, HANNAH O. KOESTERER, being duly sworn, depose and say:

1. I am a member of the law firm of Katten Muchin Rosenman LLP. I submit this affidavit in support of my motion for admission *pro hac vice* to the bar of this Court in accordance with Local Civil Rule 1.3.

2. I have been retained as counsel for Defendant GTS Securities LLC in the above captioned action. I am familiar with this action and will be fully prepared to represent the Defendant before this Court.

3. I am a member in good standing of the bar of the State of Illinois.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me in any state or federal court.

WHEREFORE, I, Hannah O. Koesterer, hereby respectfully request that this Court grant my admission *pro hac vice* to appear as counsel for Defendant GTS Securities LLC in the above-captioned action.

Dated: _____1/10/2023_____

_____
Hannah O. Koesterer

State of Illinois, County of Cook

I, _IRENE ELIZABETH LYEWSKI_, Notary Public do hereby certify that Hannah O. Koesterer personally appeared before me this day and acknowledged due execution of the foregoing instrument. Witness my hand and official this _10TH_ day of _JANUARY_, _2023_

_____
Notary Public
My commission expires: _4/27/2025_

"OFFICIAL SEAL"
Irene E. Lyewski
Notary Public, State of Illinois
My Commission Expires April 27, 2025

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Hannah Olivia Koesterer

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/06/2014 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 15th day of December, 2022.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois