UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP, LLP, and VIRTU AMERICAS LLC, <br><br> Defendants. | Case No. 1:22-cv-10185 (GHW) (GWG) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Marjorie J. Peerce, undersigned counsel with Ballard Spahr LLP, is admitted to practice before this Court and hereby enters her appearance as counsel in this civil action on behalf of Defendants Susquehanna International Group, LLP and G1 Execution Services LLC.

Dated: January 13, 2023

BALLARD SPAHR LLP

*/s/ Marjorie J. Peerce*
Marjorie J. Peerce
1675 Broadway, 19th Floor
New York, NY 10019-5820
Tel: (212) 223-0200
Fax: (212) 223-1942
peercem@ballardspahr.com

*Attorney for Defendants Susquehanna International Group, LLP and G1 Execution Services LLC*