UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP, LLP, and VIRTU AMERICAS LLC,<br><br>Defendants. | Case No. 1:22-cv-10185 (GHW) (GWG) |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges of this Court to determine the need for recusal, the undersigned counsel states that Defendant Susquehanna International Group, LLP has no corporate parent and no publicly held corporation owns 10% or more of its stock.  Defendant G1 Execution Services LLC is wholly owned by G1X Holdings, LLC and no publicly held corporation owns 10% or more of its stock.

Dated: January 13, 2023

BALLARD SPAHR LLP

*/s/ Marjorie J. Peerce*
Marjorie J. Peerce
1675 Broadway, 19th Floor
New York, NY 10019-5820
Tel:  (212) 223-0200
Fax:  (212) 223-1942
peercem@ballardspahr.com
*Attorney for Defendants Susquehanna International Group, LLP and G1 Execution Services LLC*