UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP, LLP, and VIRTU AMERICAS LLC, <br><br> Defendants. | Case No. 1:22-cv-10185 (GHW) (GWG) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that J. Chesley Burruss, undersigned counsel with Ballard Spahr LLP, is admitted to practice before this Court and hereby enters his appearance as counsel in this civil action on behalf of Defendants Susquehanna International Group, LLP and G1 Execution Services LLC.

Dated: January 13, 2023

BALLARD SPAHR LLP

/s/ J. Chesley Burruss
J. Chesley Burruss
1735 Market Street, 51st Fl.
Philadelphia, PA 19103-7599
Tel: (215) 665-8500
Fax: (215) 864-8999
burrussc@ballardspahr.com

*Attorney for Defendants Susquehanna International Group, LLP and G1 Execution Services LLC*