UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.,<br><br>        Plaintiff,<br><br> - against -<br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC,<br><br>        Defendants. | No. 1:22-cv-10185-GHW-GWG<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Instinet, LLC ("Instinet"), through its counsel, states that Instinet is a wholly-owned direct subsidiary of Instinet Holdings Incorporated, which in turn, is a wholly-owned direct subsidiary of Instinet Incorporated, which in turn, is a wholly-owned direct subsidiary of Nomura Holding America Inc., which is turn, is a wholly-owned direct subsidiary of Nomura Holdings, Inc., a Japanese publicly-traded corporation.  No publicly-held company owns more than 10% of Nomura Holdings, Inc.'s stock.

Dated: January 13, 2023

                 By: /s/ Daniel P. Filor
                    Daniel P. Filor
                    Greenberg Traurig, LLP
                    One Vanderbilt Avenue
                    New York, New York 10017
                    Tel: (212) 801-9200
                    Fax: (212) 801-6400
                    *Attorneys for Instinet, LLC*