# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC. <br><br> Defendants. | Civil No. 1:22-cv-10185-GHW |

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Elizabeth H. Lindh, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member of good standing of the bar of the state of California; and that her contact information is as follows:

| Applicant's Name: | Elizabeth H. Lindh |
|---|---|
| Firm Name: | Keesal, Young & Logan |
| Address: | 400 Oceangate, Suite 1400 <br> Long Beach, CA 90802 |
| Telephone/Fax: | Tel.: 562-436-2000 <br> Fax. 562-436-7416 |
| Email: | elizabeth.lindh@kyl.com |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant LIME TRADING CORP. in the above-entitled action;

1

2

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: January 17, 2023

United States Magistrate Court Judge