UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC. <br><br> Defendants. | Case No. 1:22-cv-10185-GHW |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Elizabeth H. Lindh of Keesal, Young & Logan, who is admitted to practice in this court, hereby appears on behalf of Defendant LIME TRADING CORP. in the above-captioned action.

DATED:  January 18, 2023

/s/ Elizabeth H. Lindh
JON W. ZINKE, NYSB #1715036
STEPHEN YOUNG, *Pro Hac Vice*
ELIZABETH H. LINDH, *Pro Hac Vice*
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, Suite 1400
Long Beach, California  90802
Telephone:  (562) 436-2000
E-mail:  jon.zinke@kyl.com; steve.young@kyl.com; elizabeth.lindh@kyl.com

*Attorneys For Defendant LIME TRADING CORP.*

KYL4888-2861-8055.1