UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NORTHWEST BIOTHERAPEUTICS, INC.     :

         Plaintiff,             :     ORDER

  -v.-                        :
                                  22 Civ. 10185 (GHW) (GWG)

CANACCORD GENUITY LLC, et al.,    :

         Defendants.       :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      With regard to the motions proposed in Docket ## 69 and 70, the Court's pre-motion conference requirement is waived. The motions shall be filed on or before March 6, 2023. Briefing thereafter shall be in accordance with paragraph 2.B of the Court's Individual Practices.

      SO ORDERED.

Dated:  January 20, 2023
         New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge