# Exhibit C

**quinn emanuel** trial lawyers | washington, dc

1300 I Street NW, Suite 900, Washington, District of Columbia 20005-3314 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8120**

WRITER'S EMAIL ADDRESS
williamburck@quinnemanuel.com

February 23, 2023

**VIA E-MAIL**
**LPOSNER@COHENMILSTEIN.COM**

Laura H. Posner
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, New York 10005

Re:   *Northwest Biotherapeutics, Inc. v. Canaccord Genuity LLC, et al.*,
        No. 1:22-cv-10185 (S.D.N.Y.)

Dear Ms. Posner:

We represent Defendant Citadel Securities LLC ("Citadel Securities") in the above-captioned action. We write on behalf of Defendants Citadel Securities, Canaccord Genuity LLC, G1 Execution Services LLC, GTS Securities LLC, Instinet LLC, Lime Trading Corp., Susquehanna International Group LLP ("SIG"),[1] and Virtu Americas LLC regarding the Complaint and the schedule for motion to dismiss briefing.

We have investigated the trading allegations in the Complaint that pertain to Citadel Securities and have identified several factual inaccuracies that undermine all of Plaintiff Northwest Biotherapeutics, Inc.'s ("NWBO") analysis and claims. As just one example, many if not all of the best bid and best offer allegations—the starting point for NWBO's alleged "spoofing" theory—are false based on NBBO data we reviewed. These factual inaccuracies would have been clear to NWBO had it conducted a reasonable inquiry into the allegations prior to filing the Complaint. Citadel Securities, and other Defendants, intend to provide NWBO with additional information concerning the significant errors in the Complaint no later than March 1, 2023.

Citadel Securities, and other Defendants, seek to avoid burdening the Court with motion to dismiss briefing—given that basic facts alleged in the Complaint are entirely wrong—and therefore propose extending the deadline for Defendants to move to dismiss the Complaint 30 days

---

[1]   SIG joins this letter to propose a consolidated briefing schedule only, and notes that the Complaint contains no substantive allegations regarding trading or "spoofing" by SIG.

**quinn emanuel urquhart & sullivan, llp**
ATLANTA | AUSTIN | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON |
LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY |
SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

2

to April 5, 2023. This additional time will permit NWBO to review the information provided and determine whether to withdraw the Complaint prior to the parties moving forward with unnecessary motion to dismiss briefing.

      Please let us know by 5 pm ET on February 27, 2023 whether NWBO objects to the modified motion to dismiss deadline.

      Citadel Securities reserves all rights.

Sincerely,

*/s/ William A. Burck*

William A. Burck

2