# Exhibit D

# COHEN MILSTEIN

Laura Posner
(212) 220-2925
lposner@cohenmilstein.com

February 24, 2023

**VIA EMAIL**
**williamburck@quinnemanuel.com**

William A. Burck
Quinn Emanuel
1300 I Street NW, Suite 900
Washington, DC  20005

      Re:    *Northwest Biotherapeutics, Inc. v. Canaccord Genuity LLC, et al.,*
                No. 1:22-cv-10185 (S.D.N.Y.)

Dear Mr. Burck:

      We write in response your letter dated February 23, 2023.

      Contrary to your unfounded assertions, Plaintiff conducted a thorough and detailed inquiry into the allegations of the Complaint in advance of filing. While it is inappropriate to engage in any sort of battle of the experts at this stage of the litigation, please forward any purported errors you believe you have identified no later than March 1, 2023. We will review any such information you provide and be in a position to notify you whether an extension of the deadline for Defendants to move to dismiss is necessary in advance of the March 6, 2023 deadline.

      Regards,

      Laura Posner