UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC,<br><br>　　　　　　　　Defendants. | Case No. 1:22-cv-10185 (GHW) (GWG) |

**DECLARATION OF CHRISTOPHER G. MICHEL IN SUPPORT OF
MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, Christopher G. Michel, declare pursuant to 28 U.S.C. § 1746 that:

1.　　I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, counsel to Citadel Securities LLC in the above-captioned action.

2.　　I submit this declaration in support of my motion for my admission to practice *pro hac vice* in the above-captioned action.

3.　　As evidenced by the accompanying certificates of good standing, I am an attorney in good standing of the Bars of the State of Virginia and the District of Columbia. *See* Exs. A and B (certificates of good standing).

4.　　I have never been convicted of a felony.

5.　　I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6.　　There are no disciplinary proceedings presently against me in any court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 17th day of March, 2023 in Washington, DC.

*/s/ Christopher G. Michel*
Christopher G. Michel
