# EXHIBIT A

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **CHRISTOPHER GEORGE MICHEL** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. MICHEL WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 30, 2015**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued March 16, 2023

DaVida M. Davis
**Director of Regulatory Compliance**