UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.,<br><br>      Plaintiff,<br><br>     v.<br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC,<br><br>      Defendants. | Case No. 1:22-cv-10185 (GHW) (GWG) |

### [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion for the admission of Christopher G. Michel to practice *Pro Hac Vice* in the above-captioned action is hereby **GRANTED**.

Applicant has declared that he is a member in good standing of the Bars of the State of Virginia and the District of Columbia, and that his contact information is as follows:

   **Applicant's Name**:  Christopher G. Michel
   **Firm Name**:  Quinn Emanuel Urquhart & Sullivan, LLP
   **Address**:  1300 I Street NW, Suite 900
   **City, State, ZIP**:  Washington, D.C. 20005
   **Telephone / Fax**:  (202) 538-8000/(202) 538-8100

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Citadel Securities LLC in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____   _____

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge