UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, AND VIRTU AMERICAS LLC, <br><br> Defendants. | Case No. 1:22-cv-10185 (GHW) (GWG) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the Declaration of William A. Burck and the exhibits attached thereto, and any other arguments or materials that the Court may consider before this motion is taken under submission by the Court, Defendants Citadel Securities LLC, Canaccord Genuity LLC, G1 Execution Services LLC, GTS Securities LLC, Instinet LLC, Lime Trading Corp., Susquehanna International Group, LLP, and Virtu Americas LLC will jointly move this Court, before the Honorable Gabriel W. Gorenstein, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an order (i) pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Private Securities Litigation Reform Act, dismissing the Complaint (ECF No. 1); and (ii) granting all such other and further relief as this Court may deem just and proper.

Opposition and reply papers are to be filed pursuant to the Court's Order (ECF No. 83) and Rule 6.1 of the Local Rules of the United States District Court for the Southern District of New York.

Dated: March 20, 2023
New York, New York

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

 /s/ *William A. Burck*
William A. Burck
Christopher G. Michel (*pro hac vice* forthcoming)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel: 202-538-8000
Fax: 202-538-8100
williamburck@quinnemanuel.com
christophermichel@quinnemanuel.com

Christopher D. Kercher
Daniel R. Koffmann
Jesse Bernstein
Brenna Nelinson
Brendan T. Carroll
Peter H. Fountain
Leigha Empson
51 Madison Ave., 22nd Floor
New York, New York 10010
Tel: 212-849-7000
Fax: 212-849-7100
christopherkercher@quinnemanuel.com
danielkoffmann@quinnemanuel.com
jessebernstein@quinnemanuel.com
brennanelinson@quinnemanuel.com
brendancarroll@quinnemanuel.com
peterfountain@quinnemanuel.com
leighaempson@quinnemanuel.com

*Attorneys for Defendant Citadel Securities LLC*

| **MORRISON & FOERSTER LLP** | **KATTEN MUCHIN ROSENMAN LLP** |
|---|---|
| /s/ *Anthony S. Fiotto* (with permission)<br>Anthony S. Fiotto<br>Julia C. Koch<br>200 Clarendon Street<br>Boston, MA 02116<br>Telephone: 617-648-4700<br>Facsimile: 617-830-0142<br>Email: AFiotto@mofo.com<br>Email: JKoch@mofo.com<br><br>Eric D. Lawson<br>250 West 55th Street<br>New York, NY 10019<br>Telephone: 212-336-4067<br>Facsimile: 212-468-7900<br>Email: ELawson@mofo.com<br><br>*Attorneys for Defendant Canaccord Genuity LLC* | /s/ *Peter G. Wilson* (with permission)<br>Peter G. Wilson<br>Christian T. Kemnitz (admitted *pro hac vice*)<br>Hannah O. Koesterer (admitted *pro hac vice*)<br>Leigh Brissenden (admitted *pro hac vice*)<br>525 West Monroe Street<br>Chicago, Illinois 60661-3693<br>Telephone: (312) 902-5200<br>peter.wilson@katten.com<br>christian.kemnitz@katten.com<br>hannah.koesterer@katten.com<br>leigh.brissenden@katten.com<br><br>*Attorneys for Defendant GTS Securities LLC* |
| **GREENBERG TRAURIG, LLP** | **KEESAL, YOUNG & LOGAN**<br>A Professional Corporation |
| /s/ *Richard A. Edlin* (with permission)<br>Richard A. Edlin<br>Daniel P. Filor<br>Nicholas T. Barnes<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 801-9200<br>Facsimile: (212) 801-6400<br>edlinr@gtlaw.com<br>filord@gtlaw.com<br>barnesn@gtlaw.com<br><br>*Attorneys for Defendant Instinet, LLC* | /s/ *Stephen Young* (with permission)<br>Jon W. Zinke<br>Stephen Young (admitted *pro hac vice*)<br>Elizabeth H. Lindh (admitted *pro hac vice*)<br>400 Oceangate Avenue, Suite 1400<br>Long Beach, California 90802<br>Telephone: (562) 436-2000<br>jon.zinke@kyl.com<br>steve.young@kyl.com;<br>elizabeth.lindh@kyl.com<br><br>*Attorneys for Defendant Lime Trading Corp.* |

| BALLARD SPAHR LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|---|---|
| /s/ Marjorie J. Peerce (with permission)<br>Marjorie J. Peerce<br>1675 Broadway, 19th Floor<br>New York, NY 10019-5820<br>Tel: (212) 223-0200<br>Fax: (212) 223-1942<br>peercem@ballardspahr.com<br><br>Norman Goldberger (*pro hac vice* forthcoming)<br>Laura Krabill (*pro hac vice* forthcoming)<br>J. Chesley Burruss<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Tel: (215) 665-8500<br>Fax: (215) 864-8999<br>goldbergerm@ballarspahr.com<br>krabilll@balladrspahr.com<br>burrussc@ballardspahr.com<br><br>*Attorneys for Defendants Susquehanna International Group, LLP and G1 Execution Services LLC* | /s/ *Andrew G. Gordon* (with permission)<br>Andrew G. Gordon<br>Audra J. Soloway<br>Jessica S. Carey<br>Daniel S. Sinnreich<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Phone: (212) 373-3000<br>Fax: (212) 757-3990<br>agordon@paulweiss.com<br><br>*Attorneys for Defendant Virtu Americas LLC* |