UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP, LLP, and VIRTU AMERICAS LLC, <br><br> Defendants. | Case No. 1:22-CV-10185 (GHW) (GWG) <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, Defendants Susquehanna International Group, LLP ("SIG") and G1 Execution Services LLC ("G1X"), by undersigned counsel, will move this Court before the Honorable Gabriel W. Gorenstein, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date set by the Court, for an order dismissing the Complaint (ECF #1) in its entirety pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act ("PSLRA"), and for such further relief as this Court deems just and proper.

SIG and G1X hereby join and incorporate by reference the joint motion to dismiss the Complaint filed on behalf of all defendants and the memorandum of law in support thereof. As the joint motion explains in footnote 1, SIG is uniquely positioned because it is not alleged to be (and is not) a broker-dealer and is not alleged to (and did not) submit any orders or trades in Plaintiff's stock that are the subject of the claims. SIG therefore additionally moves to dismiss

the Complaint as to it because the Complaint does not make any substantive allegations against SIG other than that it purchased defendant G1X.[1]  The Complaint therefore does not state any claim against SIG upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 2.B of the Court's Individual Practices and this Court's order, any opposition papers must be served on the undersigned attorney for SIG and G1X on or before May 4, 2023.

Dated: March 20, 2023              BALLARD SPAHR LLP

                         By:   /s/ Marjorie J. Peerce
                               Marjorie J. Peerce
                               1675 Broadway, 19th Floor
                               New York, NY 10019-5820
                               Tel:  (212) 223-0200
                               Fax:  (212) 223-1942
                               peercem@ballardspahr.com

                               M. Norman Goldberger (*pro hac vice forthcoming*)
                               Laura E. Krabill (*pro hac vice forthcoming*)
                               J. Chesley Burruss
                               1735 Market Street, 51st Floor
                               Philadelphia, PA 19103
                               Tel:  (215) 665-8500
                               Fax:  (215) 864-8999
                               goldbergerm@ballarspahr.com
                               krabilll@balladrspahr.com
                               burrussc@ballardspahr.com

                               *Attorneys for Defendants Susquehanna International Group, LLP and G1 Execution Services LLC*

---

[1]  While SIG accepts as it must the allegations in the Complaint for purposes of this motion only, it is in fact not the direct parent of defendant G1X.