# EXHIBIT 1



DOW JONES, A NEWS CORP COMPANY

About WSJ

DJIA 32244.58 1.20% ▲ Nasdaq 11675.54 0.39% ▲ U.S. 10 Yr 9/32 Yield 3.480% ▲ Crude Oil 67.35 0.15% ▼ Euro 1.0722 0.01% ▼

Subscribe | Sign In

English Edition | Print Edition | Video | Audio | Latest Headlines | More

Home World U.S. Politics Economy Business Tech **Markets** Opinion Books & Arts Real Estate Life & Work Style Sports

# Northwest Biotherapeutics Inc.

NWBO (U.S.: OTC)

OVERVIEW | PROFILE | FINANCIALS | RESEARCH & RATINGS | ADVANCED CHARTING

Chart Range

1D 5D 1M 3M 6M YTD 1Y 2Y 3Y 5Y 10Y All Custom

Frequency: Daily

Display: Line

Indicators

Chart Overlays | Lower Charts | Events | News

Compare

Symbol | ADD

Clear Settings

US:NWBO | Simple Moving Average | Edit | × | Volume | ×

NOTES & DATA PROVIDERS

Advertisement

BACK TO TOP

English Edition

Subscribe Now | Sign In

| WSJ Membership | Customer Service | Tools & Features | Ads | More |
|---|---|---|---|---|
| WSJ+ Membership Benefits | Customer Center | Newsletters & Alerts | Advertise | About Us |
| Subscription Options | Contact Us | Guides | Commercial Real Estate Ads | Content Partnerships |
| Why Subscribe? | Cancel My Subscription | Topics | Place a Classified Ad | Corrections |
| Corporate Subscriptions | | My News | Sell Your Business | Jobs at WSJ |
| WSJ Higher Education Program | | RSS Feeds | Sell Your Home | News Archive |
| WSJ High School Program | | Video Center | Recruitment & Career Ads | Register for Free |
| Public Library Program | | Watchlist | Coupons | Reprints & Licensing |
| WSJ Live | | Podcasts | Digital Self Service | Buy Issues |
| Commercial Partnerships | | Visual Stories | | WSJ Shop |

Dow Jones Products | Barron's | BigCharts | Dow Jones Newswires | Factiva | Financial News | Mansion Global | MarketWatch | Risk & Compliance

Buy Side from WSJ | WSJ Pro | WSJ Video | WSJ Wine

Privacy Notice | Cookie Notice | Copyright Policy | Data Policy | Subscriber Agreement & Terms of Use | Your Ad Choices | Accessibility

Copyright ©2023 Dow Jones & Company, Inc. All Rights Reserved.