# EXHIBIT 3



# OTC Link FIX Quotation Service – "FIXIE Quote"

# Client Specification

Version 1.6.4
February 28, 2023

OTC Markets Group Inc.
300 Vesey Street (1 North End Ave), 12th Floor
New York, NY 10282
www.otcmarkets.com

Contact Information
E: techsupport@otcmarkets.com
P: 212.896.4411

# Table Of Contents

1  INTRODUCTION .................................................................................................................. 3
2  OTC LINK – QUOTES ......................................................................................................... 3
   2.1  DEFINITIONS................................................................................................................... 3
   2.2  BUSINESS RULES ........................................................................................................... 3
3  FIX MESSAGES .................................................................................................................... 5
   3.1  IDENTIFICATION AND ROUTING HEADER ....................................................................... 5
   3.2  MESSAGES SUBMITTED TO FIXIE QUOTE...................................................................... 6
      3.2.1  Quote Message ....................................................................................................... 6
      3.2.2  Quote Cancel Message .......................................................................................... 9
      3.2.3  TraderState Message ............................................................................................. 9
   3.3  MESSAGE DEFINITIONS – OUTBOUND FROM OTC-FIX ...................................................10
      3.3.1  Quote Acknowledgement Message........................................................................10
      3.3.2  TraderState Acknowledgement Message..............................................................10
4  REVISION AND MESSAGE TAGS CHANGE HISTORY....................................................11
5  RESULT CODES AND MESSAGES ..................................................................................14

# 1  Introduction

The FIXIE OTC Link FIX Quotation Service allows OTC Link market participants to submit quotes electronically to *OTC* Link, an Interdealer Quotation system and Message Routing and Executions service for OTCQX, OTCQB and OTC Pink securities.

OTC Link also provides a legacy OTC FIX service: http://www.otcmarkets.com/content/doc/otc-fix-specification.pdf. The Quote Messaging functionality described in the legacy service is being superseded by the new service described in this document. This new service is being introduced to meet subscriber demand for higher messaging throughput and new functionality.

This service utilizes the FIX 4.2 protocol standard as defined by www.fixprotocol.org, with some exclusive custom extensions.

Connection to the OTC FIX gateway is typically made through one or more extranet vendors. Please contact techsupport@otcmarkets.com for latest connectivity information.

OTCFIX gateways are configured to talk to a single service per port. Customers who wish to send and receive messages for different services should contact OTC Markets to provision at least one port for every service. The table below describes the OTC Link services currently offered via OTCFIX.

| Service | Description |
| --- | --- |
| Quotes | OTC Link quotation platform. |
| Trades | OTC Link trade messaging. |
| Volume Feed | OTC Link Volume Feed |

# 2  OTC Link – Quotes

## 2.1  Definitions

*Message Sender*: The subscriber firm sending a FIX message to OTC Markets from an OMS or similar trading application.

*Message Receiver*: The subscriber firm receiving a FIX message from OTC Markets.

*MMID*: The FINRA assigned 4 letter ID code for a subscriber firm.

*Trader ID*: The login ID for a particular user account belonging to a subscriber firm. The specified user account is the one associated with the transaction, the analog of a user logged into a Dealer session.

*Transaction*: A series of messages that constitute a discrete trading action. Examples: Entering a quote and receiving an acknowledgement message is a discrete trading action. receiving a new order and filling it, followed by an execution confirmation.

## 2.2  Business Rules

The quotation platform is the primary way for subscribing firms to enter quotes for securities they are interested in trading. Quotes for thousands of securities are collected from hundreds of market participants, compiled, and then published across various market data feeds, Dealer screens, websites, and third party vendors worldwide.

The process for entering and updating quotes on OTC Link through a FIX connection is very simple, and involves only a few messages. On the OTC Link system, all quotes entered via FIX or OTC Dealer are two sided and for a single security. The workflow for quotes is as follows:



**MsgRefID (tag 9670):** An optional numeric value (0 to 64,999) can be submitted in this tag, which will be echoed back to the firm on the corresponding Acknowledgement message. If it is not submitted or exceeds 64,999, the Acknowledgement message will contain 9670 = 0. This is so that firms can correlate requests with responses. It is strongly recommended that firms use per day and per symbol unique values for this tag, starting at 0 and monotonically increasing per symbol. However, OTC Markets will not validate or enforce uniqueness or monotonicity.

**CATroutedQuoteID (tag 9695):** An optional 40 character maximum alphanumeric value can be submitted in this tag, which will be echoed back to the firm on the corresponding Acknowledgement message. This is so that firms can correlate quote adds and updates to the routedQuoteID of the CAT Routed Quote Event message (MERQ). Since CAT requires the routedQuoteID of a new quote to be unique per combination of Event Date, symbol, destination, and senderIMID, it is strongly recommended that firms use per day and per symbol unique values for this tag on each quote add and update. However, OTC Markets will not validate or enforce uniqueness. This field will not be processed until the start of CAT Phase 2d.

**Time-To-Live:** All quotes are considered good till cancelled. When the trading day ends and OTC Link closes, all quotes still in the system are stored overnight and carried over to the next trading day.  When the OTC Link system starts, quotes that were carried over are published as part of the opening spin. Firms may continue to keep their quotes in the system indefinitely, provided the security remains eligible for quoting

**Open/Close Status:** The Open/Close status of a quote is a unique feature to OTC Link that indicates whether the quoting trader is present and ready to accept orders. A quote cannot be considered firm unless it is marked as "open" by the owning trader. More importantly, the Open/Close status is something that cannot be set on individual quotes, but something determined by the status set for the owning trader. If a trader declares himself 'open', then all his quotes are marked open, otherwise all quotes are closed. This status can be updated through FIX by sending a TraderState message. Although this status can be toggled freely anytime during market hours, the typical work flow is for a trader to send a single 'open' status message in the morning, and then another 'close' message at the end of the trading day. New quotes added during the day have the same open/close status previously set by the trader.

4

Quotes that are carried over from the previous day begin each morning as closed until the trader opens them.

A trader will also have the ability to open and/or close all the firm's traders' quotes at the same time.

**Quote Acknowledgements:** Subscribing firms can choose, on a port level, whether they receive quote acknowledgement messages. This is configured as part of the port provisioning process done by OTC Markets operations staff. The options available are:

- All – All quote messages will have acknowledgements sent back.
- Adds, Cancels and Errors – Only acknowledgments for Quote Adds, Quote Cancels and errors will be sent back. Acknowledgments for Quote Updates will not be sent back.
- Error Only – Only quotes that do not process successfully and are rejected generate negative acknowledgements.

Any message that cannot be translated by the FIX Engine will be replied with a Session Reject message, having tag MsgType (35) = 3.

**Delta Updates**: On a quote Update message, firm can choose to supply only the tags whose values have changed. OTC Link will pick up other values from previous cached copy. For example, if just the bid price of quote has changed and all other price, size and qap values remain unchanged, then an update message containing just three tags 9540, 55 and 132 can be sent. Firms are encouraged to take advantage of this delta functionality to conserve bandwidth.

## 3    FIX Messages

### 3.1   Identification and Routing Header

All inbound messages to or outbound messages from FIXIE Quote contain some or all of the following tags to identify the Type, Sender and Receiver of the message:

| Tag | Tag Name | Messages *to* OTCFIX | Messages *from* OTCFIX | Comments |
|---|---|---|---|---|
| 8 | BeginString | FIX.4.2 | FIX.4.2 | Standard FIX message type. |
| 9 | BodyLength | Message length in bytes | Message length in bytes | Standard FIX message type. |
| 34 | MsgSeqNum | Message sequence number | Message sequence number | Standard FIX message type. |
| 35 | MsgType | Message Type Code | Message Type Code | Standard FIX message type. |
| 49 | SenderCompID | (assigned) | (assigned) | Standard FIX session IDs. Assigned per-connection. |
| 52 | SendingTime | Date and time that message was sent. All times are GMT | Date and time that message was sent. All times are GMT | Standard FIX message type. |

| 56  | TargetCompID     | (assigned)                    | (assigned)                    | Same as SenderCompID |
|-----|------------------|-------------------------------|-------------------------------|----------------------|
| 115 | OnBehalfOfCompID | MMID of message sender        | NA                            |                      |
| 116 | OnBehaldOfSubID  | Trader ID of message sender   | NA                            |                      |
| 128 | DeliverToCompID  | NA                            | MMID of message receiver      |                      |
| 129 | DeliverToSubID   | NA                            | Trader ID of message receiver |                      |

Notes:

- *Message Type*: Always tag 35 (MsgType). The value of this tag is present on every FIX message and indicates the message content and tag structure.
- *Session IDs*: Always tags 49 (SenderCompID) and 56 (TargetCompID). These tags are present on every message and a core part of the FIX protocol. They are typically handled automatically by the FIX messaging engine on either side of a connection. OTC Markets will assign the appropriate ID values as part connection provisioning. They have no effect on how the message is processed beyond the immediate FIX session.
- *Inbound Firm Account IDs*: Tags 115 (OnBehalfOfCompID) and 116 (OnBehalfOfSubID). These header tags are optional for a generic FIX implementation but mandatory for OTC Market's implementation. All transactions on OTC Market's systems are associated with at least one trader account. In the OTC Dealer application, a user logs in with an assigned MMID and trader ID. For FIX sessions, the MMID and trader IDs should be sent on these tags instead. Because some FIX connections may handle messaging for multiple firms, these tags are always required to be sent. While FIX 4.2 does not support a password for authorization, the FIX gateway maintains a list of firms that are authorized for every connection and will reject any messages with MMIDs that are not authorized.
- *Outbound Firm Account IDs*: Tags 128 (DeliverToCompID) and 129 (DeliverToSubID). These identify the MMID and trader ID the message is being sent to. For the OTC Dealer application, these values determine the particular users who would see a message, notification, or some other action that appears on Dealer screens. For FIX sessions, the firm and trader identification values are placed on these tags instead so that the receiving system can process and route as appropriate.

Tags for the Routing and Identification header are highlighted in yellow in the message detail tables. For inbound messages, listed highlighted tags are those that subscribers are expected to send. For outbound messages, highlighted tags are those that OTC Markets will send as part of the message.

## 3.2   Messages Submitted to FIXIE Quote

### 3.2.1   Quote Message

This message is submitted to display a quote. This message is used both for adding and for updating an existing quote, as identified in tag *UpdateType*.

6

OTC Link Quote FIX Specifications 1.6.3

| Tag ID | Tag Name | Required | Description |
|---|---|---|---|
| 35 | MsgType | Yes | Should be "S" |
| 49 | SenderCompID | Yes | Assigned |
| 56 | TargetCompID | Yes | Assigned |
| 115 | OnBehalfOfCompID | Yes | MMID |
| 116 | OnBehalfOfSubID | Yes | Trader ID |
| 9670 | MsgRefID | No | Numeric value (from 0 to 64,999) that will be echoed back on the acknowledgement response for this update only. Can be used to correlate responses with submission messages for a given symbol. |
| 9540 | UpdateType | Yes | Specifies whether adding a new or updating an existing quote. Valid Values:<br>    1 = Update Quote<br>    2 = Add Quote |
| 55 | Symbol | Cond | Identifying symbol for security. If the optional 48/22 tags are not sent, this tag will be required. If the optional 48/22 tags are sent as well, this tag will be ignored. |
| 65 | SymbolSfx | No | Optional Symbol Suffix |
| 48 | SecurityID | Cond | Alternate ID value for security instead of symbol. To be used in conjunction with tag IDSource. If optional tag 55 is not sent, this tag will be required. |
| 22 | IDSource | Cond | The type of alternate ID specified in tag 48. If optional tag 55 is not sent, this tag will be required. Valid Values:<br>    1 = CUSIP |
| 9595 | ATSOnly | Yes | Valid values:<br>    Y = Quote can only be disseminated within OTC Link |
| 9695 | CATroutedQuoteID | No | A unique identifier, max 40 alphanumeric characters. Optional ID to be used in the routedQuoteID of the CAT Routed Quote Event message (MERQ). |
| Bid Side Properties, if none are provided then bid remains unchanged on Update Quote, and price is set to unpriced on Add Quote ||||
| 9501 | BidPriceType | No | The price type code for the bid side. Valid Values:<br>    A = Actual<br>    U = Unpriced<br>    OW = Offers Wanted |
| 132 | BidPx | No | The price for the bid side. Ignored, when BidPriceType = U or OW. If BidPx = 0, when BidPriceType = A or is absent, bid quote becomes unpriced. |
| 134 | BidSize | No | The number of shares on the bid side. Ignored, when BidPriceType = U or OW, or if BidPx = 0. Required, when BidPriceType = A or is absent, and BidPx > 0. |

7

| | | | |
|---|---|---|---|
| 9662 | BidQAPRate | No | The QAP rate for the bid side of the quote. If this tag is omitted, the firm default value will be used for new quotes, or left unchanged for existing quotes. Values range from -30 to +30 for stocks and -300 to +300 for bonds |
| 9680 | BidAutoEx | No | Indicates whether or not bid side quote is indicated as Auto-Ex. Valid Values:<br>     Y = Quote is Auto-Ex indicated<br>     N = Quote is not Auto-Ex indicated (Default) |
| Offer Side Properties, if none are provided then offer remains unchanged on Update Quote, and price is set to unpriced on Add Quote | | | |
| 9502 | OfferPriceType | No | The price type code for the offer side. Valid Values:<br>     A = Actual<br>     U = Unpriced<br>     BW = Bids Wanted |
| 133 | OfferPx | No | The price for the offer side. Ignored, when OfferPriceType = U or BW. If OfferPx = 0, when OfferPriceType = A or is absent, offer quote becomes unpriced. |
| 135 | OfferSize | No | The number of shares on the offer side. Ignored, when OfferPriceType = U or BW, or if OfferPx = 0. Required, when OfferPriceType = A or is absent, and OfferPx > 0. |
| 9663 | OfferQAPRate | No | The QAP rate for the offer side of the quote. If this tag is omitted, the firm default value will be used for new quotes, or left unchanged for existing quotes. Values range from -30 to +30 for stocks and -300 to +300 for bonds |
| 9681 | OfferAutoEx | No | Indicates whether or not offer side quote is indicated as Auto-Ex. Valid Values:<br>     Y = Quote is Auto-Ex indicated<br>     N = Quote is not Auto-Ex indicated (Default) |
| Optional parameters. With exception of LockCrossFlag, parameters are retained from last quote message if none is provided. | | | |
| 9506 | LockCrossFlag | No | Indicates if this Quote message is allowed to lock/crossing the market for a particular security. Valid Values:<br>     Y = Can lock/cross<br>     N = Cannot lock/cross (Default) |
| 9534 | Unsolicited | No | Indicates whether or not a quote is unsolicited. Can only be set on quote add. Original value must be included on quote update. Valid Values:<br>     Y = Quote is unsolicited<br>     N = Quote is not unsolicited (Default) |
| 9535 | Non-Affiliate | No | Required, if Unsolicited = Y. Indicates whether or not an unsolicited quote is from a Non-Affiliate. Can only be set on quote add. For |

8

| Tag ID | Tag Name | Required | Description |
|---|---|---|---|
| | | | securities that require the Non-Affiliate flag, original value must be included on quote update. Valid Values:<br>    Y = Unsolicited quote is from a Non-Affiliate<br>    N = Unsolicited quote is not from a Non-Affiliate (Default) |
| 9596 | CancelTime | No | Indicates time in HH:MM:SS in UTC when quote should be cancelled. Default = blank (no expire) (Future implementation) |
| 9597 | AutoCancelEOD | No | A flag indicating if quote should be cancelled at 17:00:00 UTC. (Future implementation). Valid Values:<br>    Y = Quote should be cancelled<br>    N = Quote should not be cancelled (Default) |
| Reserved TAGS | | | |
| 9536 | reserved | No | reserved |
| 9537 | reserved | No | reserved |

### 3.2.2 Quote Cancel Message

This message is submitted to remove a quote from display. A valid security identifier must be provided.

| Tag ID | Tag Name | Required | Description |
|---|---|---|---|
| 35 | MsgType | Yes | Should be "Z" |
| 49 | SenderCompID | Yes | Assigned |
| 56 | TargetCompID | Yes | Assigned |
| 115 | OnBehalfOfCompID | Yes | MMID |
| 116 | OnBehalfOfSubID | Yes | Trader ID |
| 9670 | MsgRefID | No | Numeric value (from 0 to 64,999) that will be echoed back on the acknowledgement response for this cancel only. |
| 55 | Symbol | Cond | Identifying symbol for security. If the optional 48/22 tags are sent as well, this tag will be ignored. |
| 65 | SymbolSfx | No | Optional Symbol Suffix |
| 48 | SecurityID | Cond | Alternate ID value for security instead of symbol. To be used in conjunction with tag IDSource. |
| 22 | IDSource | Cond | The type of alternate ID specified in tag 48. If optional tag 55 is not sent, this tag will be required. Valid Values<br>    1 = CUSIP |

### 3.2.3 TraderState Message

| Tag ID | Tag Name | Required | Description |
|---|---|---|---|
| 35 | MsgType | Yes | Should be "OT" |
| 49 | SenderCompID | Yes | Assigned |
| 56 | TargetCompID | Yes | Assigned |
| 115 | OnBehalfOfCompID | Yes | MMID |

| 116 | OnBehaldOfSubID | Yes | Trader ID |
|---|---|---|---|
| 9670 | MsgRefID | No | Numeric value (from 0 to 64,999) that will be echoed back on the acknowledgement response for this update only. |
| 9671 | OpenCloseState | Yes | Code to indicate if trader wishes to open or close his quotes. Valid values:<br>1 = Open this trader only<br>2 = Close this trader only<br>3 = Open all traders<br>4 = Close all traders |

Note: The TraderID is specified in the Header section, in tag OnBehalfOfSubID. See section *Identification and Routing Header*.

## 3.3 Message Definitions – Outbound from OTC-FIX

### 3.3.1 Quote Acknowledgement Message

| Tag ID | Tag Name | Always | Description |
|---|---|---|---|
| 35 | MsgType | Yes | Will be "b" |
| 49 | SenderCompID | Yes | Assigned |
| 56 | TargetCompID | Yes | Assigned |
| 128 | DeliverToCompID | Yes | MMID |
| 129 | DeliverToSubID | Yes | Trader ID |
| 9670 | MsgRefID | Yes | The value of the MsgRefID tag sent on the inbound Quote message will be echoed back here. If it is not submitted, 9670 will be set to 0. |
| 55 | Symbol | No | Identifying symbol for security. |
| 65 | SymbolSfx | No | Optional Symbol Suffix |
| 9548 | ResultCode | Yes | Will always contain "0". Reserved for future use. |
| 58 | Text | Yes | Text detailing result of the Quote command. Refer to chapter 5 for a list of result messages. |
| 9690 | QuoteID | Yes | OTC Link assign quote identifier. This is the same value published on the OTC Markets Multicast Data Feed. |
| 9695 | CATroutedQuoteID | Cond | The value of the CATroutedQuoteID tag sent on the inbound Quote message will be echoed back here.. |

### 3.3.2 TraderState Acknowledgement Message

| Tag ID | Tag Name | Always | Description |
|---|---|---|---|
| 35 | MsgType | Yes | Will be "OTA" |
| 49 | SenderCompID | Yes | Assigned |
| 56 | TargetCompID | Yes | Assigned |
| 128 | DeliverToCompID | Yes | MMID |
| 129 | DeliverToSubID | Yes | Trader ID |
| 9670 | MsgRefID | Yes | If the inbound TraderState message contained a value in this tag, it will be echoed back here in the response. If it is not submitted, 9670 will be set to 0. |
| 9548 | ResultCode | Yes | Will always contain "0". Reserved for future use. |

10

| 58 | Text | Yes | Text detailing result of the TraderState command. Refer to chapter 5 for a list of result messages. |
|---|---|---|---|

# 4 Revision and Message Tags Change History

The following message tags have changed since version 1.0 of these specifications from June 2014:

| Message | Added | Changed | Dropped |
|---|---|---|---|
| Quote | 9540, 9680, 9681,9535, 9695 | | |
| Quote Acknowledgement | 55, 65, 9690, 9695 | 9548, 58 | |
| TraderState Acknowledgement | 9670 | 9548, 58 | |

The following message tags have changed since Pink FIX Version 3.5 as of October, 2012:

| Message | Added | Changed | Dropped |
|---|---|---|---|
| Logon (35=A) | | | 50, 57 |
| Quote | 65, 9595, 9596, 9597, 9670, 9540, 9695 | 55 | 60, 117, 167, 207, 9515 |
| **New Messages** | | | |
| Quote Cancel | 22, 48, 55, 65, 9670 | | |
| TraderState | 9670, 9671 | | |
| Quote Acknowledgement | 9670, 9548, 58, 55, 65, 9690, 9695 | 9548, 58 | |
| TraderState Acknowledgement | 9670, 9548, 58 | 9548, 58 | |

Document Revision History:

| Version | Description of Version | Date Completed |
|---|---|---|
| 1.6.4 | Added reject code 176 "Quote is not allowed for NMS security" | 2/28/23 |
| 1.6.3 | Clarified behavior of BidPriceType/ OfferPriceType, BidPx/OfferPx, and BidSize/OfferSize. | 2/17/23 |
| 1.6.2 | Added error codes 184, 185, 186. Removed references to NMS. | 1/4/23 |
| 1.6.1 | Removed 'Blank, if it is not submitted' from Quote Acknowledgement CATroutedQuoteID tag 9695 description. Clarified that the original value of the Non-Affiliate flag must be included on quote update only for securities that require the Non-Affiliate flag. | 12/1/21 |

| 1.6 | Added 'Open all traders' and 'Close all traders' to TraderState Message tag 9671 (OpenCloseState) | 10/12/21 |
|---|---|---|
| 1.5.1 | Clarified that optional CATroutedQuoteID tag 9695 is a 40 character maximum alphanumeric value | 9/22/21 |
| 1.5 | Added optional CATroutedQuoteID tag 9695 to Quote and Acknowledgement messages | 9/14/21 |
| 1.4 | Added option to receive acknowledgements only for Quote Adds, Quote Cancels and errors<br><br>Added QuoteID tag 9690 to Quote Acknowledgement message | 9/2/21 |
| 1.3.1 | Clarified that original Unsolicited and Non-Affiliate flag values must be included on a quote update | 7/23/21 |
| 1.3 | Added Non-Affiliate flag and reserve fields to Quote Message.<br><br>Added reject code 182 "Unsolicited quotes in *Symbol* must include the Non-Affiliate indicator".<br><br>Added reject code 183 "You are not allowed to change the Non-Affiliate status of a quote". | 4/15/21 |
| 1.2.5 | Added reject code 181 "Quote is not allowed for Grey security". | 9/24/19 |
| 1.2.4 | Clarified that tag 116 (OnBehalfOfSubID) is required in Quote Message and Quote Cancel Message | 9/22/17 |
| 1.2.3 | Clarified that MsgRefID > 64,999 will be set to 0.<br><br>Added NMS error code. | 5/2/16 |
| 1.2.2 | Indicated Symbol, SecurityID and IDSource are conditional fields in Quote and Quote Cancel messages.<br><br>Indicated IDSource is required if SecurityID us used, and only valid value is 1 = CUSIP<br><br>Replaced "NASD" with "FINRA" in error code 108 text | 4/22/16 |
| 1.2.1 | Removed TraderID from the Quote Cancel Message, and made it conditional on the Quote Message<br><br>Added to Revision and Message Tags Change History the removal of tags 50 & 57 from Logon message | 4/1/16 |
| 1.2 | Enhanced readability of document<br>Clarified MsgRegID 9670 will be set to 0 in acknowledgement, if not included in quote<br>Added standard FIX 4.2 header fields<br>Added NMS error codes<br>Removed risk threshold error codes<br>Added Auto-Ex flags 9680, 9681<br>Added Lock / Cross error code | 10/26/15 |
| 1.1 | Uses FIX 4.2 instead of 4.4<br><br>Corrected text in *Delta Updates* in Chapter 2.2 referring to tags 132 and 133<br><br>Added *UpdateType* to the Quote message | September 2014 |

OTC Link Quote FIX Specifications 1.6.3

|  | Revised list of Result codes and messages |  |
|---|---|---|
| 1.0 | First official release of document | June 2014 |

# 5 Result Codes and Messages

The table below shows all acknowledgement messages from OTC Link Quote. Currently all acknowledgement messages will have Code as "0" though the Message text will accurately reflect the result.

| Code | Reason sent | Message |
|---|---|---|
| 0 | Successful command, unspecified | |
| 1 | Your quote submission was successful | Add Quote Accepted. |
| 2 | Your quote update was successful | OK |
| 3 | Your quote withdrawal was successful | Quote Withdrawn |
| 4 | Open trader was successful | Open for Trader *TraderID* accepted. |
| 5 | Close trader was successful | Close for Trader *TraderID* accepted. |
| 100 | Unspecified error | Your command was unsuccessful |
| 101 | The message did not contain message type indicator | No MsgType in message |
| 102 | The message contained illegal message type indicator | MsgType *msgType* not supported |
| 103 | The security referenced in message does not exist | No security exists for specified symbol and/or security ID. |
| 105 | Market maker can only have one quote for each security | Quote for this security *Symbol* already exists from market maker *MMID* |
| 106 | Illegal price precision of bid price | Quote bid price exceeds *price_precision* decimal places |
| 107 | Illegal price precision of ask price | Quote ask price exceeds *price_precision* decimal places |
| 108 | Attempting to add a market maker quote (non unsolicited) to a security that is not PiggyBack eligible. | You must file a form 15c2-11 with FINRA to quote a non-piggyback eligible security, or have an unsolicited quote representing a client order. |
| 109 | OTC Markets administrators are the only ones who can add the first unsolicited quote to a non Piggy Back eligible security. | The first unsolicited quote to a non-piggyback eligible security must be inserted by the Pink OTC Markets. Call 1 800 LIST OTC to speak with trading services. |
| 111 | Attempt to lock or cross the market without setting the LockCross flag to true. A self lock cross is always rejected regardless of LockCross flag. | This quote is not allowed to lock or cross the market for this security. |
| 113 | The quantity must be at least 1 when price type is Actual. | Quantity less than 1 |
| 116 | Minimum Quote Size rule is not met for the given price. Applicable to non-unsolicited quotes only. | Quantity is less than minimum for this price. |

OTC Link Quote FIX Specifications 1.6.3

| Code | Reason sent | Message |
|---|---|---|
| 117 | Price must be greater than zero for Actual price type | Actual price type requires a price greater than zero |
| 118 | Price must be less than one million for Actual price type | Actual price type requires a price less than 1,000,000 |
| 121 | Only Actual, OW/BW and Unpriced are currently supported as price types. | Unknown price type *priceType*. |
| 122 | Attempt to add or update a quote for a suspended security. | Cannot add or revise a quote while the security is not active |
| 123 | The trader submitting a quote command has only authority to view quotes. | Trader *TraderID* is view only. |
| 124 | Bid and ask price type must be compatible with each other. | Bid price type *priceType* and ask price type *priceType* are incompatible |
| 125 | A Trader does not have the appropriate update authority to update or delete the quote. Update authority is own, location or market maker. | Trader does not own a quote for this Security |
| 126 | Quote command submitted without a Market Maker ID identifier. | MarketMaker not specified. |
| 127 | Illegal Market Maker ID identifier specified in Quote command. | MarketMaker ID *MMID*' not recognized. |
| 129 | Quote command does not specify a trader submitting the command | Trader not specified. |
| 130 | Illegal trader ID specified in the Quote command, trader ID does not exist at the market maker. | Trader *traderID* not associated with market maker *MMID* |
| 133 | Illegal trader assistant ID specified in the Quote command, the supervising trader ID does not exist at the market maker. | Supervisor trader *TraderID* not associated with market maker *MMID* |
| 136 | There was no security identifier in the message | No symbol or security ID found in quote message |
| 138 | Two or more security identifiers in the message do not all refer to the same security | Symbol and SecurityID(s) in quote message do not specify the same security. |
| 144 | Attempt to send in a quote update or withdraw command with the unsolicited status specified and not equal to the current unsolicited status of the quote. | You are not allowed to change the unsolicited status of a quote |
| 145 | Quote update contained bid type as OW and ask type as BW at the same time. | Invalid quote of OW and BW |
| 146 | The ask type cannot be OW. | Offer price type cannot be OW (offer wanted) |
| 147 | The bid type cannot be BW. | Bid price type cannot be BW (bid wanted) |
| 150 | A problem occurred when attempting to close a trader | EQS can't close trader *TraderID*. |
| 151 | A problem occurred when attempting to open a trader | EQS can't open trader *TraderID*. |

15

OTC Link Quote FIX Specifications 1.6.3

| Code | Reason sent | Message |
|------|-------------|---------|
| 156 | Attempt to submit a Quote Update command with no Price Type, Price nor Size for either side. | No quote values (type, price, size) specified in quote update |
| 157 | Quote command does not specify a valid trader submitting the command | Trader not recognized |
| 158 | QAP out of range, currently valid -30 to +30 for equities and -300 to +300 for bonds. | Wrong QAP Rate Specified *BadQAPRate* |
| 159 | Attempt to submit a quote for a suspended trader | Trader *trId* is not active |
| 160 | Any attempt to submit a quote in a closed market | *MarketName* market not open |
| 161 | Submit a quote from an assistant having a suspended supervisor | Supervisor trader *traderID* is not active |
| 162 | Attempt to submit a quote with size more than maximum allowed. | Size exceeds the maximum allowed 2 billion |
| 163 | Attempt to submit a bid size less than zero | BidQuantity cannot be less than zero |
| 164 | Attempt to submit an ask size less than zero | AskQuantity cannot be less than zero |
| 165 | Attempt to submit a quote update that self locked/crossed | This quote is not allowed to lock or cross itself |
| 168 | Cannot both charge and give QAP rebate | QAP Values cannot have Rebate Fee on one side and Access Fee on the other |
| 170 | Unpriced quote must have zero size | Unpriced should not contain a size other than zero |
| 171 | Market Maker is not allowed to quote grey market securiteis | Market Maker not entitled for quoting GreyMarket Securities |
| 172 | Grey market quote cannot be unsolicited | GreyMarket Quotes Cannot be Unsolicited |
| 173 | Attempting to add a quote to an inactive security | Cannot add quote for an in-active security |
| 174 | Quote message has no price, size, QAP or update type | Attempt to revise null quote |
| 176 | Quotes cannot be entered in NMS securities | Quote is not allowed for NMS security |
| 181 | Quotes cannot be entered in Grey securities | Quote is not allowed for Grey security |
| 182 | Some tiers require unsolicited quotes only from non-affiliates of the company for which the security is being quoted. | Unsolicited quotes in *Symbol* must include the Non-Affiliate indicator |
| 183 | Attempt to send in a quote update or withdraw command with the non-affiliate status specified and not equal to the current non-affiliate status of the quote. | You are not allowed to change the Non-Affiliate status of a quote |
| 184 | EQS cannot open traders for market maker | EQS can't open traders for market maker *MPID*. |
| 185 | EQS cannot close traders for market maker | EQS can't close traders for market maker *MPID*. |

16

OTC Link Quote FIX Specifications 1.6.3

| Code | Reason sent | Message |
|---|---|---|
| 186 | Sending trader not entitled to quote Digital Asset security | Sender *traderID* for [Symbol] message is not entitled to quote in this Digital Asset security |