# EXHIBIT 6

# Broker-Dealer Directory

OTC Link ATS / Broker Dealer Directory

Name /

**Other Directories**

- OTCQX & OTCQB Sponsors
- Qualified Foreign Exchange
- Service Provider Directory
- Prohibited Service Providers
- Company Directory

| MARKET PARTICIPANT NAME | MPID | LOCATION |
|---|---|---|
| A.G.P. / ALLIANCE GLOBAL PARTNERS | ALNC | Newport Beach, CA |
| Access Securities, LLC | AXGP | Stamford, CT |
| Alpine Securities Corporation | ALPS | Salt Lake City, UT |
| Alternative Execution Group | AEXG | Mamaroneck, NY |
| American Capital Partners, LLC | ACPL | Hauppauge, NY |
| American Enterprise Investment Services | IDSI | Minneapolis, MN |
| Archipelago Trading Services, Inc. | ARCA | Chicago, IL |
| Ascendiant Capital Markets, LLC | ASCM | Palm Beach Gardens, , FL |
| B. RILEY SECURITIES, INC. | RILY | Los Angeles, CA |
| Barclays Capital Inc./Le | LEHM | New York, NY |
| BGC Financial Inc. | BGCE | New York, NY |
| Brownstone Investment Group, LLC | BIGP | New York, NY |
| BTIG, LLC | BTIG | San Francisco, CA |
| Caldwell Sutter Capital, Inc. | CALD | Sausalito, CA |
| CANACCORD GENUITY LLC. | CSTI | New York, NY |
| Cantor Fitzgerald & Co. | CANT | New York, NY |
| Celadon Financial Group | SPLN | Morristown, NJ |
| Celadon Financial Group LLC | CFGN | Morristown, NJ |
| Citadel Securities | CDEL | Chicago, IL |
| Citigroup Global Markets Inc. | SBSH | New York, NY |
| Cowen And Company, LLC | COWN | Stamford, CT |
| Craig-Hallum Capital Group LLC | CHLM | Minneapolis, MN |
| D.A. Davidson & Co. | DADA | Los Angeles, CA |
| Dowling & Partners Securities LLC | DOWL | Farmington , CT |

| MARKET PARTICIPANT NAME | MPID | LOCATION |
|---|---|---|
| G.RESEARCH, INC. | GABE | Rye, NY |
| G1 Execution Services, LLC | ETRF | Chicago, IL |
| Glendale Securities, Inc. | GLED | Sherman Oaks, CA |
| GOLDMAN SACHS & CO. LLC | GSCO | New York, NY |
| GTS Securities LLC | GTSM | New York, NY |
| Hilltop Securities Inc. | SWST | Dallas, TX |
| Hovde Group, LLC | HOVD | Atlanta, GA |
| ICAP Corporates LLC | GARC | Jersey City, NJ |
| Imperial Capital, LLC | IMPC | New York, NY |
| Ingalls & Snyder, LLC | INGS | New York, NY |
| Interactive Brokers LLC | IBKR | Greenwich, CT |
| J.P. Morgan Securities LLC | JPMS | New York, NY |
| Jane Street Capital, LLC | JANE | New York, NY |
| Janney Montgomery Scott Inc. | JANY | Philadelphia, PA |
| JEFFERIES LLC | JEFF | New York, NY |
| JWTT Inc. | JWTT | Bend, OR |
| Keefe, Bruyette & Woods, Inc. | KBWI | New York, NY |
| Maxim Group LLC | MAXM | New York, NY |
| MCAP LLC | MCAP | Orlando, FL |
| MONROE FINANCIAL PARTNERS, INC. | MONR | Chicago, IL |
| Muriel Siebert & Co, Inc. | STXG | Jersey City, NJ |
| Network 1 Financial Securities Inc. | NTFN | Red Bank, NJ |
| Odeon Capital Group LLC | ODNC | NY, NY |
| Old Mission Markets LLC | OLMN | Chicago, IL |
| Oppenheimer & Co. Inc. | OPCO | New York, NY |
| OTA LLC | OTAA | Purchase, NY |
| OTC Link ECN | OTCX | NY, NY |
| OTC NQB | OTCN | New York, NY |
| Paulson Investment Company, Inc. | PAUL | New York, NY |
| Pershing LLC | PERT | Jersey City, NJ |
| Piper Sandler & Co | PIPR | Minneapolis, MN |
| Puma Capital, LLC | PUMA | Rye, NY |
| R. F. Lafferty & Co., Inc. | LAFC | New York, NY |
| R. W. Pressprich & Co., Inc. | RWPS | New York, NY |
| Raymond James & Associates, Inc. | RAJA | Chicago, IL |
| Robert W. Baird & Co. Incorporated | BARD | Milwaukee, WI |
| Robotti & Co. | ROBT | New York, NY |
| Roth Capital Partners, LLC | ROTH | Newport Beach, CA |

| MARKET PARTICIPANT NAME | MPID | LOCATION |
|---|---|---|
| San Blas Securities LLC | BLAS | Atlanta, GA |
| Sentinel Brokers Company, Inc. | SEBR | Jupiter, FL |
| Stifel, Nicolaus & Company, Incorporated | STFL | Greenwich, CT |
| StoneX Financial Inc. | INTL | Winter Park, FL |
| Susquehanna Financial Group, LLLP | SUFI | Bala Cynwyd, PA |
| SVB LEERINK LLC | LEER | Boston, MA |
| The Benchmark Company, LLC | BNCH | New York, NY |
| The Vertical Trading Group, LLC | VERT | New York, NY |
| TradeLink Securities LLC | TLSA | Miami, FL |
| Tradelink Securities, LLC | TRLN | Chicago, IL |
| UBS Securities LLC | UBSB | Stamford, CT |
| UBS Securities, LLC. | PWJC | Weehawken, NJ |
| Velocity Clearing, LLC | VLFX | Hazlet, NJ |
| Velocity Clearing, LLC | VLMM | Hazlet, NJ |
| VIRTU Americas | VALX | New York, NY |
| VIRTU Americas LLC | NITE | New York, NY |
| Virtu Americas LLC | VIRT | New York, NY |
| Wall Street Access | WABR | New York, NY |
| Wall Street Access Co | VNDM | Park Ridge, NJ |
| Wedbush Securities Inc. | WBSI | Los Angeles, CA |
| Wells Fargo Clearing Services, LLC | WRET | St. Louis, MO |
| WILLIAM BLAIR | WBLR | Chicago, IL |
| Wilson-Davis & Co., Inc. | WDCO | Salt Lake City, UT |

**Displaying 85 of 85 Broker-Dealers**

| QUOTE | SYMBOL<br>OTCM | LAST<br>55.875 | CHANGE<br>0.55 (0.99%) | BID<br>55.50 | ASK<br>56.00 | VOLUME<br>7932 | TIME<br>15:53 |
|---|---|---|---|---|---|---|---|

Contact
Careers
Market Hours
Glossary

© 2023 OTC Markets Group Inc.   Terms of Service   Linking Terms   Trademarks   Privacy Statement   Risk Warning   Supported Browsers   Do Not Sell My Personal Information