## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br>                 Plaintiff, <br><br>        - against - <br><br> CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC, <br><br>                 Defendants. | No. 1:22-cv-10185-GHW-GWG <br><br> **NOTICE OF DEFENDANT CANACCORD GENUITY LLC'S MOTION TO DISMISS** |

PLEASE TAKE NOTICE that Defendant Canaccord Genuity LLC ("Canaccord"), upon the accompanying Memorandum of Law in Support of Canaccord's Motion to Dismiss the Complaint and all other papers filed in the above-captioned action, including the Defendants' Joint Memorandum of Law in Support of Motion to Dismiss Plaintiff Northwest Biotherapeutics, Inc.'s Complaint, the Declaration of William A. Burck, and the exhibits attached thereto, hereby moves this Court, before the Honorable Gabriel W. Gorenstein, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St. New York, NY 10007-1312, for an order, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act, dismissing the Complaint (Dkt. No. 1) with prejudice in its entirety for failure to state a claim upon which relief can be granted and for an order granting such other and further relief as seems just and proper.

Opposition and reply papers are to be filed pursuant to the Court's Order (Dkt. No. 83) and Rule 6.1 of the Local Rules of the United States District Court for the Southern District of New York.

Dated:  New York, New York
        March 20, 2023

MORRISON & FOERSTER LLP

By: /s/ Anthony S. Fiotto
    Anthony S. Fiotto
    Julia C. Koch
    200 Clarendon Street
    Boston, MA 02116
    Telephone: 617-648-4700
    Facsimile: 617-830-0142
    Email: AFiotto@mofo.com
    Email: JKoch@mofo.com

    Eric D. Lawson
    250 West 55th Street
    New York, NY 10019
    Telephone: 212-336-4067
    Facsimile: 212-468-7900
    Email: ELawson@mofo.com

    *Attorneys for Canaccord Genuity LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 20, 2023, a true and correct copy of the foregoing was electronically filed and served on all parties of record via the Court's CM/ECF system.


<u>/s/ Anthony S. Fiotto</u>
Anthony S. Fiotto