UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC,<br><br>　　　　　　　Defendants. | Case No. 1:22-cv-10185 (GHW) (GWG) |

## AMENDED MOTION FOR ADMISSION *PRO HAC VICE*

　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Christopher G. Michel, hereby move this Court for an order of admission to practice *Pro Hac Vice*, in order to appear as counsel for Defendant Citadel Securities LLC, in the above-captioned action.

　　I am a member in good standing of the Bars of the State of Virginia and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3 and copies of the relevant certificates of good standing.

Dated:  March 27, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Christopher G. Michel*
　　　　　　　　　　　　　　　　　　　　　　　Christopher G. Michel
　　　　　　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART &
　　　　　　　　　　　　　　　　　　　　　　　SULLIVAN, LLP
　　　　　　　　　　　　　　　　　　　　　　　1300 I Street NW, Suite 900
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 538-8000
　　　　　　　　　　　　　　　　　　　　　　　christophermichel@quinnemanuel.com