# EXHIBIT A

# Supreme Court of Virginia

### AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Christopher George Michel

was admitted to practice as an attorney and counsellor at the bar of this Court on December 9, 2015.

I further certify that so far as the records of this office are concerned, Christopher George Michel is a member of the bar of this Court in good standing.

**Witness** my hand and seal of said Court
This 22nd day of March
A.D. 2023

By: *Melinda Layman*
*Deputy Clerk*