# COHEN MILSTEIN

Laura Posner<br>
(212) 220-2925<br>
lposner@cohenmilstein.com

April 10, 2023

<u>Via ECF</u>

| | |
|---|---|
| Honorable Gregory H. Woods | Honorable Gabriel W. Gorenstein |
| United States District Court | United States District Court |
| Southern District of New York | Southern District of New York |
| 500 Pearl Street, Room 2260 | 500 Pearl Street, Room 6B |
| New York, NY 10007 | New York, NY 10007 |

   Re: ***Northwest Biotherapeutics Inc. v. Canaccord Genuity LLC, et al.,<br>
      No. 1:22-cv-10185***

Dear Judge Woods and Magistrate Judge Gorenstein:

  We write on behalf of Plaintiff Northwest Biotherapeutics Inc. ("NWBO"). Pursuant to this Court's Individual Rules of Practice in Civil Cases, Rule 3.D, Plaintiff attaches to this letter a blackline showing changes between the initial complaint (ECF #1) and the First Amended Complaint (ECF #95). Please also note that the First Amended Complaint affixes two exhibits that were not filed with the initial complaint.

              Respectfully submitted,

              By: */s/ Laura H. Posner*
              Laura H. Posner
              Michael B. Eisenkraft
              Jessica (Ji Eun) Kim
              **COHEN MILSTEIN SELLERS & TOLL PLLC**
              88 Pine Street, 14th Floor
              New York, NY 10005
              Tel: (212) 838-7797
              Fax: (212) 838-7745

COHENMILSTEIN

Honorable Gregory H. Woods
Honorable Gabriel W. Gorenstein
April 10, 2023
Page 2

                                                Raymond M. Sarola (RS1010)
                                                Cohen Milstein Sellers & Toll PLLC
                                                100 N. 18th Street, Suite 1820
                                                Philadelphia, PA 19103
                                                Tel: (267) 479-5700
                                                Fax: (267) 479-5701
                                                rsarola@cohenmilstein.com

                                                *Counsel for Plaintiff*

Enclosure

cc:  Counsel of record (via ECF)