UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NORTHWEST BIOTHERAPEUTICS, INC.          :

           Plaintiff,            :       ORDER

   -v.-                                         :
                                                   22 Civ. 10185 (GHW) (GWG)
CANACCORD GENUITY LLC et al.,,           :

          Defendants.           :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      In light of the filing of the amended complaint, the pending motions to dismiss the original complaint (Docket ## 85, 87 and 90) are moot and thus are deemed withdrawn.

SO ORDERED.

Dated: April 11, 2023
       New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge