UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br> Plaintiff, <br><br> - against- <br><br> CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., and VIRTU AMERICAS LLC. <br><br> Defendants. | Civil Action: 1:22-cv-10185-GHW-GWG |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that upon the below declaration of Jessica (Ji Eun) Kim, Plaintiff Northwest Biotherapeutics, Inc. hereby moves this Court for an order allowing Jessica (Ji Eun) Kim to withdraw as counsel for Plaintiff and removing her from the CM/ECF service list for this action. In support of this motion, and in accordance with Local Civil Rule 1.4, undersigned counsel states the following:

1. As of April 28, 2023, I am no longer associated with the law firm of Cohen Milstein Sellers & Toll PLLC.

2. Other attorneys at Cohen Milstein Sellers & Toll PLLC will continue to serve as counsel of record for Plaintiff in this matter.

3. My withdrawal will not affect deadlines or cause any delay in this matter.

Dated: May 5, 2023                                           Respectfully submitted,

                                                          */s/ Jessica (Ji Eun) Kim*
Jessica (Ji Eun) Kim
Cohen Milstein Sellers & Toll PLLC
88 Pine Street ● Fourteenth Floor
New York, NY 10005
(212) 838-7797
jekim@cohenmilstein.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 5, 2023, I caused the foregoing to be filed electronically with the Clerk of Court via CM/ECF.

Dated:   May 5, 2023                                                 */s/ Jessica (Ji Eun) Kim*
                                                                                              Jessica (Ji Eun) Kim