UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>- against-<br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., and VIRTU AMERICAS LLC.<br><br>Defendants. | Civil Action:  1:22-cv-10185-GHW-GWG |

ORDER GRANTING
MOTION TO WITHDRAW AS COUNSEL

IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw Jessica (Ji Eun) Kim as counsel in the above-captioned matter is GRANTED. The Clerk of Court is directed to terminate Ms. Kim from the list of active counsel in this case.

Dated: May 8, 2023

BY THE COURT:

*Gabriel W. Gorenstein*

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge

1