# COHEN MILSTEIN

Laura Posner<br>
(212) 220-2925<br>
lposner@cohenmilstein.com

May 25, 2023

<u>*Via ECF*</u>

| | |
|---|---|
| Honorable Gregory H. Woods | Honorable Gabriel W. Gorenstein |
| United States District Court | United States District Court |
| Southern District of New York | Southern District of New York |
| 500 Pearl Street, Room 2260 | 500 Pearl Street, Room 6B |
| New York, NY 10007 | New York, NY 10007 |

Re: *<u>Northwest Biotherapeutics Inc. v. Canaccord, et al., No. 1:22-cv-10185</u>*

Dear Judge Woods and Magistrate Judge Gorenstein:

We write on behalf of Plaintiff Northwest Biotherapeutics Inc. It was brought to our attention late Friday night that the "prior sale" and "next sale" columns in Exhibit 1 to the Amended Complaint (ECF #95-1) appeared to be out of order in certain places. We have since re-reviewed Exhibit 1 and discovered that, through some sort of computer file issue as Exhibit 1 was converted from Excel to Word, certain rows and columns in the table were erroneously transposed and/or collapsed. Out of an abundance of caution, we also re-reviewed Exhibit 2 and believe the file issue was limited to this transposition error in Exhibit 1. A Corrected Exhibit 1 is attached hereto and is filed under ECF, and the original Exhibit 1 is withdrawn.

Respectfully submitted,

By: */s/ Laura H. Posner*
Laura H. Posner
Michael B. Eisenkraft
Raymond M. Sarola
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745

*Counsel for Plaintiff*

cc: Counsel of record (via ECF)