```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NORTHWEST BIOTHERAPEUTICS, INC.,            :

                Plaintiff,                  :       ORDER

        -v.-                                :
                                                    22 Civ. 10185 (GHW) (GWG)
CANACCORD GENUITY LLC et al.,,              :

                Defendants.                 :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

  The Court is in receipt of a letter from plaintiff (Docket # 102) submitting a corrected Exhibit 1 (Docket # 102-1) meant to substitute for the Exhibit 1 to the First Amended Complaint (Docket # 95-1). We have considered the defendants' opposition. See Docket ## 103 & 104. Because the errors to the original Exhibit 1 were due only to a "ministerial transcription error caused in converting an Excel file into a Word file for filing" (Docket # 105 at 1), because there has been no suggestion of any prejudice from the amendment (other than the need to file a motion to dismiss, whose deadline the Court will extend should the defendants request it), and because Fed. R. Civ. P. 15 requires that leave to amend be "freely give[n]," the revised Exhibit 1 (Docket # 102-1) is deemed to replace the current Exhibit 1 (Docket # 95-1).

  SO ORDERED.

Dated: May 31, 2023
    New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge