UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br> Plaintiff, <br><br> - against- <br><br> CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., and VIRTU AMERICAS LLC. <br><br> Defendants. | Civil Action 1:22-cv-10185-GHW-GWG <br><br> NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Raymond M. Sarola of the law firm Cohen Milstein Sellers & Toll PLLC hereby appears on behalf of Plaintiff Northwest Biotherapeutics, Inc. in this action.

I hereby certify that I am admitted to practice before this Court.

Dated:  May 31, 2023

By:  /s/ *Raymond M. Sarola*
Raymond M. Sarola (RS1010)
Cohen Milstein Sellers & Toll PLLC
100 N. 18th Street, Suite 1820
Philadelphia, PA 19103
Tel:  (267) 479-5700
Fax:  (267) 479-5701
rsarola@cohenmilstein.com

*Attorney for Plaintiff Northwest Biotherapeutics, Inc.*