**quinn emanuel** trial lawyers | washington, dc

1300 I Street NW, Suite 900, Washington, District of Columbia 20005-3314 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8120**

WRITER'S EMAIL ADDRESS
williamburck@quinnemanuel.com

June 6, 2023

<u>VIA ECF</u>

Hon. Gabriel W. Gorenstein
United State Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Northwest Biotherapeutics, Inc. v. Canaccord Genuity LLC, et al.</u>,
<u>No. 1:22-cv-10185-GHW-GWG</u>

Dear Judge Gorenstein:

      We represent Defendant Citadel Securities LLC in the above-captioned action and write on behalf of all Defendants to respectfully request a 30-day extension of the briefing deadlines for Defendants' motion to dismiss pursuant to Rule 2(b) of the Court's Individual Practices.

      On May 31, 2023, the Court entered an order granting Plaintiff Northwest Biotherapeutics, Inc.'s ("NWBO") request to replace Exhibit 1 to the Amended Complaint—which contains alleged "trading records" that purportedly "demonstrate that Defendants engaged in thousands of spoofing episodes," ECF No. 95 ¶ 61—with a "corrected" Exhibit, ECF No. 106. The Court stated in its order that, in light of the replacement of NWBO's Exhibit, it "will extend [Defendants' motion to dismiss deadline] should the defendants request." *Id*.

      Defendants have conferred with NWBO, and NWBO agrees to the following proposed briefing schedule, which extends all motion to dismiss deadlines by 30 days:

- July 12, 2023: Defendants will submit a joint memorandum of law, not to exceed 40 pages.

- August 25, 2023: Plaintiff will submit an opposition brief of up to the total number of pages of the joint memorandum submitted by Defendants.

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

- September 27, 2023:  Defendants will submit a joint reply memorandum of law, not to exceed 25 pages.

The page limits set forth above are the same as those previously so-ordered by the Court. *See* ECF No. 99.

Defendants thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ William A. Burck*
William A. Burck


cc: All counsel of record (via ECF)