UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., AND VIRTU AMERICAS LLC, <br><br> Defendants. | Case No. 1:22-cv-10185 (GHW) (GWG) |

### DECLARATION OF WILLIAM A. BURCK IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS

1.  I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP and counsel for Defendant Citadel Securities LLC in this action. I am an attorney licensed to practice in the State of New York, and admitted before the United States District Court for the Southern District of New York. I make this Declaration in support of Defendants'[1] Joint Motion to Dismiss the Amended Complaint in this action. This Declaration is based on my personal knowledge, and if called upon to do so, I would testify competently to the facts set forth herein.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of webpage titled "U.S. Equity Market Structure: Making Our Markets Work Better for Investors," published by the U.S. Securities and Exchange Commission ("SEC"), dated May 11, 2015, available at https://www.sec.gov/news/statement/us-equity-market-structure (last accessed July 12, 2023).

---

[1] Defendants are Canaccord Genuity LLC, Citadel Securities LLC, G1 Execution Services LLC, GTS Securities LLC, Instinet LLC, Lime Trading Corp., and Virtu Americas LLC.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of an article by Adam Feuerstein titled "It took years, but the failure of Northwest Bio's brain cancer vaccine is now in the open," published by STAT News on May 10, 2022, available at https://www.statnews.com/2022/05/10/it-took-years-but-the-failure-and-futility-of-northwest-bios-brain-cancer-vaccine-is-now-in-the-open (last accessed July 12, 2023).

4.     Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of a Form 10-K for the fiscal year ended December 31, 2019 filed with the SEC by Northwest Biotherapeutics Inc. on March 16, 2020, available at https://www.sec.gov/Archives/edgar/data/1072379/000110465920034145/tm205288-1_10k.htm (last accessed July 12, 2023).

5.     Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of a Form 10-K for the fiscal year ended December 31, 2020 filed with the SEC by Northwest Biotherapeutics Inc. on March 31, 2021, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001072379/000110465921044832/nwbo-20201231x10k.htm (last accessed July 12, 2023).

6.     Attached hereto as **Exhibit 5** is a true and correct copy of a Form 8-K filed with the SEC by Northwest Biotherapeutics Inc. on December 9, 2016, available at https://www.sec.gov/Archives/edgar/data/1072379/000114420416138809/v454758_8k.htm (last accessed July 12, 2023).

7.     Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the historical prices of NWBO's stock as publicly available on Yahoo! Finance, available at https://finance.yahoo.com/quote/NWBO/history?period1=1512432000&period2=1512518400&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true;

https://finance.yahoo.com/quote/NWBO/history?period1=1659312000&period2=1659398400&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true; and https://finance.yahoo.com/quote/NWBO/history?period1=1689120000&period2=1689206400&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true (last accessed July 12, 2023).

8. Attached hereto as **Exhibit 7** is a true and correct copy of a webpage titled "Over-the-Counter Market," published by the U.S. Securities and Exchange Commission ("SEC"), modified May 9, 2013, available at https://www.sec.gov/divisions/marketreg/mrotc (last accessed July 12, 2023).

9. Attached hereto as **Exhibit 8** is a true and correct copy of a webpage titled "Broker Dealer Directory for Trading on OTC Markets," published by OTC Markets, available at https://www.otcmarkets.com/otc-link/broker-dealer-directory (last accessed July 12, 2023).

10. Attached hereto as **Exhibit 9** is a true and correct copy of a document titled "OTC Markets Group, Inc., OTC Link FIX Quotation Service—'FIXIE Quote' Client Specification," Version 1.6.4, published by OTC Markets on February 28, 2023, available at https://www.otcmarkets.com/files/FIXIE_Quote_Spec.pdf (last accessed July 12, 2023).

11. Attached hereto as **Exhibit 10** is a true and correct copy of a webpage titled "The Speed of Equity Markets," published by the U.S. Securities and Exchange Commission ("SEC"), dated October 9, 2013, available at https://www.sec.gov/marketstructure/data-highlight/speed-equity-markets (last accessed July 12, 2023).

12. Attached hereto as **Exhibit 11** is a true and correct copy of publicly-available quote data from OTC Markets Group showing bids and offers displayed by market participants on October 12, 2020 between 14:18:17 and 14:22:25.

13. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of publicly-available quote data from OTC Markets Group showing the best bid and offer on January 11, 2021 at 9:49:04 and at 9:51:10, the time of the alleged "Executing Purchase."

14. Attached hereto as **Exhibit 13** is a true and correct copy of publicly-available quote data from OTC Markets Group showing bids and offers displayed by market participants on October 15, 2020 between 09:28:17 and 09:32:17.

15. Attached hereto as **Exhibit 14** is a true and correct copy of publicly-available quote data from OTC Markets Group showing bids and offers displayed by market participants on October 27, 2020 between 10:25:42 and 10:29:42.

16. Attached hereto as **Exhibit 15** is a true and correct copy of publicly-available quote data from OTC Markets Group showing bids and offers displayed by market participants on October 20, 2020 between 11:37:44 and 11:41:44.

17. Attached hereto as **Exhibit 16** is a true and correct copy of publicly-available quote data from OTC Markets Group showing bids and offers displayed by market participants on November 2, 2020 between 09:49:30 and 09:53:30.

18. Attached hereto as **Exhibit 17** is a true and correct copy of publicly-available quote data from OTC Markets Group showing bids and offers displayed by market participants on November 18, 2020 between 09:59:59 and 10:03:59.

19. Attached hereto as **Exhibit 18** is a true and correct copy of publicly-available quote data from OTC Markets Group showing bids and offers displayed by market participants on December 24, 2020 between 10:49:52 and 10:53:52.

20. Attached hereto as **Exhibit 19** is a true and correct copy of publicly-available quote data from OTC Markets Group showing bids and offers displayed by market participants on

February 1, 2021 between 09:28:51 and 09:32:51.

21. Attached hereto as **Exhibit 20** is a true and correct copy of publicly-available quote data from OTC Markets Group showing bids and offers displayed by market participants on February 1, 2021 between 15:46:21 and 15:50:21.

22. Attached hereto as **Exhibit 21** is a true and correct copy of publicly-available quote data from OTC Markets Group showing bids and offers displayed by market participants on May 17, 2021 between 11:17:58 and 11:21:58.

23. Attached hereto as **Exhibit 22** is a true and correct copy of publicly-available quote data from OTC Markets Group showing bids and offers displayed by market participants on May 9, 2022 between 14:44:35 and 14:48:35.

24. Attached hereto as **Exhibit 23** is a true and correct copy of publicly-available quote data from OTC Markets Group showing bids and offers displayed by market participants on May 10, 2022 between 12:51:43 and 12:55:43.

25. Attached hereto as **Exhibit 24** is a true and correct copy of publicly-available quote data from OTC Markets Group showing bids and offers displayed by market participants on May 10, 2022 between 11:25:43 and 11:29:43.

26. Attached hereto as **Exhibit 25** is a true and correct copy of publicly-available quote data from OTC Markets Group showing bids and offers displayed by market participants on May 10, 2022 between 09:45:08 and 09:49:08.

27. Attached hereto as **Exhibit 26** is a true and correct copy of publicly-available quote data from OTC Markets Group showing bids and offers displayed by market participants on May 10, 2022 between 11:52:48 and 11:56:48.

28. Attached hereto as **Exhibit 27** is a true and correct copy of publicly-available quote

data from OTC Markets Group showing bids and offers displayed by market participants on May 10, 2022 between 12:17:03 and 12:21:03.

29.     Attached hereto as **Exhibit 28** is a true and correct copy of an excerpt of publicly-available trade data from OTC Markets Group showing anonymized sales of NWBO stock on May 10, 2022 at 11:30:18 ET.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   July 12, 2023

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ William A. Burck*
William A. Burck
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel: 202-538-8000
Fax: 202-538-8100
williamburck@quinnemanuel.com

*Attorney for Defendant Citadel Securities LLC*