# EXHIBIT 6

## Northwest Biotherapeutics, Inc. (NWBO)
Other OTC - Other OTC Delayed Price. Currency in USD

Follow    Visitors trend  2W ↓  10W ↑  9M ↑    Quote Lookup

**0.5586** -0.0113 (-1.9914%)
As of 12:05PM EDT. Market open.

Summary | Company Insights | Chart | Conversations | Statistics | **Historical Data** | Profile | Financials | Analysis | Options | Holders | Sustainability

Time Period: Dec 04, 2017 - Dec 05, 2017 ⌄    Show: Historical Prices ⌄    Frequency: Daily ⌄

Apply

Currency in USD    ↓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Dec 05, 2017 | 0.2600 | 0.2600 | 0.2200 | 0.2600 | 0.2600 | 3,189,000 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

Finance Home    Watchlists    My Portfolio    Markets    News    Videos    Yahoo Finance Plus    Screeners    ...

## Northwest Biotherapeutics, Inc. (NWBO)
Other OTC - Other OTC Delayed Price. Currency in USD

Follow    Visitors trend  2W ↓  10W ↑  9M ↑    Quote Lookup

**0.5586** -0.0113 (-1.9914%)
As of 12:05PM EDT. Market open.

Summary | Company Insights | Chart | Conversations | Statistics | **Historical Data** | Profile | Financials | Analysis | Options | Holders | Sustainability

Time Period: Jul 31, 2022 - Aug 01, 2022 ▾    Show: Historical Prices ▾    Frequency: Daily ▾

Apply

Currency in USD    ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Aug 01, 2022 | 0.7000 | 0.7200 | 0.6900 | 0.7000 | 0.7000 | 673,100 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

Finance Home   Watchlists   My Portfolio   Markets   News   Videos   Yahoo Finance Plus   Screeners   •••

## Northwest Biotherapeutics, Inc. (NWBO)

Other OTC - Other OTC Delayed Price. Currency in USD

Follow    Visitors trend  2W ↓  10W ↑  9M ↑    Quote Lookup

### 0.5688  -0.0012 (-0.20%)

At close: 03:59PM EDT

Summary | Company Insights | Chart | Conversations | Statistics | **Historical Data** | Profile | Financials | Analysis | Options | Holders | Sustainability

Time Period: Jul 11, 2023 - Jul 12, 2023     Show: Historical Prices     Frequency: Daily

Apply

Currency in USD                                                                                                    ↓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Jul 12, 2023 | 0.5700 | 0.5749 | 0.5501 | 0.5688 | 0.5688 | 974,979 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.