# EXHIBIT 12

## **Exhibit 12**

Excerpts of OTC Link data showing bids and offers on January 11, 2021:

*Best bid and offer on January 11, 2021 two minutes prior to 9:51:10 (the time of an "Executing Purchase" alleged at Am. Compl. Ex. 1 at 36).*

| Symbol | Publish Date | Publish Time | Action | Bid Price | Ask Price | Bid Size | Ask Size |
|---|---|---|---|---|---|---|---|
| NWBO | 01/11/2021 | 09:49:04.141 | Inside | 1.45 | 1.47 | 19956 | 1700 |
| NWBO | 01/11/2021 | 09:49:10.170 | Inside | 1.45 | 1.47 | 19896 | 1700 |

*Best bid and offer on January 11, 2021 at 9:51:10 (the time of an "Executing Purchase" alleged at Am. Compl. Ex. 1 at 36).*

| Symbol | Publish Date | Publish Time | Action | Bid Price | Ask Price | Bid Size | Ask Size |
|---|---|---|---|---|---|---|---|
| NWBO | 01/11/2021 | 09:50:57.412 | Inside | 1.47 | 1.48 | 10319 | 32170 |
| NWBO | 01/11/2021 | 09:51:10.041 | Inside | 1.47 | 1.48 | 5319 | 32170 |