# EXHIBIT 13

| Symbol | Publish Date | Publish Time | Last Updated Date | Last Updated Time | Action | Primary Bid Price | Primary Ask Price | Primary Bid Size | Primary Ask Size | Cons. Bid Price | Cons. Ask Price | Cons. Bid Size | Cons. Ask Size | Update MMID | Update User | Reason for Inside | Lock/ Cross | Unsolicited | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBO | 10/15/2020 | 09:28:17.486 | 10/15/2020 | 09:28:17.486 | Update | 1.18 | 1.21 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:28:17.486 | 10/15/2020 | 09:28:17.486 | Inside | 1.19 | 1.2 | 5000 | 100 | | | | | NITE | | Update | | N | |
| NWBO | 10/15/2020 | 09:28:23.214 | 10/15/2020 | 09:28:23.214 | Update | 1.18 | 1.23 | 1100 | 1000 | | | | | OTCX | | | | N | |
| NWBO | 10/15/2020 | 09:28:28.794 | 10/15/2020 | 09:28:28.794 | Update | 1.18 | 1.2 | 1100 | 700 | | | | | OTCX | | | | N | |
| NWBO | 10/15/2020 | 09:28:28.794 | 10/15/2020 | 09:28:28.794 | Inside | 1.19 | 1.2 | 5000 | 800 | | | | | OTCX | | Update | | N | |
| NWBO | 10/15/2020 | 09:28:35.500 | 10/15/2020 | 09:28:35.500 | Update | 1.18 | 1.23 | 1100 | 1000 | | | | | OTCX | | | | N | |
| NWBO | 10/15/2020 | 09:28:35.500 | 10/15/2020 | 09:28:35.500 | Inside | 1.19 | 1.2 | 5000 | 100 | | | | | OTCX | | Update | | N | |
| NWBO | 10/15/2020 | 09:28:41.382 | 10/15/2020 | 09:28:41.381 | Update | 1.18 | 1.26 | 1100 | 1100 | | | | | OTCX | | | | N | |
| NWBO | 10/15/2020 | 09:28:43.668 | 10/15/2020 | 09:28:43.668 | Update | 0.715 | 1.26 | 2000 | 1100 | | | | | OTCX | | | | N | |
| NWBO | 10/15/2020 | 09:28:43.670 | 10/15/2020 | 09:28:43.670 | Update | 1.19 | 1.26 | 1100 | 1100 | | | | | OTCX | | | | N | |
| NWBO | 10/15/2020 | 09:28:43.670 | 10/15/2020 | 09:28:43.670 | Inside | 1.19 | 1.2 | 6100 | 100 | | | | | OTCX | | Update | | N | |
| NWBO | 10/15/2020 | 09:28:43.870 | 10/15/2020 | 09:28:43.870 | Update | 0.715 | 1.26 | 2000 | 1100 | | | | | OTCX | | | | N | |
| NWBO | 10/15/2020 | 09:28:43.870 | 10/15/2020 | 09:28:43.870 | Inside | 1.19 | 1.2 | 5000 | 100 | | | | | OTCX | | Update | | N | |
| NWBO | 10/15/2020 | 09:28:43.872 | 10/15/2020 | 09:28:43.872 | Update | 1.2 | 1.26 | 1100 | 1100 | | | | | OTCX | | | | N | |
| NWBO | 10/15/2020 | 09:28:43.872 | 10/15/2020 | 09:28:43.872 | Inside | 1.2 | 1.2 | 1100 | 100 | | | | | OTCX | | Update | | N | |
| NWBO | 10/15/2020 | 09:28:43.874 | 10/15/2020 | 09:28:43.873 | Update | 0.715 | 1.26 | 2000 | 1100 | | | | | OTCX | | | | N | |
| NWBO | 10/15/2020 | 09:28:43.874 | 10/15/2020 | 09:28:43.873 | Inside | 1.19 | 1.2 | 5000 | 100 | | | | | OTCX | | Update | | N | |
| NWBO | 10/15/2020 | 09:28:50.215 | 10/15/2020 | 09:28:50.214 | Update | 1.19 | 1.21 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:28:50.215 | 10/15/2020 | 09:28:50.214 | Inside | 1.19 | 1.2 | 5100 | 100 | | | | | NITE | | Update | | N | |
| NWBO | 10/15/2020 | 09:28:51.330 | 10/15/2020 | 09:28:51.330 | Update | 1.19 | 1.2 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:28:51.330 | 10/15/2020 | 09:28:51.330 | Inside | 1.19 | 1.2 | 5100 | 200 | | | | | NITE | | Update | | N | |
| NWBO | 10/15/2020 | 09:29:05.252 | 10/15/2020 | 09:29:05.252 | Update | 1.19 | 1.21 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:29:05.252 | 10/15/2020 | 09:29:05.252 | Inside | 1.19 | 1.2 | 5100 | 100 | | | | | NITE | | Update | | N | |
| NWBO | 10/15/2020 | 09:29:07.449 | 10/15/2020 | 09:29:07.449 | Update | 1.2 | 1.35 | 100 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:29:07.449 | 10/15/2020 | 09:29:07.449 | Inside | 1.2 | 1.2 | 100 | 100 | | | | | CSTI | | Update | | N | |
| NWBO | 10/15/2020 | 09:29:20.853 | 10/15/2020 | 09:29:20.853 | Update | 1.18 | 1.21 | 100 | 100 | | | | | GTSM | | | | N | |
| NWBO | 10/15/2020 | 09:29:20.853 | 10/15/2020 | 09:29:20.853 | Inside | 1.2 | 1.21 | 100 | 200 | | | | | GTSM | | Update | | N | |
| NWBO | 10/15/2020 | 09:29:32.306 | 10/15/2020 | 09:29:32.306 | Update | 1.2 | 1.26 | 1100 | 1100 | | | | | OTCX | | | | N | |
| NWBO | 10/15/2020 | 09:29:32.306 | 10/15/2020 | 09:29:32.306 | Inside | 1.2 | 1.21 | 1200 | 200 | | | | | OTCX | | Update | | N | |
| NWBO | 10/15/2020 | 09:29:37.024 | 10/15/2020 | 09:29:37.024 | Update | 1.21 | 1.36 | 100 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:29:37.024 | 10/15/2020 | 09:29:37.024 | Inside | 1.21 | 1.21 | 100 | 200 | | | | | CSTI | | Update | | N | |
| NWBO | 10/15/2020 | 09:29:39.646 | 10/15/2020 | 09:29:39.646 | Update | 1.21 | 1.36 | 20000 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:29:39.646 | 10/15/2020 | 09:29:39.646 | Inside | 1.21 | 1.21 | 20000 | 200 | | | | | CSTI | | Update | | N | |
| NWBO | 10/15/2020 | 09:29:41.519 | 10/15/2020 | 09:29:41.519 | Update | 1.19 | 1.22 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:29:41.519 | 10/15/2020 | 09:29:41.519 | Inside | 1.21 | 1.21 | 20000 | 100 | | | | | NITE | | Update | | N | |
| NWBO | 10/15/2020 | 09:29:42.911 | 10/15/2020 | 09:29:42.911 | Update | 1.14 | 1.22 | 100 | 1001 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:29:45.811 | 10/15/2020 | 09:29:45.811 | Update | 1.14 | 1.22 | 100 | 1001 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:30:01.608 | 10/15/2020 | 09:30:01.608 | Update | 1.2 | 1.24 | 100 | 1000 | | | | | ETRF | | | | N | |
| NWBO | 10/15/2020 | 09:30:02.758 | 10/15/2020 | 09:30:02.758 | Update | 1.19 | 5 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:03.006 | 10/15/2020 | 09:30:03.006 | Update | 1.19 | 1.98 | 100 | 100 | | | | | NITE | | | | N | |

| Symbol | Publish Date | Publish Time | Last Updated Date | Last Updated Time | Action | Primary Bid Price | Primary Ask Price | Primary Bid Size | Primary Ask Size | Cons. Bid Price | Cons. Ask Price | Cons. Bid Size | Cons. Ask Size | Update MMID | Update User | Reason for Inside | Lock/Cross | Unsolicited | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBO | 10/15/2020 | 09:30:03.006 | 10/15/2020 | 09:30:03.006 | Update | 1.19 | 1.98 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:03.168 | 10/15/2020 | 09:30:03.168 | Update | 1.19 | 1.98 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:03.280 | 10/15/2020 | 09:30:03.280 | Update | 1.19 | 1.75 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:03.475 | 10/15/2020 | 09:30:03.475 | Update | 1.19 | 1.75 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:03.496 | 10/15/2020 | 09:30:03.496 | Update | 1.22 | 1.37 | 100 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:03.496 | 10/15/2020 | 09:30:03.496 | Inside | 1.22 | 1.21 | 100 | 100 | | | | | CSTI | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:03.671 | 10/15/2020 | 09:30:03.670 | Update | 1.19 | 1.75 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:03.811 | 10/15/2020 | 09:30:03.810 | Update | 1.19 | 1.75 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:03.847 | 10/15/2020 | 09:30:03.846 | Update | 1.18 | 1.21 | 100 | 100 | | | | | GTSM | | | | N | |
| NWBO | 10/15/2020 | 09:30:04.004 | 10/15/2020 | 09:30:04.004 | Update | 1.19 | 1.75 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:04.126 | 10/15/2020 | 09:30:04.125 | Update | 1.19 | 1.75 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:04.228 | 10/15/2020 | 09:30:04.228 | Update | 1.19 | 1.75 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:04.377 | 10/15/2020 | 09:30:04.377 | Update | 1.19 | 1.75 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:04.506 | 10/15/2020 | 09:30:04.506 | Update | 1.19 | 1.75 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:04.640 | 10/15/2020 | 09:30:04.639 | Update | 1.19 | 1.75 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:04.778 | 10/15/2020 | 09:30:04.778 | Update | 1.19 | 1.75 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:04.926 | 10/15/2020 | 09:30:04.926 | Update | 1.19 | 1.75 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:05.079 | 10/15/2020 | 09:30:05.079 | Update | 1.19 | 1.75 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:05.325 | 10/15/2020 | 09:30:05.325 | Update | 1.19 | 1.4 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:05.441 | 10/15/2020 | 09:30:05.441 | Update | 1.19 | 1.4 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:05.688 | 10/15/2020 | 09:30:05.688 | Update | 1.19 | 1.4 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:05.969 | 10/15/2020 | 09:30:05.969 | Update | 1.19 | 1.4 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:06.185 | 10/15/2020 | 09:30:06.185 | Update | 1.19 | 1.4 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:06.345 | 10/15/2020 | 09:30:06.345 | Update | 1.19 | 1.4 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:06.507 | 10/15/2020 | 09:30:06.507 | Update | 1.19 | 1.4 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:06.677 | 10/15/2020 | 09:30:06.677 | Update | 1.19 | 1.75 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:06.865 | 10/15/2020 | 09:30:06.865 | Update | 1.19 | 1.75 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:07.018 | 10/15/2020 | 09:30:07.018 | Update | 1.19 | 1.75 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:07.222 | 10/15/2020 | 09:30:07.222 | Update | 1.19 | 1.75 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:09.029 | 10/15/2020 | 09:30:09.029 | Update | 1.2 | 1.24 | 1600 | 1000 | | | | | ETRF | | | | N | |
| NWBO | 10/15/2020 | 09:30:09.529 | 10/15/2020 | 09:30:09.529 | Update | 1.19 | 1.75 | 5000 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:12.894 | 10/15/2020 | 09:30:12.894 | Update | 0.21 | 1.37 | 2500 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:12.894 | 10/15/2020 | 09:30:12.894 | Inside | 1.2 | 1.21 | 2700 | 100 | | | | | CSTI | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:12.910 | 10/15/2020 | 09:30:12.910 | Update | 1.2 | 1.22 | 20000 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:30:12.910 | 10/15/2020 | 09:30:12.910 | Inside | 1.2 | 1.21 | 22700 | 100 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:14.189 | 10/15/2020 | 09:30:14.188 | Update | 0.21 | 1.34 | 2500 | 20000 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:14.753 | 10/15/2020 | 09:30:14.753 | Update | 0.21 | 1.3 | 2500 | 1000 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:16.188 | 10/15/2020 | 09:30:16.188 | Update | 0.21 | 1.25 | 2500 | 10500 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:16.324 | 10/15/2020 | 09:30:16.324 | Update | 1.2 | 1.24 | 1500 | 1000 | | | | | ETRF | | | | N | |
| NWBO | 10/15/2020 | 09:30:16.324 | 10/15/2020 | 09:30:16.324 | Inside | 1.2 | 1.21 | 22600 | 100 | | | | | ETRF | | Update | | N | |

| Symbol | Publish Date | Publish Time | Last Updated Date | Last Updated Time | Action | Primary Bid Price | Primary Ask Price | Primary Bid Size | Primary Ask Size | Cons. Bid Price | Cons. Ask Price | Cons. Bid Size | Cons. Ask Size | Update MMID | Update User | Reason for Inside | Lock/ Cross | Unsolicited | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBO | 10/15/2020 | 09:30:16.324 | 10/15/2020 | 09:30:16.324 | Update | 1.19 | 1.24 | 660 | 1000 | | | | | ETRF | | | | N | |
| NWBO | 10/15/2020 | 09:30:16.324 | 10/15/2020 | 09:30:16.324 | Inside | 1.2 | 1.21 | 21100 | 100 | | | | | ETRF | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:16.660 | 10/15/2020 | 09:30:16.660 | Update | 1.2 | 0 | 5100 | 0 | | | | | ARCA | | | | N | |
| NWBO | 10/15/2020 | 09:30:16.687 | 10/15/2020 | 09:30:16.687 | Update | 0.715 | 1.26 | 2000 | 1100 | | | | | OTCX | | | | N | |
| NWBO | 10/15/2020 | 09:30:16.687 | 10/15/2020 | 09:30:16.687 | Inside | 1.2 | 1.21 | 20000 | 100 | | | | | OTCX | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:16.887 | 10/15/2020 | 09:30:16.887 | Update | 1.2 | 0 | 4100 | 0 | | | | | ARCA | | | | N | |
| NWBO | 10/15/2020 | 09:30:16.887 | 10/15/2020 | 09:30:16.887 | Inside | 1.2 | 1.21 | 20000 | 100 | | | | | ARCA | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:17.088 | 10/15/2020 | 09:30:17.088 | Update | 1.19 | 0 | 100 | 0 | | | | | ARCA | | | | N | |
| NWBO | 10/15/2020 | 09:30:17.088 | 10/15/2020 | 09:30:17.088 | Inside | 1.2 | 1.21 | 20000 | 100 | | | | | ARCA | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:17.284 | 10/15/2020 | 09:30:17.284 | Update | 0.21 | 1.27 | 2500 | 26000 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:17.284 | 10/15/2020 | 09:30:17.284 | Update | 0.21 | 1.25 | 2500 | 10500 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:17.285 | 10/15/2020 | 09:30:17.284 | Update | 0.21 | 1.21 | 2500 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:17.285 | 10/15/2020 | 09:30:17.284 | Inside | 1.2 | 1.21 | 20000 | 7951 | | | | | CSTI | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:19.569 | 10/15/2020 | 09:30:19.569 | Update | 0.22 | 1.21 | 2500 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:19.744 | 10/15/2020 | 09:30:19.744 | Update | 0.25 | 1.21 | 5000 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:19.746 | 10/15/2020 | 09:30:19.746 | Update | 0.82 | 1.21 | 1500 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:19.746 | 10/15/2020 | 09:30:19.746 | Update | 0.85 | 1.21 | 14000 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:19.747 | 10/15/2020 | 09:30:19.747 | Update | 0.85 | 1.21 | 14000 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:19.747 | 10/15/2020 | 09:30:19.747 | Update | 0.85 | 1.21 | 14000 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:19.749 | 10/15/2020 | 09:30:19.749 | Update | 0.9 | 1.21 | 35833 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:19.750 | 10/15/2020 | 09:30:19.750 | Update | 0.9 | 1.21 | 35833 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:19.750 | 10/15/2020 | 09:30:19.750 | Update | 0.9 | 1.21 | 35833 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:19.755 | 10/15/2020 | 09:30:19.755 | Update | 0.9 | 1.21 | 35833 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:19.755 | 10/15/2020 | 09:30:19.755 | Update | 0.9 | 1.21 | 35833 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:19.755 | 10/15/2020 | 09:30:19.755 | Update | 0.9525 | 1.21 | 30000 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:19.756 | 10/15/2020 | 09:30:19.755 | Update | 1 | 1.21 | 10700 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:19.756 | 10/15/2020 | 09:30:19.756 | Update | 1 | 1.21 | 10700 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:19.759 | 10/15/2020 | 09:30:19.759 | Update | 1 | 1.21 | 10700 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:19.759 | 10/15/2020 | 09:30:19.759 | Update | 1.07 | 1.21 | 9000 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:19.759 | 10/15/2020 | 09:30:19.759 | Update | 1.2 | 1.21 | 208 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:19.759 | 10/15/2020 | 09:30:19.759 | Inside | 1.2 | 1.21 | 20208 | 7951 | | | | | CSTI | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:20.636 | 10/15/2020 | 09:30:20.636 | Update | 1.19 | 1.24 | 560 | 1000 | | | | | ETRF | | | | N | |
| NWBO | 10/15/2020 | 09:30:20.810 | 10/15/2020 | 09:30:20.810 | Update | 0.22 | 1.21 | 2500 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:20.810 | 10/15/2020 | 09:30:20.810 | Inside | 1.2 | 1.21 | 20000 | 7951 | | | | | CSTI | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:21.129 | 10/15/2020 | 09:30:21.129 | Update | 1.2 | 1.22 | 20000 | 2300 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:30:21.131 | 10/15/2020 | 09:30:21.131 | Update | 1.2 | 1.22 | 20000 | 2000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:30:21.131 | 10/15/2020 | 09:30:21.131 | Update | 1.2 | 1.22 | 20000 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:30:21.131 | 10/15/2020 | 09:30:21.131 | Update | 1.2 | 1.22 | 20000 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:30:21.134 | 10/15/2020 | 09:30:21.134 | Update | 1.2 | 1.22 | 12000 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:30:21.134 | 10/15/2020 | 09:30:21.134 | Inside | 1.2 | 1.21 | 12000 | 7951 | | | | | CDEL | | Update | | N | |

| Symbol | Publish Date | Publish Time | Last Updated Date | Last Updated Time | Action | Primary Bid Price | Primary Ask Price | Primary Bid Size | Primary Ask Size | Cons. Bid Price | Cons. Ask Price | Cons. Bid Size | Cons. Ask Size | Update MMID | Update User | Reason for Inside | Lock/ Cross | Unsolicited | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBO | 10/15/2020 | 09:30:21.135 | 10/15/2020 | 09:30:21.134 | Update | 1.2 | 1.22 | 10500 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:30:21.135 | 10/15/2020 | 09:30:21.134 | Inside | 1.2 | 1.21 | 10500 | 7951 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:21.135 | 10/15/2020 | 09:30:21.135 | Update | 1.2 | 1.22 | 500 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:30:21.135 | 10/15/2020 | 09:30:21.135 | Inside | 1.2 | 1.21 | 500 | 7951 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:21.135 | 10/15/2020 | 09:30:21.135 | Update | 1.19 | 1.22 | 2000 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:30:21.135 | 10/15/2020 | 09:30:21.135 | Inside | 1.19 | 1.21 | 7560 | 7951 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:21.436 | 10/15/2020 | 09:30:21.436 | Update | 1.18 | 1.26 | 100 | 100 | | | | | GTSM | | | | N | |
| NWBO | 10/15/2020 | 09:30:21.436 | 10/15/2020 | 09:30:21.436 | Inside | 1.19 | 1.21 | 7560 | 7851 | | | | | GTSM | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:22.419 | 10/15/2020 | 09:30:22.419 | Update | 1.22 | 0 | 100 | 0 | | | | | ARCA | | | | N | |
| NWBO | 10/15/2020 | 09:30:22.419 | 10/15/2020 | 09:30:22.419 | Inside | 1.19 | 1.21 | 7560 | 7851 | | | | | ARCA | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:22.419 | 10/15/2020 | 09:30:22.419 | Update | 1.19 | 0 | 100 | 0 | | | | | ARCA | | | | N | |
| NWBO | 10/15/2020 | 09:30:22.419 | 10/15/2020 | 09:30:22.419 | Inside | 1.19 | 1.21 | 7560 | 7851 | | | | | ARCA | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:22.428 | 10/15/2020 | 09:30:22.428 | Update | 1.18 | 1.22 | 100 | 51677 | | | | | GTSM | | | | N | |
| NWBO | 10/15/2020 | 09:30:22.773 | 10/15/2020 | 09:30:22.772 | Update | 1.18 | 1.22 | 8000 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:30:22.773 | 10/15/2020 | 09:30:22.772 | Inside | 1.19 | 1.21 | 5560 | 7851 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:23.983 | 10/15/2020 | 09:30:23.983 | Update | 1.09 | 0 | 300 | 0 | | | | | ARCA | | | | N | |
| NWBO | 10/15/2020 | 09:30:23.983 | 10/15/2020 | 09:30:23.983 | Inside | 1.19 | 1.21 | 5560 | 7851 | | | | | ARCA | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:27.509 | 10/15/2020 | 09:30:27.509 | Update | 0.715 | 1.2 | 2000 | 1000 | | | | | OTCX | | | | N | |
| NWBO | 10/15/2020 | 09:30:27.509 | 10/15/2020 | 09:30:27.509 | Inside | 1.19 | 1.2 | 5560 | 1000 | | | | | OTCX | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:28.624 | 10/15/2020 | 09:30:28.624 | Update | 1.19 | 1.25 | 560 | 25100 | | | | | ETRF | | | | N | |
| NWBO | 10/15/2020 | 09:30:28.743 | 10/15/2020 | 09:30:28.743 | Update | 1.19 | 1.22 | 5000 | 410 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:29.598 | 10/15/2020 | 09:30:29.598 | Update | 0.82 | 1.21 | 1500 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:29.601 | 10/15/2020 | 09:30:29.601 | Update | 0.85 | 1.21 | 14000 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:29.601 | 10/15/2020 | 09:30:29.601 | Update | 0.85 | 1.21 | 14000 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:29.601 | 10/15/2020 | 09:30:29.601 | Update | 0.85 | 1.21 | 14000 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:29.601 | 10/15/2020 | 09:30:29.601 | Update | 0.9 | 1.21 | 35833 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:29.602 | 10/15/2020 | 09:30:29.602 | Update | 0.9 | 1.21 | 35833 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:29.602 | 10/15/2020 | 09:30:29.602 | Update | 0.9 | 1.21 | 35833 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:29.602 | 10/15/2020 | 09:30:29.602 | Update | 0.9 | 1.21 | 35833 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:29.602 | 10/15/2020 | 09:30:29.602 | Update | 0.9 | 1.21 | 35833 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:29.602 | 10/15/2020 | 09:30:29.602 | Update | 0.9525 | 1.21 | 30000 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:29.602 | 10/15/2020 | 09:30:29.602 | Update | 1 | 1.21 | 10700 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:29.602 | 10/15/2020 | 09:30:29.602 | Update | 1 | 1.21 | 10700 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:29.603 | 10/15/2020 | 09:30:29.602 | Update | 1 | 1.21 | 10700 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:29.603 | 10/15/2020 | 09:30:29.603 | Update | 1.07 | 1.21 | 9000 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:29.603 | 10/15/2020 | 09:30:29.603 | Update | 1.07 | 1.21 | 9000 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:29.603 | 10/15/2020 | 09:30:29.603 | Update | 1.07 | 1.21 | 9000 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:29.603 | 10/15/2020 | 09:30:29.603 | Update | 1.1 | 1.21 | 226 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:29.603 | 10/15/2020 | 09:30:29.603 | Update | 1.15 | 1.21 | 11100 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:29.603 | 10/15/2020 | 09:30:29.603 | Update | 1.15 | 1.21 | 11100 | 7851 | | | | | CSTI | | | | N | |

| Symbol | Publish Date | Publish Time | Last Updated Date | Last Updated Time | Action | Primary Bid Price | Primary Ask Price | Primary Bid Size | Primary Ask Size | Cons. Bid Price | Cons. Ask Price | Cons. Bid Size | Cons. Ask Size | Update MMID | Update User | Reason for Inside | Lock/ Cross | Unsolicited | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBO | 10/15/2020 | 09:30:29.603 | 10/15/2020 | 09:30:29.603 | Update | 1.16 | 1.21 | 4000 | 7851 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:31.369 | 10/15/2020 | 09:30:31.369 | Update | 1.16 | 2.21 | 4000 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:31.424 | 10/15/2020 | 09:30:31.424 | Update | 1.18 | 1.2 | 100 | 550 | | | | | GTSM | | | | N | |
| NWBO | 10/15/2020 | 09:30:31.424 | 10/15/2020 | 09:30:31.424 | Inside | 1.19 | 1.2 | 5560 | 1550 | | | | | GTSM | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:32.716 | 10/15/2020 | 09:30:32.716 | Update | 0.715 | 1.26 | 2000 | 1100 | | | | | OTCX | | | | N | |
| NWBO | 10/15/2020 | 09:30:32.716 | 10/15/2020 | 09:30:32.716 | Inside | 1.19 | 1.2 | 5560 | 550 | | | | | OTCX | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:32.729 | 10/15/2020 | 09:30:32.728 | Update | 1.19 | 1.25 | 560 | 25100 | | | | | ETRF | | | | N | |
| NWBO | 10/15/2020 | 09:30:32.729 | 10/15/2020 | 09:30:32.728 | Inside | 1.19 | 1.2 | 5000 | 550 | | | | | ETRF | | Saturated | | N | |
| NWBO | 10/15/2020 | 09:30:32.735 | 10/15/2020 | 09:30:32.735 | Update | 1.19 | 1.25 | 560 | 25100 | | | | | ETRF | | | | N | |
| NWBO | 10/15/2020 | 09:30:32.735 | 10/15/2020 | 09:30:32.735 | Inside | 1.19 | 1.2 | 5560 | 550 | | | | | ETRF | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:32.737 | 10/15/2020 | 09:30:32.737 | Update | 1.19 | 1.25 | 560 | 25100 | | | | | ETRF | | | | N | |
| NWBO | 10/15/2020 | 09:30:32.820 | 10/15/2020 | 09:30:32.820 | Update | 1.19 | 1.25 | 160 | 25100 | | | | | ETRF | | | | N | |
| NWBO | 10/15/2020 | 09:30:32.820 | 10/15/2020 | 09:30:32.820 | Inside | 1.19 | 1.2 | 5160 | 550 | | | | | ETRF | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:32.823 | 10/15/2020 | 09:30:32.823 | Update | 1.15 | 1.25 | 300 | 25100 | | | | | ETRF | | | | N | |
| NWBO | 10/15/2020 | 09:30:32.823 | 10/15/2020 | 09:30:32.823 | Inside | 1.19 | 1.2 | 5000 | 550 | | | | | ETRF | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:33.369 | 10/15/2020 | 09:30:33.369 | Update | 1.15 | 1.21 | 300 | 1800 | | | | | ETRF | | | | N | |
| NWBO | 10/15/2020 | 09:30:33.933 | 10/15/2020 | 09:30:33.933 | Update | 1.19 | 1.22 | 5100 | 410 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:33.933 | 10/15/2020 | 09:30:33.933 | Inside | 1.19 | 1.2 | 5100 | 550 | | | | | NITE | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:35.284 | 10/15/2020 | 09:30:35.284 | Update | 0.91 | 1.26 | 3715 | 1100 | | | | | OTCX | | | | N | |
| NWBO | 10/15/2020 | 09:30:35.604 | 10/15/2020 | 09:30:35.604 | Update | 1.16 | 1.3 | 4000 | 1000 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:35.604 | 10/15/2020 | 09:30:35.604 | Update | 1.16 | 1.27 | 4000 | 26000 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:35.605 | 10/15/2020 | 09:30:35.604 | Update | 1.16 | 1.27 | 4000 | 26000 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:35.605 | 10/15/2020 | 09:30:35.605 | Update | 1.16 | 1.25 | 4000 | 10500 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:35.605 | 10/15/2020 | 09:30:35.605 | Update | 1.16 | 1.25 | 4000 | 10500 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:35.968 | 10/15/2020 | 09:30:35.968 | Update | 1.15 | 1.22 | 1960 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:30:39.772 | 10/15/2020 | 09:30:39.772 | Update | 1.19 | 1.25 | 100 | 10500 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:39.772 | 10/15/2020 | 09:30:39.772 | Inside | 1.19 | 1.2 | 5200 | 550 | | | | | CSTI | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:40.007 | 10/15/2020 | 09:30:40.007 | Update | 1.19 | 1.25 | 100 | 10500 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:40.453 | 10/15/2020 | 09:30:40.453 | Update | 1.1 | 1.22 | 100 | 410 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:40.453 | 10/15/2020 | 09:30:40.453 | Inside | 1.19 | 1.2 | 100 | 550 | | | | | NITE | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:40.457 | 10/15/2020 | 09:30:40.457 | Update | 1.19 | 1.22 | 3100 | 410 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:40.457 | 10/15/2020 | 09:30:40.457 | Inside | 1.19 | 1.2 | 3200 | 550 | | | | | NITE | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:41.311 | 10/15/2020 | 09:30:41.311 | Update | 1.19 | 1.22 | 1000 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:30:41.311 | 10/15/2020 | 09:30:41.311 | Inside | 1.19 | 1.2 | 4200 | 550 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:41.366 | 10/15/2020 | 09:30:41.366 | Update | 1.19 | 1.22 | 100 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:41.425 | 10/15/2020 | 09:30:41.425 | Update | 1.19 | 1.22 | 100 | 410 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:41.425 | 10/15/2020 | 09:30:41.425 | Inside | 1.19 | 1.2 | 1200 | 550 | | | | | NITE | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:41.435 | 10/15/2020 | 09:30:41.435 | Update | 1.19 | 1.22 | 100 | 410 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:41.932 | 10/15/2020 | 09:30:41.932 | Update | 1.18 | 1.22 | 100 | 410 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:41.932 | 10/15/2020 | 09:30:41.932 | Inside | 1.19 | 1.2 | 1100 | 550 | | | | | NITE | | Update | | N | |

| Symbol | Publish Date | Publish Time | Last Updated Date | Last Updated Time | Action | Primary Bid Price | Primary Ask Price | Primary Bid Size | Primary Ask Size | Cons. Bid Price | Cons. Ask Price | Cons. Bid Size | Cons. Ask Size | Update MMID | Update User | Reason for Inside | Lock/ Cross | Unsolicited | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBO | 10/15/2020 | 09:30:42.811 | 10/15/2020 | 09:30:42.811 | Update | 1.19 | 1.22 | 560 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:30:42.811 | 10/15/2020 | 09:30:42.811 | Inside | 1.19 | 1.2 | 660 | 550 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:43.209 | 10/15/2020 | 09:30:43.209 | Update | 1.15 | 1.22 | 1960 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:30:43.209 | 10/15/2020 | 09:30:43.209 | Inside | 1.19 | 1.2 | 100 | 550 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:43.466 | 10/15/2020 | 09:30:43.466 | Update | 1.18 | 1.21 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:44.364 | 10/15/2020 | 09:30:44.364 | Update | 1.18 | 1.2 | 100 | 100 | | | | | GTSM | | | | N | |
| NWBO | 10/15/2020 | 09:30:44.364 | 10/15/2020 | 09:30:44.364 | Inside | 1.19 | 1.2 | 100 | 100 | | | | | GTSM | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:48.023 | 10/15/2020 | 09:30:48.023 | Update | 1.15 | 1.25 | 300 | 25100 | | | | | ETRF | | | | N | |
| NWBO | 10/15/2020 | 09:30:48.096 | 10/15/2020 | 09:30:48.096 | Update | 1.15 | 1.2 | 300 | 1800 | | | | | ETRF | | | | N | |
| NWBO | 10/15/2020 | 09:30:48.096 | 10/15/2020 | 09:30:48.096 | Inside | 1.19 | 1.2 | 100 | 1900 | | | | | ETRF | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:48.168 | 10/15/2020 | 09:30:48.168 | Update | 1.19 | 1.21 | 1970 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:30:48.168 | 10/15/2020 | 09:30:48.168 | Inside | 1.19 | 1.2 | 2070 | 1900 | | | | | NITE | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:49.423 | 10/15/2020 | 09:30:49.423 | Update | 1.18 | 1.2 | 100 | 550 | | | | | GTSM | | | | N | |
| NWBO | 10/15/2020 | 09:30:49.423 | 10/15/2020 | 09:30:49.423 | Inside | 1.19 | 1.2 | 2070 | 2350 | | | | | GTSM | | Update | | N | |
| NWBO | 10/15/2020 | 09:30:52.621 | 10/15/2020 | 09:30:52.621 | Update | 1.19 | 1.2 | 100 | 10000 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:30:52.621 | 10/15/2020 | 09:30:52.621 | Inside | 1.19 | 1.2 | 2070 | 12350 | | | | | CSTI | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:00.151 | 10/15/2020 | 09:31:00.150 | Update | 1.19 | 1.21 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:31:00.151 | 10/15/2020 | 09:31:00.150 | Inside | 1.19 | 1.2 | 200 | 12350 | | | | | NITE | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:00.442 | 10/15/2020 | 09:31:00.442 | Update | 0.95 | 1.21 | 1000 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:31:00.442 | 10/15/2020 | 09:31:00.442 | Inside | 1.19 | 1.2 | 100 | 12350 | | | | | NITE | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:01.411 | 10/15/2020 | 09:31:01.411 | Update | 1.19 | 1.22 | 8700 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:31:01.411 | 10/15/2020 | 09:31:01.411 | Inside | 1.19 | 1.2 | 8800 | 12350 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:01.423 | 10/15/2020 | 09:31:01.423 | Update | 1.18 | 1.21 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:31:02.310 | 10/15/2020 | 09:31:02.309 | Update | 1.18 | 1.2 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:31:02.310 | 10/15/2020 | 09:31:02.309 | Inside | 1.19 | 1.2 | 8800 | 12450 | | | | | NITE | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:03.311 | 10/15/2020 | 09:31:03.311 | Update | 1.19 | 1.22 | 2300 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:31:03.311 | 10/15/2020 | 09:31:03.311 | Inside | 1.19 | 1.2 | 2400 | 12450 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:04.271 | 10/15/2020 | 09:31:04.270 | Update | 1.19 | 1.2 | 100 | 10000 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:04.271 | 10/15/2020 | 09:31:04.270 | Inside | 1.19 | 1.2 | 2300 | 2450 | | | | | CSTI | | Saturated | | N | |
| NWBO | 10/15/2020 | 09:31:04.313 | 10/15/2020 | 09:31:04.313 | Update | 0.5949 | 2.4 | 1000 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:05.910 | 10/15/2020 | 09:31:05.910 | Update | 1.19 | 1.22 | 300 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:31:05.910 | 10/15/2020 | 09:31:05.910 | Inside | 1.19 | 1.2 | 300 | 2450 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:08.233 | 10/15/2020 | 09:31:08.233 | Update | 1.15 | 1.22 | 1960 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:31:08.233 | 10/15/2020 | 09:31:08.233 | Inside | 1.18 | 1.2 | 200 | 2450 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:08.634 | 10/15/2020 | 09:31:08.634 | Update | 0.82 | 2.4 | 1500 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:08.634 | 10/15/2020 | 09:31:08.634 | Update | 0.85 | 2.4 | 14000 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:08.634 | 10/15/2020 | 09:31:08.634 | Update | 0.85 | 2.4 | 14000 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:08.635 | 10/15/2020 | 09:31:08.634 | Update | 0.85 | 2.4 | 14000 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:08.635 | 10/15/2020 | 09:31:08.635 | Update | 0.9 | 2.4 | 35833 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:08.635 | 10/15/2020 | 09:31:08.635 | Update | 0.9 | 2.4 | 35833 | 100 | | | | | CSTI | | | | N | |

| Symbol | Publish Date | Publish Time | Last Updated Date | Last Updated Time | Action | Primary Bid Price | Primary Ask Price | Primary Bid Size | Primary Ask Size | Cons. Bid Price | Cons. Ask Price | Cons. Bid Size | Cons. Ask Size | Update MMID | Update User | Reason for Inside | Lock/Cross | Unsolicited | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBO | 10/15/2020 | 09:31:08.635 | 10/15/2020 | 09:31:08.635 | Update | 0.9 | 2.4 | 35833 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:08.635 | 10/15/2020 | 09:31:08.635 | Update | 0.9 | 2.4 | 35833 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:08.636 | 10/15/2020 | 09:31:08.635 | Update | 0.9 | 2.4 | 35833 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:08.636 | 10/15/2020 | 09:31:08.636 | Update | 0.9525 | 2.4 | 30000 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:08.636 | 10/15/2020 | 09:31:08.636 | Update | 1 | 2.4 | 10700 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:08.636 | 10/15/2020 | 09:31:08.636 | Update | 1 | 2.4 | 10700 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:08.636 | 10/15/2020 | 09:31:08.636 | Update | 1 | 2.4 | 10700 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:08.636 | 10/15/2020 | 09:31:08.636 | Update | 1.06 | 2.4 | 29730 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:08.636 | 10/15/2020 | 09:31:08.636 | Update | 1.06 | 2.4 | 29730 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:08.637 | 10/15/2020 | 09:31:08.636 | Update | 1.06 | 2.4 | 29730 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:08.637 | 10/15/2020 | 09:31:08.637 | Update | 1.06 | 1.25 | 29730 | 10700 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:08.637 | 10/15/2020 | 09:31:08.637 | Update | 1.06 | 1.25 | 29730 | 10700 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:08.637 | 10/15/2020 | 09:31:08.637 | Update | 1.06 | 1.2 | 29730 | 10000 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:08.637 | 10/15/2020 | 09:31:08.637 | Inside | 1.18 | 1.2 | 200 | 12450 | | | | | CSTI | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:08.637 | 10/15/2020 | 09:31:08.637 | Update | 1.07 | 1.2 | 9000 | 10000 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:08.637 | 10/15/2020 | 09:31:08.637 | Update | 1.07 | 1.2 | 9000 | 10000 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:08.638 | 10/15/2020 | 09:31:08.637 | Update | 1.07 | 1.2 | 9000 | 10000 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:08.638 | 10/15/2020 | 09:31:08.638 | Update | 1.1 | 1.2 | 226 | 10000 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:08.638 | 10/15/2020 | 09:31:08.638 | Update | 1.15 | 1.2 | 11100 | 10000 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:08.638 | 10/15/2020 | 09:31:08.638 | Update | 1.15 | 1.2 | 11100 | 10000 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:08.811 | 10/15/2020 | 09:31:08.810 | Update | 1.15 | 1.19 | 1960 | 1500 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:31:08.811 | 10/15/2020 | 09:31:08.810 | Inside | 1.18 | 1.19 | 200 | 1500 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:12.731 | 10/15/2020 | 09:31:12.731 | Update | 1.18 | 1.19 | 100 | 700 | | | | | GTSM | | | | N | |
| NWBO | 10/15/2020 | 09:31:12.731 | 10/15/2020 | 09:31:12.731 | Inside | 1.18 | 1.19 | 200 | 2200 | | | | | GTSM | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:14.924 | 10/15/2020 | 09:31:14.924 | Update | 1.15 | 1.23 | 300 | 2800 | | | | | ETRF | | | | N | |
| NWBO | 10/15/2020 | 09:31:15.008 | 10/15/2020 | 09:31:15.006 | Update | 1.15 | 1.19 | 300 | 1800 | | | | | ETRF | | | | N | |
| NWBO | 10/15/2020 | 09:31:15.008 | 10/15/2020 | 09:31:15.006 | Inside | 1.18 | 1.19 | 200 | 4000 | | | | | ETRF | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:19.938 | 10/15/2020 | 09:31:19.937 | Update | 1.18 | 1.2 | 100 | 550 | | | | | GTSM | | | | N | |
| NWBO | 10/15/2020 | 09:31:19.938 | 10/15/2020 | 09:31:19.937 | Inside | 1.18 | 1.19 | 200 | 3300 | | | | | GTSM | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:20.754 | 10/15/2020 | 09:31:20.754 | Update | 1.18 | 1.21 | 100 | 100 | | | | | GTSM | | | | N | |
| NWBO | 10/15/2020 | 09:31:20.977 | 10/15/2020 | 09:31:20.977 | Update | 1.15 | 1.21 | 100 | 100 | | | | | GTSM | | | | N | |
| NWBO | 10/15/2020 | 09:31:20.977 | 10/15/2020 | 09:31:20.977 | Inside | 1.18 | 1.19 | 100 | 3300 | | | | | GTSM | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:24.131 | 10/15/2020 | 09:31:24.130 | Update | 1.15 | 1.22 | 1960 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:31:24.131 | 10/15/2020 | 09:31:24.130 | Inside | 1.18 | 1.19 | 100 | 1800 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:25.402 | 10/15/2020 | 09:31:25.402 | Update | 1.1 | 1.2 | 100 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:31:25.402 | 10/15/2020 | 09:31:25.402 | Inside | 1.15 | 1.19 | 13460 | 1800 | | | | | NITE | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:25.444 | 10/15/2020 | 09:31:25.444 | Update | 1.15 | 1.22 | 1385 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:31:25.444 | 10/15/2020 | 09:31:25.444 | Inside | 1.15 | 1.19 | 12885 | 1800 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:25.447 | 10/15/2020 | 09:31:25.447 | Update | 1.15 | 1.22 | 1285 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:31:25.447 | 10/15/2020 | 09:31:25.447 | Inside | 1.15 | 1.19 | 12785 | 1800 | | | | | CDEL | | Update | | N | |

| Symbol | Publish Date | Publish Time | Last Updated Date | Last Updated Time | Action | Primary Bid Price | Primary Ask Price | Primary Bid Size | Primary Ask Size | Cons. Bid Price | Cons. Ask Price | Cons. Bid Size | Cons. Ask Size | Update MMID | Update User | Reason for Inside | Lock/ Cross | Unsolicited | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBO | 10/15/2020 | 09:31:25.451 | 10/15/2020 | 09:31:25.450 | Update | 1.15 | 1.22 | 1255 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:31:25.451 | 10/15/2020 | 09:31:25.450 | Inside | 1.15 | 1.19 | 12755 | 1800 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:25.511 | 10/15/2020 | 09:31:25.511 | Update | 1.15 | 1.22 | 1160 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:31:25.511 | 10/15/2020 | 09:31:25.511 | Inside | 1.15 | 1.19 | 12660 | 1800 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:25.753 | 10/15/2020 | 09:31:25.753 | Update | 1.15 | 1.22 | 855 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:31:25.753 | 10/15/2020 | 09:31:25.753 | Inside | 1.15 | 1.19 | 12355 | 1800 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:25.810 | 10/15/2020 | 09:31:25.810 | Update | 1.15 | 1.22 | 660 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:31:25.810 | 10/15/2020 | 09:31:25.810 | Inside | 1.15 | 1.19 | 12160 | 1800 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:26.652 | 10/15/2020 | 09:31:26.652 | Update | 1.15 | 1.18 | 11100 | 4900 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:26.652 | 10/15/2020 | 09:31:26.652 | Inside | 1.15 | 1.18 | 12160 | 4900 | | | | | CSTI | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:30.455 | 10/15/2020 | 09:31:30.454 | Update | 0.91 | 1.18 | 3715 | 600 | | | | | OTCX | | | | N | |
| NWBO | 10/15/2020 | 09:31:30.455 | 10/15/2020 | 09:31:30.454 | Inside | 1.15 | 1.18 | 12160 | 5500 | | | | | OTCX | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:31.943 | 10/15/2020 | 09:31:31.943 | Update | 0.91 | 1.26 | 3715 | 1100 | | | | | OTCX | | | | N | |
| NWBO | 10/15/2020 | 09:31:31.943 | 10/15/2020 | 09:31:31.943 | Inside | 1.15 | 1.18 | 12160 | 4900 | | | | | OTCX | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:31.956 | 10/15/2020 | 09:31:31.956 | Update | 0.91 | 1.18 | 3715 | 1000 | | | | | OTCX | | | | N | |
| NWBO | 10/15/2020 | 09:31:31.956 | 10/15/2020 | 09:31:31.956 | Inside | 1.15 | 1.18 | 12160 | 5900 | | | | | OTCX | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:32.982 | 10/15/2020 | 09:31:32.982 | Update | 1.15 | 1.21 | 10000 | 100 | | | | | GTSM | | | | N | |
| NWBO | 10/15/2020 | 09:31:32.982 | 10/15/2020 | 09:31:32.982 | Inside | 1.15 | 1.18 | 22060 | 5900 | | | | | GTSM | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:36.080 | 10/15/2020 | 09:31:36.080 | Update | 1.15 | 1.22 | 100 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:31:36.080 | 10/15/2020 | 09:31:36.080 | Inside | 1.15 | 1.18 | 21500 | 5900 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:36.113 | 10/15/2020 | 09:31:36.113 | Update | 1.15 | 1.22 | 100 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:31:38.764 | 10/15/2020 | 09:31:38.764 | Update | 1.15 | 1.16 | 11100 | 6603 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:38.764 | 10/15/2020 | 09:31:38.764 | Inside | 1.15 | 1.16 | 21500 | 6603 | | | | | CSTI | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:47.056 | 10/15/2020 | 09:31:47.056 | Update | 1.15 | 1.18 | 11100 | 4900 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:47.056 | 10/15/2020 | 09:31:47.056 | Inside | 1.15 | 1.18 | 21500 | 5900 | | | | | CSTI | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:47.409 | 10/15/2020 | 09:31:47.409 | Update | 1.15 | 1.19 | 11100 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:47.409 | 10/15/2020 | 09:31:47.409 | Inside | 1.15 | 1.18 | 21500 | 1000 | | | | | CSTI | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:48.211 | 10/15/2020 | 09:31:48.211 | Update | 1.16 | 1.22 | 1000 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:31:48.211 | 10/15/2020 | 09:31:48.211 | Inside | 1.16 | 1.18 | 1000 | 1000 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:49.237 | 10/15/2020 | 09:31:49.237 | Update | 1.16 | 1.2 | 100 | 100 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:49.237 | 10/15/2020 | 09:31:49.237 | Inside | 1.16 | 1.18 | 1100 | 1000 | | | | | CSTI | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:51.663 | 10/15/2020 | 09:31:51.663 | Update | 1.15 | 1.22 | 100 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:31:51.663 | 10/15/2020 | 09:31:51.663 | Inside | 1.16 | 1.18 | 100 | 1000 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:51.677 | 10/15/2020 | 09:31:51.674 | Update | 1.16 | 1.18 | 100 | 4900 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:31:51.677 | 10/15/2020 | 09:31:51.674 | Inside | 1.16 | 1.18 | 100 | 5900 | | | | | CSTI | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:52.311 | 10/15/2020 | 09:31:52.311 | Update | 1.16 | 1.22 | 1500 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:31:52.311 | 10/15/2020 | 09:31:52.311 | Inside | 1.16 | 1.18 | 1600 | 5900 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:52.425 | 10/15/2020 | 09:31:52.425 | Update | 1.15 | 1.23 | 300 | 2800 | | | | | ETRF | | | | N | |
| NWBO | 10/15/2020 | 09:31:52.511 | 10/15/2020 | 09:31:52.510 | Update | 1.16 | 1.18 | 1500 | 1800 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:31:52.511 | 10/15/2020 | 09:31:52.510 | Inside | 1.16 | 1.18 | 1600 | 7700 | | | | | CDEL | | Update | | N | |

| Symbol | Publish Date | Publish Time | Last Updated Date | Last Updated Time | Action | Primary Bid Price | Primary Ask Price | Primary Bid Size | Primary Ask Size | Cons. Bid Price | Cons. Ask Price | Cons. Bid Size | Cons. Ask Size | Update MMID | Update User | Reason for Inside | Lock/ Cross | Unsolicited | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBO | 10/15/2020 | 09:31:53.431 | 10/15/2020 | 09:31:53.431 | Update | 1.15 | 1.2 | 333 | 100 | | | | | NITE | | | | N | |
| NWBO | 10/15/2020 | 09:31:57.111 | 10/15/2020 | 09:31:57.111 | Update | 1.16 | 1.18 | 2250 | 1800 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:31:57.111 | 10/15/2020 | 09:31:57.111 | Inside | 1.16 | 1.18 | 2350 | 7700 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:58.197 | 10/15/2020 | 09:31:58.196 | Update | 1.16 | 1.18 | 750 | 1800 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:31:58.197 | 10/15/2020 | 09:31:58.196 | Inside | 1.16 | 1.18 | 850 | 7700 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:31:58.200 | 10/15/2020 | 09:31:58.200 | Update | 1.15 | 1.18 | 100 | 1800 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:31:58.200 | 10/15/2020 | 09:31:58.200 | Inside | 1.16 | 1.18 | 100 | 7700 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:32:07.412 | 10/15/2020 | 09:32:07.412 | Update | 0.16 | 1.18 | 5000 | 4900 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:32:07.412 | 10/15/2020 | 09:32:07.412 | Inside | 1.15 | 1.18 | 10733 | 7700 | | | | | CSTI | | Update | | N | |
| NWBO | 10/15/2020 | 09:32:08.211 | 10/15/2020 | 09:32:08.211 | Update | 1.15 | 1.16 | 100 | 17650 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:32:08.211 | 10/15/2020 | 09:32:08.211 | Inside | 1.15 | 1.16 | 10733 | 17650 | | | | | CDEL | | Update | | N | |
| NWBO | 10/15/2020 | 09:32:10.794 | 10/15/2020 | 09:32:10.794 | Update | 0.25 | 1.18 | 5000 | 4900 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:32:10.796 | 10/15/2020 | 09:32:10.796 | Update | 0.82 | 1.18 | 1500 | 4900 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:32:10.796 | 10/15/2020 | 09:32:10.796 | Update | 0.85 | 1.18 | 14000 | 4900 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:32:10.796 | 10/15/2020 | 09:32:10.796 | Update | 0.85 | 1.18 | 14000 | 4900 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:32:10.796 | 10/15/2020 | 09:32:10.796 | Update | 0.85 | 1.18 | 14000 | 4900 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:32:10.797 | 10/15/2020 | 09:32:10.796 | Update | 0.9 | 1.18 | 35833 | 4900 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:32:10.797 | 10/15/2020 | 09:32:10.797 | Update | 0.9 | 1.18 | 35833 | 4900 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:32:10.797 | 10/15/2020 | 09:32:10.797 | Update | 0.9 | 1.18 | 35833 | 4900 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:32:10.797 | 10/15/2020 | 09:32:10.797 | Update | 0.9 | 1.18 | 35833 | 4900 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:32:10.797 | 10/15/2020 | 09:32:10.797 | Update | 0.9 | 1.18 | 35833 | 4900 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:32:10.797 | 10/15/2020 | 09:32:10.797 | Update | 0.9525 | 1.18 | 30000 | 4900 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:32:10.797 | 10/15/2020 | 09:32:10.797 | Update | 1 | 1.18 | 10700 | 4900 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:32:10.798 | 10/15/2020 | 09:32:10.798 | Update | 1 | 1.18 | 10700 | 4900 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:32:10.798 | 10/15/2020 | 09:32:10.798 | Update | 1 | 1.18 | 10700 | 4900 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:32:10.798 | 10/15/2020 | 09:32:10.798 | Update | 1.07 | 1.18 | 9000 | 4900 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:32:10.798 | 10/15/2020 | 09:32:10.798 | Update | 1.07 | 1.18 | 9000 | 4900 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:32:10.798 | 10/15/2020 | 09:32:10.798 | Update | 1.07 | 1.18 | 9000 | 4900 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:32:10.798 | 10/15/2020 | 09:32:10.798 | Update | 1.1 | 1.18 | 226 | 4900 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:32:10.799 | 10/15/2020 | 09:32:10.798 | Update | 1.15 | 1.18 | 11100 | 4900 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:32:10.799 | 10/15/2020 | 09:32:10.798 | Inside | 1.15 | 1.16 | 21833 | 17650 | | | | | CSTI | | Update | | N | |
| NWBO | 10/15/2020 | 09:32:10.799 | 10/15/2020 | 09:32:10.799 | Update | 1.15 | 1.18 | 11100 | 4900 | | | | | CSTI | | | | N | |
| NWBO | 10/15/2020 | 09:32:15.911 | 10/15/2020 | 09:32:15.910 | Update | 1.15 | 1.16 | 100 | 17550 | | | | | CDEL | CES1 | | | N | |
| NWBO | 10/15/2020 | 09:32:15.911 | 10/15/2020 | 09:32:15.910 | Inside | 1.15 | 1.16 | 21833 | 17550 | | | | | CDEL | | Update | | N | |