# EXHIBIT 16

| Symbol | Publish Date | Publish Time | Last Updated Date | Last Updated Time | Action | Primary Bid Price | Primary Ask Price | Primary Bid Size | Primary Ask Size | Cons. Bid Price | Cons. Ask Price | Cons. Bid Size | Cons. Ask Size | Update MMID | Update User | Reason for Inside | Lock/ Cross | Unsolicited | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBO | 11/02/2020 | 09:49:30.261 | 11/02/2020 | 09:49:30.261 | Update | 1.12 | 1.15 | 200 | 8633 | | | | | OTCX | | | | N | |
| NWBO | 11/02/2020 | 09:49:30.261 | 11/02/2020 | 09:49:30.261 | Inside | 1.13 | 1.14 | 100 | 34600 | | | | | OTCX | | Update | | N | |
| NWBO | 11/02/2020 | 09:49:30.483 | 11/02/2020 | 09:49:30.482 | Update | 1.09 | 1.19 | 34500 | 1600 | | | | | CSTI | | | | N | |
| NWBO | 11/02/2020 | 09:49:30.483 | 11/02/2020 | 09:49:30.483 | Update | 1.09 | 1.19 | 34500 | 1600 | | | | | CSTI | | | | N | |
| NWBO | 11/02/2020 | 09:49:33.143 | 11/02/2020 | 09:49:33.142 | Update | 1.12 | 1.14 | 650 | 4000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/02/2020 | 09:49:33.143 | 11/02/2020 | 09:49:33.142 | Inside | 1.12 | 1.14 | 12650 | 34600 | | | | | CDEL | | Update | | N | |
| NWBO | 11/02/2020 | 09:49:33.200 | 11/02/2020 | 09:49:33.200 | Update | 1.1 | 1.13 | 2500 | 100 | | | | | NITE | | | | N | |
| NWBO | 11/02/2020 | 09:49:33.200 | 11/02/2020 | 09:49:33.200 | Inside | 1.12 | 1.13 | 12650 | 100 | | | | | NITE | | Update | | N | |
| NWBO | 11/02/2020 | 09:49:35.224 | 11/02/2020 | 09:49:35.224 | Update | 1.1 | 1.13 | 2500 | 1000 | | | | | NITE | | | | N | |
| NWBO | 11/02/2020 | 09:49:35.224 | 11/02/2020 | 09:49:35.224 | Inside | 1.12 | 1.13 | 12650 | 1000 | | | | | NITE | | Update | | N | |
| NWBO | 11/02/2020 | 09:49:37.415 | 11/02/2020 | 09:49:37.414 | Update | 1.12 | 1.14 | 7000 | 29500 | | | | | ETRF | | | | N | |
| NWBO | 11/02/2020 | 09:49:37.415 | 11/02/2020 | 09:49:37.414 | Inside | 1.12 | 1.13 | 9650 | 1000 | | | | | ETRF | | Update | | N | |
| NWBO | 11/02/2020 | 09:49:40.030 | 11/02/2020 | 09:49:40.030 | Update | 1.1 | 1.13 | 2500 | 900 | | | | | NITE | | | | N | |
| NWBO | 11/02/2020 | 09:49:40.030 | 11/02/2020 | 09:49:40.030 | Inside | 1.12 | 1.13 | 9650 | 900 | | | | | NITE | | Update | | N | |
| NWBO | 11/02/2020 | 09:49:40.495 | 11/02/2020 | 09:49:40.495 | Update | 1.1 | 1.19 | 2260 | 1600 | | | | | CSTI | | | | N | |
| NWBO | 11/02/2020 | 09:49:42.069 | 11/02/2020 | 09:49:42.069 | Update | 1.02 | 1.15 | 215 | 8633 | | | | | OTCX | | | | N | |
| NWBO | 11/02/2020 | 09:49:42.069 | 11/02/2020 | 09:49:42.069 | Inside | 1.12 | 1.13 | 9450 | 900 | | | | | OTCX | | Update | | N | |
| NWBO | 11/02/2020 | 09:49:42.111 | 11/02/2020 | 09:49:42.110 | Update | 1.11 | 1.14 | 100 | 4000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/02/2020 | 09:49:42.111 | 11/02/2020 | 09:49:42.110 | Inside | 1.12 | 1.13 | 8800 | 900 | | | | | CDEL | | Update | | N | |
| NWBO | 11/02/2020 | 09:49:49.723 | 11/02/2020 | 09:49:49.723 | Update | 1.12 | 1.14 | 3147 | 29500 | | | | | ETRF | | | | N | |
| NWBO | 11/02/2020 | 09:49:49.723 | 11/02/2020 | 09:49:49.723 | Inside | 1.12 | 1.13 | 4947 | 900 | | | | | ETRF | | Update | | N | |
| NWBO | 11/02/2020 | 09:49:50.436 | 11/02/2020 | 09:49:50.436 | Update | 1.11 | 1.14 | 100 | 24000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/02/2020 | 09:49:54.301 | 11/02/2020 | 09:49:54.301 | Update | 1.1 | 1.18 | 2500 | 100 | | | | | NITE | | | | N | |
| NWBO | 11/02/2020 | 09:49:54.301 | 11/02/2020 | 09:49:54.301 | Inside | 1.12 | 1.14 | 4947 | 54600 | | | | | NITE | | Update | | N | |
| NWBO | 11/02/2020 | 09:49:54.305 | 11/02/2020 | 09:49:54.305 | Update | 1.1 | 1.18 | 2500 | 100 | | | | | NITE | | | | N | |
| NWBO | 11/02/2020 | 09:50:01.336 | 11/02/2020 | 09:50:01.336 | Update | 1.11 | 1.14 | 100 | 22000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/02/2020 | 09:50:01.336 | 11/02/2020 | 09:50:01.336 | Inside | 1.12 | 1.14 | 4947 | 52600 | | | | | CDEL | | Update | | N | |
| NWBO | 11/02/2020 | 09:50:03.509 | 11/02/2020 | 09:50:03.509 | Update | 1.1 | 1.19 | 3260 | 1600 | | | | | CSTI | | | | N | |
| NWBO | 11/02/2020 | 09:50:03.509 | 11/02/2020 | 09:50:03.509 | Update | 1.1 | 1.19 | 3260 | 1600 | | | | | CSTI | | | | N | |
| NWBO | 11/02/2020 | 09:50:03.760 | 11/02/2020 | 09:50:03.760 | Update | 1.12 | 1.15 | 1000 | 8633 | | | | | OTCX | | | | N | |
| NWBO | 11/02/2020 | 09:50:03.760 | 11/02/2020 | 09:50:03.760 | Inside | 1.12 | 1.14 | 5947 | 52600 | | | | | OTCX | | Update | | N | |
| NWBO | 11/02/2020 | 09:50:06.519 | 11/02/2020 | 09:50:06.519 | Update | 1.12 | 1.15 | 300 | 8633 | | | | | OTCX | | | | N | |
| NWBO | 11/02/2020 | 09:50:06.519 | 11/02/2020 | 09:50:06.519 | Inside | 1.12 | 1.14 | 5247 | 52600 | | | | | OTCX | | Update | | N | |
| NWBO | 11/02/2020 | 09:50:15.363 | 11/02/2020 | 09:50:15.362 | Update | 1.13 | 1.19 | 100 | 1600 | | | | | CSTI | | | | N | |
| NWBO | 11/02/2020 | 09:50:15.363 | 11/02/2020 | 09:50:15.362 | Inside | 1.13 | 1.14 | 100 | 52600 | | | | | CSTI | | Update | | N | |
| NWBO | 11/02/2020 | 09:50:18.209 | 11/02/2020 | 09:50:18.209 | Update | 1.12 | 1.14 | 3147 | 28500 | | | | | ETRF | | | | N | |
| NWBO | 11/02/2020 | 09:50:18.209 | 11/02/2020 | 09:50:18.209 | Inside | 1.13 | 1.14 | 100 | 51600 | | | | | ETRF | | Update | | N | |
| NWBO | 11/02/2020 | 09:50:18.365 | 11/02/2020 | 09:50:18.365 | Update | 1.13 | 1.19 | 100 | 1600 | | | | | CSTI | | | | N | |
| NWBO | 11/02/2020 | 09:50:20.237 | 11/02/2020 | 09:50:20.237 | Update | 1.12 | 1.19 | 100 | 1600 | | | | | CSTI | | | | N | |
| NWBO | 11/02/2020 | 09:50:20.237 | 11/02/2020 | 09:50:20.237 | Inside | 1.12 | 1.14 | 5347 | 51600 | | | | | CSTI | | Update | | N | |

| Symbol | Publish Date | Publish Time | Last Updated Date | Last Updated Time | Action | Primary Bid Price | Primary Ask Price | Primary Bid Size | Primary Ask Size | Cons. Bid Price | Cons. Ask Price | Cons. Bid Size | Cons. Ask Size | Update MMID | Update User | Reason for Inside | Lock/Cross | Unsolicited | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBO | 11/02/2020 | 09:50:21.836 | 11/02/2020 | 09:50:21.836 | Update | 1.13 | 1.14 | 400 | 22000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/02/2020 | 09:50:21.836 | 11/02/2020 | 09:50:21.836 | Inside | 1.13 | 1.14 | 400 | 51600 | | | | | CDEL | | Update | | N | |
| NWBO | 11/02/2020 | 09:50:32.936 | 11/02/2020 | 09:50:32.936 | Update | 1.13 | 1.14 | 400 | 28900 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/02/2020 | 09:50:32.937 | 11/02/2020 | 09:50:32.936 | Inside | 1.13 | 1.14 | 400 | 58500 | | | | | CDEL | | Update | | N | |
| NWBO | 11/02/2020 | 09:50:37.136 | 11/02/2020 | 09:50:37.136 | Update | 1.13 | 1.14 | 400 | 30900 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/02/2020 | 09:50:37.136 | 11/02/2020 | 09:50:37.136 | Inside | 1.13 | 1.14 | 400 | 60500 | | | | | CDEL | | Update | | N | |
| NWBO | 11/02/2020 | 09:50:44.325 | 11/02/2020 | 09:50:44.325 | Update | 1.11 | 1.14 | 100 | 30900 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/02/2020 | 09:50:44.325 | 11/02/2020 | 09:50:44.325 | Inside | 1.12 | 1.14 | 5347 | 60500 | | | | | CDEL | | Update | | N | |
| NWBO | 11/02/2020 | 09:50:44.506 | 11/02/2020 | 09:50:44.506 | Update | 1.12 | 1.14 | 3147 | 28445 | | | | | ETRF | | | | N | |
| NWBO | 11/02/2020 | 09:50:44.506 | 11/02/2020 | 09:50:44.506 | Inside | 1.12 | 1.14 | 5347 | 60445 | | | | | ETRF | | Update | | N | |
| NWBO | 11/02/2020 | 09:50:46.460 | 11/02/2020 | 09:50:46.460 | Update | 1.12 | 1.13 | 1800 | 100 | | | | | GTSM | | | | N | |
| NWBO | 11/02/2020 | 09:50:46.460 | 11/02/2020 | 09:50:46.460 | Inside | 1.12 | 1.13 | 5347 | 100 | | | | | GTSM | | Update | | N | |
| NWBO | 11/02/2020 | 09:50:48.105 | 11/02/2020 | 09:50:48.105 | Update | 1.12 | 1.13 | 1000 | 100 | | | | | GTSM | | | | N | |
| NWBO | 11/02/2020 | 09:50:48.105 | 11/02/2020 | 09:50:48.105 | Inside | 1.12 | 1.13 | 4547 | 100 | | | | | GTSM | | Update | | N | |
| NWBO | 11/02/2020 | 09:50:48.147 | 11/02/2020 | 09:50:48.147 | Update | 1.06 | 1.13 | 100 | 100 | | | | | GTSM | | | | N | |
| NWBO | 11/02/2020 | 09:50:48.147 | 11/02/2020 | 09:50:48.147 | Inside | 1.12 | 1.13 | 3547 | 100 | | | | | GTSM | | Update | | N | |
| NWBO | 11/02/2020 | 09:50:48.166 | 11/02/2020 | 09:50:48.166 | Update | 1.02 | 1.15 | 215 | 8633 | | | | | OTCX | | | | N | |
| NWBO | 11/02/2020 | 09:50:48.166 | 11/02/2020 | 09:50:48.166 | Inside | 1.12 | 1.13 | 3247 | 100 | | | | | OTCX | | Update | | N | |
| NWBO | 11/02/2020 | 09:50:48.209 | 11/02/2020 | 09:50:48.209 | Update | 1.05 | 1.14 | 25895 | 28445 | | | | | ETRF | | | | N | |
| NWBO | 11/02/2020 | 09:50:48.209 | 11/02/2020 | 09:50:48.209 | Inside | 1.12 | 1.13 | 100 | 100 | | | | | ETRF | | Update | | N | |
| NWBO | 11/02/2020 | 09:50:59.861 | 11/02/2020 | 09:50:59.861 | Update | 1.06 | 1.13 | 100 | 100 | | | | | GTSM | | | | N | |
| NWBO | 11/02/2020 | 09:50:59.861 | 11/02/2020 | 09:50:59.861 | Inside | 1.12 | 1.14 | 100 | 60445 | | | | | GTSM | | Saturated | | N | |
| NWBO | 11/02/2020 | 09:50:59.868 | 11/02/2020 | 09:50:59.868 | Update | 1.06 | 1.19 | 100 | 100 | | | | | GTSM | | | | N | |
| NWBO | 11/02/2020 | 09:50:59.901 | 11/02/2020 | 09:50:59.901 | Update | 1.13 | 1.14 | 10397 | 28445 | | | | | ETRF | | | | N | |
| NWBO | 11/02/2020 | 09:50:59.901 | 11/02/2020 | 09:50:59.901 | Inside | 1.13 | 1.14 | 10397 | 60445 | | | | | ETRF | | Update | | N | |
| NWBO | 11/02/2020 | 09:50:59.909 | 11/02/2020 | 09:50:59.909 | Update | 1.11 | 1.14 | 100 | 28900 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/02/2020 | 09:50:59.909 | 11/02/2020 | 09:50:59.909 | Inside | 1.13 | 1.14 | 10397 | 58445 | | | | | CDEL | | Update | | N | |
| NWBO | 11/02/2020 | 09:50:59.914 | 11/02/2020 | 09:50:59.914 | Update | 1.11 | 1.15 | 1000 | 1000 | | | | | JANE | | | | N | |
| NWBO | 11/02/2020 | 09:50:59.914 | 11/02/2020 | 09:50:59.914 | Inside | 1.13 | 1.14 | 10397 | 57445 | | | | | JANE | | Update | | N | |
| NWBO | 11/02/2020 | 09:50:59.936 | 11/02/2020 | 09:50:59.936 | Update | 1.11 | 1.14 | 100 | 27500 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/02/2020 | 09:50:59.936 | 11/02/2020 | 09:50:59.936 | Inside | 1.13 | 1.14 | 10397 | 56045 | | | | | CDEL | | Update | | N | |
| NWBO | 11/02/2020 | 09:51:01.919 | 11/02/2020 | 09:51:01.919 | Update | 1.11 | 1.19 | 100 | 100 | | | | | GTSM | | | | N | |
| NWBO | 11/02/2020 | 09:51:02.209 | 11/02/2020 | 09:51:02.209 | Update | 1.05 | 1.14 | 25895 | 28445 | | | | | ETRF | | | | N | |
| NWBO | 11/02/2020 | 09:51:02.209 | 11/02/2020 | 09:51:02.209 | Inside | 1.12 | 1.14 | 100 | 56045 | | | | | ETRF | | Update | | N | |
| NWBO | 11/02/2020 | 09:51:02.211 | 11/02/2020 | 09:51:02.211 | Update | 1.11 | 1.14 | 1000 | 1000 | | | | | JANE | | | | N | |
| NWBO | 11/02/2020 | 09:51:02.211 | 11/02/2020 | 09:51:02.211 | Inside | 1.12 | 1.14 | 100 | 57045 | | | | | JANE | | Update | | N | |
| NWBO | 11/02/2020 | 09:51:04.652 | 11/02/2020 | 09:51:04.652 | Update | 1.12 | 1.19 | 1071 | 100 | | | | | GTSM | | | | N | |
| NWBO | 11/02/2020 | 09:51:04.652 | 11/02/2020 | 09:51:04.652 | Inside | 1.12 | 1.14 | 1171 | 57045 | | | | | GTSM | | Update | | N | |
| NWBO | 11/02/2020 | 09:51:07.452 | 11/02/2020 | 09:51:07.452 | Update | 1.12 | 1.14 | 10000 | 28445 | | | | | ETRF | | | | N | |
| NWBO | 11/02/2020 | 09:51:07.452 | 11/02/2020 | 09:51:07.452 | Inside | 1.12 | 1.14 | 11171 | 57045 | | | | | ETRF | | Update | | N | |

| Symbol | Publish Date | Publish Time | Last Updated Date | Last Updated Time | Action | Primary Bid Price | Primary Ask Price | Primary Bid Size | Primary Ask Size | Cons. Bid Price | Cons. Ask Price | Cons. Bid Size | Cons. Ask Size | Update MMID | Update User | Reason for Inside | Lock/ Cross | Unsolicited | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBO | 11/02/2020 | 09:51:12.108 | 11/02/2020 | 09:51:12.108 | Update | 1.11 | 1.14 | 100 | 20600 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/02/2020 | 09:51:12.108 | 11/02/2020 | 09:51:12.108 | Inside | 1.12 | 1.14 | 11171 | 50145 | | | | | CDEL | | Update | | N | |
| NWBO | 11/02/2020 | 09:51:12.188 | 11/02/2020 | 09:51:12.188 | Update | 1.12 | 1.13 | 10000 | 6900 | | | | | ETRF | | | | N | |
| NWBO | 11/02/2020 | 09:51:12.188 | 11/02/2020 | 09:51:12.188 | Inside | 1.12 | 1.13 | 11171 | 6900 | | | | | ETRF | | Update | | N | |
| NWBO | 11/02/2020 | 09:51:12.665 | 11/02/2020 | 09:51:12.665 | Update | 1 | 1.39 | 100 | 100 | | | | | CFGN | | | | N | |
| NWBO | 11/02/2020 | 09:51:16.115 | 11/02/2020 | 09:51:16.115 | Update | 1 | 1.25 | 100 | 100 | | | | | CFGN | | | | N | |
| NWBO | 11/02/2020 | 09:51:22.908 | 11/02/2020 | 09:51:22.908 | Update | 1.12 | 1.14 | 10000 | 28445 | | | | | ETRF | | | | N | |
| NWBO | 11/02/2020 | 09:51:22.908 | 11/02/2020 | 09:51:22.908 | Inside | 1.12 | 1.14 | 11171 | 50145 | | | | | ETRF | | Update | | N | |
| NWBO | 11/02/2020 | 09:51:30.110 | 11/02/2020 | 09:51:30.110 | Update | 1.12 | 1.14 | 6000 | 28445 | | | | | ETRF | | | | N | |
| NWBO | 11/02/2020 | 09:51:30.110 | 11/02/2020 | 09:51:30.110 | Inside | 1.12 | 1.14 | 7171 | 50145 | | | | | ETRF | | Update | | N | |
| NWBO | 11/02/2020 | 09:51:32.832 | 11/02/2020 | 09:51:32.832 | Update | 1.11 | 1.14 | 100 | 2000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/02/2020 | 09:51:32.832 | 11/02/2020 | 09:51:32.832 | Inside | 1.12 | 1.14 | 7171 | 31545 | | | | | CDEL | | Update | | N | |
| NWBO | 11/02/2020 | 09:51:32.835 | 11/02/2020 | 09:51:32.834 | Update | 1.11 | 1.17 | 100 | 10000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/02/2020 | 09:51:32.835 | 11/02/2020 | 09:51:32.834 | Inside | 1.12 | 1.14 | 7171 | 29545 | | | | | CDEL | | Update | | N | |
| NWBO | 11/02/2020 | 09:51:33.340 | 11/02/2020 | 09:51:33.340 | Update | 1.12 | 1.14 | 6000 | 28445 | | | | | ETRF | | | | N | |
| NWBO | 11/02/2020 | 09:51:33.340 | 11/02/2020 | 09:51:33.340 | Inside | 1.12 | 1.14 | 1171 | 1100 | | | | | ETRF | | Saturated | | N | |
| NWBO | 11/02/2020 | 09:51:33.364 | 11/02/2020 | 09:51:33.364 | Update | 1.12 | 1.14 | 6000 | 28445 | | | | | ETRF | | | | N | |
| NWBO | 11/02/2020 | 09:51:33.364 | 11/02/2020 | 09:51:33.364 | Inside | 1.12 | 1.14 | 7171 | 29545 | | | | | ETRF | | Update | | N | |
| NWBO | 11/02/2020 | 09:51:33.367 | 11/02/2020 | 09:51:33.367 | Update | 1.12 | 1.14 | 6000 | 28445 | | | | | ETRF | | | | N | |
| NWBO | 11/02/2020 | 09:51:33.409 | 11/02/2020 | 09:51:33.409 | Update | 1.12 | 1.16 | 6000 | 400 | | | | | ETRF | | | | N | |
| NWBO | 11/02/2020 | 09:51:33.409 | 11/02/2020 | 09:51:33.409 | Inside | 1.12 | 1.14 | 7171 | 1100 | | | | | ETRF | | Update | | N | |
| NWBO | 11/02/2020 | 09:51:33.447 | 11/02/2020 | 09:51:33.447 | Update | 1.11 | 1.15 | 1000 | 1000 | | | | | JANE | | | | N | |
| NWBO | 11/02/2020 | 09:51:33.447 | 11/02/2020 | 09:51:33.447 | Inside | 1.12 | 1.14 | 7171 | 100 | | | | | JANE | | Update | | N | |
| NWBO | 11/02/2020 | 09:51:33.539 | 11/02/2020 | 09:51:33.539 | Update | 1.12 | 1.15 | 1000 | 1000 | | | | | JANE | | | | N | |
| NWBO | 11/02/2020 | 09:51:33.539 | 11/02/2020 | 09:51:33.539 | Inside | 1.12 | 1.14 | 8171 | 100 | | | | | JANE | | Update | | N | |
| NWBO | 11/02/2020 | 09:51:35.922 | 11/02/2020 | 09:51:35.922 | Update | 1.12 | 1.15 | 4000 | 8633 | | | | | OTCX | | | | N | |
| NWBO | 11/02/2020 | 09:51:35.922 | 11/02/2020 | 09:51:35.921 | Inside | 1.12 | 1.14 | 12171 | 100 | | | | | OTCX | | Update | | N | |
| NWBO | 11/02/2020 | 09:51:38.434 | 11/02/2020 | 09:51:38.434 | Update | 0.94 | 1.18 | 1000 | 100 | | | | | PUMA | | | | N | |
| NWBO | 11/02/2020 | 09:51:38.434 | 11/02/2020 | 09:51:38.434 | Inside | 1.12 | 1.15 | 12171 | 9633 | | | | | PUMA | | Update | | N | |
| NWBO | 11/02/2020 | 09:51:39.183 | 11/02/2020 | 09:51:39.183 | Update | 1.12 | 1.17 | 1000 | 100 | | | | | JANE | | | | N | |
| NWBO | 11/02/2020 | 09:51:39.183 | 11/02/2020 | 09:51:39.183 | Inside | 1.12 | 1.15 | 12171 | 8633 | | | | | JANE | | Update | | N | |
| NWBO | 11/02/2020 | 09:51:39.702 | 11/02/2020 | 09:51:39.701 | Update | 1.12 | 1.2 | 4000 | 600 | | | | | OTCX | | | | N | |
| NWBO | 11/02/2020 | 09:51:39.702 | 11/02/2020 | 09:51:39.701 | Inside | 1.12 | 1.16 | 12171 | 400 | | | | | OTCX | | Update | | N | |
| NWBO | 11/02/2020 | 09:51:39.707 | 11/02/2020 | 09:51:39.707 | Update | 1.12 | 1.16 | 1000 | 1000 | | | | | JANE | | | | N | |
| NWBO | 11/02/2020 | 09:51:39.707 | 11/02/2020 | 09:51:39.707 | Inside | 1.12 | 1.16 | 12171 | 1400 | | | | | JANE | | Update | | N | |
| NWBO | 11/02/2020 | 09:51:40.283 | 11/02/2020 | 09:51:40.283 | Update | 1.13 | 1.16 | 1000 | 1000 | | | | | JANE | | | | N | |
| NWBO | 11/02/2020 | 09:51:40.283 | 11/02/2020 | 09:51:40.283 | Inside | 1.13 | 1.16 | 1000 | 1400 | | | | | JANE | | Update | | N | |
| NWBO | 11/02/2020 | 09:51:40.744 | 11/02/2020 | 09:51:40.744 | Update | 0.94 | 1.23 | 1000 | 100 | | | | | PUMA | | | | N | |
| NWBO | 11/02/2020 | 09:51:41.730 | 11/02/2020 | 09:51:41.730 | Update | 1.02 | 1.2 | 215 | 600 | | | | | OTCX | | | | N | |
| NWBO | 11/02/2020 | 09:51:49.085 | 11/02/2020 | 09:51:49.085 | Update | 1.13 | 1.2 | 4000 | 600 | | | | | OTCX | | | | N | |

| Symbol | Publish Date | Publish Time | Last Updated Date | Last Updated Time | Action | Primary Bid Price | Primary Ask Price | Primary Bid Size | Primary Ask Size | Cons. Bid Price | Cons. Ask Price | Cons. Bid Size | Cons. Ask Size | Update MMID | Update User | Reason for Inside | Lock/ Cross | Unsolicited | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBO | 11/02/2020 | 09:51:49.085 | 11/02/2020 | 09:51:49.085 | Inside | 1.13 | 1.16 | 5000 | 1400 | | | | | OTCX | | Update | | N | |
| NWBO | 11/02/2020 | 09:51:55.169 | 11/02/2020 | 09:51:55.169 | Update | 1.13 | 1.25 | 4000 | 900 | | | | | OTCX | | | | N | |
| NWBO | 11/02/2020 | 09:51:55.175 | 11/02/2020 | 09:51:55.175 | Update | 1.13 | 1.25 | 4000 | 1500 | | | | | OTCX | | | | N | |
| NWBO | 11/02/2020 | 09:51:55.175 | 11/02/2020 | 09:51:55.175 | Update | 1.13 | 1.25 | 4000 | 900 | | | | | OTCX | | | | N | |
| NWBO | 11/02/2020 | 09:51:55.194 | 11/02/2020 | 09:51:55.194 | Update | 1.13 | 1.25 | 4000 | 1500 | | | | | OTCX | | | | N | |
| NWBO | 11/02/2020 | 09:51:57.005 | 11/02/2020 | 09:51:57.005 | Update | 1.13 | 1.25 | 4000 | 900 | | | | | OTCX | | | | N | |
| NWBO | 11/02/2020 | 09:51:57.011 | 11/02/2020 | 09:51:57.011 | Update | 1.13 | 1.25 | 4000 | 1400 | | | | | OTCX | | | | N | |
| NWBO | 11/02/2020 | 09:51:58.610 | 11/02/2020 | 09:51:58.610 | Update | 0.94 | 1.18 | 1000 | 100 | | | | | PUMA | | | | N | |
| NWBO | 11/02/2020 | 09:52:00.158 | 11/02/2020 | 09:52:00.158 | Update | 1.1 | 1.18 | 2500 | 6000 | | | | | NITE | | | | N | |
| NWBO | 11/02/2020 | 09:52:01.037 | 11/02/2020 | 09:52:01.037 | Update | 1.13 | 1.17 | 10000 | 10000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/02/2020 | 09:52:01.037 | 11/02/2020 | 09:52:01.037 | Inside | 1.13 | 1.16 | 15000 | 1400 | | | | | CDEL | | Update | | N | |
| NWBO | 11/02/2020 | 09:52:04.707 | 11/02/2020 | 09:52:04.707 | Update | 1.12 | 1.16 | 6000 | 1100 | | | | | ETRF | | | | N | |
| NWBO | 11/02/2020 | 09:52:04.707 | 11/02/2020 | 09:52:04.707 | Inside | 1.13 | 1.16 | 15000 | 2100 | | | | | ETRF | | Update | | N | |
| NWBO | 11/02/2020 | 09:52:12.836 | 11/02/2020 | 09:52:12.835 | Update | 1.13 | 1.16 | 10000 | 20000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/02/2020 | 09:52:12.836 | 11/02/2020 | 09:52:12.835 | Inside | 1.13 | 1.16 | 15000 | 22100 | | | | | CDEL | | Update | | N | |
| NWBO | 11/02/2020 | 09:52:15.915 | 11/02/2020 | 09:52:15.915 | Update | 1.13 | 1.25 | 1700 | 1400 | | | | | OTCX | | | | N | |
| NWBO | 11/02/2020 | 09:52:15.915 | 11/02/2020 | 09:52:15.915 | Inside | 1.13 | 1.16 | 12700 | 22100 | | | | | OTCX | | Update | | N | |
| NWBO | 11/02/2020 | 09:52:29.617 | 11/02/2020 | 09:52:29.617 | Update | 1.12 | 1.17 | 100 | 10000 | | | | | CSTI | | | | N | |
| NWBO | 11/02/2020 | 09:52:30.712 | 11/02/2020 | 09:52:30.712 | Update | 1.06 | 1.19 | 100 | 100 | | | | | GTSM | | | | N | |
| NWBO | 11/02/2020 | 09:52:33.036 | 11/02/2020 | 09:52:33.036 | Update | 1.13 | 1.16 | 39500 | 20000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/02/2020 | 09:52:33.036 | 11/02/2020 | 09:52:33.036 | Inside | 1.13 | 1.16 | 42200 | 22100 | | | | | CDEL | | Update | | N | |
| NWBO | 11/02/2020 | 09:52:37.623 | 11/02/2020 | 09:52:37.623 | Update | 1.12 | 1.16 | 100 | 10000 | | | | | CSTI | | | | N | |
| NWBO | 11/02/2020 | 09:52:37.623 | 11/02/2020 | 09:52:37.623 | Inside | 1.13 | 1.16 | 42200 | 32100 | | | | | CSTI | | Update | | N | |
| NWBO | 11/02/2020 | 09:52:38.336 | 11/02/2020 | 09:52:38.336 | Update | 1.13 | 1.16 | 41306 | 20000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/02/2020 | 09:52:38.336 | 11/02/2020 | 09:52:38.336 | Inside | 1.13 | 1.16 | 44006 | 32100 | | | | | CDEL | | Update | | N | |
| NWBO | 11/02/2020 | 09:52:45.336 | 11/02/2020 | 09:52:45.336 | Update | 1.14 | 1.16 | 200 | 20000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/02/2020 | 09:52:45.336 | 11/02/2020 | 09:52:45.336 | Inside | 1.14 | 1.16 | 200 | 32100 | | | | | CDEL | | Update | | N | |
| NWBO | 11/02/2020 | 09:53:03.837 | 11/02/2020 | 09:53:03.836 | Update | 1.13 | 1.16 | 41306 | 20000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/02/2020 | 09:53:03.837 | 11/02/2020 | 09:53:03.836 | Inside | 1.13 | 1.16 | 44006 | 32100 | | | | | CDEL | | Update | | N | |
| NWBO | 11/02/2020 | 09:53:07.070 | 11/02/2020 | 09:53:07.070 | Update | 1.13 | 1.16 | 11806 | 20000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/02/2020 | 09:53:07.070 | 11/02/2020 | 09:53:07.070 | Inside | 1.13 | 1.16 | 14506 | 32100 | | | | | CDEL | | Update | | N | |
| NWBO | 11/02/2020 | 09:53:14.188 | 11/02/2020 | 09:53:14.188 | Update | 1.14 | 1.19 | 1000 | 100 | | | | | GTSM | | | | N | |
| NWBO | 11/02/2020 | 09:53:14.188 | 11/02/2020 | 09:53:14.188 | Inside | 1.14 | 1.16 | 1000 | 32100 | | | | | GTSM | | Update | | N | |
| NWBO | 11/02/2020 | 09:53:14.751 | 11/02/2020 | 09:53:14.751 | Update | 1.14 | 1.16 | 30000 | 10000 | | | | | CSTI | | | | N | |
| NWBO | 11/02/2020 | 09:53:14.751 | 11/02/2020 | 09:53:14.751 | Inside | 1.14 | 1.16 | 31000 | 32100 | | | | | CSTI | | Update | | N | |
| NWBO | 11/02/2020 | 09:53:22.787 | 11/02/2020 | 09:53:22.787 | Update | 1.14 | 1.19 | 300 | 100 | | | | | GTSM | | | | N | |
| NWBO | 11/02/2020 | 09:53:22.787 | 11/02/2020 | 09:53:22.787 | Inside | 1.14 | 1.16 | 30300 | 32100 | | | | | GTSM | | Update | | N | |
| NWBO | 11/02/2020 | 09:53:22.790 | 11/02/2020 | 09:53:22.790 | Update | 1.08 | 1.19 | 100 | 100 | | | | | GTSM | | | | N | |
| NWBO | 11/02/2020 | 09:53:22.790 | 11/02/2020 | 09:53:22.790 | Inside | 1.14 | 1.16 | 30000 | 32100 | | | | | GTSM | | Update | | N | |
| NWBO | 11/02/2020 | 09:53:29.457 | 11/02/2020 | 09:53:29.457 | Update | 1.14 | 1.19 | 300 | 100 | | | | | GTSM | | | | N | |

| Symbol | Publish Date | Publish Time | Last Updated Date | Last Updated Time | Action | Primary Bid Price | Primary Ask Price | Primary Bid Size | Primary Ask Size | Cons. Bid Price | Cons. Ask Price | Cons. Bid Size | Cons. Ask Size | Update MMID | Update User | Reason for Inside | Lock/ Cross | Unsolicited | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBO | 11/02/2020 | 09:53:29.457 | 11/02/2020 | 09:53:29.457 | Inside | 1.14 | 1.16 | 30300 | 32100 | | | | | GTSM | | Update | | N | |