# EXHIBIT 17

| Symbol | Publish Date | Publish Time | Last Updated Date | Last Updated Time | Action | Primary Bid Price | Primary Ask Price | Primary Bid Size | Primary Ask Size | Cons. Bid Price | Cons. Ask Price | Cons. Bid Size | Cons. Ask Size | Update MMID | Update User | Reason for Inside | Lock/Cross | Unsolicited | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBO | 11/18/2020 | 10:00:00.016 | 11/18/2020 | 10:00:00.016 | Update | 1.27 | 1.29 | 1000 | 1000 | | | | | JANE | | | | N | |
| NWBO | 11/18/2020 | 10:00:00.016 | 11/18/2020 | 10:00:00.016 | Inside | 1.27 | 1.29 | 9648 | 1000 | | | | | JANE | | Update | | N | |
| NWBO | 11/18/2020 | 10:00:00.202 | 11/18/2020 | 10:00:00.201 | Update | 1.26 | 1.3 | 31500 | 100 | | | | | CSTI | | | | N | |
| NWBO | 11/18/2020 | 10:00:00.202 | 11/18/2020 | 10:00:00.202 | Update | 1.26 | 1.3 | 31500 | 100 | | | | | CSTI | | | | N | |
| NWBO | 11/18/2020 | 10:00:01.602 | 11/18/2020 | 10:00:01.602 | Update | 1.26 | 1.3 | 5000 | 100 | | | | | CSTI | | | | N | |
| NWBO | 11/18/2020 | 10:00:03.346 | 11/18/2020 | 10:00:03.346 | Update | 1.27 | 1.3 | 4558 | 250 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/18/2020 | 10:00:03.346 | 11/18/2020 | 10:00:03.346 | Inside | 1.27 | 1.29 | 9658 | 1000 | | | | | CDEL | | Update | | N | |
| NWBO | 11/18/2020 | 10:00:48.246 | 11/18/2020 | 10:00:48.246 | Update | 1.27 | 1.3 | 30558 | 250 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/18/2020 | 10:00:48.246 | 11/18/2020 | 10:00:48.246 | Inside | 1.27 | 1.29 | 35658 | 1000 | | | | | CDEL | | Update | | N | |
| NWBO | 11/18/2020 | 10:00:50.118 | 11/18/2020 | 10:00:50.118 | Update | 1.27 | 1.3 | 4558 | 250 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/18/2020 | 10:00:50.118 | 11/18/2020 | 10:00:50.118 | Inside | 1.27 | 1.29 | 9658 | 1000 | | | | | CDEL | | Update | | N | |
| NWBO | 11/18/2020 | 10:00:50.502 | 11/18/2020 | 10:00:50.502 | Update | 1.27 | 1.3 | 4548 | 250 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/18/2020 | 10:00:50.502 | 11/18/2020 | 10:00:50.502 | Inside | 1.27 | 1.29 | 9648 | 1000 | | | | | CDEL | | Update | | N | |
| NWBO | 11/18/2020 | 10:00:50.506 | 11/18/2020 | 10:00:50.506 | Update | 1.26 | 1.3 | 9000 | 250 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/18/2020 | 10:00:50.506 | 11/18/2020 | 10:00:50.506 | Inside | 1.27 | 1.29 | 5100 | 1000 | | | | | CDEL | | Update | | N | |
| NWBO | 11/18/2020 | 10:01:04.149 | 11/18/2020 | 10:01:04.146 | Update | 1.28 | 1.3 | 900 | 250 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/18/2020 | 10:01:04.149 | 11/18/2020 | 10:01:04.146 | Inside | 1.28 | 1.29 | 900 | 1000 | | | | | CDEL | | Update | | N | |
| NWBO | 11/18/2020 | 10:01:26.355 | 11/18/2020 | 10:01:26.354 | Update | 1.26 | 1.36 | 1500 | 2000 | | | | | NITE | | | | N | |
| NWBO | 11/18/2020 | 10:01:54.546 | 11/18/2020 | 10:01:54.545 | Update | 1.26 | 1.34 | 1500 | 200 | | | | | NITE | | | | N | |
| NWBO | 11/18/2020 | 10:01:55.346 | 11/18/2020 | 10:01:55.346 | Update | 1.28 | 1.29 | 900 | 5000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/18/2020 | 10:01:55.346 | 11/18/2020 | 10:01:55.346 | Inside | 1.28 | 1.29 | 900 | 6000 | | | | | CDEL | | Update | | N | |
| NWBO | 11/18/2020 | 10:01:56.378 | 11/18/2020 | 10:01:56.378 | Update | 1.27 | 1.29 | 30000 | 5000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/18/2020 | 10:01:56.378 | 11/18/2020 | 10:01:56.378 | Inside | 1.27 | 1.29 | 35100 | 6000 | | | | | CDEL | | Update | | N | |
| NWBO | 11/18/2020 | 10:01:58.374 | 11/18/2020 | 10:01:58.374 | Update | 1.27 | 1.3 | 2100 | 10000 | | | | | ETRF | | | | N | |
| NWBO | 11/18/2020 | 10:01:59.160 | 11/18/2020 | 10:01:59.160 | Update | 1.25 | 1.34 | 3405 | 200 | | | | | NITE | | | | N | |
| NWBO | 11/18/2020 | 10:01:59.259 | 11/18/2020 | 10:01:59.259 | Update | 1.26 | 1.29 | 9000 | 5000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/18/2020 | 10:01:59.259 | 11/18/2020 | 10:01:59.259 | Inside | 1.27 | 1.29 | 5100 | 6000 | | | | | CDEL | | Update | | N | |
| NWBO | 11/18/2020 | 10:01:59.314 | 11/18/2020 | 10:01:59.314 | Update | 1.26 | 1.29 | 1000 | 1000 | | | | | JANE | | | | N | |
| NWBO | 11/18/2020 | 10:01:59.314 | 11/18/2020 | 10:01:59.314 | Inside | 1.27 | 1.29 | 4100 | 6000 | | | | | JANE | | Update | | N | |
| NWBO | 11/18/2020 | 10:01:59.763 | 11/18/2020 | 10:01:59.763 | Update | 1.26 | 1.45 | 1600 | 900 | | | | | OTCX | | | | N | |
| NWBO | 11/18/2020 | 10:01:59.763 | 11/18/2020 | 10:01:59.763 | Inside | 1.27 | 1.29 | 2100 | 6000 | | | | | OTCX | | Update | | N | |
| NWBO | 11/18/2020 | 10:01:59.765 | 11/18/2020 | 10:01:59.763 | Update | 1.27 | 1.3 | 2100 | 10000 | | | | | ETRF | | | | N | |
| NWBO | 11/18/2020 | 10:01:59.765 | 11/18/2020 | 10:01:59.763 | Inside | 1.26 | 1.29 | 16600 | 6000 | | | | | ETRF | | Saturated | | N | |
| NWBO | 11/18/2020 | 10:01:59.795 | 11/18/2020 | 10:01:59.795 | Update | 1.27 | 1.3 | 2100 | 10000 | | | | | ETRF | | | | N | |
| NWBO | 11/18/2020 | 10:01:59.795 | 11/18/2020 | 10:01:59.795 | Inside | 1.27 | 1.29 | 2100 | 6000 | | | | | ETRF | | Update | | N | |
| NWBO | 11/18/2020 | 10:01:59.799 | 11/18/2020 | 10:01:59.798 | Update | 1.27 | 1.3 | 2100 | 10000 | | | | | ETRF | | | | N | |
| NWBO | 11/18/2020 | 10:01:59.814 | 11/18/2020 | 10:01:59.814 | Update | 1.27 | 1.3 | 100 | 10000 | | | | | ETRF | | | | N | |
| NWBO | 11/18/2020 | 10:01:59.814 | 11/18/2020 | 10:01:59.814 | Inside | 1.27 | 1.29 | 100 | 6000 | | | | | ETRF | | Update | | N | |
| NWBO | 11/18/2020 | 10:01:59.814 | 11/18/2020 | 10:01:59.814 | Update | 1.25 | 1.3 | 21000 | 10000 | | | | | ETRF | | | | N | |
| NWBO | 11/18/2020 | 10:01:59.814 | 11/18/2020 | 10:01:59.814 | Inside | 1.26 | 1.29 | 16600 | 6000 | | | | | ETRF | | Update | | N | |

| Symbol | Publish Date | Publish Time | Last Updated Date | Last Updated Time | Action | Primary Bid Price | Primary Ask Price | Primary Bid Size | Primary Ask Size | Cons. Bid Price | Cons. Ask Price | Cons. Bid Size | Cons. Ask Size | Update MMID | Update User | Reason for Inside | Lock/Cross | Unsolicited | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBO | 11/18/2020 | 10:02:00.546 | 11/18/2020 | 10:02:00.546 | Update | 1.26 | 1.27 | 9000 | 29950 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/18/2020 | 10:02:00.546 | 11/18/2020 | 10:02:00.546 | Inside | 1.26 | 1.27 | 16600 | 29950 | | | | | CDEL | | Update | | N | |
| NWBO | 11/18/2020 | 10:02:00.644 | 11/18/2020 | 10:02:00.644 | Update | 1.25 | 1.27 | 1000 | 1000 | | | | | JANE | | | | N | |
| NWBO | 11/18/2020 | 10:02:00.644 | 11/18/2020 | 10:02:00.644 | Inside | 1.26 | 1.27 | 15600 | 30950 | | | | | JANE | | Update | | N | |
| NWBO | 11/18/2020 | 10:02:00.947 | 11/18/2020 | 10:02:00.947 | Update | 1.26 | 1.27 | 9000 | 29800 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/18/2020 | 10:02:00.947 | 11/18/2020 | 10:02:00.947 | Inside | 1.26 | 1.27 | 15600 | 30800 | | | | | CDEL | | Update | | N | |
| NWBO | 11/18/2020 | 10:02:03.305 | 11/18/2020 | 10:02:03.305 | Update | 1.26 | 1.3 | 3000 | 10000 | | | | | ETRF | | | | N | |
| NWBO | 11/18/2020 | 10:02:03.305 | 11/18/2020 | 10:02:03.305 | Inside | 1.26 | 1.27 | 18600 | 30800 | | | | | ETRF | | Update | | N | |
| NWBO | 11/18/2020 | 10:02:05.299 | 11/18/2020 | 10:02:05.299 | Update | 1.26 | 1.27 | 5000 | 40000 | | | | | CSTI | | | | N | |
| NWBO | 11/18/2020 | 10:02:05.299 | 11/18/2020 | 10:02:05.299 | Inside | 1.26 | 1.27 | 18600 | 70800 | | | | | CSTI | | Update | | N | |
| NWBO | 11/18/2020 | 10:02:16.013 | 11/18/2020 | 10:02:16.013 | Update | 1.25 | 1.27 | 6600 | 29800 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/18/2020 | 10:02:16.013 | 11/18/2020 | 10:02:16.013 | Inside | 1.26 | 1.27 | 9600 | 70800 | | | | | CDEL | | Update | | N | |
| NWBO | 11/18/2020 | 10:02:19.716 | 11/18/2020 | 10:02:19.715 | Update | 1.26 | 1.32 | 3000 | 1000 | | | | | ETRF | | | | N | |
| NWBO | 11/18/2020 | 10:02:19.777 | 11/18/2020 | 10:02:19.777 | Update | 1.26 | 1.29 | 3000 | 10000 | | | | | ETRF | | | | N | |
| NWBO | 11/18/2020 | 10:02:29.346 | 11/18/2020 | 10:02:29.346 | Update | 1.25 | 1.27 | 6700 | 29800 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/18/2020 | 10:02:35.209 | 11/18/2020 | 10:02:35.209 | Update | 1.26 | 1.32 | 3000 | 1000 | | | | | ETRF | | | | N | |
| NWBO | 11/18/2020 | 10:02:35.223 | 11/18/2020 | 10:02:35.223 | Update | 1.26 | 1.28 | 3000 | 10000 | | | | | ETRF | | | | N | |
| NWBO | 11/18/2020 | 10:02:59.861 | 11/18/2020 | 10:02:59.861 | Update | 1.25 | 1.3 | 100 | 100 | | | | | GTSM | | | | N | |
| NWBO | 11/18/2020 | 10:03:06.535 | 11/18/2020 | 10:03:06.535 | Update | 1.24 | 1.45 | 1000 | 900 | | | | | OTCX | | | | N | |
| NWBO | 11/18/2020 | 10:03:06.535 | 11/18/2020 | 10:03:06.535 | Inside | 1.26 | 1.27 | 8000 | 70800 | | | | | OTCX | | Update | | N | |
| NWBO | 11/18/2020 | 10:03:06.538 | 11/18/2020 | 10:03:06.536 | Update | 1.26 | 1.28 | 3000 | 10000 | | | | | ETRF | | | | N | |
| NWBO | 11/18/2020 | 10:03:06.538 | 11/18/2020 | 10:03:06.536 | Inside | 1.26 | 1.27 | 5000 | 70800 | | | | | ETRF | | Saturated | | N | |
| NWBO | 11/18/2020 | 10:03:06.585 | 11/18/2020 | 10:03:06.585 | Update | 1.26 | 1.28 | 3000 | 10000 | | | | | ETRF | | | | N | |
| NWBO | 11/18/2020 | 10:03:06.585 | 11/18/2020 | 10:03:06.585 | Inside | 1.26 | 1.27 | 8000 | 70800 | | | | | ETRF | | Update | | N | |
| NWBO | 11/18/2020 | 10:03:06.588 | 11/18/2020 | 10:03:06.588 | Update | 1.26 | 1.28 | 3000 | 10000 | | | | | ETRF | | | | N | |
| NWBO | 11/18/2020 | 10:03:06.614 | 11/18/2020 | 10:03:06.614 | Update | 1.25 | 1.28 | 21000 | 10000 | | | | | ETRF | | | | N | |
| NWBO | 11/18/2020 | 10:03:06.614 | 11/18/2020 | 10:03:06.614 | Inside | 1.26 | 1.27 | 5000 | 70800 | | | | | ETRF | | Update | | N | |
| NWBO | 11/18/2020 | 10:03:10.819 | 11/18/2020 | 10:03:10.819 | Update | 1.26 | 1.27 | 5000 | 39250 | | | | | CSTI | | | | N | |
| NWBO | 11/18/2020 | 10:03:10.819 | 11/18/2020 | 10:03:10.819 | Inside | 1.26 | 1.27 | 5000 | 70050 | | | | | CSTI | | Update | | N | |
| NWBO | 11/18/2020 | 10:03:10.819 | 11/18/2020 | 10:03:10.819 | Update | 1.26 | 1.27 | 5000 | 39250 | | | | | CSTI | | | | N | |
| NWBO | 11/18/2020 | 10:03:11.821 | 11/18/2020 | 10:03:11.821 | Update | 1.26 | 1.27 | 100 | 39250 | | | | | CSTI | | | | N | |
| NWBO | 11/18/2020 | 10:03:11.821 | 11/18/2020 | 10:03:11.821 | Inside | 1.26 | 1.27 | 100 | 70050 | | | | | CSTI | | Update | | N | |
| NWBO | 11/18/2020 | 10:03:11.903 | 11/18/2020 | 10:03:11.903 | Update | 1.24 | 1.27 | 1000 | 1000 | | | | | JANE | | | | N | |
| NWBO | 11/18/2020 | 10:03:11.945 | 11/18/2020 | 10:03:11.944 | Update | 1.24 | 1.27 | 100 | 39250 | | | | | CSTI | | | | N | |
| NWBO | 11/18/2020 | 10:03:11.945 | 11/18/2020 | 10:03:11.944 | Inside | 1.25 | 1.27 | 31205 | 70050 | | | | | CSTI | | Update | | N | |
| NWBO | 11/18/2020 | 10:03:11.953 | 11/18/2020 | 10:03:11.953 | Update | 1.24 | 1.26 | 1000 | 2000 | | | | | OTCX | | | | N | |
| NWBO | 11/18/2020 | 10:03:11.953 | 11/18/2020 | 10:03:11.953 | Inside | 1.25 | 1.26 | 31205 | 2000 | | | | | OTCX | | Update | | N | |
| NWBO | 11/18/2020 | 10:03:13.563 | 11/18/2020 | 10:03:13.563 | Update | 1.24 | 1.26 | 1000 | 1000 | | | | | OTCX | | | | N | |
| NWBO | 11/18/2020 | 10:03:13.563 | 11/18/2020 | 10:03:13.563 | Inside | 1.25 | 1.26 | 31205 | 1000 | | | | | OTCX | | Update | | N | |
| NWBO | 11/18/2020 | 10:03:15.457 | 11/18/2020 | 10:03:15.457 | Update | 1.25 | 1.27 | 800 | 39250 | | | | | CSTI | | | | N | |

| Symbol | Publish Date | Publish Time | Last Updated Date | Last Updated Time | Action | Primary Bid Price | Primary Ask Price | Primary Bid Size | Primary Ask Size | Cons. Bid Price | Cons. Ask Price | Cons. Bid Size | Cons. Ask Size | Update MMID | Update User | Reason for Inside | Lock/ Cross | Unsolicited | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBO | 11/18/2020 | 10:03:15.457 | 11/18/2020 | 10:03:15.457 | Inside | 1.25 | 1.26 | 32005 | 1000 | | | | | CSTI | | Update | | N | |
| NWBO | 11/18/2020 | 10:03:16.547 | 11/18/2020 | 10:03:16.547 | Update | 1.25 | 1.26 | 6700 | 40400 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/18/2020 | 10:03:16.547 | 11/18/2020 | 10:03:16.547 | Inside | 1.25 | 1.26 | 32005 | 41400 | | | | | CDEL | | Update | | N | |
| NWBO | 11/18/2020 | 10:03:16.554 | 11/18/2020 | 10:03:16.554 | Update | 1.24 | 1.26 | 1000 | 1000 | | | | | JANE | | | | N | |
| NWBO | 11/18/2020 | 10:03:16.554 | 11/18/2020 | 10:03:16.554 | Inside | 1.25 | 1.26 | 32005 | 42400 | | | | | JANE | | Update | | N | |
| NWBO | 11/18/2020 | 10:03:18.689 | 11/18/2020 | 10:03:18.688 | Update | 1.24 | 1.45 | 1000 | 900 | | | | | OTCX | | | | N | |
| NWBO | 11/18/2020 | 10:03:18.689 | 11/18/2020 | 10:03:18.688 | Inside | 1.25 | 1.26 | 32005 | 41400 | | | | | OTCX | | Update | | N | |
| NWBO | 11/18/2020 | 10:03:37.538 | 11/18/2020 | 10:03:37.538 | Update | 1.25 | 1.3 | 2000 | 100 | | | | | GTSM | | | | N | |
| NWBO | 11/18/2020 | 10:03:37.538 | 11/18/2020 | 10:03:37.538 | Inside | 1.25 | 1.26 | 33905 | 41400 | | | | | GTSM | | Update | | N | |
| NWBO | 11/18/2020 | 10:03:40.876 | 11/18/2020 | 10:03:40.876 | Update | 1.25 | 1.36 | 3405 | 2000 | | | | | NITE | | | | N | |
| NWBO | 11/18/2020 | 10:03:48.446 | 11/18/2020 | 10:03:48.446 | Update | 1.25 | 1.26 | 6700 | 40150 | | | | | CDEL | CES1 | | | N | |
| NWBO | 11/18/2020 | 10:03:48.446 | 11/18/2020 | 10:03:48.446 | Inside | 1.25 | 1.26 | 33905 | 41150 | | | | | CDEL | | Update | | N | |
| NWBO | 11/18/2020 | 10:03:57.397 | 11/18/2020 | 10:03:57.397 | Update | 1.25 | 1.27 | 775 | 39250 | | | | | CSTI | | | | N | |
| NWBO | 11/18/2020 | 10:03:57.397 | 11/18/2020 | 10:03:57.397 | Inside | 1.25 | 1.26 | 33880 | 41150 | | | | | CSTI | | Update | | N | |
| NWBO | 11/18/2020 | 10:03:57.397 | 11/18/2020 | 10:03:57.397 | Update | 1.25 | 1.27 | 775 | 39250 | | | | | CSTI | | | | N | |
| NWBO | 11/18/2020 | 10:03:58.399 | 11/18/2020 | 10:03:58.399 | Update | 1.25 | 1.27 | 675 | 39250 | | | | | CSTI | | | | N | |
| NWBO | 11/18/2020 | 10:03:58.399 | 11/18/2020 | 10:03:58.399 | Inside | 1.25 | 1.26 | 33780 | 41150 | | | | | CSTI | | Update | | N | |
| NWBO | 11/18/2020 | 10:03:58.399 | 11/18/2020 | 10:03:58.399 | Update | 1.25 | 1.27 | 675 | 39250 | | | | | CSTI | | | | N | |