# EXHIBIT 19

| Symbol | Publish Date | Publish Time | Last Updated Date | Last Updated Time | Action | Primary Bid Price | Primary Ask Price | Primary Bid Size | Primary Ask Size | Cons. Bid Price | Cons. Ask Price | Cons. Bid Size | Cons. Ask Size | Update MMID | Update User | Reason for Inside | Lock/Cross | Unsolicited | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBO | 02/01/2021 | 09:30:00.195 | 02/01/2021 | 09:30:00.186 | Update | 1.3 | 1.77 | 13000 | 100 | | | | | VNDM | | | | N | |
| NWBO | 02/01/2021 | 09:30:02.419 | 02/01/2021 | 09:30:02.419 | Update | 1.55 | 1.6 | 300 | 1000 | | | | | ETRF | | | | N | |
| NWBO | 02/01/2021 | 09:30:02.419 | 02/01/2021 | 09:30:02.419 | Inside | 1.55 | 1.56 | 400 | 100 | | | | | ETRF | | Update | | N | |
| NWBO | 02/01/2021 | 09:30:02.525 | 02/01/2021 | 09:30:02.525 | Update | 1.55 | 1.69 | 685 | 100 | | | | | GTSM | | | | N | |
| NWBO | 02/01/2021 | 09:30:02.525 | 02/01/2021 | 09:30:02.525 | Inside | 1.55 | 1.56 | 985 | 100 | | | | | GTSM | | Update | | N | |
| NWBO | 02/01/2021 | 09:30:02.698 | 02/01/2021 | 09:30:02.698 | Update | 1.54 | 1.56 | 1000 | 100 | | | | | NITE | | | | N | |
| NWBO | 02/01/2021 | 09:30:03.530 | 02/01/2021 | 09:30:03.530 | Update | 1.54 | 1.58 | 1000 | 1000 | | | | | JANE | | | | N | |
| NWBO | 02/01/2021 | 09:30:04.822 | 02/01/2021 | 09:30:04.822 | Update | 1.55 | 1.69 | 585 | 100 | | | | | GTSM | | | | N | |
| NWBO | 02/01/2021 | 09:30:04.822 | 02/01/2021 | 09:30:04.822 | Inside | 1.55 | 1.56 | 885 | 100 | | | | | GTSM | | Update | | N | |
| NWBO | 02/01/2021 | 09:30:06.028 | 02/01/2021 | 09:30:06.028 | Update | 1.55 | 1.59 | 585 | 2500 | | | | | GTSM | | | | N | |
| NWBO | 02/01/2021 | 09:30:08.578 | 02/01/2021 | 09:30:08.578 | Update | 1.55 | 1.56 | 100 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 09:30:08.578 | 02/01/2021 | 09:30:08.578 | Inside | 1.55 | 1.56 | 985 | 1100 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 09:30:10.039 | 02/01/2021 | 09:30:10.039 | Update | 1.54 | 1.61 | 1000 | 100 | | | | | NITE | | | | N | |
| NWBO | 02/01/2021 | 09:30:10.039 | 02/01/2021 | 09:30:10.039 | Inside | 1.55 | 1.56 | 985 | 1000 | | | | | NITE | | Update | | N | |
| NWBO | 02/01/2021 | 09:30:10.473 | 02/01/2021 | 09:30:10.473 | Update | 1.54 | 1.61 | 1000 | 100 | | | | | NITE | | | | N | |
| NWBO | 02/01/2021 | 09:30:10.709 | 02/01/2021 | 09:30:10.709 | Update | 1.54 | 1.61 | 1000 | 100 | | | | | NITE | | | | N | |
| NWBO | 02/01/2021 | 09:30:12.067 | 02/01/2021 | 09:30:12.067 | Update | 1.55 | 1.59 | 585 | 2500 | | | | | GTSM | | | | N | |
| NWBO | 02/01/2021 | 09:30:13.740 | 02/01/2021 | 09:30:13.740 | Update | 0 | 2.3 | 0 | 200 | | | | | INTL | | | | N | |
| NWBO | 02/01/2021 | 09:30:20.406 | 02/01/2021 | 09:30:20.406 | Update | 1.55 | 1.56 | 100 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 09:30:23.526 | 02/01/2021 | 09:30:23.526 | Update | 1.53 | 1.58 | 100 | 500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 09:30:26.878 | 02/01/2021 | 09:30:26.877 | Update | 1.54 | 1.56 | 461 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 09:30:26.878 | 02/01/2021 | 09:30:26.877 | Inside | 1.55 | 1.56 | 885 | 1000 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 09:30:27.681 | 02/01/2021 | 09:30:27.681 | Update | 1.55 | 1.56 | 2500 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 09:30:27.681 | 02/01/2021 | 09:30:27.681 | Inside | 1.55 | 1.56 | 3385 | 1000 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 09:30:29.400 | 02/01/2021 | 09:30:29.393 | Update | 1.55 | 1.58 | 3200 | 500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 09:30:29.400 | 02/01/2021 | 09:30:29.393 | Inside | 1.55 | 1.56 | 6585 | 1000 | | | | | CSTI | | Update | | N | |
| NWBO | 02/01/2021 | 09:30:30.641 | 02/01/2021 | 09:30:30.641 | Update | 1.55 | 1.58 | 2500 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 09:30:30.641 | 02/01/2021 | 09:30:30.641 | Inside | 1.55 | 1.58 | 6585 | 2500 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 09:30:30.645 | 02/01/2021 | 09:30:30.645 | Update | 1.56 | 1.59 | 2000 | 2500 | | | | | GTSM | | | | N | |
| NWBO | 02/01/2021 | 09:30:30.645 | 02/01/2021 | 09:30:30.645 | Inside | 1.56 | 1.58 | 2000 | 2500 | | | | | GTSM | | Update | | N | |
| NWBO | 02/01/2021 | 09:30:30.654 | 02/01/2021 | 09:30:30.654 | Update | 1.54 | 1.59 | 1000 | 1000 | | | | | JANE | | | | N | |
| NWBO | 02/01/2021 | 09:30:30.654 | 02/01/2021 | 09:30:30.654 | Inside | 1.56 | 1.58 | 2000 | 1500 | | | | | JANE | | Update | | N | |
| NWBO | 02/01/2021 | 09:30:33.595 | 02/01/2021 | 09:30:33.595 | Update | 1.56 | 1.6 | 1600 | 1000 | | | | | ETRF | | | | N | |
| NWBO | 02/01/2021 | 09:30:33.595 | 02/01/2021 | 09:30:33.595 | Inside | 1.56 | 1.58 | 3600 | 1500 | | | | | ETRF | | Update | | N | |
| NWBO | 02/01/2021 | 09:30:33.598 | 02/01/2021 | 09:30:33.598 | Update | 1.56 | 1.59 | 1000 | 1000 | | | | | JANE | | | | N | |
| NWBO | 02/01/2021 | 09:30:33.598 | 02/01/2021 | 09:30:33.598 | Inside | 1.56 | 1.58 | 4600 | 1500 | | | | | JANE | | Update | | N | |
| NWBO | 02/01/2021 | 09:30:38.891 | 02/01/2021 | 09:30:38.891 | Update | 1.55 | 1.58 | 3200 | 500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 09:30:39.548 | 02/01/2021 | 09:30:39.548 | Update | 1.54 | 1.6 | 1000 | 63100 | | | | | NITE | | | | N | |
| NWBO | 02/01/2021 | 09:30:41.146 | 02/01/2021 | 09:30:41.146 | Update | 1.32 | 1.59 | 100 | 2500 | | | | | GTSM | | | | N | |
| NWBO | 02/01/2021 | 09:30:41.146 | 02/01/2021 | 09:30:41.146 | Inside | 1.56 | 1.58 | 2600 | 1500 | | | | | GTSM | | Update | | N | |

| Symbol | Publish Date | Publish Time | Last Updated Date | Last Updated Time | Action | Primary Bid Price | Primary Ask Price | Primary Bid Size | Primary Ask Size | Cons. Bid Price | Cons. Ask Price | Cons. Bid Size | Cons. Ask Size | Update MMID | Update User | Reason for Inside | Lock/ Cross | Unsolicited | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBO | 02/01/2021 | 09:30:41.175 | 02/01/2021 | 09:30:41.175 | Update | 1.56 | 1.59 | 1525 | 2500 | | | | | GTSM | | | | N | |
| NWBO | 02/01/2021 | 09:30:41.175 | 02/01/2021 | 09:30:41.175 | Inside | 1.56 | 1.58 | 4125 | 1500 | | | | | GTSM | | Update | | N | |
| NWBO | 02/01/2021 | 09:30:41.479 | 02/01/2021 | 09:30:41.479 | Update | 1.55 | 1.58 | 2600 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 09:30:41.518 | 02/01/2021 | 09:30:41.518 | Update | 1.55 | 1.58 | 3200 | 500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 09:30:45.724 | 02/01/2021 | 09:30:45.723 | Update | 1.55 | 1.59 | 2600 | 509 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 09:30:45.724 | 02/01/2021 | 09:30:45.723 | Inside | 1.56 | 1.58 | 4125 | 500 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 09:30:47.679 | 02/01/2021 | 09:30:47.679 | Update | 1.55 | 1.58 | 2600 | 1000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 09:30:47.679 | 02/01/2021 | 09:30:47.679 | Inside | 1.56 | 1.58 | 4125 | 1500 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 09:30:47.976 | 02/01/2021 | 09:30:47.976 | Update | 1.55 | 1.58 | 2600 | 699 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 09:30:47.976 | 02/01/2021 | 09:30:47.976 | Inside | 1.56 | 1.58 | 4125 | 1199 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 09:30:48.136 | 02/01/2021 | 09:30:48.136 | Update | 1.55 | 1.59 | 2600 | 509 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 09:30:48.136 | 02/01/2021 | 09:30:48.136 | Inside | 1.56 | 1.58 | 4125 | 500 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 09:30:49.892 | 02/01/2021 | 09:30:49.892 | Update | 1.55 | 1.63 | 3200 | 100 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 09:30:49.892 | 02/01/2021 | 09:30:49.892 | Inside | 1.56 | 1.59 | 4125 | 4009 | | | | | CSTI | | Update | | N | |
| NWBO | 02/01/2021 | 09:30:50.156 | 02/01/2021 | 09:30:50.156 | Update | 1.56 | 1.6 | 1000 | 1000 | | | | | JANE | | | | N | |
| NWBO | 02/01/2021 | 09:30:50.156 | 02/01/2021 | 09:30:50.156 | Inside | 1.56 | 1.59 | 4125 | 3009 | | | | | JANE | | Update | | N | |
| NWBO | 02/01/2021 | 09:30:51.069 | 02/01/2021 | 09:30:51.069 | Update | 1.56 | 1.59 | 755 | 2500 | | | | | GTSM | | | | N | |
| NWBO | 02/01/2021 | 09:30:51.069 | 02/01/2021 | 09:30:51.069 | Inside | 1.56 | 1.59 | 3355 | 3009 | | | | | GTSM | | Update | | N | |
| NWBO | 02/01/2021 | 09:30:52.459 | 02/01/2021 | 09:30:52.457 | Update | 1.55 | 1.58 | 3200 | 500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 09:30:52.459 | 02/01/2021 | 09:30:52.457 | Inside | 1.56 | 1.58 | 3355 | 500 | | | | | CSTI | | Update | | N | |
| NWBO | 02/01/2021 | 09:30:53.975 | 02/01/2021 | 09:30:53.975 | Update | 1.56 | 1.75 | 1000 | 100 | | | | | JANE | | | | N | |
| NWBO | 02/01/2021 | 09:30:54.513 | 02/01/2021 | 09:30:54.513 | Update | 1.56 | 1.64 | 755 | 3800 | | | | | GTSM | | | | N | |
| NWBO | 02/01/2021 | 09:30:54.527 | 02/01/2021 | 09:30:54.527 | Update | 1.56 | 1.67 | 755 | 100 | | | | | GTSM | | | | N | |
| NWBO | 02/01/2021 | 09:30:54.722 | 02/01/2021 | 09:30:54.722 | Update | 1.55 | 1.58 | 3200 | 500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 09:30:59.853 | 02/01/2021 | 09:30:59.853 | Update | 1.55 | 1.63 | 3200 | 100 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 09:30:59.853 | 02/01/2021 | 09:30:59.853 | Inside | 1.56 | 1.59 | 3355 | 509 | | | | | CSTI | | Update | | N | |
| NWBO | 02/01/2021 | 09:31:02.276 | 02/01/2021 | 09:31:02.276 | Update | 1.55 | 1.59 | 5567 | 509 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 09:31:05.974 | 02/01/2021 | 09:31:05.974 | Update | 1.55 | 1.58 | 3200 | 500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 09:31:05.974 | 02/01/2021 | 09:31:05.974 | Inside | 1.56 | 1.58 | 3355 | 500 | | | | | CSTI | | Update | | N | |
| NWBO | 02/01/2021 | 09:31:06.459 | 02/01/2021 | 09:31:06.459 | Update | 1.56 | 1.64 | 755 | 3800 | | | | | GTSM | | | | N | |
| NWBO | 02/01/2021 | 09:31:10.341 | 02/01/2021 | 09:31:10.341 | Update | 1.55 | 1.63 | 3200 | 100 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 09:31:10.341 | 02/01/2021 | 09:31:10.341 | Inside | 1.56 | 1.59 | 3355 | 509 | | | | | CSTI | | Update | | N | |
| NWBO | 02/01/2021 | 09:31:11.061 | 02/01/2021 | 09:31:11.061 | Update | 1.55 | 1.64 | 485 | 3800 | | | | | GTSM | | | | N | |
| NWBO | 02/01/2021 | 09:31:11.061 | 02/01/2021 | 09:31:11.061 | Inside | 1.56 | 1.59 | 2600 | 509 | | | | | GTSM | | Update | | N | |
| NWBO | 02/01/2021 | 09:31:11.176 | 02/01/2021 | 09:31:11.176 | Update | 1.56 | 1.59 | 300 | 509 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 09:31:11.176 | 02/01/2021 | 09:31:11.176 | Inside | 1.56 | 1.59 | 2900 | 509 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 09:31:18.302 | 02/01/2021 | 09:31:18.302 | Update | 1.55 | 1.58 | 3200 | 500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 09:31:18.302 | 02/01/2021 | 09:31:18.302 | Inside | 1.56 | 1.58 | 2900 | 500 | | | | | CSTI | | Update | | N | |
| NWBO | 02/01/2021 | 09:31:22.116 | 02/01/2021 | 09:31:22.116 | Update | 1.55 | 1.6 | 1000 | 1000 | | | | | JANE | | | | N | |
| NWBO | 02/01/2021 | 09:31:22.116 | 02/01/2021 | 09:31:22.116 | Inside | 1.56 | 1.58 | 1900 | 500 | | | | | JANE | | Update | | N | |

| Symbol | Publish Date | Publish Time | Last Updated Date | Last Updated Time | Action | Primary Bid Price | Primary Ask Price | Primary Bid Size | Primary Ask Size | Cons. Bid Price | Cons. Ask Price | Cons. Bid Size | Cons. Ask Size | Update MMID | Update User | Reason for Inside | Lock/ Cross | Unsolicited | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBO | 02/01/2021 | 09:31:25.768 | 02/01/2021 | 09:31:25.768 | Update | 1.55 | 1.58 | 3200 | 100 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 09:31:25.768 | 02/01/2021 | 09:31:25.768 | Inside | 1.56 | 1.58 | 1900 | 100 | | | | | CSTI | | Update | | N | |
| NWBO | 02/01/2021 | 09:31:46.042 | 02/01/2021 | 09:31:46.042 | Update | 1.55 | 1.58 | 3200 | 100 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 09:31:46.042 | 02/01/2021 | 09:31:46.042 | Inside | 1.56 | 1.59 | 1900 | 509 | | | | | CSTI | | Saturated | | N | |
| NWBO | 02/01/2021 | 09:31:46.061 | 02/01/2021 | 09:31:46.061 | Update | 0.55 | 2.58 | 1000 | 100 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 09:31:46.064 | 02/01/2021 | 09:31:46.064 | Update | 1.56 | 1.6 | 300 | 13100 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 09:31:46.064 | 02/01/2021 | 09:31:46.064 | Inside | 1.56 | 1.6 | 1900 | 78200 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 09:31:46.567 | 02/01/2021 | 09:31:46.567 | Update | 1.56 | 1.6 | 300 | 12600 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 09:31:46.567 | 02/01/2021 | 09:31:46.567 | Inside | 1.56 | 1.6 | 1900 | 77700 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 09:31:46.576 | 02/01/2021 | 09:31:46.576 | Update | 1.56 | 1.6 | 300 | 6186 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 09:31:46.576 | 02/01/2021 | 09:31:46.576 | Inside | 1.56 | 1.6 | 1900 | 71286 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 09:31:47.876 | 02/01/2021 | 09:31:47.876 | Update | 1.58 | 1.6 | 188 | 6186 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 09:31:47.876 | 02/01/2021 | 09:31:47.876 | Inside | 1.58 | 1.6 | 188 | 71286 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 09:31:55.232 | 02/01/2021 | 09:31:55.232 | Update | 1.55 | 2.58 | 3200 | 100 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 09:31:55.270 | 02/01/2021 | 09:31:55.270 | Update | 1.55 | 1.7 | 3200 | 8500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 09:31:55.271 | 02/01/2021 | 09:31:55.270 | Update | 1.55 | 1.7 | 3200 | 8500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 09:31:55.271 | 02/01/2021 | 09:31:55.271 | Update | 1.55 | 1.7 | 3200 | 8500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 09:31:55.271 | 02/01/2021 | 09:31:55.271 | Update | 1.55 | 1.65 | 3200 | 9500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 09:31:55.271 | 02/01/2021 | 09:31:55.271 | Update | 1.55 | 1.64 | 3200 | 3730 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 09:31:55.271 | 02/01/2021 | 09:31:55.271 | Update | 1.55 | 1.62 | 3200 | 4200 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 09:31:55.271 | 02/01/2021 | 09:31:55.271 | Update | 1.55 | 1.6 | 3200 | 1500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 09:31:55.271 | 02/01/2021 | 09:31:55.271 | Inside | 1.58 | 1.6 | 188 | 72786 | | | | | CSTI | | Update | | N | |
| NWBO | 02/01/2021 | 09:31:56.876 | 02/01/2021 | 09:31:56.876 | Update | 1.58 | 1.59 | 188 | 10000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 09:31:56.876 | 02/01/2021 | 09:31:56.876 | Inside | 1.58 | 1.59 | 188 | 10000 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 09:32:01.055 | 02/01/2021 | 09:32:01.055 | Update | 1.56 | 1.6 | 1600 | 1000 | | | | | ETRF | | | | N | |
| NWBO | 02/01/2021 | 09:32:01.062 | 02/01/2021 | 09:32:01.062 | Update | 1.56 | 1.6 | 1600 | 1000 | | | | | ETRF | | | | N | |
| NWBO | 02/01/2021 | 09:32:01.064 | 02/01/2021 | 09:32:01.064 | Update | 1.56 | 1.6 | 1600 | 1000 | | | | | ETRF | | | | N | |
| NWBO | 02/01/2021 | 09:32:10.571 | 02/01/2021 | 09:32:10.571 | Update | 1.56 | 1.6 | 1000 | 1000 | | | | | ETRF | | | | N | |
| NWBO | 02/01/2021 | 09:32:11.108 | 02/01/2021 | 09:32:11.108 | Update | 1.56 | 1.59 | 300 | 10000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 09:32:11.108 | 02/01/2021 | 09:32:11.108 | Inside | 1.56 | 1.59 | 1300 | 10000 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 09:32:11.130 | 02/01/2021 | 09:32:11.130 | Update | 1.55 | 1.59 | 1000 | 1000 | | | | | JANE | | | | N | |
| NWBO | 02/01/2021 | 09:32:11.130 | 02/01/2021 | 09:32:11.130 | Inside | 1.56 | 1.59 | 1300 | 11000 | | | | | JANE | | Update | | N | |
| NWBO | 02/01/2021 | 09:32:13.487 | 02/01/2021 | 09:32:13.487 | Update | 1.55 | 1.59 | 1000 | 1000 | | | | | JANE | | | | N | |
| NWBO | 02/01/2021 | 09:32:15.263 | 02/01/2021 | 09:32:15.263 | Update | 1.43 | 1.71 | 1000 | 1000 | | | | | JANE | | | | N | |
| NWBO | 02/01/2021 | 09:32:15.263 | 02/01/2021 | 09:32:15.263 | Inside | 1.56 | 1.59 | 1300 | 10000 | | | | | JANE | | Update | | N | |
| NWBO | 02/01/2021 | 09:32:16.077 | 02/01/2021 | 09:32:16.077 | Update | 1.55 | 1.59 | 1000 | 1000 | | | | | JANE | | | | N | |
| NWBO | 02/01/2021 | 09:32:16.077 | 02/01/2021 | 09:32:16.077 | Inside | 1.56 | 1.59 | 1300 | 11000 | | | | | JANE | | Update | | N | |
| NWBO | 02/01/2021 | 09:32:21.036 | 02/01/2021 | 09:32:21.036 | Update | 1.55 | 1.59 | 5567 | 10000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 09:32:21.036 | 02/01/2021 | 09:32:21.036 | Inside | 1.56 | 1.59 | 1000 | 11000 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 09:32:30.576 | 02/01/2021 | 09:32:30.576 | Update | 1.55 | 1.59 | 5567 | 16000 | | | | | CDEL | CES1 | | | N | |

| Symbol | Publish Date | Publish Time | Last Updated Date | Last Updated Time | Action | Primary Bid Price | Primary Ask Price | Primary Bid Size | Primary Ask Size | Cons. Bid Price | Cons. Ask Price | Cons. Bid Size | Cons. Ask Size | Update MMID | Update User | Reason for Inside | Lock/Cross | Unsolicited | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBO | 02/01/2021 | 09:32:30.576 | 02/01/2021 | 09:32:30.576 | Inside | 1.56 | 1.59 | 1000 | 17000 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 09:32:34.177 | 02/01/2021 | 09:32:34.177 | Update | 1.55 | 1.58 | 5567 | 10000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 09:32:34.177 | 02/01/2021 | 09:32:34.177 | Inside | 1.56 | 1.58 | 1000 | 10000 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 09:32:43.481 | 02/01/2021 | 09:32:43.481 | Update | 1.54 | 1.6 | 1850 | 63100 | | | | | NITE | | | | N | |
| NWBO | 02/01/2021 | 09:32:50.159 | 02/01/2021 | 09:32:50.159 | Update | 1.55 | 1.59 | 5567 | 16000 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 09:32:50.159 | 02/01/2021 | 09:32:50.159 | Inside | 1.56 | 1.59 | 1000 | 17000 | | | | | CDEL | | Update | | N | |