# EXHIBIT 20

| Symbol | Publish Date | Publish Time | Last Updated Date | Last Updated Time | Action | Primary Bid Price | Primary Ask Price | Primary Bid Size | Primary Ask Size | Cons. Bid Price | Cons. Ask Price | Cons. Bid Size | Cons. Ask Size | Update MMID | Update User | Reason for Inside | Lock/Cross | Unsolicited | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBO | 02/01/2021 | 15:46:27.154 | 02/01/2021 | 15:46:27.153 | Update | 1.53 | 1.57 | 2050 | 3000 | | | | | ETRF | | | | N | |
| NWBO | 02/01/2021 | 15:46:27.154 | 02/01/2021 | 15:46:27.153 | Inside | 1.53 | 1.55 | 6150 | 12015 | | | | | ETRF | | Update | | N | |
| NWBO | 02/01/2021 | 15:46:27.185 | 02/01/2021 | 15:46:27.185 | Update | 1.53 | 1.55 | 1000 | 1000 | | | | | JANE | | | | N | |
| NWBO | 02/01/2021 | 15:46:27.185 | 02/01/2021 | 15:46:27.185 | Inside | 1.53 | 1.55 | 6150 | 13015 | | | | | JANE | | Update | | N | |
| NWBO | 02/01/2021 | 15:47:45.676 | 02/01/2021 | 15:47:45.675 | Update | 1.52 | 1.55 | 5550 | 4140 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 15:47:58.984 | 02/01/2021 | 15:47:58.984 | Update | 1.52 | 1.56 | 30000 | 10000 | | | | | NITE | | | | N | |
| NWBO | 02/01/2021 | 15:47:58.984 | 02/01/2021 | 15:47:58.984 | Update | 1.52 | 1.59 | 30000 | 12000 | | | | | NITE | | | | N | |
| NWBO | 02/01/2021 | 15:47:58.984 | 02/01/2021 | 15:47:58.984 | Update | 1.52 | 1.55 | 5550 | 240 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 15:47:58.984 | 02/01/2021 | 15:47:58.984 | Inside | 1.53 | 1.55 | 6150 | 9115 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 15:48:21.824 | 02/01/2021 | 15:48:21.824 | Update | 1.47 | 1.55 | 10000 | 6000 | | | | | OTCX | | | | N | |
| NWBO | 02/01/2021 | 15:48:21.824 | 02/01/2021 | 15:48:21.824 | Inside | 1.53 | 1.55 | 3150 | 9115 | | | | | OTCX | | Update | | N | |
| NWBO | 02/01/2021 | 15:48:21.856 | 02/01/2021 | 15:48:21.856 | Update | 1.53 | 1.57 | 192 | 3000 | | | | | ETRF | | | | N | |
| NWBO | 02/01/2021 | 15:48:21.856 | 02/01/2021 | 15:48:21.856 | Inside | 1.53 | 1.55 | 1292 | 9115 | | | | | ETRF | | Update | | N | |
| NWBO | 02/01/2021 | 15:48:22.941 | 02/01/2021 | 15:48:22.941 | Update | 1.52 | 1.55 | 1000 | 1000 | | | | | JANE | | | | N | |
| NWBO | 02/01/2021 | 15:48:22.941 | 02/01/2021 | 15:48:22.941 | Inside | 1.53 | 1.55 | 292 | 9115 | | | | | JANE | | Update | | N | |
| NWBO | 02/01/2021 | 15:48:22.955 | 02/01/2021 | 15:48:22.955 | Update | 1.53 | 1.57 | 141 | 3000 | | | | | ETRF | | | | N | |
| NWBO | 02/01/2021 | 15:48:22.955 | 02/01/2021 | 15:48:22.955 | Inside | 1.53 | 1.55 | 241 | 9115 | | | | | ETRF | | Update | | N | |
| NWBO | 02/01/2021 | 15:48:25.865 | 02/01/2021 | 15:48:25.864 | Update | 1.48 | 1.57 | 100 | 15500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 15:48:25.865 | 02/01/2021 | 15:48:25.864 | Inside | 1.53 | 1.55 | 141 | 9115 | | | | | CSTI | | Update | | N | |
| NWBO | 02/01/2021 | 15:48:29.945 | 02/01/2021 | 15:48:29.945 | Update | 1.5 | 1.57 | 2209 | 15500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 15:48:29.945 | 02/01/2021 | 15:48:29.945 | Update | 1.5 | 1.57 | 2209 | 15500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 15:48:29.945 | 02/01/2021 | 15:48:29.945 | Update | 1.5 | 1.57 | 2209 | 15500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 15:48:29.945 | 02/01/2021 | 15:48:29.945 | Update | 1.51 | 1.57 | 2500 | 15500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 15:48:29.945 | 02/01/2021 | 15:48:29.945 | Update | 1.52 | 1.57 | 1500 | 15500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 15:48:40.796 | 02/01/2021 | 15:48:40.794 | Update | 1.53 | 1.57 | 141 | 3000 | | | | | ETRF | | | | N | |
| NWBO | 02/01/2021 | 15:48:40.796 | 02/01/2021 | 15:48:40.794 | Inside | 1.52 | 1.55 | 39095 | 9115 | | | | | ETRF | | Saturated | | N | |
| NWBO | 02/01/2021 | 15:48:40.805 | 02/01/2021 | 15:48:40.805 | Update | 1.53 | 1.57 | 141 | 3000 | | | | | ETRF | | | | N | |
| NWBO | 02/01/2021 | 15:48:40.805 | 02/01/2021 | 15:48:40.805 | Inside | 1.53 | 1.55 | 141 | 9115 | | | | | ETRF | | Update | | N | |
| NWBO | 02/01/2021 | 15:48:40.808 | 02/01/2021 | 15:48:40.808 | Update | 1.53 | 1.57 | 141 | 3000 | | | | | ETRF | | | | N | |
| NWBO | 02/01/2021 | 15:48:40.856 | 02/01/2021 | 15:48:40.856 | Update | 1.52 | 1.57 | 3000 | 3000 | | | | | ETRF | | | | N | |
| NWBO | 02/01/2021 | 15:48:40.856 | 02/01/2021 | 15:48:40.856 | Inside | 1.52 | 1.55 | 42095 | 9115 | | | | | ETRF | | Update | | N | |
| NWBO | 02/01/2021 | 15:48:40.888 | 02/01/2021 | 15:48:40.888 | Update | 1.47 | 1.55 | 10000 | 3000 | | | | | OTCX | | | | N | |
| NWBO | 02/01/2021 | 15:48:40.888 | 02/01/2021 | 15:48:40.888 | Inside | 1.52 | 1.55 | 42095 | 6115 | | | | | OTCX | | Update | | N | |
| NWBO | 02/01/2021 | 15:48:40.976 | 02/01/2021 | 15:48:40.976 | Update | 1.52 | 1.53 | 5550 | 2315 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 15:48:40.976 | 02/01/2021 | 15:48:40.976 | Inside | 1.52 | 1.53 | 42095 | 2315 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 15:48:41.045 | 02/01/2021 | 15:48:41.044 | Update | 1.51 | 1.55 | 1000 | 1000 | | | | | JANE | | | | N | |
| NWBO | 02/01/2021 | 15:48:41.045 | 02/01/2021 | 15:48:41.044 | Inside | 1.52 | 1.53 | 41095 | 2315 | | | | | JANE | | Update | | N | |
| NWBO | 02/01/2021 | 15:48:41.050 | 02/01/2021 | 15:48:41.050 | Update | 1.52 | 1.55 | 1015 | 1875 | | | | | GTSM | | | | N | |
| NWBO | 02/01/2021 | 15:48:41.050 | 02/01/2021 | 15:48:41.050 | Inside | 1.52 | 1.53 | 41065 | 2315 | | | | | GTSM | | Update | | N | |
| NWBO | 02/01/2021 | 15:48:41.090 | 02/01/2021 | 15:48:41.090 | Update | 1.52 | 1.55 | 1000 | 1875 | | | | | GTSM | | | | N | |

| Symbol | Publish Date | Publish Time | Last Updated Date | Last Updated Time | Action | Primary Bid Price | Primary Ask Price | Primary Bid Size | Primary Ask Size | Cons. Bid Price | Cons. Ask Price | Cons. Bid Size | Cons. Ask Size | Update MMID | Update User | Reason for Inside | Lock/Cross | Unsolicited | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBO | 02/01/2021 | 15:48:41.090 | 02/01/2021 | 15:48:41.090 | Inside | 1.52 | 1.53 | 41050 | 2315 | | | | | GTSM | | Update | | N | |
| NWBO | 02/01/2021 | 15:48:41.619 | 02/01/2021 | 15:48:41.619 | Update | 1.47 | 1.56 | 10000 | 3000 | | | | | OTCX | | | | N | |
| NWBO | 02/01/2021 | 15:48:41.623 | 02/01/2021 | 15:48:41.623 | Update | 1.47 | 1.7 | 10000 | 900 | | | | | OTCX | | | | N | |
| NWBO | 02/01/2021 | 15:48:41.626 | 02/01/2021 | 15:48:41.626 | Update | 1.47 | 1.53 | 10000 | 3000 | | | | | OTCX | | | | N | |
| NWBO | 02/01/2021 | 15:48:41.626 | 02/01/2021 | 15:48:41.626 | Inside | 1.52 | 1.53 | 41050 | 5315 | | | | | OTCX | | Update | | N | |
| NWBO | 02/01/2021 | 15:48:41.631 | 02/01/2021 | 15:48:41.631 | Update | 1.47 | 1.7 | 10000 | 900 | | | | | OTCX | | | | N | |
| NWBO | 02/01/2021 | 15:48:41.631 | 02/01/2021 | 15:48:41.631 | Inside | 1.52 | 1.53 | 41050 | 2315 | | | | | OTCX | | Update | | N | |
| NWBO | 02/01/2021 | 15:48:41.653 | 02/01/2021 | 15:48:41.653 | Update | 1.47 | 1.53 | 10000 | 3000 | | | | | OTCX | | | | N | |
| NWBO | 02/01/2021 | 15:48:41.653 | 02/01/2021 | 15:48:41.653 | Inside | 1.52 | 1.53 | 41050 | 5315 | | | | | OTCX | | Update | | N | |
| NWBO | 02/01/2021 | 15:48:59.230 | 02/01/2021 | 15:48:59.229 | Update | 1.52 | 1.53 | 5050 | 2315 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 15:48:59.230 | 02/01/2021 | 15:48:59.229 | Inside | 1.52 | 1.53 | 40550 | 5315 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 15:48:59.231 | 02/01/2021 | 15:48:59.231 | Update | 1.52 | 1.53 | 5000 | 2315 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 15:48:59.231 | 02/01/2021 | 15:48:59.231 | Inside | 1.52 | 1.53 | 40500 | 5315 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 15:48:59.276 | 02/01/2021 | 15:48:59.275 | Update | 1.52 | 1.53 | 4550 | 2315 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 15:48:59.276 | 02/01/2021 | 15:48:59.275 | Inside | 1.52 | 1.53 | 40050 | 5315 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 15:49:06.957 | 02/01/2021 | 15:49:06.957 | Update | 1.51 | 1.53 | 13000 | 2315 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 15:49:06.957 | 02/01/2021 | 15:49:06.957 | Inside | 1.52 | 1.53 | 35500 | 5315 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 15:49:07.472 | 02/01/2021 | 15:49:07.472 | Update | 1.52 | 1.57 | 3000 | 3000 | | | | | ETRF | | | | N | |
| NWBO | 02/01/2021 | 15:49:07.472 | 02/01/2021 | 15:49:07.472 | Inside | 1.52 | 1.53 | 32500 | 5315 | | | | | ETRF | | Saturated | | N | |
| NWBO | 02/01/2021 | 15:49:07.479 | 02/01/2021 | 15:49:07.479 | Update | 1.52 | 1.57 | 3000 | 3000 | | | | | ETRF | | | | N | |
| NWBO | 02/01/2021 | 15:49:07.479 | 02/01/2021 | 15:49:07.479 | Inside | 1.52 | 1.53 | 35500 | 5315 | | | | | ETRF | | Update | | N | |
| NWBO | 02/01/2021 | 15:49:07.482 | 02/01/2021 | 15:49:07.482 | Update | 1.52 | 1.57 | 3000 | 3000 | | | | | ETRF | | | | N | |
| NWBO | 02/01/2021 | 15:49:07.509 | 02/01/2021 | 15:49:07.509 | Update | 1.52 | 1.57 | 2000 | 3000 | | | | | ETRF | | | | N | |
| NWBO | 02/01/2021 | 15:49:07.509 | 02/01/2021 | 15:49:07.509 | Inside | 1.52 | 1.53 | 34500 | 5315 | | | | | ETRF | | Update | | N | |
| NWBO | 02/01/2021 | 15:49:07.512 | 02/01/2021 | 15:49:07.512 | Update | 1.51 | 1.57 | 100 | 3000 | | | | | ETRF | | | | N | |
| NWBO | 02/01/2021 | 15:49:07.512 | 02/01/2021 | 15:49:07.512 | Inside | 1.52 | 1.53 | 32500 | 5315 | | | | | ETRF | | Update | | N | |
| NWBO | 02/01/2021 | 15:49:09.634 | 02/01/2021 | 15:49:09.634 | Update | 1.51 | 1.55 | 5388 | 1875 | | | | | GTSM | | | | N | |
| NWBO | 02/01/2021 | 15:49:09.634 | 02/01/2021 | 15:49:09.634 | Inside | 1.52 | 1.53 | 31500 | 5315 | | | | | GTSM | | Update | | N | |
| NWBO | 02/01/2021 | 15:49:11.909 | 02/01/2021 | 15:49:11.909 | Update | 1.47 | 1.57 | 100 | 15500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 15:49:11.909 | 02/01/2021 | 15:49:11.909 | Inside | 1.52 | 1.53 | 30000 | 5315 | | | | | CSTI | | Update | | N | |
| NWBO | 02/01/2021 | 15:49:12.029 | 02/01/2021 | 15:49:12.028 | Update | 1.52 | 1.59 | 27000 | 12000 | | | | | NITE | | | | N | |
| NWBO | 02/01/2021 | 15:49:12.029 | 02/01/2021 | 15:49:12.028 | Inside | 1.52 | 1.53 | 27000 | 5315 | | | | | NITE | | Update | | N | |
| NWBO | 02/01/2021 | 15:49:16.083 | 02/01/2021 | 15:49:16.083 | Update | 1.47 | 1.57 | 342 | 15500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 15:49:16.084 | 02/01/2021 | 15:49:16.083 | Update | 1.5 | 1.57 | 2209 | 15500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 15:49:16.084 | 02/01/2021 | 15:49:16.084 | Update | 1.5 | 1.57 | 2209 | 15500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 15:49:16.084 | 02/01/2021 | 15:49:16.084 | Update | 1.5 | 1.57 | 2209 | 15500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 15:49:16.084 | 02/01/2021 | 15:49:16.084 | Update | 1.51 | 1.57 | 2500 | 15500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 15:49:16.466 | 02/01/2021 | 15:49:16.466 | Update | 1.47 | 1.59 | 100 | 12000 | | | | | NITE | | | | N | |
| NWBO | 02/01/2021 | 15:49:16.466 | 02/01/2021 | 15:49:16.466 | Inside | 1.51 | 1.53 | 21988 | 5315 | | | | | NITE | | Update | | N | |
| NWBO | 02/01/2021 | 15:49:16.473 | 02/01/2021 | 15:49:16.473 | Update | 1.52 | 1.59 | 2050 | 12000 | | | | | NITE | | | | N | |

| Symbol | Publish Date | Publish Time | Last Updated Date | Last Updated Time | Action | Primary Bid Price | Primary Ask Price | Primary Bid Size | Primary Ask Size | Cons. Bid Price | Cons. Ask Price | Cons. Bid Size | Cons. Ask Size | Update MMID | Update User | Reason for Inside | Lock/Cross | Unsolicited | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NWBO | 02/01/2021 | 15:49:16.473 | 02/01/2021 | 15:49:16.473 | Inside | 1.52 | 1.53 | 2050 | 5315 | | | | | NITE | | Update | | N | |
| NWBO | 02/01/2021 | 15:49:17.091 | 02/01/2021 | 15:49:17.091 | Update | 1.47 | 1.53 | 10000 | 6000 | | | | | OTCX | | | | N | |
| NWBO | 02/01/2021 | 15:49:17.091 | 02/01/2021 | 15:49:17.091 | Inside | 1.52 | 1.53 | 2050 | 8315 | | | | | OTCX | | Update | | N | |
| NWBO | 02/01/2021 | 15:49:38.576 | 02/01/2021 | 15:49:38.575 | Update | 1.51 | 1.53 | 13000 | 2415 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 15:49:38.576 | 02/01/2021 | 15:49:38.575 | Inside | 1.52 | 1.53 | 2050 | 8415 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 15:49:45.476 | 02/01/2021 | 15:49:45.475 | Update | 1.51 | 1.53 | 13000 | 12415 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 15:49:45.476 | 02/01/2021 | 15:49:45.475 | Inside | 1.52 | 1.53 | 2050 | 18415 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 15:50:08.647 | 02/01/2021 | 15:50:08.647 | Update | 1.52 | 1.59 | 100 | 12000 | | | | | NITE | | | | N | |
| NWBO | 02/01/2021 | 15:50:08.647 | 02/01/2021 | 15:50:08.647 | Inside | 1.52 | 1.53 | 100 | 18415 | | | | | NITE | | Update | | N | |
| NWBO | 02/01/2021 | 15:50:08.667 | 02/01/2021 | 15:50:08.667 | Update | 1.5 | 1.53 | 1000 | 1000 | | | | | JANE | | | | N | |
| NWBO | 02/01/2021 | 15:50:08.667 | 02/01/2021 | 15:50:08.667 | Inside | 1.52 | 1.53 | 100 | 19415 | | | | | JANE | | Update | | N | |
| NWBO | 02/01/2021 | 15:50:09.252 | 02/01/2021 | 15:50:09.252 | Update | 1.47 | 1.53 | 10000 | 3000 | | | | | OTCX | | | | N | |
| NWBO | 02/01/2021 | 15:50:09.252 | 02/01/2021 | 15:50:09.252 | Inside | 1.52 | 1.53 | 100 | 16415 | | | | | OTCX | | Update | | N | |
| NWBO | 02/01/2021 | 15:50:09.694 | 02/01/2021 | 15:50:09.694 | Update | 1.3 | 1.59 | 100 | 12000 | | | | | NITE | | | | N | |
| NWBO | 02/01/2021 | 15:50:09.694 | 02/01/2021 | 15:50:09.694 | Inside | 1.51 | 1.53 | 20988 | 16415 | | | | | NITE | | Update | | N | |
| NWBO | 02/01/2021 | 15:50:09.700 | 02/01/2021 | 15:50:09.700 | Update | 1.47 | 1.52 | 10000 | 3000 | | | | | OTCX | | | | N | |
| NWBO | 02/01/2021 | 15:50:09.700 | 02/01/2021 | 15:50:09.700 | Inside | 1.51 | 1.52 | 20988 | 3000 | | | | | OTCX | | Update | | N | |
| NWBO | 02/01/2021 | 15:50:13.791 | 02/01/2021 | 15:50:13.791 | Update | 1.51 | 1.53 | 12000 | 12415 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 15:50:13.791 | 02/01/2021 | 15:50:13.791 | Inside | 1.51 | 1.52 | 19988 | 3000 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 15:50:13.792 | 02/01/2021 | 15:50:13.792 | Update | 1.51 | 1.53 | 7000 | 12415 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 15:50:13.792 | 02/01/2021 | 15:50:13.792 | Inside | 1.51 | 1.52 | 14988 | 3000 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 15:50:13.794 | 02/01/2021 | 15:50:13.794 | Update | 1.51 | 1.53 | 3000 | 12415 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 15:50:13.794 | 02/01/2021 | 15:50:13.794 | Inside | 1.51 | 1.52 | 10988 | 3000 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 15:50:13.795 | 02/01/2021 | 15:50:13.795 | Update | 1.51 | 1.53 | 1000 | 12415 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 15:50:13.795 | 02/01/2021 | 15:50:13.795 | Inside | 1.51 | 1.52 | 8988 | 3000 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 15:50:13.797 | 02/01/2021 | 15:50:13.797 | Update | 1.5 | 1.53 | 26169 | 12415 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 15:50:13.797 | 02/01/2021 | 15:50:13.797 | Inside | 1.51 | 1.52 | 7988 | 3000 | | | | | CDEL | | Update | | N | |
| NWBO | 02/01/2021 | 15:50:14.726 | 02/01/2021 | 15:50:14.726 | Update | 1.51 | 1.59 | 2265 | 12000 | | | | | NITE | | | | N | |
| NWBO | 02/01/2021 | 15:50:14.726 | 02/01/2021 | 15:50:14.726 | Inside | 1.51 | 1.52 | 10253 | 3000 | | | | | NITE | | Update | | N | |
| NWBO | 02/01/2021 | 15:50:18.166 | 02/01/2021 | 15:50:18.165 | Update | 1.5 | 1.53 | 26169 | 2415 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 15:50:18.166 | 02/01/2021 | 15:50:18.166 | Update | 1.5 | 1.53 | 26169 | 100 | | | | | CDEL | CES1 | | | N | |
| NWBO | 02/01/2021 | 15:50:18.480 | 02/01/2021 | 15:50:18.479 | Update | 1.46 | 1.57 | 100 | 15500 | | | | | CSTI | | | | N | |
| NWBO | 02/01/2021 | 15:50:18.480 | 02/01/2021 | 15:50:18.479 | Inside | 1.51 | 1.52 | 7753 | 3000 | | | | | CSTI | | Update | | N | |