# EXHIBIT 28

**Exhibit 28**

Publicly-available trading data showing sales of NWBO stock on May 10, 2022 at 11:30:18 ET (10:30:18 CT).

| Time (CT) | Trade Price | Trade Size |
| --- | --- | --- |
| 2022-05-10 10:30:18.047 | 0.9275 | 29 |
| 2022-05-10 10:30:18.129 | 0.9299 | 130 |
| 2022-05-10 10:30:18.131 | 0.93 | 130 |
| 2022-05-10 10:30:18.181 | 0.93 | 17 |