# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.    )<br>                                                                )<br>    v.                                                      )     Case No. 22-cv-10185<br>                                                                )<br>CANACCORD GENUITY LLC, ET AL.         )<br>                                                                ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Hannah O. Koesterer hereby move this Court for leave to withdraw as one of the attorneys of record for defendant GTS Securities, LLC, in the above-captioned action.  In connection with my withdrawal as counsel, I further request that the clerk of the Court remove my name from the CM/ECF service list for this matter.

In support of this motion, I state as follows:

1.  I am a member of the bar of this Court; I am an attorney with the law firm Katten Muchin Rosenman LLP ("Katten"); and I am one of the attorneys of record for GTS Securities, LLC.

2.  As of August 2, 2023, I will no longer be associated with Katten.

3.  Following my withdrawal from Katten and from this matter, GTS Securities, LLC will continue to be represented by Katten attorneys Christian T. Kemnitz, Peter G. Wilson, and Elliott M. Bacon.

4.  The case is not set for trial.  My withdrawal will not occasion a request for an extension of any deadlines in the case.

5.  I am not asserting a retaining or charging lien in connection with my departure.

6.  Pursuant to Local Rule 1.4, a copy of this motion is being served upon GTS Securities, LLC and all other parties.

2

Dated:  August 1, 2023                           Respectfully submitted,

                                                 */s/ Hannah O. Koesterer*

                                                 Hannah O. Koesterer
                                                 KATTEN MUCHIN ROSENMAN LLP
                                                 525 W. Monroe Street
                                                 Chicago, IL 60661-3693
                                                 Telephone:  (312) 902-5200
                                                 Facsimile:  (312) 902-1061
                                                 Hannah.koesterer@katten.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2023, I caused the foregoing Motion to Withdraw as Counsel to be served via the CM/ECF system in the United States District Court for the Southern District of New York on all parties registered for CM/ECF.

/s/Hannah O. Koesterer
Hannah O. Koesterer