UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC. ) | |
| ) | |
| v. ) | Case No. 22-cv-10185 |
| ) | |
| CANACCORD GENUITY LLC, ET AL. ) | |
| ) | |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

The motion of Hannah O. Koesterer to withdraw as counsel on behalf of GTS Securities, LLC, and for Hannah O. Koesterer to be removed from the CM/ECF service list for this matter, is GRANTED.

SO ORDERED this ___ day of August 2023 by:

_____
The Honorable Gabriel W. Gorenstein
United States District Judge