# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC. ) | |
| ) | |
| v. ) | Case No. 22-cv-10185 |
| ) | |
| CANACCORD GENUITY LLC, ET AL. ) | |
| ) | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The motion of Hannah O. Koesterer to withdraw as counsel on behalf of GTS Securities, LLC, and for Hannah O. Koesterer to be removed from the CM/ECF service list for this matter, is GRANTED.

SO ORDERED this  2  day of August 2023 by:

_____
The Honorable Gabriel W. Gorenstein
United States District Judge