# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.<br><br>Plaintiff,<br><br>v.<br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLC, and VIRTU AMERICAS LLC<br><br>Defendants. | Case No. 1:22-cv-10185-GHW |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Benjamin C. Levine hereby moves this Court for an order for admission to Practice Pro Hac Vice to appear as counsel for GTS Securities, LLC in the above captioned action.

I am in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Respectfully submitted,

DATED: August 21, 2023

/s/*Benjamin C. Levine*
_____

Benjamin C. Levine
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL, 60661-3693

(312) 902-5365
benjamin.levine@katten.com