**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.<br><br>          Plaintiff,<br><br>  v.<br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLC, and VIRTU AMERICAS LLC<br><br>          Defendants. | Case No. 1:22-cv-10185-GHW |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Benjamin C. Levine for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois, there are no pending disciplinary proceedings against him in any state or federal court, and that his contact information is as follows:

> Benjamin C. Levine
> Katten Muchin Rosenman LLP
> 525 W. Monroe Street
> Chicago, IL, 60661-3693
> (312) 902-5365
> benjamin.levine@katten.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for GTS Securities, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.  All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 8/21/2023                                    _____