UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br>              Plaintiff, <br><br>     v. <br><br> CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC., <br><br>              Defendant. | 1:22-cv-10185-GHW <br><br><br> **NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Laura Krabill, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant G1 Execution Services LLC in the above-captioned action.

I am a member in good standing of the bars of Pennsylvania and North Carolina. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached a declaration pursuant to Local Rule 1.3.

Dated: August 22, 2023                       BALLARD SPAHR LLP

                                           */s/ Laura E. Krabill*
                                           Laura E. Krabill
                                           1735 Market Street, 51st Floor
                                           Philadelphia, PA 19103
                                           Telephone: (215) 864-8848
                                           Facsimile: (215) 864-9756
                                           krabilll@ballardspahr.com

*Attorney for Defendant G1 Execution Services LLC*