UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC.,<br><br>          Defendant. | 1:22-cv-10185-GHW<br><br>**DECLARATION OF LAURA E. KRABILL IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE** |

I, Laura E. Krabill, declare as follows:

1. I am a member of the law firm of Ballard Spahr LLP, and I am counsel for Defendant G1 Execution Services LLC.

2. Attached as Exhibit 1 is a true and correct copy of certificates issued within the last 30 days by the Supreme Courts of Pennsylvania and North Carolina stating that I am a member in good standing of the bars of both States.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 22, 2023          /s/ Laura E. Krabill
                                                        Laura E. Krabill