# Exhibit 1



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Laura Elise Krabill, Esq.*

**DATE OF ADMISSION**

*January 22, 1996*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: August 14, 2023

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, do hereby certify that on March 1, 2013, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## Laura Elise Krabill

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this August 15, 2023.

Grant E. Buckner
Clerk of the Supreme Court
of the State of North Carolina