UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br>Plaintiff, <br><br>v. <br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC., <br><br>Defendant. | 1:22-cv-10185-GHW <br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT PRO HAC VICE** |

The motion of Laura E. Krabill for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of Pennsylvania and North Carolina, and that her contact information is as follows:

Laura E. Krabill
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 864-8848 | Fax: (215) 864-9756
krabilll@ballardspahr.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant G1 Execution Services LLC in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____        _____
                                                                  U.S. District Judge Gregory H. Woods