UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NORTHWEST BIOTHERAPEUTICS, INC.,

                                Plaintiff,                22 Civ. No. 10185 (GHW) (GS)

-against-                  **ORDER SCHEDULING**
                                                                                        **ORAL ARGUMENT**

CANACCORD GENUITY LLC, *et al.*,

                                Defendants.

-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      An oral argument on Defendants' motion to dismiss the Amended Complaint is scheduled for **Tuesday, November 14, 2023 at 10:30AM** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

DATED:    New York, New York
                September 28, 2023

                                                                              The Honorable Gary Stein
                                                                              United States Magistrate Judge