UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORTHWEST BIOTHERAPEUTICS, INC.,

    Plaintiff,

v.

CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., AND VIRTU AMERICAS LLC,

    Defendants.

Case No. 1:22-cv-10185 (GHW) (GS)

## NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Daniel S. Sinnreich, and subject to the approval of the Court, Daniel S. Sinnreich hereby withdraws as counsel for Defendant Virtu Americas LLC and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Defendant Virtu Americas LLC in this proceeding.

Dated:  New York, New York
        October 10, 2023

                    **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

                    By:  */s/ Daniel S. Sinnreich*
                          Daniel S. Sinnreich
                          1285 Avenue of the Americas
                          New York, New York 10019
                          212-373-3000
                          dsinnreich@paulweiss.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., AND VIRTU AMERICAS LLC, <br><br> Defendants. | Case No. 1:22-cv-10185 (GHW) (GS) |

## DECLARATION OF DANIEL S. SINNREICH

1. I am an attorney at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Defendant Virtu Americas LLC. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel for Defendant Virtu Americas LLC because I am leaving the employ of Paul, Weiss, Rifkind, Wharton & Garrison LLP.

2. Paul, Weiss will continue to represent defendants in this proceeding.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not retaining a charging lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
        October 10, 2023

3

By: */s/ Daniel S. Sinnreich*
Daniel S. Sinnreich

4

## CERTIFICATE OF SERVICE

I hereby certify that, on October 10, 2023, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and on my client via email.


By: */s/ Daniel S. Sinnreich*
     Daniel S. Sinnreich