USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORTHWEST BIOTHERAPEUTICS, INC.,

Plaintiff,

v.

CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., AND VIRTU AMERICAS LLC,

Defendants.

**MEMORANDUM ENDORSED**

Case No. 1:22-cv-10185 (GHW) (GS)

**NOTICE ~~AND [PROPOSED] ORDER~~ FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, upon the annexed declaration of Daniel S. Sinnreich, and subject to the approval of the Court, Daniel S. Sinnreich hereby withdraws as counsel for Defendant Virtu Americas LLC and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Defendant Virtu Americas LLC in this proceeding.

Dated:  New York, New York
        October 10, 2023

                                    **PAUL, WEISS, RIFKIND, WHARTON &
                                    GARRISON LLP**

                                    By:  */s/ Daniel S. Sinnreich*
                                         Daniel S. Sinnreich
                                         1285 Avenue of the Americas
                                         New York, New York 10019
                                         212-373-3000
                                         dsinnreich@paulweiss.com

1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., AND VIRTU AMERICAS LLC,<br><br>Defendants. | Case No. 1:22-cv-10185 (GHW) (GS) |

## DECLARATION OF DANIEL S. SINNREICH

1. I am an attorney at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Defendant Virtu Americas LLC. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel for Defendant Virtu Americas LLC because I am leaving the employ of Paul, Weiss, Rifkind, Wharton & Garrison LLP.

2. Paul, Weiss will continue to represent defendants in this proceeding.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not retaining a charging lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       October 10, 2023

By: */s/ Daniel S. Sinnreich*
Daniel S. Sinnreich

4

**CERTIFICATE OF SERVICE**

        I hereby certify that, on October 10, 2023, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and on my client via email.

By: */s/ Daniel S. Sinnreich*
    Daniel S. Sinnreich

Attorney Daniel S. Sinnreich is granted leave to withdraw as counsel for Defendant Virtu Americas LLC.  The Clerk of Court is instructed to terminate Attorney Daniel S. Sinnreich from the list of active counsel in this case.

SO ORDERED.

Dated: October 10, 2023
New York, New York

                                        GREGORY H. WOODS
                                     United States District Judge