**quinn emanuel** trial lawyers | washington, dc

1300 I Street NW, Suite 900, Washington, District of Columbia 20005-3314 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8120**

WRITER'S EMAIL ADDRESS
**williamburck@quinnemanuel.com**

November 9, 2023

**VIA ECF**

Honorable Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Northwest Biotherapeutics, Inc. v. Canaccord Genuity LLC, et al.*,
      No. 1:22-cv-10185-GHW-GS

Dear Judge Stein:

We represent Defendant Citadel Securities LLC and write on behalf of all Defendants in connection with the oral argument scheduled for Tuesday, November 14, 2023 at 10:30 AM. *See* ECF 126.

Defendants intend to present demonstratives at the oral argument, and respectfully request leave to bring to the courthouse: (i) a computer monitor; (ii) two laptops; (iii) an iPhone for Wi-Fi backup; and (iv) an HDMI switch and assorted HDMI cables, power strips, and extension cables. Attached hereto is a proposed Electronic Device Order in accordance with Local Civil Rule 1.8. We can coordinate with your clerk or courtroom deputy on any logistical issues, including access to the courtroom's screen projector.

We will also bring courtesy hard copies of the demonstrates for the Court and opposing counsel.

Respectfully submitted,

*/s/ William A. Burck*
William A. Burck

cc:   All counsel of record (via ECF)

**quinn emanuel urquhart & sullivan, llp**
ATLANTA | AUSTIN | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH