# Exhibit 5

# EXHIBIT 5:
## PLAINTIFF'S CASH STOCK SALES IN WHICH THE SALE PRICE WAS NEGATIVELY IMPACTED BY DEFENDANTS' SPOOFING BETWEEN ONE AND TWENTY-FOUR HOURS BEFORE THE CLOSE OF TRADING ON THE PRICING DATE

| Transaction Date | Shares Sold | Sale Price | Pricing Date | Closing Price on Pricing Date | # of Spoofing Episodes | Average Return to Spoofing Episodes | Defendant(s) |
|---|---|---|---|---|---|---|---|
| 1/2/20 | 761,905 | $0.21 | 12/31/19 | $0.21 | 4 | -3.32% | CITADEL SECURITIES LLC; INSTINET, LLC |
| 12/3/21 | 208,861 | $0.79 | 12/2/21 | $0.79 | 1 | -0.63% | CITADEL SECURITIES LLC |
| 3/14/22 | 142,857 | $0.70 | 3/14/22 | $0.70 | 1 | -0.69% | CITADEL SECURITIES LLC |
| **Totals** | | | | | | | |
| 3 Sales | 1,113,623 | | | | | | |