# Exhibit 2

**EXHIBIT 2:**
**PLAINTIFF'S RELEVANT PERIOD SHARE SALES**

| Transaction Date | Number of Shares Sold | Price per Share | Dollar Volume of Sales | Type of Sale |
|---|---|---|---|---|
| 1/2/18 | 1,499,936 | $ 0.1920 | $ 288,013 | Exchange Sale |
| 1/8/18 | 323,379 | $ 0.3343 | $ 108,090 | Exchange Sale |
| 1/8/18 | 562,919 | $ 0.1920 | $ 108,090 | Exchange Sale |
| 1/8/18 | 526,787 | $ 0.2020 | $ 106,390 | Exchange Sale |
| 1/9/18 | 108,690 | $ 0.2300 | $ 24,999 | Cash Sale |
| 1/9/18 | 110,000 | $ 0.2300 | $ 25,300 | Cash Sale |
| 1/9/18 | 434,770 | $ 0.2300 | $ 100,000 | Cash Sale |
| 1/9/18 | 500,000 | $ 0.2300 | $ 115,000 | Cash Sale |
| 1/9/18 | 645,000 | $ 0.2300 | $ 148,350 | Cash Sale |
| 1/9/18 | 2,941,176 | $ 0.1700 | $ 500,000 | Cash Sale |
| 1/9/18 | 43,480 | $ 0.2300 | $ 10,000 | Cash Sale |
| 1/9/18 | 43,480 | $ 0.2300 | $ 10,000 | Cash Sale |
| 1/9/18 | 43,480 | $ 0.2300 | $ 10,000 | Cash Sale |
| 1/9/18 | 50,000 | $ 0.2300 | $ 11,500 | Cash Sale |
| 1/9/18 | 90,000 | $ 0.2300 | $ 20,700 | Cash Sale |
| 1/11/18 | 562,225 | $ 0.1920 | $ 107,957 | Exchange Sale |
| 1/18/18 | 912,966 | $ 0.3075 | $ 280,745 | Exchange Sale |
| 1/21/18 | 502,180 | $ 0.2300 | $ 115,501 | Cash Sale |
| 1/26/18 | 108,700 | $ 0.2300 | $ 25,001 | Cash Sale |
| 1/26/18 | 400,000 | $ 0.2300 | $ 92,000 | Cash Sale |
| 1/26/18 | 43,480 | $ 0.2300 | $ 10,000 | Cash Sale |
| 1/26/18 | 70,000 | $ 0.2300 | $ 16,100 | Cash Sale |
| 1/29/18 | 250,000 | $ 0.2300 | $ 57,500 | Cash Sale |
| 1/29/18 | 47,740 | $ 0.2304 | $ 11,000 | Cash Sale |
| 2/6/18 | 182,600 | $ 0.2300 | $ 41,998 | Cash Sale |
| 2/7/18 | 100,000 | $ 0.2300 | $ 23,000 | Cash Sale |
| 2/8/18 | 1,129,804 | $ 0.2487 | $ 280,994 | Exchange Sale |
| 2/9/18 | 430,061 | $ 0.2487 | $ 106,960 | Exchange Sale |
| 2/10/18 | 217,390 | $ 0.2300 | $ 50,000 | Cash Sale |
| 2/10/18 | 43,480 | $ 0.2300 | $ 10,000 | Cash Sale |
| 2/12/18 | 65,220 | $ 0.2300 | $ 15,001 | Cash Sale |
| 2/12/18 | 429,235 | $ 0.2487 | $ 106,755 | Exchange Sale |
| 2/15/18 | 3,478,260 | $ 0.2300 | $ 800,000 | Cash Sale |
| 2/16/18 | 86,950 | $ 0.2300 | $ 19,999 | Cash Sale |
| 2/20/18 | 250,000 | $ 0.2300 | $ 57,500 | Cash Sale |

| Transaction Date | Number of Shares Sold | Price per Share | Dollar Volume of Sales | Type of Sale |
|---|---|---|---|---|
| 2/27/18 | 300,000 | $ 0.2300 | $ 69,000 | Cash Sale |
| 3/1/18 | 446,589 | $ 0.2307 | $ 103,039 | Exchange Sale |
| 3/1/18 | 1,207,659 | $ 0.2316 | $ 279,704 | Exchange Sale |
| 3/1/18 | 261,243 | $ 0.3994 | $ 104,339 | Exchange Sale |
| 3/5/18 | 86,960 | $ 0.2300 | $ 20,000 | Cash Sale |
| 3/7/18 | 500,000 | $ 0.2300 | $ 115,000 | Cash Sale |
| 3/9/18 | 2,173,913 | $ 0.2300 | $ 500,000 | Cash Sale |
| 3/10/18 | 350,000 | $ 0.2300 | $ 80,500 | Cash Sale |
| 3/15/18 | 435,000 | $ 0.2300 | $ 100,050 | Cash Sale |
| 4/17/18 | 551,682 | $ 0.1958 | $ 108,013 | Exchange Sale |
| 4/17/18 | 549,355 | $ 0.1958 | $ 107,558 | Exchange Sale |
| 4/17/18 | 1,438,409 | $ 0.1958 | $ 281,625 | Exchange Sale |
| 5/8/18 | 586,339 | $ 0.1755 | $ 102,907 | Exchange Sale |
| 5/8/18 | 692,261 | $ 0.1496 | $ 103,551 | Exchange Sale |
| 5/8/18 | 687,960 | $ 0.1583 | $ 108,907 | Exchange Sale |
| 5/8/18 | 1,852,640 | $ 0.1496 | $ 277,123 | Exchange Sale |
| 5/18/18 | 590,399 | $ 0.1755 | $ 103,620 | Exchange Sale |
| 6/4/18 | 504,786 | $ 0.2045 | $ 103,242 | Exchange Sale |
| 6/21/18 | 1,999,458 | $ 0.1798 | $ 359,521 | Exchange Sale |
| 7/2/18 | 574,559 | $ 0.1788 | $ 102,754 | Exchange Sale |
| 7/2/18 | 576,374 | $ 0.1788 | $ 103,079 | Exchange Sale |
| 7/18/18 | 1,487,216 | $ 0.1721 | $ 255,886 | Exchange Sale |
| 8/1/18 | 598,317 | $ 0.1714 | $ 102,538 | Exchange Sale |
| 8/1/18 | 596,991 | $ 0.1714 | $ 102,311 | Exchange Sale |
| 8/13/18 | 1,557,414 | $ 0.1630 | $ 253,905 | Exchange Sale |
| 9/11/18 | 1,589,089 | $ 0.1598 | $ 253,963 | Exchange Sale |
| 9/11/18 | 640,966 | $ 0.1593 | $ 102,110 | Exchange Sale |
| 9/11/18 | 640,611 | $ 0.1598 | $ 102,381 | Exchange Sale |
| 10/2/18 | 616,923 | $ 0.1630 | $ 100,577 | Exchange Sale |
| 10/16/18 | 1,535,880 | $ 0.1660 | $ 254,990 | Exchange Sale |
| 11/1/18 | 615,293 | $ 0.1630 | $ 100,311 | Exchange Sale |
| 11/14/18 | 1,243,490 | $ 0.2017 | $ 250,860 | Exchange Sale |
| 12/3/18 | 1,380,508 | $ 0.1783 | $ 246,092 | Exchange Sale |
| 12/12/18 | 2,000,971 | $ 0.1797 | $ 359,521 | Exchange Sale |
| 12/17/18 | 2,016,810 | $ 0.1783 | $ 359,521 | Exchange Sale |
| 1/2/19 | 1,223,562 | $ 0.2027 | $ 248,026 | Exchange Sale |
| 1/14/19 | 1,500,000 | $ 0.1887 | $ 283,014 | Exchange Sale |
| 1/29/19 | 1,338,206 | $ 0.2005 | $ 268,308 | Exchange Sale |

| Transaction Date | Number of Shares Sold | Price per Share | Dollar Volume of Sales | Type of Sale |
|---|---|---|---|---|
| 2/25/19 | 500,000 | $ 0.2135 | $ 106,740 | Exchange Sale |
| 2/27/19 | 1,053,789 | $ 0.2392 | $ 252,020 | Exchange Sale |
| 3/1/19 | 1,104,961 | $ 0.2322 | $ 256,589 | Exchange Sale |
| 3/4/19 | 500,000 | $ 0.2127 | $ 106,326 | Exchange Sale |
| 3/13/19 | 846,453 | $ 0.2127 | $ 180,000 | Exchange Sale |
| 3/13/19 | 1,043,185 | $ 0.2322 | $ 242,243 | Exchange Sale |
| 3/15/19 | 636,291 | $ 0.2169 | $ 138,000 | Exchange Sale |
| 3/20/19 | 667,391 | $ 0.2305 | $ 153,844 | Exchange Sale |
| 4/3/19 | 426,543 | $ 0.2334 | $ 99,549 | Exchange Sale |
| 4/8/19 | 330,860 | $ 0.2418 | $ 80,000 | Exchange Sale |
| 4/11/19 | 1,113,044 | $ 0.2334 | $ 259,768 | Exchange Sale |
| 4/23/19 | 695,066 | $ 0.3516 | $ 244,393 | Exchange Sale |
| 5/2/19 | 613,097 | $ 0.2444 | $ 149,865 | Exchange Sale |
| 5/3/19 | 1,030,631 | $ 0.2334 | $ 240,534 | Exchange Sale |
| 5/7/19 | 1,064,302 | $ 0.2360 | $ 251,124 | Exchange Sale |
| 5/17/19 | 459,249 | $ 0.2302 | $ 105,706 | Exchange Sale |
| 6/3/19 | 1,139,050 | $ 0.2196 | $ 250,109 | Exchange Sale |
| 6/3/19 | 453,273 | $ 0.2196 | $ 99,528 | Exchange Sale |
| 7/1/19 | 520,256 | $ 0.1942 | $ 101,056 | Exchange Sale |
| 7/1/19 | 1,310,630 | $ 0.1900 | $ 248,981 | Exchange Sale |
| 7/16/19 | 3,913,043 | $ 0.2300 | $ 900,000 | Cash Sale |
| 7/16/19 | 2,173,913 | $ 0.2300 | $ 500,000 | Cash Sale |
| 7/16/19 | 840,870 | $ 0.2300 | $ 193,400 | Cash Sale |
| 7/16/19 | 434,783 | $ 0.2300 | $ 100,000 | Cash Sale |
| 7/16/19 | 434,783 | $ 0.2300 | $ 100,000 | Cash Sale |
| 7/16/19 | 434,783 | $ 0.2300 | $ 100,000 | Cash Sale |
| 7/16/19 | 217,391 | $ 0.2300 | $ 50,000 | Cash Sale |
| 7/16/19 | 1,700,000 | $ 0.2300 | $ 391,000 | Cash Sale |
| 7/16/19 | 300,000 | $ 0.2300 | $ 69,000 | Cash Sale |
| 7/18/19 | 574,170 | $ 0.1721 | $ 98,800 | Exchange Sale |
| 8/1/19 | 1,478,294 | $ 0.1680 | $ 248,294 | Exchange Sale |
| 8/9/19 | 617,641 | $ 0.1604 | $ 99,080 | Exchange Sale |
| 8/28/19 | 501,825 | $ 0.1959 | $ 98,286 | Exchange Sale |
| 9/3/19 | 1,200,744 | $ 0.2058 | $ 247,065 | Exchange Sale |
| 9/12/19 | 481,884 | $ 0.2024 | $ 97,535 | Exchange Sale |
| 10/1/19 | 503,589 | $ 0.1936 | $ 97,472 | Exchange Sale |
| 10/1/19 | 1,263,180 | $ 0.1936 | $ 244,493 | Exchange Sale |
| 10/18/19 | 5,000,000 | $ 0.2000 | $ 1,000,000 | Cash Sale |

| Transaction Date | Number of Shares Sold | Price per Share | Dollar Volume of Sales | Type of Sale |
|---|---|---|---|---|
| 10/18/19 | 1,000,000 | $ 0.2000 | $ 200,000 | Cash Sale |
| 10/18/19 | 2,155,172 | $ 0.2320 | $ 500,000 | Cash Sale |
| 10/18/19 | 1,287,554 | $ 0.2330 | $ 300,000 | Cash Sale |
| 10/18/19 | 1,000,000 | $ 0.2260 | $ 226,000 | Cash Sale |
| 10/24/19 | 500,000 | $ 0.2000 | $ 100,000 | Cash Sale |
| 10/24/19 | 500,000 | $ 0.2000 | $ 100,000 | Cash Sale |
| 10/24/19 | 740,000 | $ 0.2000 | $ 148,000 | Cash Sale |
| 10/24/19 | 250,000 | $ 0.2000 | $ 50,000 | Cash Sale |
| 10/24/19 | 1,515,152 | $ 0.2310 | $ 350,000 | Cash Sale |
| 11/1/19 | 525,115 | $ 0.1858 | $ 97,581 | Exchange Sale |
| 11/1/19 | 1,309,378 | $ 0.1858 | $ 243,318 | Exchange Sale |
| 11/6/19 | 2,754,492 | $ 0.2300 | $ 633,533 | Exchange Sale |
| 12/2/19 | 1,549,819 | $ 0.1820 | $ 282,096 | Exchange Sale |
| 12/4/19 | 1,353,302 | $ 0.1786 | $ 241,766 | Exchange Sale |
| 12/4/19 | 542,730 | $ 0.1786 | $ 96,958 | Exchange Sale |
| 12/31/19 | 166,667 | $ 0.2100 | $ 35,000 | Cash Sale |
| 12/31/19 | 476,190 | $ 0.2100 | $ 100,000 | Cash Sale |
| 12/31/19 | 242,857 | $ 0.2100 | $ 51,000 | Cash Sale |
| 12/31/19 | 3,243,243 | $ 0.1850 | $ 600,000 | Cash Sale |
| 12/31/19 | 285,714 | $ 0.2100 | $ 60,000 | Cash Sale |
| 12/31/19 | 3,658,537 | $ 0.2050 | $ 750,000 | Cash Sale |
| 12/31/19 | 238,095 | $ 0.2100 | $ 50,000 | Cash Sale |
| 1/2/20 | 1,060,986 | $ 0.1616 | $ 171,458 | Exchange Sale |
| 1/2/20 | 1,333,333 | $ 0.1258 | $ 167,710 | Cash Sale |
| 1/2/20 | 761,905 | $ 0.2100 | $ 160,000 | Cash Sale |
| 1/3/20 | 447,619 | $ 0.2100 | $ 94,000 | Cash Sale |
| 1/8/20 | 238,095 | $ 0.2100 | $ 50,000 | Cash Sale |
| 1/9/20 | 365,854 | $ 0.2050 | $ 75,000 | Cash Sale |
| 1/9/20 | 1,754,071 | $ 0.1721 | $ 301,830 | Exchange Sale |
| 1/13/20 | 2,133,333 | $ 0.1875 | $ 400,000 | Cash Sale |
| 1/13/20 | 1,066,667 | $ 0.1875 | $ 200,000 | Cash Sale |
| 1/13/20 | 246,914 | $ 0.2025 | $ 50,000 | Cash Sale |
| 1/15/20 | 1,017,143 | $ 0.2100 | $ 213,600 | Cash Sale |
| 1/22/20 | 803,717 | $ 0.1680 | $ 135,061 | Exchange Sale |
| 2/3/20 | 1,175,881 | $ 0.1452 | $ 170,793 | Exchange Sale |
| 2/3/20 | 1,044,009 | $ 0.1616 | $ 168,714 | Exchange Sale |
| 2/3/20 | 526,316 | $ 0.1900 | $ 100,000 | Cash Sale |
| 2/18/20 | 599,168 | $ 0.1420 | $ 85,103 | Exchange Sale |

| Transaction Date | Number of Shares Sold | Price per Share | Dollar Volume of Sales | Type of Sale |
|---|---|---|---|---|
| 2/19/20 | 1,472,833 | $ 0.1408 | $ 207,316 | Exchange Sale |
| 2/20/20 | 43,421 | $ 0.1710 | $ 7,425 | Cash Sale |
| 2/20/20 | 84,433 | $ 0.1710 | $ 14,438 | Cash Sale |
| 2/20/20 | 175,482 | $ 0.1700 | $ 29,832 | Cash Sale |
| 2/20/20 | 45,450 | $ 0.1710 | $ 7,772 | Cash Sale |
| 2/20/20 | 3,222,353 | $ 0.1700 | $ 547,800 | Cash Sale |
| 2/20/20 | 1,169,591 | $ 0.1710 | $ 200,000 | Cash Sale |
| 2/20/20 | 1,124,122 | $ 0.1960 | $ 220,328 | Cash Sale |
| 2/20/20 | 58,480 | $ 0.1710 | $ 10,000 | Cash Sale |
| 2/20/20 | 564,103 | $ 0.1950 | $ 110,000 | Cash Sale |
| 2/20/20 | 10,233,918 | $ 0.1710 | $ 1,750,000 | Cash Sale |
| 2/20/20 | 2,923,977 | $ 0.1710 | $ 500,000 | Cash Sale |
| 2/20/20 | 584,795 | $ 0.1710 | $ 100,000 | Cash Sale |
| 2/20/20 | 40,936 | $ 0.1710 | $ 7,000 | Cash Sale |
| 2/20/20 | 209,064 | $ 0.1710 | $ 35,750 | Cash Sale |
| 2/20/20 | 46,538 | $ 0.1950 | $ 9,075 | Cash Sale |
| 2/20/20 | 141,906 | $ 0.1710 | $ 24,266 | Cash Sale |
| 2/20/20 | 175,439 | $ 0.1710 | $ 30,000 | Cash Sale |
| 2/20/20 | 444,853 | $ 0.1700 | $ 75,625 | Cash Sale |
| 2/20/20 | 292,398 | $ 0.1710 | $ 50,000 | Cash Sale |
| 2/20/20 | 588,235 | $ 0.1700 | $ 100,000 | Cash Sale |
| 2/20/20 | 323,529 | $ 0.1700 | $ 55,000 | Cash Sale |
| 2/20/20 | 113,620 | $ 0.1710 | $ 19,429 | Cash Sale |
| 2/20/20 | 1,169,591 | $ 0.1710 | $ 200,000 | Cash Sale |
| 2/20/20 | 45,450 | $ 0.1710 | $ 7,772 | Cash Sale |
| 2/20/20 | 48,409 | $ 0.1710 | $ 8,278 | Cash Sale |
| 2/20/20 | 58,480 | $ 0.1710 | $ 10,000 | Cash Sale |
| 2/21/20 | 730,994 | $ 0.1710 | $ 125,000 | Cash Sale |
| 2/21/20 | 1,052,632 | $ 0.1710 | $ 180,000 | Cash Sale |
| 2/21/20 | 116,959 | $ 0.1710 | $ 20,000 | Cash Sale |
| 3/2/20 | 580,196 | $ 0.1408 | $ 81,668 | Exchange Sale |
| 3/2/20 | 1,194,385 | $ 0.1408 | $ 168,122 | Exchange Sale |
| 3/4/20 | 1,609,529 | $ 0.1056 | $ 169,948 | Exchange Sale |
| 3/20/20 | 1,053,506 | $ 0.1220 | $ 128,493 | Exchange Sale |
| 4/1/20 | 1,606,998 | $ 0.1044 | $ 167,843 | Exchange Sale |
| 4/1/20 | 1,323,542 | $ 0.1270 | $ 168,122 | Exchange Sale |
| 4/8/20 | 191,667 | $ 0.1530 | $ 29,325 | Cash Sale |
| 4/8/20 | 337,418 | $ 0.1520 | $ 51,276 | Cash Sale |

| Transaction Date | Number of Shares Sold | Price per Share | Dollar Volume of Sales | Type of Sale |
|---|---|---|---|---|
| 4/8/20 | 306,026 | $ 0.1530 | $ 46,822 | Cash Sale |
| 4/8/20 | 337,418 | $ 0.1530 | $ 51,625 | Cash Sale |
| 4/8/20 | 326,797 | $ 0.1530 | $ 50,000 | Cash Sale |
| 4/8/20 | 220,000 | $ 0.1530 | $ 33,660 | Cash Sale |
| 4/8/20 | 200,000 | $ 0.1530 | $ 30,600 | Cash Sale |
| 4/8/20 | 35,000 | $ 0.1530 | $ 5,355 | Cash Sale |
| 4/8/20 | 1,960,784 | $ 0.1530 | $ 300,000 | Cash Sale |
| 4/8/20 | 250,000 | $ 0.1530 | $ 38,250 | Cash Sale |
| 4/8/20 | 653,595 | $ 0.1530 | $ 100,000 | Cash Sale |
| 4/8/20 | 1,200,412 | $ 0.1530 | $ 183,663 | Cash Sale |
| 4/8/20 | 195,359 | $ 0.1530 | $ 29,890 | Cash Sale |
| 4/8/20 | 469,373 | $ 0.1530 | $ 71,814 | Cash Sale |
| 4/8/20 | 8,154,993 | $ 0.1530 | $ 1,247,714 | Cash Sale |
| 4/8/20 | 39,647 | $ 0.1530 | $ 6,066 | Cash Sale |
| 4/8/20 | 49,922 | $ 0.1530 | $ 7,638 | Cash Sale |
| 4/8/20 | 1,633,987 | $ 0.1530 | $ 250,000 | Cash Sale |
| 4/8/20 | 3,267,974 | $ 0.1530 | $ 500,000 | Cash Sale |
| 4/8/20 | 116,660 | $ 0.1530 | $ 17,849 | Cash Sale |
| 4/9/20 | 683,072 | $ 0.1263 | $ 86,290 | Exchange Sale |
| 4/13/20 | 995,823 | $ 0.1263 | $ 125,799 | Exchange Sale |
| 5/1/20 | 1,134,285 | $ 0.1470 | $ 166,791 | Exchange Sale |
| 5/1/20 | 1,272,419 | $ 0.1319 | $ 167,843 | Exchange Sale |
| 5/1/20 | 588,235 | $ 0.1700 | $ 100,000 | Cash Sale |
| 5/5/20 | 1,176,471 | $ 0.1700 | $ 200,000 | Cash Sale |
| 5/11/20 | 705,882 | $ 0.1700 | $ 120,000 | Cash Sale |
| 5/14/20 | 602,304 | $ 0.1660 | $ 100,000 | Cash Sale |
| 5/17/20 | 999,129 | $ 0.1700 | $ 169,852 | Cash Sale |
| 5/18/20 | 175,830 | $ 0.1710 | $ 30,067 | Cash Sale |
| 5/18/20 | 70,871 | $ 0.1700 | $ 12,048 | Cash Sale |
| 5/20/20 | 54,512 | $ 0.1700 | $ 9,267 | Cash Sale |
| 5/23/20 | 350,000 | $ 0.2000 | $ 70,000 | Cash Sale |
| 5/23/20 | 639,375 | $ 0.2250 | $ 143,859 | Cash Sale |
| 5/27/20 | 1,777,778 | $ 0.2250 | $ 400,000 | Cash Sale |
| 5/27/20 | 208,298 | $ 1.6803 | $ 350,000 | Cash Sale |
| 5/27/20 | 444,444 | $ 0.2250 | $ 100,000 | Cash Sale |
| 5/27/20 | 44,444 | $ 0.2250 | $ 10,000 | Cash Sale |
| 5/27/20 | 44,444 | $ 0.2250 | $ 10,000 | Cash Sale |
| 5/27/20 | 44,444 | $ 0.2250 | $ 10,000 | Cash Sale |

| Transaction Date | Number of Shares Sold | Price per Share | Dollar Volume of Sales | Type of Sale |
|---|---|---|---|---|
| 5/27/20 | 444,444 | $ 0.2250 | $ 100,000 | Cash Sale |
| 5/27/20 | 140,000 | $ 0.2250 | $ 31,500 | Cash Sale |
| 5/27/20 | 500,000 | $ 0.2250 | $ 112,500 | Cash Sale |
| 5/27/20 | 900,000 | $ 0.2250 | $ 202,500 | Cash Sale |
| 5/27/20 | 300,000 | $ 0.2250 | $ 67,500 | Cash Sale |
| 5/27/20 | 88,889 | $ 0.2250 | $ 20,000 | Cash Sale |
| 5/27/20 | 206,249 | $ 0.2250 | $ 46,406 | Cash Sale |
| 5/27/20 | 206,250 | $ 0.2250 | $ 46,406 | Cash Sale |
| 5/27/20 | 100,000 | $ 0.2250 | $ 22,500 | Cash Sale |
| 5/27/20 | 74,249 | $ 0.2250 | $ 16,706 | Cash Sale |
| 5/28/20 | 206,249 | $ 0.2250 | $ 46,406 | Cash Sale |
| 5/28/20 | 89,676 | $ 0.2250 | $ 20,177 | Cash Sale |
| 5/28/20 | 2,000,000 | $ 0.2250 | $ 450,000 | Cash Sale |
| 5/28/20 | 250,000 | $ 0.2250 | $ 56,250 | Cash Sale |
| 5/28/20 | 100,000 | $ 0.2250 | $ 22,500 | Cash Sale |
| 5/28/20 | 100,000 | $ 0.2250 | $ 22,500 | Cash Sale |
| 5/28/20 | 100,000 | $ 0.2250 | $ 22,500 | Cash Sale |
| 5/28/20 | 50,000 | $ 0.2250 | $ 11,250 | Cash Sale |
| 5/28/20 | 50,000 | $ 0.2250 | $ 11,250 | Cash Sale |
| 5/28/20 | 333,333 | $ 0.2250 | $ 75,000 | Cash Sale |
| 6/24/20 | 328,674 | $ 0.2810 | $ 92,370 | Exchange Sale |
| 6/24/20 | 414,224 | $ 0.3360 | $ 139,185 | Exchange Sale |
| 6/30/20 | 537,416 | $ 0.3242 | $ 174,213 | Exchange Sale |
| 6/30/20 | 544,328 | $ 0.3239 | $ 176,324 | Exchange Sale |
| 7/6/20 | 435,658 | $ 0.2908 | $ 126,684 | Exchange Sale |
| 7/8/20 | 279,040 | $ 0.2908 | $ 81,142 | Exchange Sale |
| 7/8/20 | 548,716 | $ 0.2908 | $ 159,561 | Exchange Sale |
| 7/8/20 | 419,195 | $ 0.2908 | $ 121,897 | Exchange Sale |
| 7/21/20 | 560,275 | $ 0.2900 | $ 162,472 | Exchange Sale |
| 8/3/20 | 300,084 | $ 0.2752 | $ 82,587 | Exchange Sale |
| 8/3/20 | 610,178 | $ 0.2623 | $ 160,052 | Exchange Sale |
| 8/3/20 | 623,787 | $ 0.2624 | $ 163,702 | Exchange Sale |
| 8/5/20 | 465,402 | $ 0.2683 | $ 124,854 | Exchange Sale |
| 8/5/20 | 7,813 | $ 0.3200 | $ 2,500 | Cash Sale |
| 8/5/20 | 7,813 | $ 0.3200 | $ 2,500 | Cash Sale |
| 8/5/20 | 37,500 | $ 0.3200 | $ 12,000 | Cash Sale |
| 8/5/20 | 75,000 | $ 0.3200 | $ 24,000 | Cash Sale |
| 8/5/20 | 75,828 | $ 0.3200 | $ 24,265 | Cash Sale |

| Transaction Date | Number of Shares Sold | Price per Share | Dollar Volume of Sales | Type of Sale |
|---|---|---|---|---|
| 8/5/20 | 78,125 | $ 0.3200 | $ 25,000 | Cash Sale |
| 8/5/20 | 78,125 | $ 0.3200 | $ 25,000 | Cash Sale |
| 8/5/20 | 93,750 | $ 0.3200 | $ 30,000 | Cash Sale |
| 8/5/20 | 100,000 | $ 0.3200 | $ 32,000 | Cash Sale |
| 8/5/20 | 100,000 | $ 0.3200 | $ 32,000 | Cash Sale |
| 8/5/20 | 100,000 | $ 0.3200 | $ 32,000 | Cash Sale |
| 8/5/20 | 100,000 | $ 0.3200 | $ 32,000 | Cash Sale |
| 8/5/20 | 112,500 | $ 0.3200 | $ 36,000 | Cash Sale |
| 8/5/20 | 125,000 | $ 0.3200 | $ 40,000 | Cash Sale |
| 8/5/20 | 143,750 | $ 0.3200 | $ 46,000 | Cash Sale |
| 8/5/20 | 150,000 | $ 0.3200 | $ 48,000 | Cash Sale |
| 8/5/20 | 156,250 | $ 0.3200 | $ 50,000 | Cash Sale |
| 8/5/20 | 156,250 | $ 0.3200 | $ 50,000 | Cash Sale |
| 8/5/20 | 168,750 | $ 0.3200 | $ 54,000 | Cash Sale |
| 8/5/20 | 468,750 | $ 0.3200 | $ 150,000 | Cash Sale |
| 8/5/20 | 200,000 | $ 0.3200 | $ 64,000 | Cash Sale |
| 8/5/20 | 200,000 | $ 0.3200 | $ 64,000 | Cash Sale |
| 8/5/20 | 312,500 | $ 0.3200 | $ 100,000 | Cash Sale |
| 8/5/20 | 312,500 | $ 0.3200 | $ 100,000 | Cash Sale |
| 8/5/20 | 312,500 | $ 0.3200 | $ 100,000 | Cash Sale |
| 8/5/20 | 400,000 | $ 0.3200 | $ 128,000 | Cash Sale |
| 8/5/20 | 417,234 | $ 0.3200 | $ 133,515 | Cash Sale |
| 8/5/20 | 443,750 | $ 0.3200 | $ 142,000 | Cash Sale |
| 8/5/20 | 468,750 | $ 0.3200 | $ 150,000 | Cash Sale |
| 8/5/20 | 468,750 | $ 0.3200 | $ 150,000 | Cash Sale |
| 8/5/20 | 515,625 | $ 0.3200 | $ 165,000 | Cash Sale |
| 8/5/20 | 600,000 | $ 0.3200 | $ 192,000 | Cash Sale |
| 8/5/20 | 625,000 | $ 0.3200 | $ 200,000 | Cash Sale |
| 8/5/20 | 1,562,500 | $ 0.3200 | $ 500,000 | Cash Sale |
| 8/5/20 | 1,562,500 | $ 0.3200 | $ 500,000 | Cash Sale |
| 8/5/20 | 1,562,500 | $ 0.3200 | $ 500,000 | Cash Sale |
| 8/5/20 | 4,687,500 | $ 0.3200 | $ 1,500,000 | Cash Sale |
| 8/5/20 | 347,343 | $ 0.2752 | $ 95,593 | Exchange Sale |
| 9/1/20 | 638,452 | $ 0.2560 | $ 163,423 | Exchange Sale |
| 9/1/20 | 654,032 | $ 0.2483 | $ 162,402 | Exchange Sale |
| 9/3/20 | 304,104 | $ 0.2721 | $ 82,747 | Exchange Sale |
| 9/3/20 | 373,392 | $ 0.2541 | $ 94,892 | Exchange Sale |
| 9/3/20 | 480,641 | $ 0.2587 | $ 124,328 | Exchange Sale |

| Transaction Date | Number of Shares Sold | Price per Share | Dollar Volume of Sales | Type of Sale |
|---|---|---|---|---|
| 9/21/20 | 10,222 | $ 4.5715 | $ 46,730 | Cash Sale |
| 9/21/20 | 135,809 | $ 0.3200 | $ 43,459 | Cash Sale |
| 10/1/20 | 62,549 | $ 2.5993 | $ 162,582 | Exchange Sale |
| 10/1/20 | 166,564 | $ 0.4916 | $ 81,884 | Exchange Sale |
| 10/1/20 | 328,577 | $ 0.4916 | $ 161,530 | Exchange Sale |
| 10/12/20 | 30,637 | $ 0.8160 | $ 25,000 | Cash Sale |
| 10/12/20 | 147,059 | $ 0.8160 | $ 120,000 | Cash Sale |
| 10/12/20 | 12,255 | $ 0.8160 | $ 10,000 | Cash Sale |
| 10/12/20 | 370,000 | $ 0.8160 | $ 301,920 | Cash Sale |
| 10/12/20 | 500,000 | $ 0.8160 | $ 408,000 | Cash Sale |
| 10/12/20 | 140,845 | $ 0.8160 | $ 114,930 | Cash Sale |
| 10/12/20 | 612,745 | $ 0.8160 | $ 500,000 | Cash Sale |
| 10/12/20 | 183,824 | $ 0.8160 | $ 150,000 | Cash Sale |
| 10/12/20 | 122,549 | $ 0.8160 | $ 100,000 | Cash Sale |
| 10/12/20 | 50,000 | $ 0.8160 | $ 40,800 | Cash Sale |
| 10/12/20 | 612,745 | $ 0.8160 | $ 500,000 | Cash Sale |
| 10/12/20 | 42,892 | $ 0.8160 | $ 35,000 | Cash Sale |
| 10/12/20 | 98,039 | $ 0.8160 | $ 80,000 | Cash Sale |
| 10/12/20 | 245,098 | $ 0.8160 | $ 200,000 | Cash Sale |
| 10/12/20 | 61,275 | $ 0.8160 | $ 50,000 | Cash Sale |
| 10/12/20 | 122,549 | $ 0.8160 | $ 100,000 | Cash Sale |
| 10/12/20 | 122,549 | $ 0.8160 | $ 100,000 | Cash Sale |
| 10/12/20 | 306,373 | $ 0.8160 | $ 250,000 | Cash Sale |
| 10/12/20 | 30,637 | $ 0.8160 | $ 25,000 | Cash Sale |
| 10/12/20 | 1,225,490 | $ 0.8160 | $ 1,000,000 | Cash Sale |
| 10/12/20 | 61,275 | $ 0.8160 | $ 50,000 | Cash Sale |
| 10/12/20 | 122,549 | $ 0.8160 | $ 100,000 | Cash Sale |
| 10/12/20 | 98,039 | $ 0.8160 | $ 80,000 | Cash Sale |
| 10/12/20 | 245,098 | $ 0.8160 | $ 200,000 | Cash Sale |
| 10/12/20 | 275,000 | $ 0.8160 | $ 224,400 | Cash Sale |
| 10/12/20 | 150,000 | $ 0.8160 | $ 122,400 | Cash Sale |
| 10/12/20 | 61,275 | $ 0.8160 | $ 50,000 | Cash Sale |
| 10/12/20 | 122,549 | $ 0.8160 | $ 100,000 | Cash Sale |
| 10/12/20 | 61,275 | $ 0.8160 | $ 50,000 | Cash Sale |
| 10/12/20 | 2,500,000 | $ 0.8160 | $ 2,040,000 | Cash Sale |
| 10/12/20 | 612,745 | $ 0.8160 | $ 500,000 | Cash Sale |
| 10/12/20 | 367,647 | $ 0.8160 | $ 300,000 | Cash Sale |
| 10/12/20 | 61,275 | $ 0.8160 | $ 50,000 | Cash Sale |

| Transaction Date | Number of Shares Sold | Price per Share | Dollar Volume of Sales | Type of Sale |
|---|---|---|---|---|
| 10/12/20 | 183,824 | $ 0.8160 | $ 150,000 | Cash Sale |
| 10/12/20 | 75,000 | $ 0.8160 | $ 61,200 | Cash Sale |
| 10/12/20 | 136,667 | $ 0.8160 | $ 111,520 | Cash Sale |
| 10/12/20 | 600,000 | $ 0.8160 | $ 489,600 | Cash Sale |
| 10/12/20 | 1,250,000 | $ 0.8160 | $ 1,020,000 | Cash Sale |
| 10/12/20 | 50,000 | $ 0.8160 | $ 40,800 | Cash Sale |
| 10/12/20 | 30,637 | $ 0.8160 | $ 25,000 | Cash Sale |
| 10/12/20 | 122,549 | $ 0.8160 | $ 100,000 | Cash Sale |
| 11/10/20 | 75,935 | $ 2.1458 | $ 162,939 | Exchange Sale |
| 11/10/20 | 59,291 | $ 2.0818 | $ 123,434 | Exchange Sale |
| 11/10/20 | 53,745 | $ 1.7464 | $ 93,862 | Exchange Sale |
| 1/15/21 | 94,463 | $ 1.3439 | $ 126,946 | Exchange Sale |
| 1/15/21 | 121,782 | $ 1.3491 | $ 164,294 | Exchange Sale |
| 1/19/21 | 185,155 | $ 1.1364 | $ 210,419 | Exchange Sale |
| 1/19/21 | 68,790 | $ 1.3658 | $ 93,950 | Exchange Sale |
| 2/1/21 | 105,179 | $ 1.1409 | $ 120,004 | Exchange Sale |
| 2/1/21 | 102,902 | $ 1.1662 | $ 120,004 | Exchange Sale |
| 2/1/21 | 135,922 | $ 1.1662 | $ 158,512 | Exchange Sale |
| 3/2/21 | 86,605 | $ 1.4709 | $ 127,384 | Exchange Sale |
| 3/2/21 | 123,547 | $ 1.2816 | $ 158,338 | Exchange Sale |
| 3/2/21 | 92,436 | $ 1.3037 | $ 120,507 | Exchange Sale |
| 3/15/21 | 566,783 | $ 1.1645 | $ 660,019 | Exchange Sale |
| 3/27/21 | 69,249 | $ 0.2250 | $ 15,581 | Cash Sale |
| 4/5/21 | 104,827 | $ 1.2218 | $ 128,075 | Exchange Sale |
| 4/5/21 | 99,809 | $ 1.2024 | $ 120,007 | Exchange Sale |
| 4/5/21 | 352,284 | $ 1.1841 | $ 417,122 | Exchange Sale |
| 12/3/21 | 208,861 | $ 0.7900 | $ 165,000 | Cash Sale |
| 12/12/21 | 666,667 | $ 0.6000 | $ 400,000 | Cash Sale |
| 12/12/21 | 1,000,000 | $ 0.6000 | $ 600,000 | Cash Sale |
| 12/12/21 | 250,000 | $ 0.6000 | $ 150,000 | Cash Sale |
| 12/16/21 | 1,538,462 | $ 0.6500 | $ 1,000,000 | Cash Sale |
| 12/17/21 | 500,000 | $ 0.6800 | $ 340,000 | Cash Sale |
| 12/19/21 | 421,031 | $ 0.7125 | $ 300,000 | Cash Sale |
| 12/23/21 | 1,029,412 | $ 0.6800 | $ 700,000 | Cash Sale |
| 12/23/21 | 588,235 | $ 0.6800 | $ 400,000 | Cash Sale |
| 12/23/21 | 588,235 | $ 0.6800 | $ 400,000 | Cash Sale |
| 12/24/21 | 735,294 | $ 0.6800 | $ 500,000 | Cash Sale |
| 1/2/22 | 588,235 | $ 0.6800 | $ 400,000 | Cash Sale |

| Transaction Date | Number of Shares Sold | Price per Share | Dollar Volume of Sales | Type of Sale |
|---|---|---|---|---|
| 1/6/22 | 342,466 | $ 0.7300 | $ 250,000 | Cash Sale |
| 1/6/22 | 333,333 | $ 0.7500 | $ 250,000 | Cash Sale |
| 1/18/22 | 641,026 | $ 0.7800 | $ 500,000 | Cash Sale |
| 1/24/22 | 51,948 | $ 0.7700 | $ 40,000 | Cash Sale |
| 1/26/22 | 437,500 | $ 0.8000 | $ 350,000 | Cash Sale |
| 2/11/22 | 434,783 | $ 0.9200 | $ 400,000 | Cash Sale |
| 3/8/22 | 589,377 | $ 0.7100 | $ 418,458 | Cash Sale |
| 3/8/22 | 140,845 | $ 0.7100 | $ 100,000 | Cash Sale |
| 3/14/22 | 142,857 | $ 0.7000 | $ 100,000 | Cash Sale |
| 3/16/22 | 704,225 | $ 0.7100 | $ 500,000 | Cash Sale |
| 3/31/22 | 339,458 | $ 0.6900 | $ 234,226 | Exchange Sale |
| 3/31/22 | 161,609 | $ 0.6900 | $ 111,510 | Exchange Sale |
| 3/31/22 | 160,962 | $ 0.6900 | $ 111,064 | Exchange Sale |
| 3/31/22 | 56,297 | $ 0.6900 | $ 38,845 | Exchange Sale |
| 3/31/22 | 104,551 | $ 0.6900 | $ 72,140 | Exchange Sale |
| 4/4/22 | 36,232 | $ 0.6900 | $ 25,000 | Cash Sale |
| 4/6/22 | 857,143 | $ 0.7000 | $ 600,000 | Cash Sale |
| 4/6/22 | 714,286 | $ 0.7000 | $ 500,000 | Cash Sale |
| 4/6/22 | 857,143 | $ 0.7000 | $ 600,000 | Cash Sale |
| 4/6/22 | 2,132,857 | $ 0.7033 | $ 1,500,000 | Cash Sale |
| 4/6/22 | 1,000,000 | $ 0.7000 | $ 700,000 | Cash Sale |
| 4/6/22 | 714,286 | $ 0.7000 | $ 500,000 | Cash Sale |
| 4/6/22 | 857,143 | $ 0.7000 | $ 600,000 | Cash Sale |
| 4/11/22 | 300,000 | $ 0.7000 | $ 210,000 | Cash Sale |
| 4/11/22 | 200,000 | $ 0.7000 | $ 140,000 | Cash Sale |
| 4/19/22 | 568,182 | $ 0.8800 | $ 500,000 | Cash Sale |
| 7/1/22 | 1,190,476 | $ 0.6300 | $ 750,000 | Cash Sale |
| 7/1/22 | 1,068,313 | $ 0.6300 | $ 673,038 | Cash Sale |
| 7/1/22 | 900,000 | $ 0.6300 | $ 567,000 | Cash Sale |
| 7/1/22 | 727,763 | $ 0.6300 | $ 458,490 | Cash Sale |
| 7/1/22 | 831,825 | $ 0.6300 | $ 524,050 | Cash Sale |
| 7/1/22 | 150,000 | $ 0.6300 | $ 94,500 | Cash Sale |
| 7/1/22 | 317,476 | $ 0.6300 | $ 200,010 | Cash Sale |
| 7/1/22 | 1,650,000 | $ 0.6300 | $ 1,039,500 | Cash Sale |
| 7/1/22 | 172,500 | $ 0.6300 | $ 108,675 | Cash Sale |
| 7/1/22 | 522,165 | $ 0.6300 | $ 328,964 | Cash Sale |
| 7/1/22 | 238,095 | $ 0.6300 | $ 150,000 | Cash Sale |
| **Totals** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **414 Sales** | **274,538,489** | | $ | **80,152,956** | |