# Exhibit 4

**EXHIBIT 4:**
**PLAINTIFF'S CASH STOCK SALES IN WHICH THE SALE PRICE WAS**
**NEGATIVELY IMPACTED BY DEFENDANTS' SPOOFING IN THE FINAL HOUR OF**
**A TRADING DAY (*i.e.*, between 3pm – 4pm)**

| Transaction Date | Shares Sold | Sale Price | Pricing Date(s) | Closing Price on Pricing Date | # of Spoofing Episodes | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|---|
| 10/12/20 | 30,637 | $0.82 | 10/12/20** 10/9/20* 10/8/20** 10/7/20 10/6/20* 10/5/20 10/2/20 10/1/20** 9/30/20* 9/29/20* | $1.12 $0.83 $0.79 $0.76 $0.77 $0.82 $0.75 $0.73 $0.77 $0.81 **(Average = $0.82)** | 28 1 2 1 2 1 1 | -3.11% -2.44% -3.32% -2.84% -2.69% -3.34% -9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 147,059 | $0.82 | 10/12/20** 10/9/20* 10/8/20** 10/7/20 10/6/20* 10/5/20 10/2/20 10/1/20** 9/30/20* 9/29/20* | $1.12 $0.83 $0.79 $0.76 $0.77 $0.82 $0.75 $0.73 $0.77 $0.81 **(Average = $0.82)** | 28 1 2 1 2 1 1 | -3.11% -2.44% -3.32% -2.84% -2.69% -3.34% -9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 12,255 | $0.82 | 10/12/20** 10/9/20* 10/8/20** 10/7/20 10/6/20* 10/5/20 10/2/20 | $1.12 $0.83 $0.79 $0.76 $0.77 $0.82 $0.75 | 28 1 2 1 | -3.11% -2.44% -3.32% -2.84% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; |

1

| Transaction Date | Shares Sold | Sale Price | Pricing Date(s) | Closing Price on Pricing Date | # of Spoofing Episodes | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|---|
| | | | 10/1/20** 9/30/20* 9/29/20* (Average = $0.82) | $0.73 $0.77 $0.81 | 2 1 1 | -2.69% -3.34% -9.88% | CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 370,000 | $0.82 | 10/12/20** 10/9/20* 10/8/20** 10/7/20 10/6/20* 10/5/20 10/2/20 10/1/20** 9/30/20* 9/29/20* (Average = $0.82) | $1.12 $0.83 $0.79 $0.76 $0.77 $0.82 $0.75 $0.73 $0.77 $0.81 | 28 1 2 1 2 1 1 | -3.11% -2.44% -3.32% -2.84% -2.69% -3.34% -9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 500,000 | $0.82 | 10/12/20** 10/9/20* 10/8/20** 10/7/20 10/6/20* 10/5/20 10/2/20 10/1/20** 9/30/20* 9/29/20* (Average = $0.82) | $1.12 $0.83 $0.79 $0.76 $0.77 $0.82 $0.75 $0.73 $0.77 $0.81 | 28 1 2 1 2 1 1 | -3.11% -2.44% -3.32% -2.84% -2.69% -3.34% -9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 140,845 | $0.82 | 10/12/20** 10/9/20* 10/8/20** | $1.12 $0.83 $0.79 | 28 1 2 | -3.11% -2.44% -3.32% | GTS SECURITIES LLC; |

| Transaction Date | Shares Sold | Sale Price | Pricing Date(s) | Closing Price on Pricing Date | # of Spoofing Episodes | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|---|
| | | | 10/7/20<br>10/6/20<br>10/5/20<br>10/2/20<br>10/1/20**<br>9/30/20*<br>9/29/20*<br><br>(Average = $0.82) | $0.76<br>$0.77<br>$0.82<br>$0.75<br>$0.73<br>$0.77<br>$0.81 | 1<br><br><br><br>2<br>1<br>1 | -2.84%<br><br><br><br>-2.69%<br>-3.34%<br>-9.88% | CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 612,745 | $0.82 | 10/12/20**<br>10/9/20*<br>10/8/20**<br>10/7/20<br>10/6/20*<br>10/5/20<br>10/2/20<br>10/1/20**<br>9/30/20*<br>9/29/20*<br><br>(Average = $0.82) | $1.12<br>$0.83<br>$0.79<br>$0.76<br>$0.77<br>$0.82<br>$0.75<br>$0.73<br>$0.77<br>$0.81 | 28<br>1<br>2<br><br>1<br><br><br>2<br>1<br>1 | -3.11%<br>-2.44%<br>-3.32%<br><br>-2.84%<br><br><br>-2.69%<br>-3.34%<br>-9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 183,824 | $0.82 | 10/12/20**<br>10/9/20*<br>10/8/20**<br>10/7/20<br>10/6/20*<br>10/5/20<br>10/2/20<br>10/1/20**<br>9/30/20*<br>9/29/20*<br><br>(Average = $0.82) | $1.12<br>$0.83<br>$0.79<br>$0.76<br>$0.77<br>$0.82<br>$0.75<br>$0.73<br>$0.77<br>$0.81 | 28<br>1<br>2<br><br>1<br><br><br>2<br>1<br>1 | -3.11%<br>-2.44%<br>-3.32%<br><br>-2.84%<br><br><br>-2.69%<br>-3.34%<br>-9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |

| Transaction Date | Shares Sold | Sale Price | Pricing Date(s) | Closing Price on Pricing Date | # of Spoofing Episodes | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|---|
| 10/12/20 | 122,549 | $0.82 | 10/12/20**<br>10/9/20*<br>10/8/20**<br>10/7/20<br>10/6/20*<br>10/5/20<br>10/2/20<br>10/1/20**<br>9/30/20*<br>9/29/20*<br><br>**(Average = $0.82)** | $1.12<br>$0.83<br>$0.79<br>$0.76<br>$0.77<br>$0.82<br>$0.75<br>$0.73<br>$0.77<br>$0.81 | 28<br>1<br>2<br><br>1<br><br><br>2<br>1<br>1 | -3.11%<br>-2.44%<br>-3.32%<br><br>-2.84%<br><br><br>-2.69%<br>-3.34%<br>-9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 50,000 | $0.82 | 10/12/20**<br>10/9/20*<br>10/8/20**<br>10/7/20<br>10/6/20*<br>10/5/20<br>10/2/20<br>10/1/20**<br>9/30/20*<br>9/29/20*<br><br>**(Average = $0.82)** | $1.12<br>$0.83<br>$0.79<br>$0.76<br>$0.77<br>$0.82<br>$0.75<br>$0.73<br>$0.77<br>$0.81 | 28<br>1<br>2<br><br>1<br><br><br>2<br>1<br>1 | -3.11%<br>-2.44%<br>-3.32%<br><br>-2.84%<br><br><br>-2.69%<br>-3.34%<br>-9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 612,745 | $0.82 | 10/12/20**<br>10/9/20*<br>10/8/20**<br>10/7/20<br>10/6/20*<br>10/5/20<br>10/2/20<br>10/1/20**<br>9/30/20*<br>9/29/20* | $1.12<br>$0.83<br>$0.79<br>$0.76<br>$0.77<br>$0.82<br>$0.75<br>$0.73<br>$0.77<br>$0.81 | 28<br>1<br>2<br><br>1<br><br><br>2<br>1<br>1 | -3.11%<br>-2.44%<br>-3.32%<br><br>-2.84%<br><br><br>-2.69%<br>-3.34%<br>-9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; |

| Transaction Date | Shares Sold | Sale Price | Pricing Date(s) | Closing Price on Pricing Date | # of Spoofing Episodes | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|---|
| | | | | (Average = $0.82) | | | LIME TRADING CORP. |
| 10/12/20 | 42,892 | $0.82 | 10/12/20** 10/9/20* 10/8/20** 10/7/20 10/6/20* 10/5/20 10/2/20 10/1/20** 9/30/20* 9/29/20* | $1.12 $0.83 $0.79 $0.76 $0.77 $0.82 $0.75 $0.73 $0.77 $0.81 (Average = $0.82) | 28 1 2 1 2 1 1 | -3.11% -2.44% -3.32% -2.84% -2.69% -3.34% -9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 98,039 | $0.82 | 10/12/20** 10/9/20* 10/8/20** 10/7/20 10/6/20* 10/5/20 10/2/20 10/1/20** 9/30/20* 9/29/20* | $1.12 $0.83 $0.79 $0.76 $0.77 $0.82 $0.75 $0.73 $0.77 $0.81 (Average = $0.82) | 28 1 2 1 2 1 1 | -3.11% -2.44% -3.32% -2.84% -2.69% -3.34% -9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 245,098 | $0.82 | 10/12/20** 10/9/20* 10/8/20** 10/7/20 10/6/20* 10/5/20 10/2/20 10/1/20** 9/30/20* | $1.12 $0.83 $0.79 $0.76 $0.77 $0.82 $0.75 $0.73 $0.77 | 28 1 2 1 2 1 | -3.11% -2.44% -3.32% -2.84% -2.69% -3.34% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; |

| Transaction Date | Shares Sold | Sale Price | Pricing Date(s) | Closing Price on Pricing Date | # of Spoofing Episodes | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|---|
| | | | 9/29/20* | $0.81 <br><br>(Average = $0.82) | 1 | -9.88% | VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 61,275 | $0.82 | 10/12/20** <br> 10/9/20* <br> 10/8/20** <br> 10/7/20 <br> 10/6/20* <br> 10/5/20 <br> 10/2/20 <br> 10/1/20** <br> 9/30/20* <br> 9/29/20* | $1.12 <br> $0.83 <br> $0.79 <br> $0.76 <br> $0.77 <br> $0.82 <br> $0.75 <br> $0.73 <br> $0.77 <br> $0.81 <br><br> (Average = $0.82) | 28 <br> 1 <br> 2 <br><br> 1 <br><br><br> 2 <br> 1 <br> 1 | -3.11% <br> -2.44% <br> -3.32% <br><br> -2.84% <br><br><br> -2.69% <br> -3.34% <br> -9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 122,549 | $0.82 | 10/12/20** <br> 10/9/20* <br> 10/8/20** <br> 10/7/20 <br> 10/6/20* <br> 10/5/20 <br> 10/2/20 <br> 10/1/20** <br> 9/30/20* <br> 9/29/20* | $1.12 <br> $0.83 <br> $0.79 <br> $0.76 <br> $0.77 <br> $0.82 <br> $0.75 <br> $0.73 <br> $0.77 <br> $0.81 <br><br> (Average = $0.82) | 28 <br> 1 <br> 2 <br><br> 1 <br><br><br> 2 <br> 1 <br> 1 | -3.11% <br> -2.44% <br> -3.32% <br><br> -2.84% <br><br><br> -2.69% <br> -3.34% <br> -9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 122,549 | $0.82 | 10/12/20** <br> 10/9/20* <br> 10/8/20** <br> 10/7/20 <br> 10/6/20* <br> 10/5/20 | $1.12 <br> $0.83 <br> $0.79 <br> $0.76 <br> $0.77 <br> $0.82 | 28 <br> 1 <br> 2 <br><br> 1 | -3.11% <br> -2.44% <br> -3.32% <br><br> -2.84% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; |

| Transaction Date | Shares Sold | Sale Price | Pricing Date(s) | Closing Price on Pricing Date | # of Spoofing Episodes | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|---|
| | | | 10/2/20<br>10/1/20*<br>9/30/20*<br>9/29/20* | $0.75<br>$0.73<br>$0.77<br>$0.81<br><br>(Average = $0.82) | 2<br>1<br>1 | -2.69%<br>-3.34%<br>-9.88% | CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 306,373 | $0.82 | 10/12/20**<br>10/9/20*<br>10/8/20**<br>10/7/20<br>10/6/20*<br>10/5/20<br>10/2/20<br>10/1/20**<br>9/30/20*<br>9/29/20* | $1.12<br>$0.83<br>$0.79<br>$0.76<br>$0.77<br>$0.82<br>$0.75<br>$0.73<br>$0.77<br>$0.81<br><br>(Average = $0.82) | 28<br>1<br>2<br><br>1<br><br><br>2<br>1<br>1 | -3.11%<br>-2.44%<br>-3.32%<br><br>-2.84%<br><br><br>-2.69%<br>-3.34%<br>-9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 30,637 | $0.82 | 10/12/20**<br>10/9/20*<br>10/8/20**<br>10/7/20<br>10/6/20*<br>10/5/20<br>10/2/20<br>10/1/20**<br>9/30/20*<br>9/29/20* | $1.12<br>$0.83<br>$0.79<br>$0.76<br>$0.77<br>$0.82<br>$0.75<br>$0.73<br>$0.77<br>$0.81<br><br>(Average = $0.82) | 28<br>1<br>2<br><br>1<br><br><br>2<br>1<br>1 | -3.11%<br>-2.44%<br>-3.32%<br><br>-2.84%<br><br><br>-2.69%<br>-3.34%<br>-9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 1,225,490 | $0.82 | 10/12/20**<br>10/9/20*<br>10/8/20** | $1.12<br>$0.83<br>$0.79 | 28<br>1<br>2 | -3.11%<br>-2.44%<br>-3.32% | GTS SECURITIES LLC; |

| Transaction Date | Shares Sold | Sale Price | Pricing Date(s) | Closing Price on Pricing Date | # of Spoofing Episodes | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|---|
| | | | 10/7/20<br>10/6/20**<br>10/5/20<br>10/2/20<br>10/1/20**<br>9/30/20*<br>9/29/20*<br><br>(Average = $0.82) | $0.76<br>$0.77<br>$0.82<br>$0.75<br>$0.73<br>$0.77<br>$0.81 | 1<br><br><br><br>2<br>1<br>1 | -2.84%<br><br><br><br>-2.69%<br>-3.34%<br>-9.88% | CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 61,275 | $0.82 | 10/12/20**<br>10/9/20*<br>10/8/20**<br>10/7/20<br>10/6/20*<br>10/5/20<br>10/2/20<br>10/1/20**<br>9/30/20*<br>9/29/20*<br><br>(Average = $0.82) | $1.12<br>$0.83<br>$0.79<br>$0.76<br>$0.77<br>$0.82<br>$0.75<br>$0.73<br>$0.77<br>$0.81 | 28<br>1<br>2<br><br>1<br><br><br>2<br>1<br>1 | -3.11%<br>-2.44%<br>-3.32%<br><br>-2.84%<br><br><br>-2.69%<br>-3.34%<br>-9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 122,549 | $0.82 | 10/12/20**<br>10/9/20*<br>10/8/20**<br>10/7/20<br>10/6/20*<br>10/5/20<br>10/2/20<br>10/1/20**<br>9/30/20*<br>9/29/20*<br><br>(Average = $0.82) | $1.12<br>$0.83<br>$0.79<br>$0.76<br>$0.77<br>$0.82<br>$0.75<br>$0.73<br>$0.77<br>$0.81 | 28<br>1<br>2<br><br>1<br><br><br>2<br>1<br>1 | -3.11%<br>-2.44%<br>-3.32%<br><br>-2.84%<br><br><br>-2.69%<br>-3.34%<br>-9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |

| Transaction Date | Shares Sold | Sale Price | Pricing Date(s) | Closing Price on Pricing Date | # of Spoofing Episodes | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|---|
| 10/12/20 | 98,039 | $0.82 | 10/12/20** 10/9/20* 10/8/20** 10/7/20 10/6/20* 10/5/20 10/2/20 10/1/20** 9/30/20* 9/29/20* | $1.12 $0.83 $0.79 $0.76 $0.77 $0.82 $0.75 $0.73 $0.77 $0.81 **(Average = $0.82)** | 28 1 2  1   2 1 1 | -3.11% -2.44% -3.32%  -2.84%   -2.69% -3.34% -9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 245,098 | $0.82 | 10/12/20** 10/9/20* 10/8/20** 10/7/20 10/6/20* 10/5/20 10/2/20 10/1/20** 9/30/20* 9/29/20* | $1.12 $0.83 $0.79 $0.76 $0.77 $0.82 $0.75 $0.73 $0.77 $0.81 **(Average = $0.82)** | 28 1 2  1   2 1 1 | -3.11% -2.44% -3.32%  -2.84%   -2.69% -3.34% -9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 275,000 | $0.82 | 10/12/20** 10/9/20* 10/8/20** 10/7/20 10/6/20* 10/5/20 10/2/20 10/1/20** 9/30/20* 9/29/20* | $1.12 $0.83 $0.79 $0.76 $0.77 $0.82 $0.75 $0.73 $0.77 $0.81 | 28 1 2  1   2 1 1 | -3.11% -2.44% -3.32%  -2.84%   -2.69% -3.34% -9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; |

| Transaction Date | Shares Sold | Sale Price | Pricing Date(s) | Closing Price on Pricing Date | # of Spoofing Episodes | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|---|
| | | | | **(Average = $0.82)** | | | LIME TRADING CORP. |
| 10/12/20 | 150,000 | $0.82 | 10/12/20** 10/9/20* 10/8/20** 10/7/20 10/6/20* 10/5/20 10/2/20 10/1/20** 9/30/20* 9/29/20* | $1.12 $0.83 $0.79 $0.76 $0.77 $0.82 $0.75 $0.73 $0.77 $0.81  **(Average = $0.82)** | 28 1 2  1   2 1 1 | -3.11% -2.44% -3.32%  -2.84%   -2.69% -3.34% -9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 61,275 | $0.82 | 10/12/20** 10/9/20* 10/8/20** 10/7/20 10/6/20* 10/5/20 10/2/20 10/1/20** 9/30/20* 9/29/20* | $1.12 $0.83 $0.79 $0.76 $0.77 $0.82 $0.75 $0.73 $0.77 $0.81  **(Average = $0.82)** | 28 1 2  1   2 1 1 | -3.11% -2.44% -3.32%  -2.84%   -2.69% -3.34% -9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 122,549 | $0.82 | 10/12/20** 10/9/20* 10/8/20** 10/7/20 10/6/20* 10/5/20 10/2/20 10/1/20** 9/30/20* | $1.12 $0.83 $0.79 $0.76 $0.77 $0.82 $0.75 $0.73 $0.77 | 28 1 2  1   2 1 | -3.11% -2.44% -3.32%  -2.84%   -2.69% -3.34% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; |

| Transaction Date | Shares Sold | Sale Price | Pricing Date(s) | Closing Price on Pricing Date | # of Spoofing Episodes | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|---|
| | | | 9/29/20* | $0.81<br><br>**(Average = $0.82)** | 1 | -9.88% | VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 61,275 | $0.82 | 10/12/20**<br>10/9/20*<br>10/8/20**<br>10/7/20<br>10/6/20*<br>10/5/20<br>10/2/20<br>10/1/20**<br>9/30/20*<br>9/29/20* | $1.12<br>$0.83<br>$0.79<br>$0.76<br>$0.77<br>$0.82<br>$0.75<br>$0.73<br>$0.77<br>$0.81<br><br>**(Average = $0.82)** | 28<br>1<br>2<br><br>1<br><br><br>2<br>1<br>1 | -3.11%<br>-2.44%<br>-3.32%<br><br>-2.84%<br><br><br>-2.69%<br>-3.34%<br>-9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 2,500,000 | $0.82 | 10/12/20**<br>10/9/20*<br>10/8/20**<br>10/7/20<br>10/6/20*<br>10/5/20<br>10/2/20<br>10/1/20**<br>9/30/20*<br>9/29/20* | $1.12<br>$0.83<br>$0.79<br>$0.76<br>$0.77<br>$0.82<br>$0.75<br>$0.73<br>$0.77<br>$0.81<br><br>**(Average = $0.82)** | 28<br>1<br>2<br><br>1<br><br><br>2<br>1<br>1 | -3.11%<br>-2.44%<br>-3.32%<br><br>-2.84%<br><br><br>-2.69%<br>-3.34%<br>-9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 612,745 | $0.82 | 10/12/20**<br>10/9/20*<br>10/8/20**<br>10/7/20<br>10/6/20*<br>10/5/20 | $1.12<br>$0.83<br>$0.79<br>$0.76<br>$0.77<br>$0.82 | 28<br>1<br>2<br><br>1 | -3.11%<br>-2.44%<br>-3.32%<br><br>-2.84% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; |

11

| Transaction Date | Shares Sold | Sale Price | Pricing Date(s) | Closing Price on Pricing Date | # of Spoofing Episodes | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|---|
| | | | 10/2/20<br>10/1/20<br>9/30/20*<br>9/29/20* | $0.75<br>$0.73<br>$0.77<br>$0.81<br><br>**(Average = $0.82)** | 2<br>1<br>1 | -2.69%<br>-3.34%<br>-9.88% | CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 367,647 | $0.82 | 10/12/20**<br>10/9/20*<br>10/8/20**<br>10/7/20<br>10/6/20*<br>10/5/20<br>10/2/20<br>10/1/20**<br>9/30/20*<br>9/29/20* | $1.12<br>$0.83<br>$0.79<br>$0.76<br>$0.77<br>$0.82<br>$0.75<br>$0.73<br>$0.77<br>$0.81<br><br>**(Average = $0.82)** | 28<br>1<br>2<br><br>1<br><br><br>2<br>1<br>1 | -3.11%<br>-2.44%<br>-3.32%<br><br>-2.84%<br><br><br>-2.69%<br>-3.34%<br>-9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 61,275 | $0.82 | 10/12/20**<br>10/9/20*<br>10/8/20**<br>10/7/20<br>10/6/20*<br>10/5/20<br>10/2/20<br>10/1/20**<br>9/30/20*<br>9/29/20* | $1.12<br>$0.83<br>$0.79<br>$0.76<br>$0.77<br>$0.82<br>$0.75<br>$0.73<br>$0.77<br>$0.81<br><br>**(Average = $0.82)** | 28<br>1<br>2<br><br>1<br><br><br>2<br>1<br>1 | -3.11%<br>-2.44%<br>-3.32%<br><br>-2.84%<br><br><br>-2.69%<br>-3.34%<br>-9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 183,824 | $0.82 | 10/12/20**<br>10/9/20*<br>10/8/20** | $1.12<br>$0.83<br>$0.79 | 28<br>1<br>2 | -3.11%<br>-2.44%<br>-3.32% | GTS SECURITIES LLC; |

| Transaction Date | Shares Sold | Sale Price | Pricing Date(s) | Closing Price on Pricing Date | # of Spoofing Episodes | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|---|
| | | | 10/7/20<br>10/6/20<br>10/5/20<br>10/2/20<br>10/1/20**<br>9/30/20*<br>9/29/20*<br><br>**(Average = $0.82)** | $0.76<br>$0.77<br>$0.82<br>$0.75<br>$0.73<br>$0.77<br>$0.81 | <br>1<br><br><br>2<br>1<br>1 | <br>-2.84%<br><br><br>-2.69%<br>-3.34%<br>-9.88% | CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 75,000 | $0.82 | 10/12/20**<br>10/9/20*<br>10/8/20**<br>10/7/20<br>10/6/20*<br>10/5/20<br>10/2/20<br>10/1/20**<br>9/30/20*<br>9/29/20*<br><br>**(Average = $0.82)** | $1.12<br>$0.83<br>$0.79<br>$0.76<br>$0.77<br>$0.82<br>$0.75<br>$0.73<br>$0.77<br>$0.81 | 28<br>1<br>2<br><br>1<br><br><br>2<br>1<br>1 | -3.11%<br>-2.44%<br>-3.32%<br><br>-2.84%<br><br><br>-2.69%<br>-3.34%<br>-9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 136,667 | $0.82 | 10/12/20**<br>10/9/20*<br>10/8/20**<br>10/7/20<br>10/6/20*<br>10/5/20<br>10/2/20<br>10/1/20**<br>9/30/20*<br>9/29/20*<br><br>**(Average = $0.82)** | $1.12<br>$0.83<br>$0.79<br>$0.76<br>$0.77<br>$0.82<br>$0.75<br>$0.73<br>$0.77<br>$0.81 | 28<br>1<br>2<br><br>1<br><br><br>2<br>1<br>1 | -3.11%<br>-2.44%<br>-3.32%<br><br>-2.84%<br><br><br>-2.69%<br>-3.34%<br>-9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |

| Transaction Date | Shares Sold | Sale Price | Pricing Date(s) | Closing Price on Pricing Date | # of Spoofing Episodes | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|---|
| 10/12/20 | 600,000 | $0.82 | 10/12/20**<br>10/9/20*<br>10/8/20**<br>10/7/20<br>10/6/20*<br>10/5/20<br>10/2/20<br>10/1/20**<br>9/30/20*<br>9/29/20*<br><br>**(Average = $0.82)** | $1.12<br>$0.83<br>$0.79<br>$0.76<br>$0.77<br>$0.82<br>$0.75<br>$0.73<br>$0.77<br>$0.81 | 28<br>1<br>2<br><br>1<br><br><br>2<br>1<br>1 | -3.11%<br>-2.44%<br>-3.32%<br><br>-2.84%<br><br><br>-2.69%<br>-3.34%<br>-9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 1,250,000 | $0.82 | 10/12/20**<br>10/9/20*<br>10/8/20**<br>10/7/20<br>10/6/20*<br>10/5/20<br>10/2/20<br>10/1/20**<br>9/30/20*<br>9/29/20*<br><br>**(Average = $0.82)** | $1.12<br>$0.83<br>$0.79<br>$0.76<br>$0.77<br>$0.82<br>$0.75<br>$0.73<br>$0.77<br>$0.81 | 28<br>1<br>2<br><br>1<br><br><br>2<br>1<br>1 | -3.11%<br>-2.44%<br>-3.32%<br><br>-2.84%<br><br><br>-2.69%<br>-3.34%<br>-9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 50,000 | $0.82 | 10/12/20**<br>10/9/20*<br>10/8/20**<br>10/7/20<br>10/6/20*<br>10/5/20<br>10/2/20<br>10/1/20**<br>9/30/20*<br>9/29/20* | $1.12<br>$0.83<br>$0.79<br>$0.76<br>$0.77<br>$0.82<br>$0.75<br>$0.73<br>$0.77<br>$0.81 | 28<br>1<br>2<br><br>1<br><br><br>2<br>1<br>1 | -3.11%<br>-2.44%<br>-3.32%<br><br>-2.84%<br><br><br>-2.69%<br>-3.34%<br>-9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; |

14

| Transaction Date | Shares Sold | Sale Price | Pricing Date(s) | Closing Price on Pricing Date | # of Spoofing Episodes | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|---|
| | | | | (Average = $0.82) | | | LIME TRADING CORP. |
| 10/12/20 | 30,637 | $0.82 | 10/12/20** 10/9/20* 10/8/20** 10/7/20 10/6/20* 10/5/20 10/2/20 10/1/20** 9/30/20* 9/29/20* | $1.12 $0.83 $0.79 $0.76 $0.77 $0.82 $0.75 $0.73 $0.77 $0.81 (Average = $0.82) | 28 1 2 1 2 1 1 | -3.11% -2.44% -3.32% -2.84% -2.69% -3.34% -9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 10/12/20 | 122,549 | $0.82 | 10/12/20** 10/9/20* 10/8/20** 10/7/20 10/6/20* 10/5/20 10/2/20 10/1/20** 9/30/20* 9/29/20* | $1.12 $0.83 $0.79 $0.76 $0.77 $0.82 $0.75 $0.73 $0.77 $0.81 (Average = $0.82) | 28 1 2 1 2 1 1 | -3.11% -2.44% -3.32% -2.84% -2.69% -3.34% -9.88% | GTS SECURITIES LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; LIME TRADING CORP. |
| 12/12/21 | 666,667 | $0.60 | 12/10/21** | $0.60 | 5 | -3.18% | GTS SECURITIES LLC; CANACCORD GENUITY LLC |
| 12/12/21 | 1,000,000 | $0.60 | 12/10/21** | $0.60 | 5 | -3.18% | GTS SECURITIES LLC; |

| Transaction Date | Shares Sold | Sale Price | Pricing Date(s) | Closing Price on Pricing Date | # of Spoofing Episodes | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | CANACCORD GENUITY LLC |
| 12/12/21 | 250,000 | $0.60 | 12/10/21** | $0.60 | 5 | -3.18% | GTS SECURITIES LLC; CANACCORD GENUITY LLC |
| **Totals** |  |  |  |  |  |  |  |
| **44 Sales** | **14,141,632** |  |  |  |  |  |  |

\* Denotes a day on which a Spoofing Episode occurred.
\*\* Denotes a day on which a Spoofing Episode occurred in the final hour of trading.