# Exhibit 6

## EXHIBIT 6:
## PLAINTIFF'S EXCHANGE AGREEMENT SALES IN WHICH THE SALE PRICE WAS NEGATIVELY IMPACTED BY DEFENDANTS' SPOOFING IN THE FINAL HOUR OF TRADING ON THE PRICING DATE (*i.e.*, between 3pm – 4pm)

| Transaction Date | Shares Sold | Sale Price | Affected Price Date | # of Spoofing Episodes Impacting Price | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|
| 1/2/18 | 1,499,936 | $0.19 | 12/19/17 | 2** | -2.80% | CITADEL SECURITIES LLC |
| 1/8/18 | 323,379 | $0.33 | 12/19/17 | 2** | -2.80% | CITADEL SECURITIES LLC |
| 1/8/18 | 562,919 | $0.19 | 12/19/17 | 2** | -2.80% | CITADEL SECURITIES LLC |
| 1/8/18 | 526,787 | $0.20 | 12/19/17 | 2** | -2.80% | CITADEL SECURITIES LLC |
| 1/11/18 | 562,225 | $0.19 | 12/19/17 | 2** | -2.80% | CITADEL SECURITIES LLC |
| 7/2/18 | 574,559 | $0.18 | 8/1/18 | 1** | -2.31% | G1 EXECUTION SERVICES, LLC |
| (same transaction) | ---- | ---- | 6/12/18 | 2* | -1.43% | CITADEL SECURITIES LLC |
| (same transaction) | ---- | ---- | 6/14/18 | 3* | -0.23% | CITADEL SECURITIES LLC |
| 7/2/18 | 576,374 | $0.18 | 8/1/18 | 1** | -2.31% | G1 EXECUTION SERVICES, LLC |
| (same transaction) | ---- | ---- | 6/12/18 | 2* | -1.43% | CITADEL SECURITIES LLC |
| (same transaction) | ---- | ---- | 6/14/18 | 3* | -0.23% | CITADEL SECURITIES LLC |

1

| Transaction Date | Shares Sold | Sale Price | Affected Price Date | # of Spoofing Episodes Impacting Price | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|
| 4/3/19 | 426,543 | $0.23 | 3/28/19 | 1** | -1.81% | VIRTU AMERICAS LLC |
| 4/11/19 | 1,113,044 | $0.23 | 3/28/19 | 1** | -1.81% | VIRTU AMERICAS LLC |
| 4/23/19 | 695,066 | $0.35 | 3/28/19 | 1** | -1.81% | VIRTU AMERICAS LLC |
| 11/10/20 | 75,935 | $2.15 | 10/14/20 | 4** | -2.66% | CITADEL SECURITIES LLC |
| (same transaction) | ---- | ---- | 10/27/20 | 85** | -6.45% | G1 EXECUTION SERVICES, LLC; GTS SECURITIES LLC; VIRTU AMERICAS LLC; CANACCORD GENUITY LLC |
| (same transaction) | ---- | ---- | 10/13/20 | 17* | -4.75% | CITADEL SECURITIES LLC; G1 EXECUTION SERVICES, LLC; GTS SECURITIES LLC; CANACCORD GENUITY LLC; VIRTU AMERICAS LLC |
| (same transaction) | ---- | ---- | 10/30/20 | 2* | -2.80% | GTS SECURITIES LLC; INSTINET, LLC |
| (same transaction) | ---- | ---- | 11/9/20 | 4* | -6.87% | VIRTU AMERICAS |

2

| Transaction Date | Shares Sold | Sale Price | Affected Price Date | # of Spoofing Episodes Impacting Price | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|
| | | | | | | LLC; CANACCORD GENUITY LLC; CITADEL SECURITIES LLC |
| 11/10/20 | 59,291 | $2.08 | 10/14/20 | 4** | -2.66% | CITADEL SECURITIES LLC |
| (same transaction) | ---- | ---- | 10/27/20 | 85** | -6.45% | CITADEL SECURITIES LLC; G1 EXECUTION SERVICES, LLC; GTS SECURITIES LLC; VIRTU AMERICAS LLC; CANACCORD GENUITY LLC |
| (same transaction) | ---- | ---- | 10/13/20 | 17* | -4.75% | CITADEL SECURITIES LLC; G1 EXECUTION SERVICES, LLC; GTS SECURITIES LLC; CANACCORD GENUITY LLC; VIRTU AMERICAS LLC |
| (same transaction) | ---- | ---- | 10/30/20 | 2* | -2.80% | GTS SECURITIES LLC; INSTINET, LLC |
| (same transaction) | ---- | ---- | 11/9/20 | 4* | -6.87% | VIRTU AMERICAS LLC; |

3

| Transaction Date | Shares Sold | Sale Price | Affected Price Date | # of Spoofing Episodes Impacting Price | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|
| | | | | | | CANACCORD GENUITY LLC; CITADEL SECURITIES LLC |
| 11/10/20 | 53,745 | $1.75 | 10/14/20 | 4** | -2.66% | CITADEL SECURITIES LLC |
| (same transaction) | ---- | ---- | 10/13/20 | 17* | -4.75% | CITADEL SECURITIES LLC; G1 EXECUTION SERVICES, LLC; GTS SECURITIES LLC; CANACCORD GENUITY LLC; VIRTU AMERICAS LLC |
| (same transaction) | ---- | ---- | 10/27/20 | 85** | -6.45% | CITADEL SECURITIES LLC, G1 EXECUTION SERVICES, LLC, GTS SECURITIES LLC, VIRTU AMERICAS LLC, CANACCORD GENUITY LLC, INSTINET, LLC |
| (same transaction) | ---- | ---- | 10/30/20 | 2* | -2.80% | GTS SECURITIES LLC; INSTINET, LLC |
| (same transaction) | ---- | ---- | 11/9/20 | 4* | -6.87% | VIRTU AMERICAS LLC; |

4

| Transaction Date | Shares Sold | Sale Price | Affected Price Date | # of Spoofing Episodes Impacting Price | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|
| | | | | | | CANACCORD GENUITY LLC; CITADEL SECURITIES LLC |
| 1/15/21 | 94,463 | $1.34 | 12/22/20 | 2** | -1.33% | CITADEL SECURITIES LLC |
| (same transaction) | ---- | ---- | 12/16/20 | 1* | -1.60% | CITADEL SECURITIES LLC |
| (same transaction) | ---- | ---- | 12/21/20 | 1* | -4.41% | CITADEL SECURITIES LLC |
| (same transaction) | ---- | ---- | 1/14/21 | 4* | -2.03% | CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC |
| 1/15/21 | 121,782 | $1.35 | 12/22/20 | 2** | -1.33% | CITADEL SECURITIES LLC |
| (same transaction) | ---- | ---- | 12/16/20 | 1* | -1.60% | CITADEL SECURITIES LLC |
| (same transaction) | ---- | ---- | 12/21/20 | 1* | -4.41% | CITADEL SECURITIES LLC |
| (same transaction) | ---- | ---- | 1/14/21 | 4* | -2.03% | CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC |
| 1/19/21 | 185,155 | $1.14 | 12/22/20 | 2** | -1.33% | CITADEL SECURITIES LLC |

5

| Transaction Date | Shares Sold | Sale Price | Affected Price Date | # of Spoofing Episodes Impacting Price | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|
| (same transaction) | ---- | ---- | 12/21/20 | 1* | -4.41% | CITADEL SECURITIES LLC |
| (same transaction) | ---- | ---- | 1/14/21 | 4* | -2.03% | CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC |
| (same transaction) | ---- | ---- | 1/15/21 | 3* | -1.70% | CITADEL SECURITIES LLC; G1 EXECUTION SERVICES, LLC |
| 1/19/21 | 68,790 | $1.37 | 12/22/20 | 2** | -1.33% | CITADEL SECURITIES LLC |
| (same transaction) | ---- | ---- | 12/21/20 | 1* | -4.41% | CITADEL SECURITIES LLC |
| (same transaction) | ---- | ---- | 1/14/21 | 4* | -2.03% | CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC |
| (same transaction) | ---- | ---- | 1/15/21 | 3* | -1.70% | CITADEL SECURITIES LLC; G1 EXECUTION SERVICES, LLC |
| 3/2/21 | 86,605 | $1.47 | 2/25/21 | 11** | -1.45% | LIME TRADING CORP. |
| (same transaction) | ---- | ---- | 2/19/21 | 4* | -1.87% | CITADEL SECURITIES LLC; G1 |

6

| Transaction Date | Shares Sold | Sale Price | Affected Price Date | # of Spoofing Episodes Impacting Price | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|
| | | | | | | EXECUTION SERVICES, LLC; LIME TRADING CORP. |
| (same transaction) | ---- | ---- | 2/22/21 | 6* | -1.58% | G1 EXECUTION SERVICES, LLC; LIME TRADING CORP. |
| (same transaction) | ---- | ---- | 2/23/21 | 31* | -5.96% | LIME TRADING CORP.; CITADEL SECURITIES LLC; CANACCORD GENUITY LLC; VIRTU AMERICAS LLC; GTS SECURITIES LLC |
| (same transaction) | ---- | ---- | 2/26/21 | 8* | -1.72% | LIME TRADING CORP.; VIRTU AMERICAS LLC |
| 3/2/21 | 123,547 | $1.28 | 2/25/21 | 11** | -1.45% | LIME TRADING CORP. |
| (same transaction) | ---- | ---- | 2/19/21 | 4* | -1.87% | CITADEL SECURITIES LLC; G1 EXECUTION SERVICES, LLC; LIME TRADING CORP. |

7

| Transaction Date | Shares Sold | Sale Price | Affected Price Date | # of Spoofing Episodes Impacting Price | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|
| (same transaction) | ---- | ---- | 2/22/21 | 6* | -1.58% | G1 EXECUTION SERVICES, LLC; LIME TRADING CORP. |
| (same transaction) | ---- | ---- | 2/23/21 | 31* | -5.96% | LIME TRADING CORP.; CITADEL SECURITIES LLC; CANACCORD GENUITY LLC; VIRTU AMERICAS LLC; GTS SECURITIES LLC |
| (same transaction) | ---- | ---- | 2/26/21 | 8* | -1.72% | LIME TRADING CORP.; VIRTU AMERICAS LLC |
| 3/2/21 | 92,436 | $1.30 | 2/25/21 | 11** | -1.45% | LIME TRADING CORP. |
| (same transaction) | ---- | ----- | 4/1/21 | 29** | -3.29% | CITADEL SECURITIES LLC; CANACCORD GENUITY LLC; LIME TRADING CORP.; INSTINET, LLC |
| (same transaction) | ---- | ----- | 2/19/21 | 4* | -1.87% | CITADEL SECURITIES LLC; G1 EXECUTION SERVICES, |

8

| Transaction Date | Shares Sold | Sale Price | Affected Price Date | # of Spoofing Episodes Impacting Price | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | LLC; LIME TRADING CORP. |
| (same transaction) | ---- | ----- | 2/22/21 | 6* | -1.58% | G1 EXECUTION SERVICES, LLC; LIME TRADING CORP. |
| (same transaction) | ---- | ----- | 2/23/21 | 31* | -5.96% | LIME TRADING CORP.; CITADEL SECURITIES LLC; CANACCORD GENUITY LLC; VIRTU AMERICAS LLC; GTS SECURITIES LLC |
| (same transaction) | ---- | ----- | 2/26/21 | 8* | -1.72% | LIME TRADING CORP.; VIRTU AMERICAS LLC |
| (same transaction) | ---- | ----- | 3/5/21 | 13* | -3.08% | CITADEL SECURITIES LLC; LIME TRADING CORP. |
| (same transaction) | ---- | ----- | 3/8/21 | 3* | -1.24% | CITADEL SECURITIES LLC; LIME TRADING CORP. |
| (same transaction) | ---- | ----- | 3/9/21 | 4* | -1.97% | CITADEL SECURITIES LLC; LIME |

9

| Transaction Date | Shares Sold | Sale Price | Affected Price Date | # of Spoofing Episodes Impacting Price | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|
| | | | | | | TRADING CORP. |
| (same transaction) | ---- | ----- | 3/10/21 | 4* | -1.15% | LIME TRADING CORP. |
| 4/5/21 | 104,827 | $1.22 | 4/1/21 | 29** | -3.29% | CITADEL SECURITIES LLC; CANACCORD GENUITY LLC; LIME TRADING CORP.; INSTINET, LLC |
| (same transaction) | ---- | ----- | 3/5/21 | 13* | -3.08% | CITADEL SECURITIES LLC; LIME TRADING CORP. |
| (same transaction) | ---- | ----- | 3/8/21 | 3* | -1.24% | CITADEL SECURITIES LLC; LIME TRADING CORP. |
| (same transaction) | ---- | ----- | 3/9/21 | 4* | -1.97% | CITADEL SECURITIES LLC; LIME TRADING CORP. |
| (same transaction) | ---- | ----- | 3/10/21 | 4* | -1.15% | LIME TRADING CORP. |
| 4/5/21 | 99,809 | $1.20 | 4/1/21 | 29** | -3.29% | CITADEL SECURITIES LLC; CANACCORD GENUITY LLC; LIME TRADING CORP.; INSTINET, LLC |

| Transaction Date | Shares Sold | Sale Price | Affected Price Date | # of Spoofing Episodes Impacting Price | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|
| (same transaction) | ---- | ----- | 3/5/21 | 13* | -3.08% | CITADEL SECURITIES LLC; LIME TRADING CORP. |
| (same transaction) | ---- | ----- | 3/8/21 | 3* | -1.24% | CITADEL SECURITIES LLC; LIME TRADING CORP. |
| (same transaction) | ---- | ----- | 3/9/21 | 4* | -1.97% | CITADEL SECURITIES LLC; LIME TRADING CORP. |
| (same transaction) | ---- | ----- | 3/10/21 | 4* | -1.15% | LIME TRADING CORP. |
| 4/5/21 | 352,284 | $1.18 | 4/1/21 | 29** | -3.29% | CITADEL SECURITIES LLC; CANACCORD GENUITY LLC; LIME TRADING CORP.; INSTINET, LLC |
| (same transaction) | ---- | ----- | 3/5/21 | 13* | -3.08% | CITADEL SECURITIES LLC; LIME TRADING CORP. |
| (same transaction) | ---- | ----- | 3/8/21 | 3* | -1.24% | CITADEL SECURITIES LLC; LIME TRADING CORP. |
| (same transaction) | ---- | ----- | 3/9/21 | 4* | -1.97% | CITADEL SECURITIES LLC; LIME |

11

| Transaction Date | Shares Sold | Sale Price | Affected Price Date | # of Spoofing Episodes Impacting Price | Average Return to Spoofing Episode | Defendant(s) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | TRADING CORP. |
| (same transaction) | ---- | ----- | 3/10/21 | 4* | -1.15% | LIME TRADING CORP. |
| **Totals** |  |  |  |  |  |  |
| **23 Sales** | **8,379,501** |  |  |  |  |  |