# Exhibit 7

**EXHIBIT 7:**
**PLAINTIFF'S EXCHANGE AGREEMENT SALES IN WHICH THE SALE PRICE WAS NEGATIVELY IMPACTED BY DEFENDANTS' SPOOFING BETWEEN ONE AND TWENTY-FOUR HOURS BEFORE THE CLOSE OF TRADING ON THE PRICING DATE**

| Transaction Date | Shares Sold | Sale Price | Affected Price Date | # of Spoofing Episodes | Average Return to Spoofing Episodes | Defendant(s) |
|---|---|---|---|---|---|---|
| 2/8/18 | 1,129,804 | $0.25 | | | | |
| | | | 2/23/18 | 1 | -3.85% | CITADEL SECURITIES LLC |
| | | | 2/27/18 | 1 | -2.95% | G1 EXECUTION SERVICES, LLC |
| | | | 2/28/18 | 1 | -1.69% | CITADEL SECURITIES LLC |
| 2/9/18 | 430,061 | $0.25 | | | | |
| | | | 1/25/18 | 1 | -6.15% | CITADEL SECURITIES LLC |
| | | | 2/23/18 | 1 | -3.85% | CITADEL SECURITIES LLC |
| | | | 2/28/18 | 1 | -1.69% | CITADEL SECURITIES LLC |
| 2/12/18 | 429,235 | $0.25 | | | | |
| | | | 1/25/18 | 1 | -6.15% | CITADEL SECURITIES LLC |
| | | | 2/23/18 | 1 | -3.85% | CITADEL SECURITIES LLC |
| | | | 2/27/18 | 1 | -2.95% | G1 EXECUTION SERVICES, LLC |
| | | | 2/28/18 | 1 | -1.69% | CITADEL SECURITIES LLC |
| 3/1/18 | 446,589 | $0.23 | | | | |
| | | | 3/28/18 | 1 | -2.25% | CITADEL SECURITIES LLC |
| 3/1/18 | 1,207,659 | $0.23 | | | | |
| | | | 3/28/18 | 1 | -2.25% | CITADEL SECURITIES LLC |
| 3/1/18 | 261,243 | $0.40 | | | | |
| | | | 3/27/18 | 1 | -1.32% | CITADEL SECURITIES LLC |
| | | | 3/28/18 | 1 | -2.25% | CITADEL SECURITIES LLC |
| 4/17/18 | 551,682 | $0.20 | | | | |

| Transaction Date | Shares Sold | Sale Price | Affected Price Date | # of Spoofing Episodes | Average Return to Spoofing Episodes | Defendant(s) |
|---|---|---|---|---|---|---|
| | | | 4/16/18 | 1 | -1.75% | CITADEL SECURITIES LLC |
| 4/17/18 | 549,355 | $0.20 | | | | |
| | | | 4/16/18 | 1 | -1.75% | CITADEL SECURITIES LLC |
| 4/17/18 | 1,438,409 | $0.20 | | | | |
| | | | 4/16/18 | 1 | -1.75% | CITADEL SECURITIES LLC |
| 5/8/18 | 586,339 | $0.18 | | | | |
| | | | 4/24/18 | 1 | -1.13% | CITADEL SECURITIES LLC |
| 5/8/18 | 692,261 | $0.15 | | | | |
| | | . | 4/24/18 | 1 | -1.13% | CITADEL SECURITIES LLC |
| 5/8/18 | 687,960 | $0.16 | | | | |
| | | | 4/24/18 | 1 | -1.13% | CITADEL SECURITIES LLC |
| 5/8/18 | 1,852,640 | $0.15 | | | | |
| | | | 4/24/18 | 1 | -1.13% | CITADEL SECURITIES LLC |
| 6/21/18 | 1,999,458 | $0.18 | | | | |
| | | | 6/12/18 | 2 | -1.43% | CITADEL SECURITIES LLC |
| | | | 7/24/18 | 1 | -2.85% | CITADEL SECURITIES LLC |
| 8/1/18 | 598,317 | $0.17 | | | | |
| | | | 7/24/18 | 1 | -2.85% | CITADEL SECURITIES LLC |
| 8/1/18 | 596,991 | $0.17 | | | | |
| | | | 7/24/18 | 1 | -2.85% | CITADEL SECURITIES LLC |
| 5/17/19 | 459,249 | $0.23 | | | | |
| | | | 6/3/19 | 1 | -.74% | VIRTU AMERICAS LLC |
| 6/3/19 | 1,139,050 | $0.22 | | | | |
| | | | 5/23/19 | 1 | -1.22% | CITADEL SECURITIES LLC |
| 6/3/19 | 453,273 | $0.22 | | | | |
| | | | 5/23/19 | 1 | -1.22% | CITADEL SECURITIES LLC |
| 10/1/20 | 62,549 | $2.60 | | | | |

2

| Transaction Date | Shares Sold | Sale Price | Affected Price Date | # of Spoofing Episodes | Average Return to Spoofing Episodes | Defendant(s) |
|---|---|---|---|---|---|---|
| | | | 9/2/20 | 15 | -4.66% | CITADEL SECURITIES LLC, G1 EXECUTION SERVICES, LLC |
| | | | 9/3/20 | 5 | -6.94% | CITADEL SECURITIES LLC, VIRTU AMERICAS LLC |
| | | | 9/9/20 | 1 | -5.92% | GTS SECURITIES LLC |
| | | | 9/11/20 | 1 | -3.39% | G1 EXECUTION SERVICES, LLC |
| 10/1/20 | 166,564 | $0.49 | | | | |
| | | | 9/2/20 | 15 | -4.66% | CITADEL SECURITIES LLC; G1 EXECUTION SERVICES, LLC |
| | | | 9/3/20 | 5 | -6.94% | CITADEL SECURITIES LLC; VIRTU AMERICAS LLC |
| | | | 9/9/20 | 1 | -5.92% | GTS SECURITIES LLC |
| | | | 9/11/20 | 1 | -3.39% | G1 EXECUTION SERVICES, LLC |
| 10/1/20 | 328,577 | $0.49 | | | | |
| | | | 9/2/20 | 15 | -4.66% | CITADEL SECURITIES LLC; G1 EXECUTION SERVICES, LLC |
| | | | 9/3/20 | 5 | -6.94% | CITADEL SECURITIES LLC; VIRTU AMERICAS LLC |
| | | | 9/9/20 | 1 | -5.92% | GTS SECURITIES LLC |
| | | | 9/11/20 | 1 | -3.39% | G1 EXECUTION SERVICES, LLC |
| 2/1/21 | 102,902 | $1.17 | | | | |
| | | | 1/13/21 | 1 | -2.1% | CITADEL SECURITIES LLC |
| | | | 1/14/21 | 4 | -2.03% | CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC |
| | | | 1/15/21 | 3 | -1.7% | CITADEL SECURITIES LLC; G1 EXECUTION SERVICES, LLC |

3

| Transaction Date | Shares Sold | Sale Price | Affected Price Date | # of Spoofing Episodes | Average Return to Spoofing Episodes | Defendant(s) |
|---|---|---|---|---|---|---|
| | | | 1/19/21 | 8 | -1.26% | CITADEL SECURITIES LLC; VIRTU AMERICAS LLC |
| | | | 1/25/21 | 4 | -1.41% | LIME TRADING CORP.; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; CANACCORD GENUITY LLC |
| 2/1/21 | 135,922 | $1.17 | | | | |
| | | | 1/13/21 | 1 | -2.1% | CITADEL SECURITIES LLC |
| | | | 1/14/21 | 4 | -2.03% | CANACCORD GENUITY LLC; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC |
| | | | 1/15/21 | 3 | -1.7% | CITADEL SECURITIES LLC; G1 EXECUTION SERVICES, LLC |
| | | | 1/19/21 | 8 | -1.26% | CITADEL SECURITIES LLC; VIRTU AMERICAS LLC |
| | | | 1/25/21 | 4 | -1.41% | LIME TRADING CORP.; CITADEL SECURITIES LLC; VIRTU AMERICAS LLC; CANACCORD GENUITY LLC |
| 3/15/21 | 566,783 | $1.16 | | | | |
| | | | 2/22/21 | 6 | -1.58% | G1 EXECUTION SERVICES, LLC; LIME TRADING CORP. |
| | | | 2/23/21 | 31 | -5.96% | LIME TRADING CORP.; CITADEL SECURITIES LLC; CANACCORD GENUITY LLC; VIRTU AMERICAS LLC; GTS SECURITIES LLC |
| | | | 3/4/21 | 15 | -2.82% | LIME TRADING CORP.; CITADEL SECURITIES LLC |

4

| Transaction Date | Shares Sold | Sale Price | Affected Price Date | # of Spoofing Episodes | Average Return to Spoofing Episodes | Defendant(s) |
|---|---|---|---|---|---|---|
| | | | 3/5/21 | 13 | -3.08% | CITADEL SECURITIES LLC; LIME TRADING CORP. |
| | | | 3/8/21 | 3 | -1.24% | CITADEL SECURITIES LLC; LIME TRADING CORP. |
| **Totals** | | | | | | |
| **25 Sales** | **16,872,872** | | | | | |