# Exhibit A

# Ray Sarola

| | |
|---|---|
| **From:** | Ray Sarola |
| **Sent:** | Tuesday, March 19, 2024 10:01 AM |
| **To:** | Peter Fountain |
| **Cc:** | William Burck; Christopher Kercher; Christopher Michel; Jesse Bernstein; Leigha Empson; peercem@ballardspahr.com; burrussc@ballardspahr.com; Krabill, Laura E.; Wilson, Peter G.; benjamin.levine@katten.com; christian.kemnitz@kattenlaw.com; leigh.brissenden@katten.com; filord@gtlaw.com; barnesn@gtlaw.com; EDLINR@gtlaw.com; steve.young@kyl.com; elizabeth.lindh@kyl.com; 'Gordon, Andrew'; Audera Soloway; 'Carey, Jessica'; Fiotto, Anthony S.; Lawson, Eric; Koch, Julia; Ray Sarola; Laura Posner; Michael Eisenkraft |
| **Subject:** | RE: Northwest Biotherapeutics, Inc. v. Canaccord Genuity LLC, et al., No. 1:22-cv-10185-GHW-GS |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Peter,

In light of the facts that the amendments in the Second Amended Complaint were to the Loss Causation section that totals only 17 pages, and that the issue of loss causation was briefed by the parties during the motion to dismiss the First Amended Complaint and was then further extensively briefed in Plaintiff's Objections to the R&R (19 pages) and Defendants' Opposition (21 pages), Defendants' proposed schedule is excessive and the proposed page limits would invite unnecessary and repetitive argument. We instead propose the following schedule and page limits:

- **April 5th**: Defendants' motion to dismiss is due (15 pages)
- **April 26th**: Plaintiff's opposition is due (15 pages)
- **May 3rd**: Defendants' reply is due (5 pages)

Regards,
Ray

---

**From:** Peter Fountain <peterfountain@quinnemanuel.com>
**Sent:** Monday, March 18, 2024 12:52 PM
**To:** Laura Posner <LPosner@cohenmilstein.com>; Ray Sarola <rsarola@cohenmilstein.com>; Michael Eisenkraft <meisenkraft@cohenmilstein.com>
**Cc:** William Burck <williamburck@quinnemanuel.com>; Christopher Kercher <christopherkercher@quinnemanuel.com>; Christopher Michel <christophermichel@quinnemanuel.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; peercem@ballardspahr.com; burrussc@ballardspahr.com; Krabill, Laura E. <KrabillL@ballardspahr.com>; Wilson, Peter G. <peter.wilson@katten.com>; benjamin.levine@katten.com; christian.kemnitz@kattenlaw.com; leigh.brissenden@katten.com; filord@gtlaw.com; barnesn@gtlaw.com; EDLINR@gtlaw.com; steve.young@kyl.com; elizabeth.lindh@kyl.com; 'Gordon, Andrew' <agordon@paulweiss.com>; Audera Soloway <asoloway@paulweiss.com>; 'Carey, Jessica' <jcarey@paulweiss.com>; Fiotto, Anthony S. <AFiotto@mofo.com>; Lawson, Eric <ELawson@mofo.com>; Koch, Julia <jkoch@mofo.com>
**Subject:** Northwest Biotherapeutics, Inc. v. Canaccord Genuity LLC, et al., No. 1:22-cv-10185-GHW-GS

Counsel,

Defendants intend to request a 30-day extension of the deadline to move to dismiss the second amended complaint which, with exhibits, totals 487 pages.  We propose the following schedule and page limits:

- April 29, 2024:  Defendants will submit a joint memorandum of law, not to exceed 35 pages.

- June 12, 2024:  Plaintiff will submit an opposition brief of up to the total number of pages of the joint memorandum submitted by Defendants.

- July 12, 2024:  Defendants will submit a joint reply memorandum of law, not to exceed 20 pages.

We would ask that you please let us know Plaintiff's position on this proposal by 5 pm ET tomorrow, so that we can seek leave of Court sufficiently in advance of the current filing deadline.

Sincerely,


**Peter Fountain**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP
Direct: 212-849-7187
Mobile: 914-441-3182
peterfountain@quinnemanuel.com