UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., AND VIRTU AMERICAS LLC,<br><br>Defendants. | Case No. 1:22-cv-10185 (GHW) (GS) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the Declaration of William A. Burck and the exhibits attached thereto, and any other arguments or materials that the Court may consider before this motion is taken under submission by the Court, Defendants Canaccord Genuity LLC, Citadel Securities LLC, G1 Execution Services LLC, GTS Securities LLC, Instinet LLC, Lime Trading Corp., and Virtu Americas LLC will jointly move this Court, before the Honorable Gary Stein, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an order (i) pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Private Securities Litigation Reform Act, dismissing the Second Amended Complaint (ECF No. 150); and (ii) granting all such other and further relief as this Court may deem just and proper.

Opposition and reply papers are to be filed pursuant to the Court's Order (ECF No. 154) and Rule 6.1 of the Local Rules of the United States District Court for the Southern District of New York.

| | |
|---|---|
| Dated: May 1, 2024<br>New York, New York | Respectfully submitted,<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br> /s/ William A. Burck<br>William A. Burck<br>Christopher G. Michel (*pro hac vice*)<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Tel: 202-538-8000<br>Fax: 202-538-8100<br>williamburck@quinnemanuel.com<br>christophermichel@quinnemanuel.com<br><br>Christopher D. Kercher<br>Daniel R. Koffmann<br>Jesse Bernstein<br>Peter H. Fountain<br>Leigha Empson<br>51 Madison Ave., 22nd Floor<br>New York, New York 10010<br>Tel: 212-849-7000<br>Fax: 212-849-7100<br>christopherkercher@quinnemanuel.com<br>danielkoffmann@quinnemanuel.com<br>jessebernstein@quinnemanuel.com<br>peterfountain@quinnemanuel.com<br>leighaempson@quinnemanuel.com<br><br>*Attorneys for Defendant Citadel Securities LLC* |

**MORRISON & FOERSTER LLP**

 /s/ *Anthony S. Fiotto* (with permission)
Anthony S. Fiotto
Julia C. Koch
200 Clarendon Street
Boston, MA 02116
Telephone: 617-648-4700
Facsimile: 617-830-0142
Email: AFiotto@mofo.com
Email: JKoch@mofo.com

Eric D. Lawson
250 West 55th Street
New York, NY 10019
Telephone: 212-336-4067
Facsimile: 212-468-7900
Email: ELawson@mofo.com

*Attorneys for Defendant Canaccord Genuity LLC*

**KATTEN MUCHIN ROSENMAN LLP**

 /s/ *Peter G. Wilson* (with permission)
Peter G. Wilson
Christian T. Kemnitz (admitted *pro hac vice*)
Leigh Brissenden (admitted *pro hac vice*)
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: (312) 902-5200
peter.wilson@katten.com
christian.kemnitz@katten.com
leigh.brissenden@katten.com

*Attorneys for Defendant GTS Securities LLC*

**GREENBERG TRAURIG, LLP**

 /s/ *Richard A. Edlin* (with permission)
Richard A. Edlin
Daniel P. Filor
Nicholas T. Barnes
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
edlinr@gtlaw.com
filord@gtlaw.com
barnesn@gtlaw.com

*Attorneys for Defendant Instinet, LLC*

**KEESAL, YOUNG & LOGAN**
A Professional Corporation

 /s/ *Stephen Young* (with permission)
Jon W. Zinke
Stephen Young (admitted *pro hac vice*)
Elizabeth H. Lindh (admitted *pro hac vice*)
400 Oceangate Avenue, Suite 1400
Long Beach, California  90802
Telephone:  (562) 436-2000
jon.zinke@kyl.com
steve.young@kyl.com;
elizabeth.lindh@kyl.com

*Attorneys for Defendant Lime Trading Corp.*

| | |
|---|---|
| **BALLARD SPAHR LLP** | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| /s/ *Marjorie J. Peerce* (with permission)<br>Marjorie J. Peerce<br>1675 Broadway, 19th Floor<br>New York, NY 10019-5820<br>Tel: (212) 223-0200<br>Fax: (212) 223-1942<br>peercem@ballardspahr.com<br><br>Norman Goldberger (*pro hac vice* forthcoming)<br>Laura Krabill (*pro hac vice*)<br>J. Chesley Burruss<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Tel: (215) 665-8500<br>Fax: (215) 864-8999<br>goldbergerm@ballardspahr.com<br>krabilll@ballardspahr.com<br>burrussc@ballardspahr.com<br><br>*Attorneys for Defendant*<br>*G1 Execution Services LLC* | /s/ *Andrew G. Gordon* (with permission)<br>Andrew G. Gordon<br>Audra J. Soloway<br>Jessica S. Carey<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Phone: (212) 373-3000<br>Fax: (212) 757-3990<br>agordon@paulweiss.com<br><br>*Attorneys for Defendant Virtu Americas LLC* |

4