UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., AND VIRTU AMERICAS LLC, <br><br> Defendants. | Case No. 1:22-cv-10185 (GHW) (GS) |

**DECLARATION OF WILLIAM A. BURCK IN SUPPORT OF
DEFENDANTS' JOINT MOTION TO DISMISS**

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP and counsel for Defendant Citadel Securities LLC in this action. I am an attorney licensed to practice in the State of New York, and admitted before the United States District Court for the Southern District of New York. I make this Declaration in support of Defendants'[1] Joint Motion to Dismiss the Second Amended Complaint in this action. This Declaration is based on my personal knowledge, and if called upon to do so, I would testify competently to the facts set forth herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a press release issued by Northwest Biotherapeutics Inc. ("NWBO") on December 7, 2016, titled "NW Bio Announces Decision to Voluntarily Withdraw from Nasdaq Listing and Begin Trading on OTC Market," available at https://www.prnewswire.com/news-releases/nw-bio-announces-decision-to-

---

[1] Defendants are Canaccord Genuity LLC, Citadel Securities LLC, G1 Execution Services LLC, GTS Securities LLC, Instinet LLC, Lime Trading Corp., and Virtu Americas LLC.

voluntarily-withdraw-from-nasdaq-listing-and-begin-trading-on-otc-market-300374967.html (last accessed May 1, 2024).

    3.    Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the historical prices of NWBO's stock at close as publicly available on Yahoo! Finance, available at https://finance.yahoo.com/quote/NWBO/history?period1=1104710400&period2=1104796800; https://finance.yahoo.com/quote/NWBO/history?period1=1512345600&period2=1512432000; https://finance.yahoo.com/quote/NWBO/history?period1=1659312000&period2=1659398400; and https://finance.yahoo.com/quote/NWBO/history?period1=1710720000&period2=1710806400.

    4.    Attached hereto as **Exhibit 3** is a true and correct copy of an article by Adam Feuerstein titled "It took years, but the failure of Northwest Bio's brain cancer vaccine is now in the open," published by STAT News on May 10, 2022, available at https://www.statnews.com/2022/05/10/it-took-years-but-the-failure-and-futility-of-northwest-bios-brain-cancer-vaccine-is-now-in-the-open/ (last accessed May 1, 2024).

    5.    Attached hereto as **Exhibit 4** is a true and correct copy of a Form 10-Q for the quarter ended March 31, 2022, filed with the Securities and Exchange Commission ("SEC") by NWBO on May 10, 2022, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001072379/000141057822001218/nwbo-20220331x10q.htm (last accessed May 1, 2024).

    6.    Attached hereto as **Exhibit 5** is a true and correct copy of a Form 10-Q for the quarter ended September 30, 2017, filed with the SEC by NWBO on November 20, 2017, available at https://www.sec.gov/Archives/edgar/data/1072379/000114420417060217/tv479903_10q.htm (last accessed May 1, 2024).

7. Attached hereto as **Exhibit 6** is a true and correct copy of a Form 10-Q for the quarter ended September 30, 2022, filed with the SEC by NWBO on November 9, 2022, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001072379/000141057822003073/nwbo-20220930x10q.htm (last accessed May 1, 2024).

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Amended Complaint filed in the action captioned *In re Nw. Biotherapeutics, Inc., S'holder Litig.*, No. 2022-0193 in the Delaware Court of Chancery, dated December 30, 2022.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the Verified Complaint filed in the action captioned *In re Nw. Biotherapeutics, Inc., S'holder Litig.*, No. 2022-0193 in the Delaware Court of Chancery, dated March 3, 2022.

10. Attached hereto as **Exhibit 9** is a true and correct copy of NWBO's 31 Spoofing Episodes alleged to have taken place in the last hour of the trading day on a "Pricing Date," reproduced directly from Exhibit 1 to NWBO's Second Amended Complaint, ECF 150-1.

11. Attached hereto as **Exhibit 10** is a true and correct copy of NWBO's publicly-available stock price chart from Bloomberg for August 1, 2018, March 28, 2019, and October 14, 2020. Pages 1, 3, and 5 of the Exhibit show NWBO's stock price taken directly from Bloomberg. Pages 2, 4, and 6 of the Exhibit include added labels of the traded price, the alleged "Executing Purchase" price, the alleged "Best Offer," and price reversion.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   May 1, 2024

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ William A. Burck*
William A. Burck
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel: 202-538-8000
Fax: 202-538-8100
williamburck@quinnemanuel.com

*Attorney for Defendant Citadel Securities LLC*

4