# EXHIBIT 2





Other OTC - Delayed Quote • USD

# Northwest Biotherapeutics, Inc. (NWBO)

Follow

**0.4850** +0.0080 (+1.68%)

At close: April 26 at 3:59 PM EDT

Jan 03, 2005 - Jan 04, 2005 | Historical Prices | Daily

Currency in USD | Download

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Jan 3, 2005 | 9.6000 | 9.6000 | 9.6000 | 9.6000 | 9.6000 | 1 |

## Related Tickers

| | | | |
|---|---|---|---|
| CVM | CEL-SCI Corporation | 1.4400 | -0.69% |
| AVXL | Anavex Life Sciences C... | 3.4400 | +1.47% |
| TLSA | Tiziana Life Sciences Ltd | 0.7801 | -8.22% |
| ANVS | Annovis Bio, Inc. | 18.01 | +32.43% |
| ANIX | Anixa Biosciences, Inc. | 3.2300 | +8.39% |
| ATNM | Actinium Pharmaceuti... | 6.87 | +4.73% |
| CTXR | Citius Pharmaceuticals... | 0.6648 | -9.25% |
| NRXP | NRx Pharmaceu | 3.5400 | +12.7 |

Copyright © 2024 Yahoo.
All rights reserved.

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Dec 4, 2017 | 0.2800 | 0.3200 | 0.2500 | 0.2600 | 0.2600 | 3,149,600 |



Northwest Biotherapeutics, Inc. (NWBO)  ☆ Follow

**0.4850** +0.0080 (+1.68%)
At close: April 26 at 3:59 PM EDT

Aug 01, 2022 - Aug 02, 2022    Historical Prices    Daily

Currency in USD   |   ⬇ Download

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|---|---|---|---|---|---|---|
| Aug 1, 2022 | 0.7000 | 0.7200 | 0.6900 | 0.7000 | 0.7000 | 673,100 |

## Related Tickers

| CVM | AVXL | TLSA | ANVS | ANIX | ATNM | CTXR | NRXP |
|---|---|---|---|---|---|---|---|
| CEL-SCI Corporation | Anavex Life Sciences C... | Tiziana Life Sciences Ltd | Annovis Bio, Inc. | Anixa Biosciences, Inc. | Actinium Pharmaceuti... | Citius Pharmaceuticals... | NRx Pharmaceu... |
| 1.4400 -0.69% | 3.4400 +1.47% | 0.7801 -8.22% | 18.01 +32.43% | 3.2300 +8.39% | 6.87 +4.73% | 0.6648 -9.25% | 3.5400 +12.7... |



Copyright © 2024 Yahoo.
All rights reserved.



**POPULAR QUOTES**
Dow Jones
S&P 500
DAX Index
Nvidia
Tesla
DJT

**EXPLORE MORE**
Mortgages
Credit Cards
Sectors
Crypto Heatmap
Biden Economy
Financial News

**ABOUT**
Data Disclaimer
Help
Suggestions
Sitemap
What's New



### Northwest Biotherapeutics, Inc. (NWBO)

**0.4850** +0.0080 (+1.68%)

At close: April 26 at 3:59 PM EDT

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Mar 18, 2024 | 0.5400 | 0.5400 | 0.5100 | 0.5200 | 0.5200 | 2,292,500 |

#### Related Tickers

| CVM | AVXL | TLSA | ANVS | ANIX | ATNM | CTXR | NRXP |
|---|---|---|---|---|---|---|---|
| CEL-SCI Corporation | Anavex Life Sciences C... | Tiziana Life Sciences Ltd | Annovis Bio, Inc. | Anixa Biosciences, Inc. | Actinium Pharmaceuti... | Citius Pharmaceuticals... | NRx Pharmaceu... |
| 1.4400 -0.69% | 3.4400 +1.47% | 0.7801 -8.22% | 18.01 +32.43% | 3.2300 +8.39% | 6.87 +4.73% | 0.6648 -9.25% | 3.5400 +12.7... |

**POPULAR QUOTES**
Dow Jones
S&P 500
DAX Index
Nvidia
Tesla
DJT

**EXPLORE MORE**
Mortgages
Credit Cards
Sectors
Crypto Heatmap
Biden Economy
Financial News

**ABOUT**
Data Disclaimer
Help
Suggestions
Sitemap
What's New

Copyright © 2024 Yahoo. All rights reserved.