# EXHIBIT 9

**Alleged Spoofing Episodes Within An Hour Of Market Close On A "Pricing Date"**

| | Executing Purchase | | | Best Offer (Calculated) | Baiting Orders | | | Price Decline[1] | Prior Sale by Defendant[2] | | Next Sale by Defendant[2] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Volume | Price[3] | | Volume[4] | Min. Price[5] | Max. Price[5] | | Time | Price | Time | Price | Source |
| 12/19/17 | 3:22:03 PM | 7,292 | 0.2300 | $0.25 | 4,792 | 0.2300 | 0.2300 | -2.13% | 12/19 at 3:18:47 PM | $0.24 | 12/20 at 11:06:17 AM | 0.24 | ECF 150-1 at 8. |
| 8/1/18 | 3:43:00 PM | 46,605 | 0.2110 | $0.22 | 90,000 | 0.2180 | 0.2180 | -2.31% | 8/1 at 10:02:27 AM | $0.22 | 8/2 at 9:44:30 AM | $0.22 | ECF 150-1 at 60. |
| 3/28/19 | 3:47:44 PM | 5,755 | 0.2720 | $0.28 | 23,500 | 0.2750 | 0.2750 | -1.81% | 3/28 at 3:39:13 PM | $0.28 | 3/29 at 10:35:30 AM | $0.28 | ECF 150-1 at 203. |
| 10/1/20 | 3:57:56 PM | 15,000 | 0.7250 | $0.75 | 14,000 | 0.7450 | 0.7450 | -2.80% | 9/30 at 3:46:13 PM | $0.80 | 10/2 at 9:30:01 AM | $0.73 | ECF 150-1 at 172. |
| 10/8/20 | 3:20:55 PM | 9,500 | 0.8000 | $0.81 | 7,150 | 0.8099 | 0.8099 | -2.79% | 10/6 at 9:52:55 AM | 0.84 | 10/9 at 9:31:01 AM | $0.83 | ECF 150-1 at 14. |
| 10/12/20 | 3:05:00 PM | 18,900 | 1.1100 | $1.12 | 13,360 | 1.1200 | 1.1500 | -1.79% | 10/12 at 3:03:30 PM | $1.12 | 10/12 at 3:05:11 PM | $1.12 | ECF 150-1 at 15. |
| 10/12/20 | 3:11:25 PM | 5,445 | 1.1200 | $1.13 | 2,755 | 1.1000 | 1.1400 | -4.42% | 10/12 at 3:08:49 PM | $1.13 | 10/13 at 9:32:12 AM | $1.15 | ECF 150-1 at 15. |
| 10/12/20 | 3:13:46 PM | 2,450 | 1.0600 | $1.08 | 31,455 | 1.0700 | 1.1000 | -6.19% | 10/12 at 3:08:49 PM | $1.13 | 10/12 at 3:13:57 PM | 1.07 | ECF 150-1 at 15. |
| 10/12/20 | 3:14:09 PM | 300 | 1.0700 | $1.08 | 59,425 | 1.0800 | 1.1000 | -6.19% | 10/12 at 3:08:49 PM | $1.13 | 10/12 at 3:15:55 PM | $1.08 | ECF 150-1 at 15. |
| 10/12/20 | 3:16:39 PM | 7,500 | 1.0600 | $1.07 | 59,484 | 1.0700 | 1.0800 | -3.64% | 10/12 at 3:15:55 PM | $1.08 | 10/12 at 3:20:41 PM | $1.08 | ECF 150-1 at 15. |
| 10/12/20 | 3:25:08 PM | 17,710 | 1.0900 | $1.11 | 31,250 | 1.1000 | 1.1100 | -4.00% | 10/12 at 3:24:47 PM | $1.10 | 10/12 at 3:25:26 PM | $1.10 | ECF 150-1 at 15. |
| 10/12/20 | 3:50:17 PM | 9,750 | 1.0700 | $1.08 | 6,123 | 1.0800 | 1.0800 | -2.75% | 10/12 at 3:48:26 PM | $1.09 | 10/12 at 3:57:55 PM | $1.08 | ECF 150-1 at 15. |
| 10/12/20 | 3:12:52 PM | 230 | 1.1000 | $1.11 | 400 | 1.1300 | 1.1300 | -6.19% | 10/12 at 3:04:15 PM | $1.11 | 10/12 at 3:58:22 PM | $1.11 | ECF 150-1 at 73. |
| 10/12/20 | 3:15:53 PM | 728 | 1.0800 | $1.10 | 5,178 | 1.0800 | 1.1000 | -3.64% | 10/12 at 3:15:21 PM | $1.10 | 10/12 at 3:28:50 PM | $1.10 | ECF 150-1 at 204. |
| 10/14/20 | 3:09:03 PM | 250 | 1.0600 | $1.08 | 1,100 | 1.0700 | 1.0700 | -0.93% | 10/14 at 3:03:06 PM | $1.08 | 10/14 at 3:09:36 PM | $1.07 | ECF 150-1 at 16. |
| 10/27/20 | 3:07:40 PM | 2,000 | 1.2400 | $1.27 | 3,900 | 1.2300 | 1.2500 | -3.20% | 10/27 at 3:06:06 PM | $1.25 | 10/29 at 9:35:26 AM | $1.26 | ECF 150-1 at 85. |
| 12/22/20 | 3:50:37 PM | 8,925 | 1.3100 | $1.32 | 10,000 | 1.3500 | 1.3500 | -0.38% | 12/22 at 3:18:38 PM | $1.32 | 12/22 at 3:54:39 PM | $1.32 | ECF 150-1 at 37. |
| 1/26/21 | 3:31:58 PM | 1,695 | 1.4900 | $1.50 | 8,995 | 1.5000 | 1.5000 | -0.74% | 1/26 at 3:26:37 PM | $1.50 | 1/26 at 3:32:34 PM | $1.50 | ECF 150-1 at 41. |
| 1/26/21 | 3:42:43 PM | 5,500 | 1.5100 | $1.52 | 13,166 | 1.5100 | 1.5200 | -3.27% | 1/26 at 3:41:13 PM | $1.52 | 1/26 at 3:43:45 PM | $1.52 | ECF 150-1 at 41. |
| 1/26/21 | 3:47:35 PM | 1,393 | 1.4800 | $1.51 | 4,594 | 1.4800 | 1.5300 | -2.78% | 1/26 at 3:41:58 PM | $1.53 | 1/26 at 3:50:10 PM | $1.50 | ECF 150-1 at 208. |
| 2/25/21 | 3:56:15 PM | 1,053 | 1.4200 | $1.43 | 3,000 | 1.4200 | 1.4400 | -2.78% | 2/25 at 3:48:29 PM | $1.45 | 2/25 at 3:56:53 PM | $1.43 | ECF 150-1 at 177. |
| 2/25/21 | 3:58:35 PM | 3,000 | 1.4000 | $1.41 | 9,000 | 1.4100 | 1.4300 | -2.10% | 2/25 at 3:57:00 PM | $1.42 | 2/25 at 3:58:55 PM | $1.42 | ECF 150-1 at 177. |
| 4/1/21 | 3:14:52 PM | 3,000 | 1.3800 | $1.39 | 3,000 | 1.3900 | 1.3900 | -1.44% | 4/1 at 2:54:12 PM | $1.40 | 4/1 at 3:22:10 PM | $1.39 | ECF 150-1 at 188. |

**31 Alleged Temporal Proximimity Spoofing Episodes**

| | Executing Purchase | | | Best Offer (Calculated) | Baiting Orders | | | Price Decline[1] | Prior Sale by Defendant[2] | | Next Sale by Defendant[2] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Volume | Price[3] | | Volume[4] | Min. Price[5] | Max. Price[5] | | Time | Price | Time | Price | Source |
| 4/1/21 | 3:22:04 PM | 700 | 1.3700 | $1.39 | 3,000 | 1.3900 | 1.3900 | -1.44% | 4/1 at 3:20:02 PM | $1.38 | 4/1 at 3:22:10 PM | $1.39 | ECF 150-1 at 188. |
| 4/1/21 | 3:24:54 PM | 3,000 | 1.3700 | $1.39 | 3,000 | 1.3900 | 1.3900 | -1.44% | 4/1 at 3:23:09 PM | $1.39 | 4/1 at 3:30:53 PM | $1.38 | ECF 150-1 at 189. |
| 4/1/21 | 3:28:37 PM | 3,000 | 1.3800 | $1.39 | 3,000 | 1.3900 | 1.3900 | -1.44% | 4/1 at 3:23:09 PM | $1.39 | 4/1 at 3:47:43 PM | $1.41 | ECF 150-1 at 189. |
| 12/10/21 | 3:00:05 PM | 4,915 | 0.6826 | $0.69 | 9,000 | 0.8050 | 0.8050 | -0.55% | 12/8 at 10:07:15 AM | $0.76 | | | ECF 150-1 at 6. |
| 12/10/21 | 3:29:31 PM | 1,600 | 0.6305 | $0.64 | 9,000 | 0.8050 | 0.8050 | -2.34% | 12/8 at 10:07:15 AM | $0.76 | | | ECF 150-1 at 6. |
| 12/10/21 | 3:05:29 PM | 10,000 | 0.6800 | $0.69 | 7,000 | 0.6899 | 0.6900 | -3.91% | 12/10 at 3:00:01 PM | $0.69 | | | ECF 150-1 at 53. |
| 12/10/21 | 3:07:41 PM | 240,500 | 0.6630 | $0.68 | 248000 | 0.6631 | 0.6631 | -2.85% | 12/10 at 3:00:01 PM | $0.69 | | | ECF 150-1 at 53. |
| 12/10/21 | 3:52:49 PM | 4,100 | 0.6008 | $0.61 | 2,500 | 0.6330 | 0.6330 | -6.25% | 12/10 at 3:51:59 PM | $0.64 | | | ECF 150-1 at 79. |