# EXHIBIT 10

## NWBO's Stock Price – August 1, 2018
*Publicly-Available Price Chart From Bloomberg*



# NWBO's Stock Price – August 1, 2018
*Publicly-Available Price Chart From Bloomberg With Added Labels*



*Because NWBO rounds the "Best Offer (Calculated)" to the hundredth place, *see generally* ECF 150-1, the price here is likewise rounded to the hundredth place to show reversion to the "Best Offer (Calculated)." The "Best Offer" is not the trading price of NWBO's stock, and is noted here only because NWBO provides no other pre-spoofing metric, *see generally id*.

# NWBO's Stock Price – March 28, 2019
*Publicly-Available Price Chart From Bloomberg*



## NWBO's Stock Price – March 28, 2019
*Publicly-Available Price Chart From Bloomberg With Added Labels*



*Because NWBO rounds the "Best Offer (Calculated)" to the hundredth place, *see generally* ECF 150-1, the price here is likewise rounded to the hundredth place to show reversion to the "Best Offer (Calculated)." In all events, the "Best Offer" is not the trading price of NWBO's stock, and is noted here only because NWBO provides no other pre-spoofing metric, *see generally id.*

4

## NWBO's Stock Price – October 14, 2020
*Publicly-Available Price Chart From Bloomberg*



## NWBO's Stock Price – October 14, 2020
*Publicly-Available Price Chart From Bloomberg With Added Labels*

