| | |
|---|---|
| **COHEN MILSTEIN SELLERS & TOLL PLLC** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 88 Pine Street, 14th Floor | 1300 I Street NW, Suite 900 |
| New York, NY 10005 | Washington, D.C. 20005 |
| Tel.: (212) 838-7797 | Tel.: (202) 538-8000 |
| Fax: (212) 838-7745 | Fax: (202) 538-8100 |

May 21, 2024

<u>VIA ECF</u>

Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

Re:   *Northwest Biotherapeutics, Inc. v. Canaccord Genuity LLC, et al.*,
<u>No. 1:22-cv-10185-GHW-GS</u>

Dear Judge Woods:

We write jointly on behalf of Plaintiff Northwest Biotherapeutics Inc. and all Defendants[1] (together, the "Parties") in response to the Court's May 8, 2024 Order directing the Parties to discuss whether they would be willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge. (ECF No. 158.) The Parties respectfully inform the Court that the Parties do not consent to conducting all further proceedings before the assigned Magistrate Judge.

Respectfully submitted,

| | |
|---|---|
| */s/ Laura H. Posner* | */s/ William A. Burck* |
| Laura H. Posner | William A. Burck |
| COHEN MILSTEIN SELLERS & TOLL PLLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| *Counsel for Plaintiff* | *Counsel for Defendant Citadel Securities LLC (on behalf of all Defendants)* |

cc:   All counsel of record

---

[1] Defendants are Canaccord Genuity LLC, Citadel Securities LLC, G1 Execution Services LLC, GTS Securities LLC, Instinet LLC, Lime Trading Corp., and Virtu Americas LLC.