UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORTHWEST BIOTHERAPEUTICS, INC.,

Plaintiff,

- against-

CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., and VIRTU AMERICAS LLC.

Defendants.

Case No: 1:22-cv-10185-GHW-GS

**DECLARATION OF LAURA H. POSNER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS**

1. I am a partner at Cohen Milstein Sellers & Toll PLLC and counsel for Plaintiff Northwest Biotherapeutics, Inc. in this action. I am an attorney licensed to practice in the State of New York and admitted before the United States District Court for the Southern District of New York. I make this Declaration in support of Plaintiff's Opposition to Defendants' Joint Motion to Dismiss the Second Amended Complaint in this action. This Declaration is based on my personal knowledge and if called upon to do so, I would testify competently to the facts set forth herein.

2. The Court can take judicial notice of the publicly available documents identified herein. Exhibit 1 was cited in the Second Amended Complaint (ECF #150) in this action at paragraph 317, note 68. Exhibits 3, 4 and 6 were cited in Defendants' Joint Memorandum of Law in Support of Motion to Dismiss the Second Amended Complaint (ECF #156) but were not attached as exhibits to their declaration in support (ECF #157). Exhibits 2, 5, 7, and 8 are cited in

Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Second Amended Complaint in response to arguments made by Defendants in their motion and which are outside the four corners of the Second Amended Complaint.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an article by Jonathan Brogaard, Terrence Hendershott & Ryan Riordan titled *Price Discovery without Trading: Evidence from Limit Orders*, published in the JOURNAL OF FINANCE, volume 74 at 1583 (2019).

4. Attached hereto as **Exhibit 2** is a true and correct copy of an article authored by Lei Gao et al. titled *Market Intraday Momentum*, published in the JOURNAL OF FINANCIAL ECONOMICS, volume 129 at 394 (2018).

5. Attached hereto as **Exhibit 3** is a true and correct copy of an article authored by Eun Jung Lee et al. titled *Microstructure-Based Manipulation: Strategic Behavior and Performance of Spoofing Traders*, published in the JOURNAL OF FINANCIAL MARKETS, volume 16 at 227 (2013).

6. Attached hereto as **Exhibit 4** is a true and correct copy of an article authored by Nikolaus Hautsch and Ruihong Huang titled *The Market Impact of a Limit Order*, published in the JOURNAL OF ECONOMIC DYNAMICS & CONTROL, volume 36 at 501 (2012).

7. Attached hereto as **Exhibit 5** is a true and correct copy of an article authored by Jonathan Brogaard, Dan Li and Jeffrey Yang titled *Does High Frequency Market Manipulation Harm Market Quality?*, dated April 2024 and available at https://SSRN.com/id=4280120.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the Declaration of Kumar Venkataraman, filed in the action captioned *U.S. v. Nowak,* No. 19-cr-669, in the United States District Court for the Northern District of Illinois.

9. Attached hereto as **Exhibit 7** is a true and correct copy of an article authored by

Jing Lu & Rongze Chen titled *Do Individual Investors Pay Attention to the Information Acquisition Activities of Institutional Investors?*, published in FINANCIAL RESEARCH LETTERS, volume 58 at 104579 (2023).

10.     Attached hereto as **Exhibit 8** is a true and correct copy of an article authored by Nafiz Fahad, Asheq Rahman and Tom Scott titled *The Role of Stock Message Boards in Processing Less Readable Disclosures*, published for the School of Accounting, Massey University, New Zealand, and Accounting Department, Auckland University of Technology, New Zealand on February 10, 2024, available at https://SSRN.com/id=4758510.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 31, 2024
        New York, New York

By: *Laura H. Posner*
    Laura H. Posner
    COHEN MILSTEIN SELLERS & TOLL PLLC
    88 Pine Street, 14th Floor
    New York, New York 10005
    Tel: (212) 838-7797
    Fax: (212) 838-7745
    lposner@cohenmilstein.com

    *Counsel for Plaintiff*

3