UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., AND VIRTU AMERICAS LLC,<br><br>Defendants. | Case No. 1:22-cv-10185 (GHW) (GS) |

**DECLARATION OF WILLIAM A. BURCK IN SUPPORT OF**
**DEFENDANTS' JOINT REPLY IN SUPPORT OF MOTION TO DISMISS**

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP and counsel for Defendant Citadel Securities LLC in this action. I am an attorney licensed to practice in the State of New York, and admitted before the United States District Court for the Southern District of New York. I make this Declaration in support of Defendants'[1] Joint Reply in Support of Motion to Dismiss the Second Amended Complaint in this action. This Declaration is based on my personal knowledge, and if called upon to do so, I would testify competently to the facts set forth herein.

2. Attached hereto as **Exhibit 11**[2] is a true and correct copy of NWBO's publicly-available stock price chart from Bloomberg for February 25, 2021, between 3:56 pm ET and 4:00

---

[1] Defendants are Canaccord Genuity LLC, Citadel Securities LLC, G1 Execution Services LLC, GTS Securities LLC, Instinet LLC, Lime Trading Corp., and Virtu Americas LLC.

[2] This numbering continues from my prior Declaration in Support of Defendants' Joint Motion to Dismiss the Second Amended Complaint, ECF 157.

pm ET.  Page 1 shows Northwest Biotherapeutics, Inc.'s ("NWBO") stock price taken directly from Bloomberg.  Page 2 includes added labels of the alleged "Executing Purchase" and the price at market close.  Page 3 shows this same data in chart format, with an additional label of the price at the beginning of the alleged "Baiting Period."

3. Attached hereto as **Exhibit 12** is a true and correct copy of NWBO's publicly-available stock price chart from Bloomberg for April 1, 2021, between 3:00 pm ET and 3:41 pm ET.  Page 1 shows NWBO's stock price taken directly from Bloomberg.  Page 2 includes added labels of the alleged "Executing Purchase" and the price at 3:41 pm ET.  Page 3 shows this same data in chart format, with additional labels including the time interval cited by NWBO and the pre-alleged spoofing trend and the post-alleged spoofing trend.

4. Attached hereto as **Exhibit 13** is a slide showing NWBO's alleged Spoofing Episodes, as described in Defendants' Joint Reply in Support of Motion to Dismiss the Second Amended Complaint on pages 8-9.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 14, 2024

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ William A. Burck*
William A. Burck
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel: 202-538-8000
Fax: 202-538-8100
williamburck@quinnemanuel.com

*Attorney for Defendant Citadel Securities LLC*