# EXHIBIT 11

## NWBO's Stock Price Chart – February 25, 2021

*Publicly-Available Price Chart from Bloomberg*
*3:56 PM - 4:00 PM*





NWBO's Stock Price Chart - February 25, 2021
Publicly-Available Price Chart from Bloomberg with Added Labels
3:56 PM - 4:00 PM

# February 25, 2021
## Spoofing Episode - Alleged Executing Purchase at 3:58:35 PM
*3:56:42 PM - 4:00:00 PM*



**Source:** Bloomberg.