# EXHIBIT 12

# NWBO's Stock Price Chart - April 1, 2021
*Publicly-Available Price Chart from Bloomberg*
*3:00 PM - 3:41 PM*



**NWBO's Stock Price Chart – April 1, 2021**
*Publicly-Available Price Chart from Bloomberg with Added Labels*
*3:00 PM - 3:41 PM*





**April 1, 2021**
**Spoofing Episode - Alleged Executing Purchase at 3:22:04 PM**
*3:00:14 PM - 3:40:54 PM*

**Source:** Bloomberg.