**quinn emanuel** trial lawyers | washington, dc

1300 I Street NW, Suite 900, Washington, District of Columbia 20005-3314 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8120**

WRITER'S EMAIL ADDRESS
williamburck@quinnemanuel.com

June 14, 2024

<u>VIA ECF</u>

Honorable Gary Stein
United States District Court
Southern District of New York
500 Pearl Street, Room 702
New York, NY 10007-1312

Re: <u>Northwest Biotherapeutics, Inc. v. Canaccord Genuity LLC, et al.,
No. 1:22-cv-10185-GHW-GS</u>

Dear Judge Stein:

We represent Defendant Citadel Securities LLC in the above-captioned action and respectfully submit this letter motion on behalf of all Defendants to request oral argument on Defendants' Motion to Dismiss, which is now fully briefed and submitted. *See* ECF Nos. 155-157, 160-163.

Respectfully submitted,

*/s/ William A. Burck*
William A. Burck

cc: All counsel of record (via ECF)

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON |
LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY |
SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH