UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC. <br><br> Defendants. | Case No. 1:22-cv-10185-GHW |

**NOTICE OF CHANGE OF ADDRESS FOR
COUNSEL FOR DEFENDANT LIME TRADING CORP.**

PLEASE TAKE NOTICE that, effective June 10, 2024, the new address for Keesal, Young & Logan, counsel for Defendant LIME TRADING CORP. in the above-captioned action, is as follows:

> KEESAL, YOUNG & LOGAN
> A Professional Corporation
> The Waterfront at Catalina Landing
> 310 Golden Shore, Suite 400
> Long Beach, CA  90802-4232

Telephone, facsimile, and email addresses remain the same.

| | |
|---|---|
| DATED:  January 17, 2023 | /s/ Stephen Young <br> JON W. ZINKE, NYSB #1715036 <br> STEPHEN YOUNG, *Pro Hac Vice* <br> ELIZABETH H. LINDH, *Pro Hac Vice* <br> KEESAL, YOUNG & LOGAN <br> A Professional Corporation <br> 400 Oceangate, Suite 1400 <br> Long Beach, California  90802 <br> Telephone:  (562) 436-2000 <br> E-mail:  jon.zinke@kyl.com; steve.young@kyl.com; elizabeth.lindh@kyl.com <br> *Attorneys For Defendant LIME TRADING CORP.* |

KYL4865-9309-2553.1