UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Northwest Biotherapeutics, Inc.    Plaintiff,

Case No. 1:22-cv-10185-GHW-GS

-against-

Canaccord Genuity LLC, et al.    Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending        ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Jesse Bernstein**
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Quinn Emanuel Urquhart & Sullivan, LLP
             FIRM ADDRESS: 51 Madison Avenue, New York, NY 10010
             FIRM TELEPHONE NUMBER: 212-849-7000
             FIRM FAX NUMBER:_____

NEW FIRM:    FIRM NAME: Quinn Emanuel Urquhart & Sullivan, LLP
             FIRM ADDRESS: 295 5th Avenue, New York, NY 10016-7103
             FIRM TELEPHONE NUMBER: 212-849-7000
             FIRM FAX NUMBER:_____

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: December 10, 2024                /s/ Jesse Bernstein
                                        _____
                                        ATTORNEY'S SIGNATURE