UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Northwest Biotherapeutics, Inc.

Plaintiff,

      Case No.  1:22-cv-10185-GHW-GS

-against-

Canaccord Genuity LLC, et al.

Defendant.

--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:      ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Brenna Nelinson
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:      FIRM NAME: Quinn Emanuel Urquhart & Sullivan, LLP_____
                  FIRM ADDRESS: 51 Madison Avenue, New York, NY 10010_____
                  FIRM TELEPHONE NUMBER: 212-849-7000_____
                  FIRM FAX NUMBER:_____

NEW FIRM:      FIRM NAME: Quinn Emanuel Urquhart & Sullivan, LLP_____
                  FIRM ADDRESS: 295 5th Avenue, New York, NY 10016-7103_____
                  FIRM TELEPHONE NUMBER: 212-849-7000_____
                  FIRM FAX NUMBER:_____

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: December 10, 2024          /s/ Brenna Nelinson_____
                               ATTORNEY'S SIGNATURE