UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NORTHWEST BIOTHERPEUTICS, INC.,

                         Plaintiff,

-against-

CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., and VIRTU AMERICAS LLC.,

                        Defendants.

22 Civ. No. 10185 (GHW) (GS)

**INITIAL CASE MANAGEMENT CONFERENCE ORDER**

------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for an Initial Case Management Conference on **Thursday, June 5, 2025 at 11:30 a.m.** The parties are directed to appear for a video conference via Microsoft Teams at the scheduled time. **The parties shall consult and comply with** the undersigned's Individual Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-gary-stein. In accordance with Section II.A of the Individual Practices, counsel are directed to file a joint Proposed Case Management Plan and Scheduling Order no later than one week prior to the conference. **Join the meeting now**. **[Meeting ID: 296 160 596 972 7] [Passcode: 8Dg7cG3p]**

    SO ORDERED.

DATED:    New York, New York
               May 2, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge