**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NORTHWEST BIOTHERAPEUTICS, INC.,

        Plaintiff,

    v.

CANNACCORD GENUITY LLC, CITADEL
SECURITIES LLC, G1 EXECUTION SERVICES LLC,
GTS SECURITIES LLC, INSTINENT LLC, LIME
TRADING CORP., *and* VIRTU AMERICAS LLC,

        Defendants.

Case No. 1:22-cv-10185-GHW-GS

### STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel pursuant to Local Civil Rule 1.4, that the law firm Katten Muchin Rosenman LLP hereby is substituted in place of the law firm Keesal, Young & Logan as counsel of record for Defendant Lime Trading Corp. in the above-captioned action.  Defendant Lime Trading Corp. has requested that Katten Muchin Rosenman LLP be substituted as counsel of record because it will be more expedient and efficient for Katten Muchin Rosenman LLP, a law firm with a New York office, to represent Defendant Lime Trading Corp. during discovery and other proceedings than Keesal, Young & Logan, a California based firm. Defendant Lime Trading Corp. and the foregoing law firms consent to this substitution of counsel.

    The outgoing attorneys do not assert a retaining or charging lien.

    PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter should be served upon the following incoming counsel:

Kevin P. Broughel
Zoe Lo
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Phone: +1.212.940.6343
kevin.broughel@katten.com
zoe.lo@katten.com

PLEASE TAKE FURTHER NOTICE that Keesal, Young & Logan shall be removed from the ECF / CM service list in this matter.

IT IS STIPULATED AND AGREED that the stipulation may be executed in counterparts and facsimile/pdf signatures shall be deemed the equivalent of original signatures.

Dated: New York, New York
June 2, 2025

**KATTEN MUCHIN ROSENMAN LLP**

Kevin P. Broughel
Zoe Lo
50 Rockefeller Plaza
New York, NY 10020-1605
Phone: +1.212.940.6343
kevin.broughel@katten.com
zoe.lo@katten.com

*Incoming Attorneys for Defendant Lime Trading Corp.*

**KEESAL, YOUNG & LOGAN**

Steve Young
The Waterfront at Catalina Landing
310 Golden Shore
Suite 400
Long Beach, CA 90802
Phone: +1.562-436-2000
steve.young@kyl.com

*Outgoing Attorneys for Defendant Lime Trading Corp.*

SO ORDERED.

Date: June 3, 2025

GARY STEIN
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.,<br><br>            Plaintiff,<br><br>            v.<br><br>CANNACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINENT LLC, LIME TRADING CORP., *and* VIRTU AMERICAS LLC,<br><br>            Defendants. | Case No. 1:22-cv-10185-GHW-GS |

## CONSENT TO CHANGE ATTORNEYS

It is hereby consented that Katten Muchin Rosenman LLP, through its attorneys Kevin P. Broughel and Zoe Lo, be substituted as attorney of record for Defendant Lime Trading Corp. in place and stead of Keesal, Young & Logan.

**For Lime Trading Corp.**

Date: June 2nd, 2025 _____        By: _____