UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NORTHWEST BIOTHERAPEUTICS, INC,

                            Plaintiff,

-against-                                    22 Civ. No. 10185 (GHW) (GS)

CANACCORD GENUITY LLC et al.,               **DISCOVERY CONFERENCE
                                                                SCHEDULING ORDER**

                            Defendants.

-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for an in-person Discovery Conference on **Friday, June 27, 2025 at 11:00 a.m.** to discuss the pending discovery disputes concerning the parties' competing proposals for both the Protective Order and ESI Protocol to govern this action.  (*See* Dkt. Nos. 219, 220, 221).  Counsel are directed to appear for the conference in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

DATED:     New York, New York
                 June 20, 2025

                                                    _____
                                                    The Honorable Gary Stein
                                                    United States Magistrate Judge