# EXHIBIT 2

| | |
|---|---|
| From: | Ted Ovrom |
| Sent: | Friday, January 9, 2026 6:06 PM |
| To: | Alexa Devito; William Burck; Christopher Kercher; Avi Perry; Peter Fountain; Mary Trainor; Heather Christenson; Leigha Empson; jyoungwood@stblaw.com; sblake@stblaw.com; alison.sher@stblaw.com; kate.lambroza@stblaw.com; peercem@ballardspahr.com; burrussc@ballardspahr.com; krabilll@ballardspahr.com; Peter.wilson@katten.com; Christian.kemnitz@katten.com; Leigh.brissenden@katten.com; edlinr@gtlaw.com; filord@gtlaw.com; barnesn@gtlaw.com; agordon@paulweiss.com; asoloway@paulweiss.com; jcarey@paulweiss.com; benjamin.levine@katten.com; GoldbergerM@ballardspahr.com; engelmyerl@ballardspahr.com; afiotto@mofo.com; kevin.broughel@katten.com; zoe.lo@katten.com; jjaroslawicz@paulweiss.com; dnegless@paulweiss.com; ELawson@mofo.com; JKoch@mofo.com |
| Cc: | Stephen W. Tountas; Andrew L. Schwartz; Andrew C. Bernstein |
| Subject: | RE: NWBO: Case Management Schedule Extension |

Counsel,

Defendants oppose the requested extension. The parties already agreed to extend the substantial completion deadline once, and you have not provided any new facts or circumstances that justify a further extension of that deadline or any other deadlines.  It is unreasonable to request an extension a week before the deadline after making no effort to meaningfully engage on outstanding productions.

Defendants have been working diligently to meet the current substantial completion deadline, and remain prepared to comply with it. Seeking an extension on the grounds that Defendants have not yet complied with an upcoming deadline is nonsensical. Further, the fact that third-party discovery is ongoing does not justify any extension (and certainly not of party discovery). Under the current schedule, there are several months remaining in the fact discovery period, which provides ample time to complete third-party discovery. Finally, even if there were a basis to extend the existing schedule (there is not), NWBO's proposal for a four-month extension of all deadlines is plainly excessive.

It has been more than three years since NWBO filed this lawsuit baselessly accusing Defendants of securities fraud. Defendants are entitled to proceed with their defense and seek relief from the Court to end this case. NWBO cannot indefinitely prolong the case by failing to prosecute it.

Best,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Alexa Devito <ADevito@kasowitz.com>
**Sent:** Friday, January 9, 2026 11:36 AM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; William Burck <williamburck@quinnemanuel.com>; Christopher Kercher <christopherkercher@quinnemanuel.com>; Avi Perry <aviperry@quinnemanuel.com>; Peter Fountain <peterfountain@quinnemanuel.com>; Mary Trainor <marytrainor@quinnemanuel.com>; Heather Christenson <heatherchristenson@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; jyoungwood@stblaw.com; sblake@stblaw.com; alison.sher@stblaw.com; kate.lambroza@stblaw.com; peercem@ballardspahr.com; burrussc@ballardspahr.com; krabilll@ballardspahr.com; Peter.wilson@katten.com; Christian.kemnitz@katten.com;

Leigh.brissenden@katten.com; edlinr@gtlaw.com; filord@gtlaw.com; barnesn@gtlaw.com; agordon@paulweiss.com; asoloway@paulweiss.com; jcarey@paulweiss.com; benjamin.levine@katten.com; GoldbergerM@ballardspahr.com; engelmyerl@ballardspahr.com; afiotto@mofo.com; kevin.broughel@katten.com; zoe.lo@katten.com; jjaroslawicz@paulweiss.com; dnegless@paulweiss.com; ELawson@mofo.com; JKoch@mofo.com
**Cc:** Stephen W. Tountas <STountas@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>
**Subject:** RE: NWBO: Case Management Schedule Extension

==[EXTERNAL EMAIL from adevito@kasowitz.com]==

Counsel,

There are several reasons why an extension is necessary. Despite the substantial completion deadline being days away, most Defendants have not produced any documents; the rest have produced only a handful. Third-party discovery is also incomplete. And, internally at NWBio, you are already aware of the passing of NWBio's general counsel.

Please let us know your position by end of day.

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Thursday, January 8, 2026 8:26 PM
**To:** Alexa Devito <ADevito@kasowitz.com>; William Burck <williamburck@quinnemanuel.com>; Christopher Kercher <christopherkercher@quinnemanuel.com>; Avi Perry <aviperry@quinnemanuel.com>; Peter Fountain <peterfountain@quinnemanuel.com>; Mary Trainor <marytrainor@quinnemanuel.com>; Heather Christenson <heatherchristenson@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; jyoungwood@stblaw.com; sblake@stblaw.com; alison.sher@stblaw.com; kate.lambroza@stblaw.com; peercem@ballardspahr.com; burrussc@ballardspahr.com; krabilll@ballardspahr.com; Peter.wilson@katten.com; Christian.kemnitz@katten.com; Leigh.brissenden@katten.com; edlinr@gtlaw.com; filord@gtlaw.com; barnesn@gtlaw.com; agordon@paulweiss.com; asoloway@paulweiss.com; jcarey@paulweiss.com; benjamin.levine@katten.com; GoldbergerM@ballardspahr.com; engelmyerl@ballardspahr.com; afiotto@mofo.com; kevin.broughel@katten.com; zoe.lo@katten.com; jjaroslawicz@paulweiss.com; dnegless@paulweiss.com; ELawson@mofo.com; JKoch@mofo.com
**Cc:** Stephen W. Tountas <STountas@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>
**Subject:** RE: NWBO: Case Management Schedule Extension

**ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**

Counsel,

Please let us know the basis for NWBO's request to extend the schedule.

Best,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016

212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Alexa Devito <ADevito@kasowitz.com>
**Sent:** Thursday, January 8, 2026 7:10 PM
**To:** William Burck <williamburck@quinnemanuel.com>; Christopher Kercher <christopherkercher@quinnemanuel.com>; Avi Perry <aviperry@quinnemanuel.com>; Peter Fountain <peterfountain@quinnemanuel.com>; Mary Trainor <marytrainor@quinnemanuel.com>; Heather Christenson <heatherchristenson@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; jyoungwood@stblaw.com; sblake@stblaw.com; alison.sher@stblaw.com; kate.lambroza@stblaw.com; peercem@ballardspahr.com; burrussc@ballardspahr.com; krabilll@ballardspahr.com; Peter.wilson@katten.com; Christian.kemnitz@katten.com; Leigh.brissenden@katten.com; edlinr@gtlaw.com; filord@gtlaw.com; barnesn@gtlaw.com; agordon@paulweiss.com; asoloway@paulweiss.com; jcarey@paulweiss.com; benjamin.levine@katten.com; GoldbergerM@ballardspahr.com; engelmyerl@ballardspahr.com; afiotto@mofo.com; kevin.broughel@katten.com; zoe.lo@katten.com; jjaroslawicz@paulweiss.com; dnegless@paulweiss.com; ELawson@mofo.com; JKoch@mofo.com
**Cc:** Stephen W. Tountas <STountas@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>
**Subject:** NWBO: Case Management Schedule Extension

**[EXTERNAL EMAIL from adevito@kasowitz.com]**

Counsel,

We write to inform you that we will be asking the court to extend the case management schedule as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Substantial Completion of Document Production | January 16, 2026, by party agreement | May 18, 2026 |
| Meet and Confer on a Schedule for Expert Disclosures | February 27, 2026 | June 29, 2026 |
| Requests to Admit | March 16, 2026 | July 14, 2026 |
| Interrogatories | March 16, 2026 | July 14, 2026 |
| Depositions | April 30, 2026 | August 28, 2026 |
| Fact Discovery | April 30, 2026 | August 28, 2026 |
| Expert Discovery | July 30, 2026 | November 27, 2026 |
| Summary Judgment (Unless the Court Sets a Different Schedule) | September 14, 2026 | January 12, 2027 |

You previously advised us in your September 25 email that you were not willing to extend any deadlines. Please let us know by tomorrow at 5pm if that is still your position, or if it would be helpful to meet and confer. Otherwise, we will plan to file a request on Monday.

Thanks,
Alexa

Alexa DeVito
Associate
Kasowitz LLP
1633 Broadway
New York, NY 10019
Tel.  (212) 542-4740
Fax. (212) 500-3564
ADevito@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.