**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NORTHWEST BIOTHERAPEUTICS, INC.,

Plaintiff,

- against -

CANACCORD GENUITY LLC, CITADEL
SECURITIES LLC, G1 EXECUTION
SERVICES LLC, GTS SECURITIES LLC,
INSTINET LLC, LIME TRADING CORP.,
and VIRTU AMERICAS LLC,

Defendants.

No. 1:22-cv-10185-GHW-GS

**[PROPOSED] ORDER OF**
**VOLUNTARY DISMISSAL WITH**
**PREJUDICE**

WHEREAS, by letter dated April 30, 2026, Plaintiff Northwest Biotherapeutics, Inc. ("NWBO") and Defendant Canaccord Genuity LLC ("Canaccord") have executed a settlement agreement in which NWBO has agreed to dismiss with prejudice all claims asserted against Canaccord in the above-captioned action, without costs to any party;

WHEREAS, NWBO and Canaccord have jointly moved by letter for dismissal of all claims asserted against Canaccord pursuant to Federal Rule of Civil Procedure 41(a)(2);

WHEREAS, the Court finds the terms of dismissal to be proper pursuant to Federal Rule of Civil Procedure 41(a)(2);

It is hereby ORDERED that all claims asserted against Canaccord in the above-captioned action are dismissed with prejudice, without costs to any party.

SO ORDERED.

Dated: April 30, 2026
    New York, NY

_____
GREGORY H. WOODS
United States District Judge