# KASOWITZ LLP

STEPHEN W. TOUNTAS
DIRECT DIAL: (212) 506-1739
DIRECT FAX: (212) 500-3550
STountas@kasowitz.com

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

ATLANTA
BOULDER
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
WASHINGTON DC

April 30, 2026

**VIA ECF**

Hon. Gregory H. Woods, U.S.D.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:     *Northwest Biotherapeutics, Inc. v. Canaccord Genuity LLC et al.*, No. 1:22-cv-10185
        <u>Joint Motion to Dismiss Claims against Canaccord Genuity, LLC</u>

Dear Judge Woods:

Pursuant to Rules 1(F) and 4(E) of the Court's Individual Rules of Practice in Civil Cases, Plaintiff Northwest Biotherapeutics, Inc. ("NWBO") and Defendant Canaccord Genuity LLC ("Canaccord" and, together with NWBO, the "Settling Parties") jointly write to inform the Court that the Settling Parties have executed a settlement agreement providing for the dismissal with prejudice of all claims asserted against Canaccord in the above-captioned action. As required under the Court's Individual Rules, the Settling Parties have submitted a Proposed Order of Voluntary Dismissal with Prejudice (the "Proposed Order") and respectfully request that the Court grant the Proposed Order pursuant to Federal Rule of Civil Procedure 41(a)(2). Both Settling Parties support and consent to entry of the Proposed Order.

KASOWITZ LLP
April 30, 2026
Page 2


Respectfully submitted,


Kasowitz LLP

/s/ Stephen W. Tountas

Stephen W. Tountas
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
stountas@kasowitz.com

*Counsel for Plaintiff Northwest Biotherapeutics, Inc.*


Morrison & Foerster LLP

 /s/ Eric D. Lawson (with permission)

Anthony S. Fiotto
Julia C. Koch
200 Clarendon Street
Boston, MA 02116
Telephone: 617-648-4700
Facsimile: 617-830-0142
Email: AFiotto@mofo.com
Email: JKoch@mofo.com

Eric D. Lawson
250 West 55th Street
New York, NY 10019
Telephone: 212-336-4067
Facsimile: 212-468-7900
Email: ELawson@mofo.com

*Counsel for Defendant Canaccord Genuity LLC*


cc: All counsel of record (via ECF)