# EXHIBIT C

| | |
|---|---|
| **From:** | Christopher Goetz |
| **To:** | Ted Ovrom; Mary Trainor; Peter Fountain |
| **Cc:** | carato@shapiroarato.com; wtaylor@shapiroarato.com; jbach@shapiroarato.com; William Burck; Christopher Kercher; Leigha Empson; Miriam Bial; Stephen W. Tountas; Andrew C. Bernstein; Andrew L. Schwartz |
| **Subject:** | RE: NWBO - Notice of Subpoena |
| **Date:** | Monday, April 27, 2026 7:22:04 PM |

**[EXTERNAL EMAIL from cgoetz@kasowitz.com]**



Counsel,

Our response to your request for authority is as previewed during the meet and confer. We agreed to your request for a meet and confer and provided notice of our intent to file a motion to bring this longstanding disagreement to a close. Having provided notice that we now believe motion practice is necessary, we disagree that we are obligated to preview the specific authorities we intend to rely on in making that motion, or that doing so would avoid the need for motion practice.

Our position remains that a privilege log in response to this subpoena would create unnecessary expenses and burdens for NWBO and Mr. Mitts.

Regards,
Chris

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Saturday, April 25, 2026 4:52 PM
**To:** Christopher Goetz <CGoetz@kasowitz.com>; Mary Trainor <marytrainor@quinnemanuel.com>; Peter Fountain <peterfountain@quinnemanuel.com>
**Cc:** carato@shapiroarato.com; wtaylor@shapiroarato.com; jbach@shapiroarato.com; William Burck <williamburck@quinnemanuel.com>; Christopher Kercher <christopherkercher@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Miriam Bial <miriambial@quinnemanuel.com>; Stephen W. Tountas <STountas@kasowitz.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>
**Subject:** RE: NWBO - Notice of Subpoena

Counsel:

We write to follow up on yesterday's meet and confer regarding the subpoena to Professor Mitts.

First, we are reviewing Mr. Mitts's proposal for production with our client and will respond in due course.

Second, during yesterday's call, counsel for NWBO stated that it has "ample authority" supporting its position that no privilege log is required under the circumstances here. We reiterate our request that NWBO provide that authority, as our goal is to minimize or resolve the disputes between the

parties and avoid burdening the Court with unnecessary motion practice.  The authority we have reviewed indicates that a privilege log is required.  For example, Rule 45(e)(2)(A)(ii) requires any person withholding subpoenaed materials on privilege grounds to serve a privilege log, and courts in the Second Circuit have held that the failure to provide such a log results in waiver.  *See, e.g.*, *Huber v. Arck Credit Co., LLC*, 2016 WL 482955, at *5 (S.D.N.Y. Feb. 5, 2016)*.

We remain willing to meet and confer further to resolve or narrow the issues in dispute.  Have a nice weekend.

Best regards,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Christopher Goetz <CGoetz@kasowitz.com>
**Sent:** Thursday, April 23, 2026 10:49 PM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; Mary Trainor <marytrainor@quinnemanuel.com>; Peter Fountain <peterfountain@quinnemanuel.com>
**Cc:** carato@shapiroarato.com; wtaylor@shapiroarato.com; jbach@shapiroarato.com; William Burck <williamburck@quinnemanuel.com>; Christopher Kercher <christopherkercher@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Miriam Bial <miriambial@quinnemanuel.com>; Stephen W. Tountas <STountas@kasowitz.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>
**Subject:** RE: NWBO - Notice of Subpoena

[EXTERNAL EMAIL from cgoetz@kasowitz.com]

Kasowitz is also available between 3 and 6 tomorrow.

**From:** Cynthia Arato carato@shapiroarato.com  **Date:** April 23, 2026 at 2:19:14 PM EDT
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>, "William I. Taylor" <wtaylor@shapiroarato.com>, Peter Fountain

<peterfountain@quinnemanuel.com>, Mary Trainor
<marytrainor@quinnemanuel.com>
**Cc:** "Stephen W. Tountas" <STountas@kasowitz.com>, Jonathan Bach
<jbach@shapiroarato.com>, "Andrew C. Bernstein"
<ABernstein@kasowitz.com>, "Andrew L. Schwartz"
<ASchwartz@kasowitz.com>, William Burck
<williamburck@quinnemanuel.com>, Christopher Kercher
<christopherkercher@quinnemanuel.com>, Leigha Empson
<leighaempson@quinnemanuel.com>, Miriam Bial
<miriambial@quinnemanuel.com>
**Subject: Re: NWBO - Notice of Subpoena**

---

**ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**

---

Tomorrow, I am available between 3 and 6.

Christopher Goetz
Kasowitz LLP
1633 Broadway
New York, NY 10019
Tel.   (212) 506-1982
Fax.  (212) 500-3588
CGoetz@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Date:** Tuesday, April 21, 2026 at 2:17 PM
**To:** Cynthia Arato <carato@shapiroarato.com>, William Taylor
<wtaylor@shapiroarato.com>, Peter Fountain
<peterfountain@quinnemanuel.com>, Mary Trainor
<marytrainor@quinnemanuel.com>
**Cc:** "STountas@kasowitz.com" <STountas@kasowitz.com>, Jonathan Bach
<jbach@shapiroarato.com>, "Andrew C. Bernstein" <ABernstein@kasowitz.com>,

"Andrew L. Schwartz" <ASchwartz@kasowitz.com>, William Burck
<williamburck@quinnemanuel.com>, Christopher Kercher
<christopherkercher@quinnemanuel.com>, Leigha Empson
<leighaempson@quinnemanuel.com>, Miriam Bial
<miriambial@quinnemanuel.com>
**Subject:** RE: NWBO - Notice of Subpoena

Cynthia and Steve,

We are available for a meet and confer on Friday before 11am ET or after 12pm ET.
Please let us know if that works for you both. As you know, it has been seven months
since we served the subpoena, and you have still refused to provide a definitive
position as to whether you will serve a privilege log and produce non-privileged
documents responsive to the subpoena as we have narrowed it. Please provide that
position in advance of our conferral so that we can have a productive discussion and
move this forward.

Regards,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Cynthia Arato <carato@shapiroarato.com>
**Sent:** Monday, April 20, 2026 6:19 PM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; William I. Taylor
<wtaylor@shapiroarato.com>; Peter Fountain <peterfountain@quinnemanuel.com>;
Mary Trainor <marytrainor@quinnemanuel.com>
**Cc:** STountas@kasowitz.com; Jonathan Bach <jbach@shapiroarato.com>; Andrew C.
Bernstein <ABernstein@kasowitz.com>; Andrew L. Schwartz
<ASchwartz@kasowitz.com>; William Burck <williamburck@quinnemanuel.com>;
Christopher Kercher <christopherkercher@quinnemanuel.com>; Leigha Empson
<leighaempson@quinnemanuel.com>; Miriam Bial <miriambial@quinnemanuel.com>
**Subject:** Re: NWBO - Notice of Subpoena

**[EXTERNAL EMAIL from carato@shapiroarato.com]**

Ted—I have discussed the non-case related (e.g., academic) requests with my client, and we are available to discuss this week. NWBO will respond regarding privilege.

Thanks,

Cynthia S. Arato

 Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor
New York, NY 10036
212-257-4882 (o)
carato@shapiroarato.com
www.shapiroarato.com

*This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.*

---

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Sunday, April 19, 2026 7:52:10 PM
**To:** Cynthia Arato <carato@shapiroarato.com>; William I. Taylor <wtaylor@shapiroarato.com>; Peter Fountain <peterfountain@quinnemanuel.com>; Mary Trainor <marytrainor@quinnemanuel.com>
**Cc:** STountas@kasowitz.com <STountas@kasowitz.com>; Jonathan Bach <jbach@shapiroarato.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; William Burck <williamburck@quinnemanuel.com>; Christopher Kercher <christopherkercher@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Miriam Bial <miriambial@quinnemanuel.com>
**Subject:** RE: NWBO - Notice of Subpoena

Counsel,

We did not receive a substantive response to our March 17 letter. On April 13, you wrote that you would "respond more fully this week," but we heard nothing further. It has now been almost seven months since we served the subpoena, and the outstanding questions and our proposed narrowing remain unaddressed.

Please provide your position by end of day tomorrow so that we can proceed accordingly.

Regards,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Cynthia Arato <carato@shapiroarato.com>
**Sent:** Monday, April 13, 2026 8:53 PM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; William I. Taylor <wtaylor@shapiroarato.com>; Peter Fountain <peterfountain@quinnemanuel.com>; Mary Trainor <marytrainor@quinnemanuel.com>
**Cc:** STountas@kasowitz.com; Jonathan Bach <jbach@shapiroarato.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; William Burck <williamburck@quinnemanuel.com>; Christopher Kercher <christopherkercher@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Miriam Bial <miriambial@quinnemanuel.com>
**Subject:** Re: NWBO - Notice of Subpoena

**[EXTERNAL EMAIL from carato@shapiroarato.com]**

---

The parties are still considering your proposal and will respond more fully this week.


Cynthia S. Arato
<image001.jpg>
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
212-257-4882 (o)
carato@shapiroarato.com
www.shapiroarato.com

*This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, please*

*contact the sender by reply e-mail and destroy all copies of the original message. Thank you.*

---

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Friday, April 10, 2026 5:21:41 PM
**To:** William I. Taylor <wtaylor@shapiroarato.com>; Peter Fountain <peterfountain@quinnemanuel.com>; Cynthia Arato <carato@shapiroarato.com>; Mary Trainor <marytrainor@quinnemanuel.com>
**Cc:** STountas@kasowitz.com <STountas@kasowitz.com>; Jonathan Bach <jbach@shapiroarato.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; William Burck <williamburck@quinnemanuel.com>; Christopher Kercher <christopherkercher@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Miriam Bial <miriambial@quinnemanuel.com>
**Subject:** RE: NWBO - Notice of Subpoena

Counsel,

We are following up on our March 17 letter.  It has been more than six months since we served the subpoena, but we have yet to receive confirmation that you will serve a privilege log and produce responsive, non-privileged documents. Please provide your position by Monday so that we can proceed accordingly.

Regards,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Ted Ovrom
**Sent:** Tuesday, March 17, 2026 2:59 PM
**To:** William I. Taylor <wtaylor@shapiroarato.com>; Peter Fountain <peterfountain@quinnemanuel.com>; Cynthia Arato <carato@shapiroarato.com>; Mary Trainor <marytrainor@quinnemanuel.com>
**Cc:** STountas@kasowitz.com; Jonathan Bach <jbach@shapiroarato.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Andrew L. Schwartz

<ASchwartz@kasowitz.com>; William Burck <williamburck@quinnemanuel.com>; Christopher Kercher <christopherkercher@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Miriam Bial <miriambial@quinnemanuel.com>

**Subject:** RE: NWBO - Notice of Subpoena

Counsel,

Please see attached correspondence.

Best,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** William I. Taylor <wtaylor@shapiroarato.com>
**Sent:** Wednesday, February 18, 2026 5:34 PM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; Peter Fountain <peterfountain@quinnemanuel.com>; Cynthia Arato <carato@shapiroarato.com>; Mary Trainor <marytrainor@quinnemanuel.com>
**Cc:** STountas@kasowitz.com; Jonathan Bach <jbach@shapiroarato.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; William Burck <williamburck@quinnemanuel.com>; Christopher Kercher <christopherkercher@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Miriam Bial <miriambial@quinnemanuel.com>
**Subject:** RE: NWBO - Notice of Subpoena

[EXTERNAL EMAIL from **wtaylor@shapiroarato.com**]

Please see the attached correspondence.

Best regards,
Will

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>

**Sent:** Wednesday, February 18, 2026 12:59 PM
**To:** William I. Taylor <wtaylor@shapiroarato.com>; Peter Fountain
<peterfountain@quinnemanuel.com>; Cynthia Arato <carato@shapiroarato.com>;
Mary Trainor <marytrainor@quinnemanuel.com>
**Cc:** STountas@kasowitz.com; Jonathan Bach <jbach@shapiroarato.com>; Andrew C.
Bernstein <ABernstein@kasowitz.com>; Andrew L. Schwartz
<ASchwartz@kasowitz.com>; William Burck <williamburck@quinnemanuel.com>;
Christopher Kercher <christopherkercher@quinnemanuel.com>; Leigha Empson
<leighaempson@quinnemanuel.com>; Miriam Bial <miriambial@quinnemanuel.com>
**Subject:** RE: NWBO - Notice of Subpoena

Cynthia,

Following up again – please send us your responses to the below questions and let us
know your position on our proposed narrowing of the subpoena. It has been more than
a month since our last meet and confer, and we need to move this forward.

Thanks,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the
recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is
privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for
delivering it to the intended recipient, you are hereby notified that you have received this document in error and that
any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this
communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Ted Ovrom
**Sent:** Tuesday, February 10, 2026 11:25 AM
**To:** 'William I. Taylor' <wtaylor@shapiroarato.com>; Peter Fountain
<peterfountain@quinnemanuel.com>; 'Cynthia Arato' <carato@shapiroarato.com>;
Mary Trainor <marytrainor@quinnemanuel.com>
**Cc:** 'STountas@kasowitz.com' <STountas@kasowitz.com>; 'Jonathan Bach'
<jbach@shapiroarato.com>; 'Andrew C. Bernstein' <ABernstein@kasowitz.com>;
'Andrew L. Schwartz' <ASchwartz@kasowitz.com>; William Burck
<williamburck@quinnemanuel.com>; Christopher Kercher
<christopherkercher@quinnemanuel.com>; Leigha Empson
<leighaempson@quinnemanuel.com>; Miriam Bial <miriambial@quinnemanuel.com>
**Subject:** RE: NWBO - Notice of Subpoena

Cynthia,

Following up on the below. Please send us your responses to these questions, which have been outstanding for almost a month. Please also let us know your position on our proposed narrowing of the subpoena.

Thanks,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Ted Ovrom
**Sent:** Tuesday, February 3, 2026 10:26 PM
**To:** William I. Taylor <wtaylor@shapiroarato.com>; Peter Fountain <peterfountain@quinnemanuel.com>; Cynthia Arato <carato@shapiroarato.com>; Mary Trainor <marytrainor@quinnemanuel.com>
**Cc:** STountas@kasowitz.com; Jonathan Bach <jbach@shapiroarato.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; William Burck <williamburck@quinnemanuel.com>; Christopher Kercher <christopherkercher@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Miriam Bial <miriambial@quinnemanuel.com>
**Subject:** RE: NWBO - Notice of Subpoena

Cynthia,

Further to our most recent call, below is a list of questions that you agreed to take back, as well as a proposed narrowing of the subpoena and our current position on cost coverage. Please send us your responses to these questions, which have now been outstanding for weeks.

## Outstanding Questions

1. Whether you will produce Mitts' engagement letter(s) with NWBO
2. Whether and to what extent Mitts' analysis was used in any of NWBO's complaints in this action

3.  Whether you will serve a privilege log identifying responsive documents that are withheld

4.  How many articles Mitts has written about spoofing

5.  Whether Mitts corresponded with NWBO or its attorneys regarding his research/publications on spoofing

6.  Whether Mitts communicated with anyone other than NWBO or its other attorneys regarding purported spoofing by Citadel Securities

**Proposed Narrowing of the Subpoena**

For purposes of trying to reach a resolution on the requests, we are willing to proceed with the subpoena as narrowed below.  Please let us know your position.

1.  ~~All Documents and Communications regarding any methodologies, analyses, or theories developed, promoted, or offered by You regarding spoofing or other types of market manipulation.~~

2.  ~~All Communications with or regarding NWBO, and all Documents regarding those Communications.~~

3.  ~~All Communications with Linda Powers, and all Documents regarding those Communications.~~

4.  All Documents and Communications regarding alleged spoofing or market manipulation by Citadel Securities~~, Canaccord, G1, GTS, Instinet, Lime, Virtu, or Susquehanna~~.

5.  All Documents and Communications regarding the Complaint in this Action and any methodologies, analyses, or data underlying it.

6.  ~~All Documents and Communications regarding the sale or offering for sale of any methodologies, analyses, or theories regarding spoofing or other types of market manipulation.~~

7.  All Documents and Communications regarding NWBO securities, including any methodologies, analyses, or theories developed, promoted, or offered by You regarding NWBO securities.

**Costs**

Before committing to cover costs, we need to know whether and to what extent your client intends to comply with the subpoena. Specifically, we need to know what you will agree to search for, produce, and/or log. We will also need to receive a cost estimate and assess the reasonableness of the proposed costs.

Best,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** William I. Taylor <wtaylor@shapiroarato.com>
**Sent:** Tuesday, January 6, 2026 1:59 PM
**To:** Peter Fountain <peterfountain@quinnemanuel.com>; Cynthia Arato <carato@shapiroarato.com>; Mary Trainor <marytrainor@quinnemanuel.com>
**Cc:** STountas@kasowitz.com; Jonathan Bach <jbach@shapiroarato.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; William Burck <williamburck@quinnemanuel.com>; Christopher Kercher <christopherkercher@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Miriam Bial <miriambial@quinnemanuel.com>
**Subject:** RE: NWBO - Notice of Subpoena

==**[EXTERNAL EMAIL from wtaylor@shapiroarato.com]**==

---

Please see the attached correspondence.


Thanks,
Will

---

**From:** Peter Fountain <peterfountain@quinnemanuel.com>
**Sent:** Monday, January 5, 2026 4:48 PM
**To:** Cynthia Arato <carato@shapiroarato.com>; Mary Trainor <marytrainor@quinnemanuel.com>
**Cc:** STountas@kasowitz.com; William I. Taylor <wtaylor@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; William Burck <williamburck@quinnemanuel.com>; Christopher Kercher <christopherkercher@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Miriam Bial <miriambial@quinnemanuel.com>

**Subject:** RE: NWBO - Notice of Subpoena

Thanks.  We'll send an invite for 2:30 on Monday.

---

**From:** Cynthia Arato <carato@shapiroarato.com>
**Sent:** Monday, January 5, 2026 3:50 PM
**To:** Peter Fountain <peterfountain@quinnemanuel.com>; Mary Trainor <marytrainor@quinnemanuel.com>
**Cc:** STountas@kasowitz.com; William I. Taylor <wtaylor@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; William Burck <williamburck@quinnemanuel.com>; Christopher Kercher <christopherkercher@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Miriam Bial <miriambial@quinnemanuel.com>
**Subject:** Re: NWBO - Notice of Subpoena

==[EXTERNAL EMAIL from **carato@shapiroarato.com**]==

Monday afternoon should work.

---

**From:** Peter Fountain <peterfountain@quinnemanuel.com>
**Date:** Monday, January 5, 2026 at 3:38 PM
**To:** Cynthia Arato <carato@shapiroarato.com>, Mary Trainor <marytrainor@quinnemanuel.com>
**Cc:** "STountas@kasowitz.com" <STountas@kasowitz.com>, William Taylor <wtaylor@shapiroarato.com>, Jonathan Bach <jbach@shapiroarato.com>, "Andrew C. Bernstein" <ABernstein@kasowitz.com>, "Andrew L. Schwartz" <ASchwartz@kasowitz.com>, William Burck <williamburck@quinnemanuel.com>, Christopher Kercher <christopherkercher@quinnemanuel.com>, Ted Ovrom <tedovrom@quinnemanuel.com>, Leigha Empson <leighaempson@quinnemanuel.com>, Miriam Bial <miriambial@quinnemanuel.com>
**Subject:** RE: NWBO - Notice of Subpoena

Thanks Cynthia, happy New Year to you too.  I'll be in court and traveling Friday.  Would Thursday morning work?  If not, Monday the 12th is fairly clear on my end.

---

**From:** Cynthia Arato <carato@shapiroarato.com>
**Sent:** Monday, January 5, 2026 2:55 PM
**To:** Peter Fountain <peterfountain@quinnemanuel.com>; Mary Trainor <marytrainor@quinnemanuel.com>

**Cc:** STountas@kasowitz.com; William I. Taylor <wtaylor@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; William Burck <williamburck@quinnemanuel.com>; Christopher Kercher <christopherkercher@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Miriam Bial <miriambial@quinnemanuel.com>
**Subject:** Re: NWBO - Notice of Subpoena

**[EXTERNAL EMAIL from carato@shapiroarato.com]**

Hi Peter and Happy New Year.  We're finalizing a response to your prior letter that we plan to send to you tomorrow and we also can set a time to speak. I could do Friday after 11:30 am, subject to other's availability.

**From:** Peter Fountain <peterfountain@quinnemanuel.com>
**Date:** Friday, January 2, 2026 at 4:06 PM
**To:** Cynthia Arato <carato@shapiroarato.com>, Mary Trainor <marytrainor@quinnemanuel.com>
**Cc:** "STountas@kasowitz.com" <STountas@kasowitz.com>, William Taylor <wtaylor@shapiroarato.com>, Jonathan Bach <jbach@shapiroarato.com>, "Andrew C. Bernstein" <ABernstein@kasowitz.com>, "Andrew L. Schwartz" <ASchwartz@kasowitz.com>, William Burck <williamburck@quinnemanuel.com>, Christopher Kercher <christopherkercher@quinnemanuel.com>, Ted Ovrom <tedovrom@quinnemanuel.com>, Leigha Empson <leighaempson@quinnemanuel.com>, Miriam Bial <miriambial@quinnemanuel.com>
**Subject:** RE: NWBO - Notice of Subpoena

Hi Cynthia,

Following up on this.  Please let us know your availability for early next week so we can get a meet and confer on the calendar.

Thanks,
Peter

**From:** Peter Fountain
**Sent:** Monday, December 22, 2025 11:06 AM
**To:** 'Cynthia Arato' <carato@shapiroarato.com>; Mary Trainor <marytrainor@quinnemanuel.com>
**Cc:** STountas@kasowitz.com; William I. Taylor <wtaylor@shapiroarato.com>; Jonathan

Bach <jbach@shapiroarato.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>;
Andrew L. Schwartz <ASchwartz@kasowitz.com>; William Burck
<williamburck@quinnemanuel.com>; Christopher Kercher
<christopherkercher@quinnemanuel.com>; Ted Ovrom
<tedovrom@quinnemanuel.com>; Leigha Empson
<leighaempson@quinnemanuel.com>; Miriam Bial <miriambial@quinnemanuel.com>
**Subject:** RE: NWBO - Notice of Subpoena

Thanks, Cynthia.  Can we schedule the conferral for early next week?  Next Monday will
be three weeks since we sent our letter, and we need to move this forward.

Best,
Peter

---

**From:** Cynthia Arato <carato@shapiroarato.com>
**Sent:** Friday, December 19, 2025 6:00 PM
**To:** Peter Fountain <peterfountain@quinnemanuel.com>; Mary Trainor
<marytrainor@quinnemanuel.com>
**Cc:** STountas@kasowitz.com; William I. Taylor <wtaylor@shapiroarato.com>; Jonathan
Bach <jbach@shapiroarato.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>;
Andrew L. Schwartz <ASchwartz@kasowitz.com>; William Burck
<williamburck@quinnemanuel.com>; Christopher Kercher
<christopherkercher@quinnemanuel.com>; Ted Ovrom
<tedovrom@quinnemanuel.com>; Leigha Empson
<leighaempson@quinnemanuel.com>; Miriam Bial <miriambial@quinnemanuel.com>
**Subject:** Re: NWBO - Notice of Subpoena

<mark>[EXTERNAL EMAIL from **carato@shapiroarato.com**]</mark>

---

Hi Peter, we will need to schedule any conferral for some time after the holidays.  We
are preparing the response, and I'll need to check on holiday schedules before I can
commit to timing on that.

---

**From:** Peter Fountain <peterfountain@quinnemanuel.com>
**Date:** Friday, December 19, 2025 at 9:36 AM
**To:** Cynthia Arato <carato@shapiroarato.com>, Mary Trainor
<marytrainor@quinnemanuel.com>
**Cc:** "STountas@kasowitz.com" <STountas@kasowitz.com>, William Taylor
<wtaylor@shapiroarato.com>, Jonathan Bach <jbach@shapiroarato.com>,
"Andrew C. Bernstein" <ABernstein@kasowitz.com>, "Andrew L. Schwartz"
<ASchwartz@kasowitz.com>, William Burck <williamburck@quinnemanuel.com>,
Christopher Kercher <christopherkercher@quinnemanuel.com>, Ted Ovrom
<tedovrom@quinnemanuel.com>, Leigha Empson

<leighaempson@quinnemanuel.com>, Miriam Bial
<miriambial@quinnemanuel.com>
**Subject:** RE: NWBO - Notice of Subpoena

Good morning, Cynthia.  Can you please advise on the status of the response?  In addition, given the three parties involved, the holidays, and the need to move this forward, we'd like to get the meet and confer on the books.  Can you let us know your availability on Tuesday (12/23) for a conferral?  If your forthcoming response resolves the parties' disputes, we can of course take it off the calendar.

Thanks,
Peter

---

**From:** Cynthia Arato <carato@shapiroarato.com>
**Sent:** Friday, December 12, 2025 4:41 PM
**To:** Mary Trainor <marytrainor@quinnemanuel.com>; Peter Fountain <peterfountain@quinnemanuel.com>
**Cc:** STountas@kasowitz.com; William I. Taylor <wtaylor@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; William Burck <williamburck@quinnemanuel.com>; Christopher Kercher <christopherkercher@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Miriam Bial <miriambial@quinnemanuel.com>
**Subject:** Re: NWBO - Notice of Subpoena

**[EXTERNAL EMAIL from carato@shapiroarato.com]**

---

Thank you. We have reviewed your letter and are preparing a response.

---

**From:** Mary Trainor <marytrainor@quinnemanuel.com>
**Date:** Monday, December 8, 2025 at 6:48 PM
**To:** Cynthia Arato <carato@shapiroarato.com>, Peter Fountain <peterfountain@quinnemanuel.com>
**Cc:** "STountas@kasowitz.com" <STountas@kasowitz.com>, William Taylor <wtaylor@shapiroarato.com>, Jonathan Bach <jbach@shapiroarato.com>, "Andrew C. Bernstein" <ABernstein@kasowitz.com>, "Andrew L. Schwartz" <ASchwartz@kasowitz.com>, William Burck <williamburck@quinnemanuel.com>, Christopher Kercher <christopherkercher@quinnemanuel.com>, Ted Ovrom <tedovrom@quinnemanuel.com>, Leigha Empson <leighaempson@quinnemanuel.com>, Miriam Bial <miriambial@quinnemanuel.com>

**Subject:** RE: NWBO - Notice of Subpoena

Counsel,

Please see the attached correspondence.

Thank you,

Mary
**Mary Trainor**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016-7103
212-849-7481 Direct
212-849-7000 Main Office Number
860-377-5731 Mobile
212-849-7100 FAX
marytrainor@quinnemanuel.com
www.quinnemanuel.com
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Cynthia Arato <carato@shapiroarato.com>
**Sent:** Wednesday, November 12, 2025 9:41 PM
**To:** Peter Fountain <peterfountain@quinnemanuel.com>
**Cc:** STountas@kasowitz.com; William I. Taylor <wtaylor@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; William Burck <williamburck@quinnemanuel.com>; Christopher Kercher <christopherkercher@quinnemanuel.com>; Heather Christenson <heatherchristenson@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Mary Trainor <marytrainor@quinnemanuel.com>
**Subject:** Re: NWBO - Notice of Subpoena

**[EXTERNAL EMAIL from carato@shapiroarato.com]**

That works. Thank you.

Cynthia S. Arato

 Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor
New York, NY 10036
212-257-4882 (o)
carato@shapiroarato.com

[www.shapiroarato.com](www.shapiroarato.com)

*This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.*

---

**From:** Peter Fountain <[peterfountain@quinnemanuel.com](peterfountain@quinnemanuel.com)>
**Sent:** Wednesday, November 12, 2025 9:19:50 PM
**To:** Cynthia Arato <[carato@shapiroarato.com](carato@shapiroarato.com)>
**Cc:** [STountas@kasowitz.com](STountas@kasowitz.com) <[STountas@kasowitz.com](STountas@kasowitz.com)>; William I. Taylor <[wtaylor@shapiroarato.com](wtaylor@shapiroarato.com)>; Jonathan Bach <[jbach@shapiroarato.com](jbach@shapiroarato.com)>; Andrew C. Bernstein <[ABernstein@kasowitz.com](ABernstein@kasowitz.com)>; Andrew L. Schwartz <[ASchwartz@kasowitz.com](ASchwartz@kasowitz.com)>; William Burck <[williamburck@quinnemanuel.com](williamburck@quinnemanuel.com)>; Christopher Kercher <[christopherkercher@quinnemanuel.com](christopherkercher@quinnemanuel.com)>; Heather Christenson <[heatherchristenson@quinnemanuel.com](heatherchristenson@quinnemanuel.com)>; Ted Ovrom <[tedovrom@quinnemanuel.com](tedovrom@quinnemanuel.com)>; Mary Trainor <[marytrainor@quinnemanuel.com](marytrainor@quinnemanuel.com)>
**Subject:** Re: NWBO - Notice of Subpoena

I can't do 3 but could do 3:30.

> On Nov 12, 2025, at 9:11 PM, Cynthia Arato <[carato@shapiroarato.com](carato@shapiroarato.com)> wrote:

**[EXTERNAL EMAIL from [carato@shapiroarato.com](carato@shapiroarato.com)]**

---

Hello. Any chance we can start at 3:00 tomorrow?

Cynthia S. Arato
<Image.jpeg>

1140 Avenue of the Americas, 17th Floor
New York, NY 10036
212-257-4882 (o)
[carato@shapiroarato.com](carato@shapiroarato.com)
[www.shapiroarato.com](www.shapiroarato.com)

*This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.*

---

**From:** Peter Fountain <peterfountain@quinnemanuel.com>
**Sent:** Monday, November 10, 2025 3:30:56 PM
**To:** Cynthia Arato <carato@shapiroarato.com>
**Cc:** STountas@kasowitz.com <STountas@kasowitz.com>; William I. Taylor <wtaylor@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; William Burck <williamburck@quinnemanuel.com>; Christopher Kercher <christopherkercher@quinnemanuel.com>; Heather Christenson <heatherchristenson@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Mary Trainor <marytrainor@quinnemanuel.com>
**Subject:** RE: NWBO - Notice of Subpoena

No problem.  How is 2:30 on Thursday?

---

**From:** Cynthia Arato <carato@shapiroarato.com>
**Sent:** Monday, November 10, 2025 9:00 AM
**To:** Peter Fountain <peterfountain@quinnemanuel.com>
**Cc:** STountas@kasowitz.com; William I. Taylor <wtaylor@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; William Burck <williamburck@quinnemanuel.com>; Christopher Kercher <christopherkercher@quinnemanuel.com>; Heather Christenson <heatherchristenson@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Mary Trainor <marytrainor@quinnemanuel.com>
**Subject:** Re: NWBO - Notice of Subpoena

**[EXTERNAL EMAIL from carato@shapiroarato.com]**

---

Let's please do Thursday as Kasowitz is not available Wednesday. Thanks.

---

**From:** Peter Fountain <peterfountain@quinnemanuel.com>
**Date:** Friday, November 7, 2025 at 7:05 PM
**To:** Cynthia Arato <carato@shapiroarato.com>
**Cc:** "STountas@kasowitz.com" <STountas@kasowitz.com>, William Taylor <wtaylor@shapiroarato.com>, Jonathan Bach <jbach@shapiroarato.com>, "Andrew C. Bernstein"

<ABernstein@kasowitz.com>, "Andrew L. Schwartz"
<ASchwartz@kasowitz.com>, William Burck
<williamburck@quinnemanuel.com>, Christopher Kercher
<christopherkercher@quinnemanuel.com>, Heather Christenson
<heatherchristenson@quinnemanuel.com>, Ted Ovrom
<tedovrom@quinnemanuel.com>, Mary Trainor
<marytrainor@quinnemanuel.com>
**Subject:** RE: NWBO - Notice of Subpoena

Thanks – how is the 2:30-4:30 window on Wednesday?

---

**From:** Cynthia Arato <carato@shapiroarato.com>
**Sent:** Friday, November 7, 2025 3:06 PM
**To:** Peter Fountain <peterfountain@quinnemanuel.com>
**Cc:** STountas@kasowitz.com; William I. Taylor
<wtaylor@shapiroarato.com>; Jonathan Bach
<jbach@shapiroarato.com>; Andrew C. Bernstein
<ABernstein@kasowitz.com>; Andrew L. Schwartz
<ASchwartz@kasowitz.com>; William Burck
<williamburck@quinnemanuel.com>; Christopher Kercher
<christopherkercher@quinnemanuel.com>; Heather Christenson
<heatherchristenson@quinnemanuel.com>; Ted Ovrom
<tedovrom@quinnemanuel.com>; Mary Trainor
<marytrainor@quinnemanuel.com>
**Subject:** Re: NWBO - Notice of Subpoena

<mark>**[EXTERNAL EMAIL from carato@shapiroarato.com]**</mark>

---

I cannot do Tuesday.  My availability, noted below, is Wednesday
through Friday.

Cynthia S. Arato
<image001.jpg>

1140 Avenue of the Americas, 17th Floor
New York, NY 10036
212-257-4882 (o)
carato@shapiroarato.com
www.shapiroarato.com

*This e-mail message is for the sole use of the intended recipient(s) and
may contain confidential and privileged information. If you are not the
intended recipient, please contact the sender by reply e-mail and destroy
all copies of the original message. Thank you.*

---

**From:** Peter Fountain <peterfountain@quinnemanuel.com>
**Sent:** Friday, November 7, 2025 2:26:12 PM
**To:** Cynthia Arato <carato@shapiroarato.com>
**Cc:** STountas@kasowitz.com <STountas@kasowitz.com>; William I. Taylor <wtaylor@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; William Burck <williamburck@quinnemanuel.com>; Christopher Kercher <christopherkercher@quinnemanuel.com>; Heather Christenson <heatherchristenson@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Mary Trainor <marytrainor@quinnemanuel.com>
**Subject:** RE: NWBO - Notice of Subpoena

Thanks, Cynthia.  How is the 2:30-4:30 window on Tuesday?

---

**From:** Cynthia Arato <carato@shapiroarato.com>
**Sent:** Friday, November 7, 2025 2:16 PM
**To:** Peter Fountain <peterfountain@quinnemanuel.com>
**Cc:** STountas@kasowitz.com; William I. Taylor <wtaylor@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; William Burck <williamburck@quinnemanuel.com>; Christopher Kercher <christopherkercher@quinnemanuel.com>; Heather Christenson <heatherchristenson@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Mary Trainor <marytrainor@quinnemanuel.com>
**Subject:** Re: NWBO - Notice of Subpoena

**[EXTERNAL EMAIL from carato@shapiroarato.com]**

---

Following up on the below, is there a time during the afternoons W-F of next week that we can speak further/meet and confer regarding the open issues?

---

**From:** Cynthia Arato <carato@shapiroarato.com>
**Date:** Wednesday, November 5, 2025 at 4:39 PM
**To:** "peterfountain@quinnemanuel.com" <peterfountain@quinnemanuel.com>

**Cc:** "STountas@kasowitz.com" <STountas@kasowitz.com>, William Taylor <wtaylor@shapiroarato.com>, Jonathan Bach <jbach@shapiroarato.com>
**Subject:** NWBO - Notice of Subpoena

Dear Mr. Fountain,

I am working with Jonathan Bach regarding the Citadel subpoena served on Joshua Mitts.  We are evaluating your letter and will be responding. I hope to know our timing by the end of this week.

Thanks,

Cynthia