**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., AND VIRTU AMERICAS LLC, <br><br> Defendants. | Case No. 1:22-cv-10185 (GHW) (GS) |

**CORRECTED STIPULATION AND [PROPOSED] ORDER**

**WHEREAS**, Plaintiff and Defendant Canaccord Genuity LLC ("Canaccord') have agreed to settle the claims between them and to move jointly to dismiss those claims with prejudice;

**IT IS HEREBY ORDERED** that all claims between Plaintiff and Canaccord are hereby dismissed with prejudice:

**IT IS FURTHER ORDERED** that Canaccord is hereby dismissed from the action with prejudice;

**IT IS FURTHER ORDERED** that Plaintiff's claims against the remaining Defendants in this action are not affected or dismissed from this action and remain pending;

**IT IS FURTHER ORDERED** that Plaintiff and Canaccord shall bear their own attorneys' fees and costs.

/s/ Stephen W. Tountas
Stephen W. Tountas
Andrew L. Schwartz
Andrew C. Bernstein
KASOWITZ LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
stountas@kasowitz.com
aschwartz@kasowitz.com
abernstein@kasowitz.com

*Counsel for Plaintiff Northwest
Biotherapeutics, Inc.*

/s/ Eric D. Lawson
Anthony S. Fiotto
Julia C. Koch
Morrison & Foerster LLP
200 Clarendon Street
Boston, MA 02116
Telephone: 617-648-4700
Facsimile: 617-830-0142
Email: AFiotto@mofo.com
Email: JKoch@mofo.com

Eric D. Lawson
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
Telephone: 212-336-4067
Facsimile: 212-468-7900
Email: ELawson@mofo.com

*Counsel for Defendant Canaccord Genuity
LLC*

SO ORDERED.

GREGORY H. WOODS
United States District Judge

Dated:

2