# KASOWITZ LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

STEPHEN W. TOUNTAS
DIRECT DIAL: (212) 506-1739
DIRECT FAX: (212) 500-3550
STountas@kasowitz.com

ATLANTA
BOULDER
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
WASHINGTON DC

May 8, 2026

**VIA ECF**

Hon. Gregory H. Woods, U.S.D.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:     *Northwest Biotherapeutics, Inc. v. Canaccord Genuity LLC et al.*, No. 1:22-cv-10185
        <u>Corrected Proposed Order Dismissing Claims against Canaccord Genuity, LLC</u>

Dear Judge Woods:

  Plaintiff Northwest Biotherapeutics, Inc. and Defendant Canaccord Genuity LLC hereby submit a corrected proposed order pursuant to the Court's direction during the parties' status conference with the Court on May 7, 2026.  For ease of reference, a redline of the corrections made to the previous proposed order submitted is attached hereto as Exhibit A.

     Respectfully submitted,

Kasowitz LLP

 /s/ Stephen W. Tountas

Stephen W. Tountas
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
stountas@kasowitz.com

*Counsel for Plaintiff Northwest Biotherapeutics, Inc.*

Morrison & Foerster LLP

 /s/ Eric D. Lawson

Anthony S. Fiotto
Julia C. Koch
200 Clarendon Street
Boston, MA 02116
Telephone: 617-648-4700
Facsimile: 617-830-0142
Email: AFiotto@mofo.com
Email: JKoch@mofo.com

KASOWITZ LLP
May 8, 2026
Page 2

Eric D. Lawson
250 West 55th Street
New York, NY 10019
Telephone: 212-336-4067
Facsimile: 212-468-7900
Email: ELawson@mofo.com

*Counsel for Defendant Canaccord Genuity LLC*

cc: All counsel of record (via ECF)