USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2026

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

NORTHWEST BIOTHERAPEUTICS, INC.,

Plaintiff,

- against -

CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., and VIRTU AMERICAS LLC,

Defendants.

No. 1:22-cv-10185-GHW-GS

**STIPULATION AND CORRECTED ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**WHEREAS**, Plaintiff Northwest Biotherapeutics, Inc. ("NWBO") and Defendant Canaccord Genuity LLC ("Canaccord") have informed the Court that they have executed a settlement agreement in which NWBO and Canaccord have agreed to move to dismiss with prejudice all claims asserted against Canaccord in the above-captioned action, without costs to any party;

**IT IS HEREBY ORDERED** that all claims asserted by NWBO against Canaccord in this action are hereby dismissed with prejudice; and

**IT IS FURTHER ORDERED** that NWBO and Canaccord shall bear their own fees and costs.

*/s/* Stephen W. Tountas
Stephen W. Tountas
Andrew L. Schwartz
Andrew C. Bernstein
KASOWITZ LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
stountas@kasowitz.com
aschwartz@kasowitz.com
abernstein@kasowitz.com

*Counsel for Plaintiff Northwest Biotherapeutics, Inc.*

*/s/* Eric D. Lawson
Anthony S. Fiotto
Julia C. Koch
Morrison & Foerster LLP
200 Clarendon Street
Boston, MA 02116
Telephone: 617-648-4700
Facsimile: 617-830-0142
Email: AFiotto@mofo.com
Email: JKoch@mofo.com

Eric D. Lawson
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
Telephone: 212-336-4067
Facsimile: 212-468-7900
Email: ELawson@mofo.com

*Counsel for Defendant Canaccord Genuity LLC*

SO ORDERED.

Dated: May 13, 2026
      New York, NY

_____
GREGORY H. WOODS
United States District Judge