Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

William I. Taylor
wtaylor@shapiroarato.com
Direct: 212-257-4887

May 21, 2026

VIA ECF

Hon. Gary Stein
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

       Re:    *Northwest Biotherapeutics, Inc. v. Canaccord Genuity LLC, et al.*, 1:22-cv-10185-GHW-GS

Dear Judge Stein:

We represent non-party Joshua Mitts and respectfully submit this request, with the consent of counsel for all parties, for a one-week extension of Mr. Mitts's deadline to produce a categorical privilege log pursuant to the Court's Order of June 2, 2026. (Dkt. No. 281.)

Mr. Mitts requests the extension because Cynthia Arato, his principal attorney, is currently on vacation and traveling abroad, returning May 28, 2026. The new deadline, if this request is granted, would be June 9, 2026. Defendant Citadel does not oppose the requested extension, provided NWBO does not rely on the extension to seek a further extension of discovery, and NWBO has agreed to this point. This is Mr. Mitts's first request for an extension.

Respectfully submitted,

/s/ William I. Taylor

William I. Taylor