# EXHIBIT B

| | |
|---|---|
| **From:** | Christopher Goetz <CGoetz@kasowitz.com> |
| **Sent:** | Thursday, May 21, 2026 11:53 PM |
| **To:** | Peter Fountain; William Burck; Leigha Empson; Mary Trainor; Avi Perry; Madeleine Zabriskie; Miriam Bial; Ted Ovrom; Christopher Kercher; jyoungwood@stblaw.com; Stephen P. Blake; Alison Sher; Kate Lambroza; peercem@ballardspahr.com; burrussc@ballardspahr.com; krabilll@ballardspahr.com; Peter.wilson@katten.com; Christian.kemnitz@katten.com; Leigh.brissenden@katten.com; edlinr@gtlaw.com; filord@gtlaw.com; barnesn@gtlaw.com; agordon@paulweiss.com; Audera Soloway; jcarey@paulweiss.com; blevine@katten.com; M. Norman Goldberger; Lauren Engelmyer; kevin.broughel@katten.com; zoe.lo@katten.com; Jonathan Jaroslawicz; Daniel Negless; Jacob Lundqvist; Meredith Karp; Benedon, Alison R.; Bhaskaran, Rushmi; Hayne, Kevin; Fan, Shuhao |
| **Cc:** | Stephen W. Tountas; Andrew L. Schwartz; Andrew C. Bernstein; Daniel M. Furey |
| **Subject:** | NWBO - Search Terms for Defendants |
| **Attachments:** | Proposed Search Terms for Defendants - NWBO.pdf |

**[EXTERNAL EMAIL from cgoetz@kasowitz.com]**

Counsel,

As previewed, please be prepared to discuss the attached proposed search terms for Defendants at the meet and confer on Tuesday afternoon, including by providing hit counts for each search string for each Defendant.

NWBO also requests that Defendants be prepared to discuss the following additional custodians:

- Citadel
    - Brandon Rolfes
    - Scott Kloin

- Lime
    - Jennifer Gatherer

- Virtu
    - Nicole Corrao

- Instinet
    - David Bellantonio

- GTS
    - Steven Krieg

- G1X
    - Tom Snell

Best,
Chris

1

Christopher Goetz
Kasowitz LLP
1633 Broadway
New York, NY 10019
Tel.   (212) 506-1982
Fax.  (212) 500-3588
CGoetz@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.