# EXHIBIT D

***Northwest Biotherapeutics, Inc. v. Canaccord Genuity LLC et al.*, No. 22-cv-10185 (SDNY)**
**<u>Citadel Securities' Search Terms</u>[1]**

("NWBO*" OR "NorthwestBio*" OR "Northwest Bio*" OR "NW /3 Bio*") AND:

1. trad* w/15 ("NWBO*" OR "NorthwestBio*" OR "Northwest Bio*" OR (NW w/3 Bio*))
2. (market w/2 mov* or mak*)
3. "Liquidity"
4. Order* w/15 ("NWBO*" OR "NorthwestBio*" OR "Northwest Bio*" OR (NW w/3 Bio*))
5. Bid* w/15 ("NWBO*" OR "NorthwestBio*" OR "Northwest Bio*" OR (NW w/3 Bio*))
6. (trad* w/2 strateg*)
7. Pric* w/15 ("NWBO*" OR "NorthwestBio*" OR "Northwest Bio*" OR (NW w/3 Bio*))
8. Profit*
9. Gain*
10. Los*
11. Revenue*
12. ("inquir*" OR "investigat*") w/10 (Manip* w/10 (market* OR trad*))
13. Spoof*
14. Pull w/5 Swipe

---

[1] Citadel Securities has also collected centrally held documents responsive to certain RFPs.