# EXHIBIT E

*Northwest Biotherapeutics, Inc. v. Canaccord Genuity LLC et al.***, No. 22-cv-10185 (SDNY)**
**NWBO's Proposed Search Terms for Defendants**

**Date Range**: December 5, 2017 through Present

**Search Terms:**

(1) ((NWB* OR (Northwest w/2 Bio*) OR ("North West" w/2 Bio) OR (NW w/2 Bio*) OR 66737P600 OR "66737P 60" OR "66737P 60 0" OR DCVax* OR "DC-Vax*") **w/25** (trad* OR buy* OR purchas* OR market* OR acquir* OR quot* OR plac* OR order* OR limit* OR cancel* OR dark* OR modif* OR data* OR offer* OR sell* OR cost* OR rout* OR share* OR stock* OR bid* OR ask* OR call* OR hypothe* OR swap OR lend* OR borrow* OR option* OR hedg* OR deriv* OR short* OR (off w/3 market*) OR (off w/ 3 exchange*) OR execut* OR maint*  OR locat*  OR "IDQS" OR manip* OR (pull w/5 swipe*) OR spoof* OR layer* OR risk* OR pump* OR dump* OR ramp* OR flip* OR pric* OR profit* OR gain* OR los* OR TCA* OR revenue* OR Smart* OR commission* OR midpoint* OR "mid-point*" OR midprice* OR naked* OR frontrun* OR (front w/3 run*) OR (paint* w/3 tape*) OR (mark* w/3 (open* OR clos*)) OR match* OR momentum* OR "mini-manip*" OR "bear" OR spiral* OR fals* OR attack* OR SOR OR DMA* OR TWAP* OR VWAP* OR POV* OR shortfall* OR  "participation rate*"  OR pressur* OR build* OR tank* OR drop* OR sink* OR spik* OR down* OR portfolio* OR position* OR expos* OR report* OR strateg *OR certification* OR compli* OR comply* OR supervi* OR escalat* OR flag* OR anomal* OR iceberg* OR WSP* OR (survey* w/5 (export* OR exception*)) OR fail* OR FTD* OR "Reg SHO" OR "Regulation SHO")

(2) (algorith* OR "high frequency" OR "HFT" OR Sungard OR (brass w/ 10 trad*) OR (automat* w/10 (system* OR platform* OR procedur* OR logic* OR rout* OR protocol OR formula* OR model*))) **w/25** (trad* OR order* OR buy* OR sell* OR sale* OR pric* OR modif* OR cancel* OR ask* OR cost* OR updat* OR design* OR enhance* OR OTC*)

(3) "rule 2020" OR "rule 5210" OR "supplementary material .02" OR "rule 1220" OR "rule 575" OR "rule 3110" OR "Rule 605" OR "Rule 606" OR Report* OR surveil* OR supervis* OR train* OR polic* OR practic* OR program* OR SEC* OR (securities w/2 exchange*) OR FINRA OR (financial w/2 industry) OR comply* OR compli* OR CAT OR (consolidated w/2 audit) **w/25** (spoof* OR layer* OR manip* OR ramp* OR flip* OR pump* OR dump*)

**Specific Documents (to the extent not picked up by the above):**

- All stock records and journals for NWBO
- All cross-reference files requested in NWBO's Requests for Production
- All exchange reports related to NWBO