# KASOWITZ LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

STEPHEN W. TOUNTAS
DIRECT DIAL: (212) 506-1739
DIRECT FAX: (212) 500-3550
STountas@kasowitz.com

ATLANTA
BOULDER
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
WASHINGTON DC

July 8, 2026

**VIA ECF**

Hon. Gary Stein, U.S.M.J.
United States District Court, Southern District of New York

Re:  *Northwest Biotherapeutics, Inc. v. Canaccord Genuity LLC et al.*, No. 1:22-cv-10185
     <u>Request for Leave to File Excess Pages</u>

Dear Judge Stein:

We write on behalf of Plaintiff Northwest Biotherapeutics, Inc. ("NWBO"), in anticipation of a forthcoming letter motion to compel Defendants to produce documents (the "Motion"), to respectfully move for leave to file three additional pages beyond the three-page limit in Part III(B) of this Court's Individual Practices in Civil Cases.  NWBO would consent to an equivalent page extension for Defendants' response, if any.

The forthcoming Motion will address seven categories of documents Defendants refuse to produce, in whole or in part, along with a dispute pertaining to the relevant period.  To aid judicial economy, NWBO seeks to address these disputes in a single letter motion.  The requested additional pages would greatly enhance the parties' ability to address the relevance and proportionality of these document requests.[1]

Respectfully submitted,

Stephen W. Tountas

cc: All counsel of record (via ECF)

---

[1] NWBO met and conferred with Defendants on July 6.  The parties were unable to resolve the substantive disputes underlying the Motion.  Defendants oppose NWBO's request for additional pages as "excessive."