July 9, 2026

**VIA ECF**

Hon. Gary Stein
United States Magistrate Judge
United States District Court
Southern District of New York

Re:    *Northwest Biotherapeutics, Inc. v. Citadel Securities LLC, et al.*, No. 1:22-cv-10185—
       Defendants' Response to NWBO's Request for Leave to File Excess Pages

Dear Judge Stein:

We write on behalf of all Defendants in response to NWBO's request for leave to file three additional pages in support of its forthcoming motion to compel.

***First***, NWBO fails to mention that, before NWBO filed its request for leave to file a six-page motion, Defendants advised NWBO that they would consent to a request for one additional page per side. ECF 291-3 at 1. NWBO does not acknowledge this offer of compromise or explain why a total of four pages would be insufficient.

***Second***, there is already significant briefing before the Court on the issues that NWBO intends to raise. Several pages of the parties' May 29, 2026 joint letter addressed NWBO's contentions that Defendants should produce additional categories of documents and data from a broader time period. *See* ECF 286 at 3-7. Portions of the parties' May 4, 2026 joint status report also touched on these issues. *See* ECF 270 at 3, 6. In light of that prior briefing, Defendants respectfully submit that six *additional* pages per side is excessive and unnecessary.

***Third***, NWBO does not explain why it needs to double the standard page limit. The Court's three-page limit exists for a reason—to ensure that the parties present disputed issues in an efficient and focused manner.

Accordingly, Defendants respectfully request that the Court deny NWBO's motion. Alternatively, should the Court authorize additional pages, Defendants respectfully request leave to file a response letter of equivalent length to NWBO's opening letter.

Respectfully submitted,


/s/ *William A. Burck*                          /s/ *Marjorie J. Peerce* (with permission)
William A. Burck                                Marjorie J. Peerce
Peter H. Fountain                               Lauren W. Engelmyer
Leigha Empson                                   Rushmi Bhaskaran
Quinn Emanuel Urquhart & Sullivan, LLP          Ballard Spahr LLP
295 Fifth Avenue                                1675 Broadway, 19th Floor
New York, New York 10016                        New York, NY 10019-5820
Tel: 212-849-7000                               T:  (212) 223-0200
Fax: 212-849-7100                               peercem@ballardspahr.com
williamburck@quinnemanuel.com                   engelmyerl@ballardspahr.com

peterfountain@quinnemanuel.com
leighaempson@quinnemanuel.com

Jonathan K. Youngwood
Meredith Karp
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
jyoungwood@stblaw.com
meredith.karp@stblaw.com

*Counsel for Defendant Citadel Securities LLC*

/s/ *Peter G. Wilson* (with permission)
Peter G. Wilson
Christian T. Kemnitz (admitted *pro hac vice*)
Benjamin C. Levine (admitted *pro hac vice*)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: (312) 902-5200
peter.wilson@katten.com
christian.kemnitz@katten.com
benjamin.levine@katten.com

*Counsel for Defendant GTS Securities LLC*

bhaskaranr@ballardspahr.com

M. Norman Goldberger (admitted *pro hac vice*)
J. Chesley Burruss
Ballard Spahr LLP
1735 Market Street, 51st Fl.
Philadelphia, PA 19103
T:  215-665-8500
goldbergerm@ballardspahr.com
burrussc@ballardspahr.com

*Counsel for Defendant G1 Execution Services LLC*

/s/ *Richard A. Edlin* (with permission)
Richard A. Edlin
Daniel P. Filor
Nicholas T. Barnes
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
edlinr@gtlaw.com
filord@gtlaw.com
barnesn@gtlaw.com

*Counsel for Defendant Instinet LLC*

2

/s/ *Kevin P. Broughel* (with permission)
Kevin P. Broughel
Zoe Lo
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Phone: (212) 940-6343
Fax: (212) 940-8776
kevin.broughel@katten.com
zoe.lo@katten.com

*Counsel for Defendant Lime Trading Corp.*

/s/ *Andrew G. Gordon* (with permission)
Andrew G. Gordon
Audra J. Soloway
Jessica S. Carey
Alison R. Benedon
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
agordon@paulweiss.com
asoloway@paulweiss.com
jcarey@paulweiss.com
abenedon@paulweiss.com

*Counsel for Defendant Virtu Americas LLC*

cc:    All counsel of record