**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., | Case No. 22-cv-10185 |
| *Plaintiff*, | |
| v. | **NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD** |
| CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., and VIRTU AMERICAS LLC, | |
| *Defendants*. | |

**PLEASE TAKE NOTICE**, that Christopher D. Kercher is no longer associated with the firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), counsel for Defendant Citadel Securities LLC ("Citadel Securities").  Quinn Emanuel respectfully requests that the Court grant this motion for an order (1) pursuant to Local Rule 1.4, granting Mr. Kercher leave to withdraw as counsel for Citadel Securities and (2) granting such other and further relief as the Court deems just and proper.

Quinn Emanuel shall remain counsel of record for Citadel Securities.  As such, granting the relief requested herein shall not delay any deadlines in or the disposition of this matter.

A proposed order granting Mr. Kercher leave to withdraw is submitted herewith.

Respectfully submitted,

**QUINN EMANUEL URQUHART**
**& SULLIVAN, LLP**

Dated: New York, New York
      July 14, 2026      By:    /s/ Peter H. Fountain
                                  Peter H. Fountain
                                    William A. Burck
                                    Leigha Empson
                                    295 Fifth Avenue
New York, NY 10016
Tel: 212-849-7000
Fax: 212-849-7100
peterfountain@quinnemanuel.com
williamburck@quinnemanuel.com
leighaempson@quinnemanuel.com

Avi Perry
1300 I Street NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8330
aviperry@quinnemanuel.com

*Counsel for Defendant Citadel Securities*
*LLC*

cc:      All counsel of record (via ECF)
          Citadel Securities LLC

2