**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., | No. 1:22-cv-10185-GHW-GS |
| Plaintiff, | |
| -against- | **NOTICE OF APPEARANCE** |
| CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLP, and VIRTU AMERICAS LLC, | |
| Defendants. | |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Stephen T. Day from the law firm of Greenberg Traurig, LLP, with offices located at One Vanderbilt Avenue, New York, NY 10017, hereby appears on behalf of Defendant Instinet, LLC in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       July 16, 2026

**GREENBERG TRAURIG, LLP**

By:    /s/ *Stephen T. Day*
          Stephen T. Day
One Vanderbilt Avenue
New York, New York 10017
Phone: (212) 801-9200
Stephen.Day@gtlaw.com

*Attorney for Instinet, LLC*