July 17, 2026

**VIA ECF**

Hon. Gary Stein
United States Magistrate Judge
United States District Court
Southern District of New York

Re:    *Northwest Biotherapeutics, Inc. v. Citadel Securities LLC, et al.*, No. 1:22-cv-10185—
        Expert Discovery Schedule

Dear Judge Stein:

We write on behalf of all Defendants regarding Defendants' proposed expert discovery schedule (ECF 291).  Defendants do not object to NWBO's proposal—made for the first time in its opposition—that the parties "meet and confer regarding an expert schedule within 7 business days following the deadline for substantial completion."  ECF 294 at 3.  Defendants' agreement to NWBO's new proposal therefore resolves ECF 291.

Defendants otherwise disagree with the legal and factual positions raised in NWBO's opposition.  Notably, NWBO claims that "[d]espite Defendants' previous position that they would provide search hits, … they have refused to provide them."  ECF 294 at 1.  Defendants have repeatedly informed NWBO that its proposed search strings generate technical errors, in addition to being untimely and facially overbroad.  *See, e.g.*, ECF 286 at 3; ECF 286-1 at 3.  Nonetheless, Defendants have been working on running  NWBO's proposed strings or versions thereof and will provide or have already provided hit counts to NWBO, where possible.

As the Court ordered NWBO to substantially complete its productions by July 31, 2026 (ECF 293), Defendants respectfully request that the Court deny as moot Defendants' previously proposed expert discovery schedule (ECF 291) and direct the parties to meet and confer concerning expert discovery deadlines by August 11, 2026 (seven business days from July 31, 2026).

Respectfully submitted,

/s/ *William A Burck*
William A. Burck
Peter H. Fountain
Leigha Empson
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, New York 10016
Tel: 212-849-7000
Fax: 212-849-7100
williamburck@quinnemanuel.com
peterfountain@quinnemanuel.com
leighaempson@quinnemanuel.com

Jonathan K. Youngwood
Meredith Karp
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
jyoungwood@stblaw.com
meredith.karp@stblaw.com

*Counsel for Defendant Citadel Securities LLC*

/s/ *Peter G. Wilson* (with permission)
Peter G. Wilson
Christian T. Kemnitz (admitted *pro hac vice*)
Benjamin C. Levine (admitted *pro hac vice*)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: (312) 902-5200
peter.wilson@katten.com
christian.kemnitz@katten.com
benjamin.levine@katten.com

*Counsel for Defendant GTS Securities LLC*

/s/ *Marjorie J. Peerce* (with permission)
Marjorie J. Peerce
Lauren W. Engelmyer
Rushmi Bhaskaran
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019-5820
T:  (212) 223-0200
peercem@ballardspahr.com
engelmyerl@ballardspahr.com
bhaskaranr@ballardspahr.com

M. Norman Goldberger (admitted *pro hac vice*)
J. Chesley Burruss
Ballard Spahr LLP
1735 Market Street, 51st Fl.
Philadelphia, PA 19103
T:  215-665-8500
goldbergerm@ballardspahr.com
burrussc@ballardspahr.com

*Counsel for Defendant G1 Execution Services LLC*

/s/ *Richard A. Edlin* (with permission)
Richard A. Edlin
Daniel P. Filor
Stephen Day
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
edlinr@gtlaw.com
filord@gtlaw.com
barnesn@gtlaw.com

*Counsel for Defendant Instinet LLC*

2

/s/ *Kevin P. Broughel* (with permission)
Kevin P. Broughel
Zoe Lo
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Phone: (212) 940-6343
Fax: (212) 940-8776
kevin.broughel@katten.com
zoe.lo@katten.com

*Counsel for Defendant Lime Trading Corp.*

/s/ *Andrew G. Gordon* (with permission)
Andrew G. Gordon
Audra J. Soloway
Jessica S. Carey
Alison R. Benedon
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
agordon@paulweiss.com
asoloway@paulweiss.com
jcarey@paulweiss.com
abenedon@paulweiss.com

*Counsel for Defendant Virtu Americas LLC*


cc:    All counsel of record

3