July 24, 2026

Hon. Gary Stein, United States Magistrate Judge
United States District Court, Southern District of New York

Re:    *Northwest Biotherapeutics, Inc. v. Citadel Securities LLC*, No. 1:22-cv-10185
       <u>Motion to Seal</u>

Dear Judge Stein:

On behalf of all Defendants, we respectfully move pursuant to Rule III(H)(2) of Your Honor's Individual Practices in Civil Cases to file Defendants' letter motion ("Pre-Motion Letter") requesting a pre-motion conference regarding Defendants' forthcoming motion for clarification or, in the alternative, reconsideration of the Court's July 10 Order with narrowly tailored redactions. Defendants further seek permission to seal the Declaration of Dan Yara ("Yara Declaration"), which is being filed as Exhibit 1 to the Pre-Motion Letter, along with Exhibit A thereto, as well as the Declaration of Matt Levine (together with the Yara Declaration, the "Declarations").

The Declarations describe the design and operation of Citadel Securities' and Virtu's proprietary electronic trading systems and their underlying source code. As the Declarations explain, this information is among Citadel Securities' and Virtu's most valuable and closely guarded assets, and its disclosure would cause serious and irreparable competitive harm. The Yara Declaration also describes trading data from Citadel Securities' internal systems that it produced and designated "Highly Confidential" under the Stipulation and Protective Order in this action ("Protective Order," ECF 232), which reflects how Citadel Securities trades. An excerpt of this data, which was designated Highly Confidential, is attached to the Yara Declaration as Exhibit A. Citadel Securities' and Virtu's privacy interests in this information outweigh the presumption of public access to judicial documents: the material is technical and proprietary, of no legitimate public concern, and its confidentiality is precisely the kind of business interest courts in this District routinely protect from disclosure. Portions of the Pre-Motion Letter summarize and reflect highly sensitive information in the Declarations.

This is a narrowly tailored request, as Defendants do not seek to seal the Pre-Motion Letter, and seek only to prevent the disclosure of highly sensitive information and information designated Highly Confidential. Defendants therefore respectfully request that the Court permit the Pre-Motion Letter and Declarations (and Exhibit A to the Yara Declaration) to be filed in their unredacted forms under seal, and to file a public version of the Pre-Motion Letter with narrowly tailored redactions.

Respectfully submitted,

<u>/s/ *William A. Burck*</u>                    <u>/s/ *Marjorie J. Peerce*</u> (with permission)
William A. Burck                          Marjorie J. Peerce
Peter H. Fountain                         Lauren W. Engelmyer
Leigha Empson                             Rushmi Bhaskaran
Quinn Emanuel Urquhart & Sullivan, LLP    Ballard Spahr LLP

295 Fifth Avenue
New York, New York 10016
Tel: 212-849-7000
Fax: 212-849-7100
williamburck@quinnemanuel.com
peterfountain@quinnemanuel.com
leighaempson@quinnemanuel.com

Jonathan K. Youngwood
Meredith Karp
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
jyoungwood@stblaw.com
meredith.karp@stblaw.com

*Counsel for Defendant Citadel Securities LLC*

/s/ *Peter G. Wilson* (with permission)
Peter G. Wilson
Christian T. Kemnitz (admitted *pro hac vice*)
Benjamin C. Levine (admitted *pro hac vice*)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: (312) 902-5200
peter.wilson@katten.com
christian.kemnitz@katten.com
benjamin.levine@katten.com

*Counsel for Defendant GTS Securities LLC*

1675 Broadway, 19th Floor
New York, NY 10019-5820
T:  (212) 223-0200
peercem@ballardspahr.com
engelmyerl@ballardspahr.com
bhaskaranr@ballardspahr.com

M. Norman Goldberger (admitted *pro hac vice*)
J. Chesley Burruss
Ballard Spahr LLP
1735 Market Street, 51st Fl.
Philadelphia, PA 19103
T:  215-665-8500
goldbergerm@ballardspahr.com
burrussc@ballardspahr.com

*Counsel for Defendant G1 Execution Services LLC*

/s/ *Richard A. Edlin* (with permission)
Richard A. Edlin
Daniel P. Filor
Stephen Day
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
edlinr@gtlaw.com
filord@gtlaw.com
days@gtlaw.com

*Counsel for Defendant Instinet LLC*

2

3

/s/ *Kevin P. Broughel* (with permission)
Kevin P. Broughel
Zoe Lo
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Phone: (212) 940-6343
Fax: (212) 940-8776
kevin.broughel@katten.com
zoe.lo@katten.com

*Counsel for Defendant Lime Trading Corp.*

/s/ *Andrew G. Gordon* (with permission)
Andrew G. Gordon
Audra J. Soloway
Jessica S. Carey
Alison R. Benedon
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
agordon@paulweiss.com
asoloway@paulweiss.com
jcarey@paulweiss.com
abenedon@paulweiss.com

*Counsel for Defendant Virtu Americas LLC*

cc:      All counsel of record via ECF