# KASOWITZ LLP

STEPHEN W. TOUNTAS
DIRECT DIAL: (212) 506-1739
DIRECT FAX: (212) 500-3550
STountas@kasowitz.com

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

ATLANTA
BOULDER
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
WASHINGTON DC

July 29, 2026

**VIA ECF**

Hon. Gary Stein, U.S.M.J.
United States District Court, Southern District of New York

Re:    *Northwest Biotherapeutics, Inc. v. Canaccord Genuity LLC et al.*, No. 1:22-cv-10185
       Motion to Seal

Dear Judge Stein:

We represent Plaintiff Northwest Biotherapeutics, Inc. ("NWBO"). In accordance with Rule III(H)(2) of Your Honor's Individual Practices in Civil Cases, NWBO respectfully requests to file its response to Defendants' Motion for Clarification or Reconsideration (the "Response") with narrowly tailored redactions.

The Response refers to materials Defendants have designated as "Highly Confidential" under the Stipulation and Protective Order in this action. Dkt. 232. The Response also refers to exhibits to Defendants' letter motion that Defendants have moved to seal. *See* Dkts. 298, 299-1, 299-2.

NWBO requests that the Response be filed with redactions and that the complete Response be filed under seal. NWBO takes no position on whether the Response should remain sealed.

Respectfully submitted,

Stephen W. Tountas

cc: All counsel of record (via ECF)