**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NORTHWEST BIOTHERAPEUTICS, INC.,

Plaintiff,

v.

CANACCORD GENUITY LLC, CITADEL        Case No. 1:22-cv-10185 (GHW) (GS)
SECURITIES LLC, G1 EXECUTION
SERVICES LLC, GTS SECURITIES LLC,
INSTINET LLC, LIME TRADING CORP.,
AND VIRTU AMERICAS LLC,

Defendants.

---

**CERTIFICATE OF SERVICE**

I, Andrew C. Bernstein, hereby certify pursuant to 28 U.S.C. § 1746 that:

1.      I submit this certificate of service in compliance with Section 6 of the ECF Rules

and Instructions for the United States District Court for the Southern District of New York and the

Court's Standing Order regarding Procedures for Access to and Service of Sealed Documents (25-

mc-00421).

2.      On July 29, 2026, Plaintiff's Response to Defendants' Motion for Clarification or

Reconsideration was filed under seal with the CM/ECF System for the Southern District of New

York at Dkt. 303.

3.      On July 29, 2026, I emailed a true and correct copy of the aforementioned filed

document to counsel of record listed in the Appendix to this letter via email.

I declare under penalty of perjury that the foregoing statements are true and correct.

2

Executed in New York, New York on this 29th day of July, 2026.

*/s/  Andrew C. Bernstein*
Andrew C. Bernstein

**APPENDIX A: COUNSEL OF RECORD**

William A. Burck
Christopher G. Michel
Jesse Bernstein
Peter H. Fountain
Leigha Empson
Brendan T. Carroll
Daniel R. Koffmann
Brenna D Nelinson
Ted Ovrom
Quinn Emanuel Urquhart & Sullivan, LLP
williamburck@quinnemanuel.com
christophermichel@quinnemanuel.com
jessebernstein@quinnemanuel.com
peterfountain@quinnemanuel.com
leighaempson@quinnemanuel.com
brendancarroll@quinnemanuel.com
danielkoffmann@quinnemanuel.com
brennanelinson@quinnemanuel.com
tedovrom@quinnemanuel.com

Jonathan K. Youngwood
Stephen P. Blake
Alison Draikiwicz
Alison Michelle Sher
Simpson Thacher & Bartlett LLP
jyoungwood@stblaw.com
sblake@stblaw.com
alison.draikiwicz@stblaw.com
alison.sher@stblaw.com

*Counsel for Defendant Citadel Securities LLC*

Richard A. Edlin
Daniel P. Filor
Stephen Day
Greenberg Traurig, LLP
edlinr@gtlaw.com
filord@gtlaw.com
Stephen.Day@gtlaw.com

*Counsel for Defendant Instinet LLC*

Marjorie J. Peerce
M. Norman Goldberger
Lauren W. Engelmyer
John Chesley Burruss
Rushmi Bhaskaran
Ballard Spahr LLP
peercem@ballardspahr.com
goldbergerm@ballardspahr.com
engelmyerl@ballardspahr.com
burrussc@ballardspahr.com
bhaskaranr@ballardspahr.com

*Counsel for Defendant G1 Execution Services LLC*

Peter G. Wilson
Christian T. Kemnitz
Benjamin C. Levine
Katten Muchin Rosenman LLP
peter.wilson@katten.com
christian.kemnitz@katten.com
benjamin.levine@katten.com

*Counsel for Defendant GTS Securities LLC*

Andrew G. Gordon
Audra J. Soloway
Jessica S. Carey
Alison R. Benedon
Paul, Weiss, Rifkind, Wharton & Garrison
agordon@paulweiss.com
asoloway@paulweiss.com
jcarey@paulweiss.com
abenedon@paulweiss.com

*Counsel for Defendant Virtu Americas LLC*

Kevin P. Broughel
Zoe Lo
Katten Muchin Rosenman LLP
kevin.broughel@katten.com
zoe.lo@katten.com

*Counsel for Defendant Lime Trading Corp.*

3