**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., and VIRTU AMERICAS LLC, <br><br> *Defendants*. | Case No. 22-cv-10185 <br><br><br> **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

Upon the motion by Defendant Citadel Securities LLC ("Citadel Securities") for an order pursuant to Local Civil Rule 1.4 for leave to withdraw as attorney of record; whereas Quinn Emanuel Urquhart & Sullivan, LLP, shall remain counsel of record for Defendant Citadel Securities; and for good cause shown,

**IT IS HEREBY SO ORDERED THAT**, the motion is hereby **GRANTED** and attorney Christopher D. Kercher is hereby granted leave to withdraw as counsel of record for Citadel Securities; and

**IT IS HEREBY FURTHER SO ORDERED THAT**, the Clerk of the Court is hereby respectfully requested to terminate attorney Christopher D. Kercher from the docket and cease to send him notices in this matter.

Dated: July __30__, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge