August 3, 2026

Hon. Gary Stein, United States Magistrate Judge
United States District Court, Southern District of New York

Re:    *Northwest Biotherapeutics, Inc. v. Citadel Securities LLC*, No. 1:22-cv-10185
       Motion to Seal

Dear Judge Stein:

Defendants respectfully move, pursuant to Rule III(H)(2) of Your Honor's Individual Practices in Civil Cases, to file Defendants' proposed reply ("Proposed Reply") in support of Defendants' Request for a Pre-Motion Conference Regarding Defendants' Anticipated Motion for Clarification or Reconsideration of the Court's July 10 Order ("PMC Request") publicly with narrowly tailored redactions, and an unredacted version under seal. Defendants' Proposed Reply is attached as Exhibit A to the concurrently filed Letter Motion for Leave to File a Reply.

The Proposed Reply includes descriptions of Citadel Securities' and Virtu's proprietary electronic trading systems and their underlying source code. As explained in Defendants' pending Motion to Seal their PMC Request, information about these systems and code is among Citadel Securities' most valuable and closely guarded assets, and its disclosure would cause serious and irreparable competitive harm. ECF 298. The Proposed Reply also describes trading data that Citadel Securities produced from its internal systems and designated "Highly Confidential" under the Stipulation and Protective Order in this action ("Protective Order," ECF 232). Citadel Securities' privacy interest in this commercially sensitive information outweighs the presumption of public access to judicial documents: The material is technical and proprietary, of no legitimate public concern, and its confidentiality is precisely the kind of business interest that courts in this District routinely protect from disclosure. Portions of the Proposed Reply summarize and reflect this highly sensitive information.

This is a narrowly tailored request, as Defendants do not seek to seal the Proposed Reply in its entirety but rather seek leave to apply narrow redactions that seek only to prevent the disclosure of certain highly sensitive information. Defendants therefore respectfully request that the Court permit the Proposed Reply to be filed in its unredacted form under seal and to file a public version of the Proposed Reply with narrowly tailored redactions.

Respectfully submitted,


/s/ *William A. Burck*                          /s/ *Lauren W. Engelmyer* (with permission)
William A. Burck                                Lauren W. Engelmyer
Peter H. Fountain                               J. Chesley Burruss
Leigha Empson                                   Ballard Spahr LLP
Quinn Emanuel Urquhart & Sullivan, LLP          1675 Broadway, 19th Floor
295 Fifth Avenue                                New York, NY 10019-5820
New York, New York 10016                        T: (212) 223-0200
Tel: 212-849-7000                               engelmyerl@ballardspahr.com
Fax: 212-849-7100                               burrussc@ballardspahr.com

williamburck@quinnemanuel.com
peterfountain@quinnemanuel.com
leighaempson@quinnemanuel.com

Jonathan K. Youngwood
Meredith Karp
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
jyoungwood@stblaw.com
meredith.karp@stblaw.com

*Counsel for Defendant Citadel Securities
LLC*

M. Norman Goldberger (admitted *pro hac
vice*)
Ballard Spahr LLP
1735 Market Street, 51st Fl.
Philadelphia, PA 19103
T: 215-665-8500
goldbergerm@ballardspahr.com

*Counsel for Defendant G1 Execution Services
LLC*

/s/ *Peter G. Wilson* (with permission)
Peter G. Wilson
Christian T. Kemnitz (admitted *pro hac vice*)
Benjamin C. Levine (admitted *pro hac vice*)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: (312) 902-5200
peter.wilson@katten.com
christian.kemnitz@katten.com
benjamin.levine@katten.com

*Counsel for Defendant GTS Securities LLC*

/s/ *Richard A. Edlin* (with permission)
Richard A. Edlin
Daniel P. Filor
Stephen Day
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
edlinr@gtlaw.com
filord@gtlaw.com
days@gtlaw.com

*Counsel for Defendant Instinet LLC*

/s/ *Kevin P. Broughel* (with permission)
Kevin P. Broughel
Zoe Lo
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Phone: (212) 940-6343
Fax: (212) 940-8776
kevin.broughel@katten.com
zoe.lo@katten.com

*Counsel for Defendant Lime Trading Corp.*

/s/ *Andrew G. Gordon* (with permission)
Andrew G. Gordon
Audra J. Soloway
Jessica S. Carey
Alison R. Benedon
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
agordon@paulweiss.com
asoloway@paulweiss.com
jcarey@paulweiss.com
abenedon@paulweiss.com

*Counsel for Defendant Virtu Americas LLC*

cc:    All counsel of record via ECF

3