**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NORTHWEST BIOTHERAPEUTICS, INC.,

      Plaintiff,

    v.

CITADEL SECURITIES LLC, G1
EXECUTION SERVICES LLC, GTS
SECURITIES LLC, INSTINET LLC, LIME
TRADING CORP., AND VIRTU
AMERICAS LLC,

      Defendants.

Case No. 1:22-cv-10185

---

**CERTIFICATE OF SERVICE**

I, Ted Ovrom, hereby certify pursuant to 28 U.S.C. § 1746 that:

1.    I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP and a member in good standing of the bar of this Court. I am counsel to Citadel Securities LLC in the above-captioned action.

2.    I submit this certificate of service in compliance with Section 6 of the ECF Rules and Instructions for the United States District Court for the Southern District of New York and the Court's Standing Order regarding Procedures for Access to and Service of Sealed Documents (25-mc-00421).

3.    On August 3, 2026, Exhibit A to Defendants' letter motion for leave to file a reply in support of their request for a pre-motion conference regarding Defendants' motion for clarification or, in the alternative, reconsideration of the Court's July 10 Order was filed under seal with the CM/ECF System for the Southern District of New York at ECF Nos. 310 and 310-1.

4.      On August 3, 2026, my firm emailed true and correct copies of the aforementioned filed documents to counsel of record listed in the Appendix to this certificate via email, thereby effecting service upon all counsel of record.

I declare under the penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York on this 3rd day of August, 2026.


*/s/ Ted Ovrom*
Ted Ovrom

**APPENDIX A: COUNSEL OF RECORD**

Stephen W. Tountas
Andrew L. Schwartz
Andrew C. Bernstein
KASOWITZ LLP
stountas@kasowitz.com
aschwartz@kasowitz.com
abernstein@kasowitz.com

*Counsel for Plaintiff Northwest Biotherapeutics, Inc.*

Peter G. Wilson
Christian T. Kemnitz (admitted *pro hac vice*)
Benjamin C. Levine (admitted *pro hac vice*)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: (312) 902-5200
peter.wilson@katten.com
christian.kemnitz@katten.com
benjamin.levine@katten.com

*Counsel for Defendant GTS Securities LLC*

Kevin P. Broughel
Zoe Lo
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Phone: (212) 940-6343
Fax: (212) 940-8776
kevin.broughel@katten.com
zoe.lo@katten.com

*Counsel for Defendant Lime Trading Corp.*

Andrew G. Gordon
Audra J. Soloway
Jessica S. Carey
Alison R. Benedon

Marjorie J. Peerce
Lauren W. Engelmyer
Rushmi Bhaskaran
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019-5820
T:  (212) 223-0200
peercem@ballardspahr.com
engelmyerl@ballardspahr.com
bhaskaranr@ballardspahr.com

M. Norman Goldberger (admitted *pro hac vice*)
J. Chesley Burruss
Ballard Spahr LLP
1735 Market Street, 51st Fl.
Philadelphia, PA 19103
T:  215-665-8500
goldbergerm@ballardspahr.com
burrussc@ballardspahr.com

*Counsel for Defendant G1 Execution Services LLC*

Richard A. Edlin
Daniel P. Filor
Stephen Day
Greenberg Traurig, LLP
edlinr@gtlaw.com
filord@gtlaw.com
days@gtlaw.com

*Counsel for Defendant Instinet LLC*

Paul, Weiss, Rifkind, Wharton & Garrison LLP
agordon@paulweiss.com
asoloway@paulweiss.com
jcarey@paulweiss.com
abenedon@paulweiss.com

*Counsel for Defendant Virtu Americas LLC*