# KASOWITZ LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

STEPHEN W. TOUNTAS
DIRECT DIAL: (212) 506-1739
DIRECT FAX: (212) 500-3550
STountas@kasowitz.com

ATLANTA
BOULDER
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
WASHINGTON DC

August 11, 2026

**VIA ECF**

Hon. Gary Stein, U.S.M.J.
United States District Court, Southern District of New York

Re:  *Northwest Biotherapeutics, Inc. v. Canaccord Genuity LLC et al.*, No. 1:22-cv-10185
     Proposed Case Management Schedule

Dear Judge Stein:

We write for Plaintiff Northwest Biotherapeutics, Inc. ("NWBO"), consistent with the Court's order, to present a proposed case management schedule. *See* Dkt. 308. The parties were unable to reach agreement. Defendants shared a proposed schedule at 11:30 p.m. on August 5. NWBO provided its proposal the next morning, and the parties conferred the same day. Defendants offered no counterproposal until 4 p.m. today which, as discussed below, remains untenable. NWBO offered another proposal at approximately 6:30 p.m., which Defendants rejected. The parties' most recent proposals are provided below.

| Event | Prior Schedule | Defendants' Proposal | NWBO's Proposal |
|---|---|---|---|
| Substantial Completion of Defendants' Productions | N/A | September 18, 2026 | September 18, 2026 |
| Requests for Admission and Interrogatories | July 14, 2026 | October 2, 2026 | November 17, 2026 |
| Privilege Logs | N/A | September 18, 2026 | November 17, 2026 |
| Fact Discovery & Depositions | August 28, 2026 | October 30, 2026 | January 8, 2027 |
| NWBO Expert Disclosures (CVs and anticipated topics) | N/A | November 6, 2026 | February 22, 2027 |
| NWBO Expert Report(s) and Productions | N/A | November 30, 2026 | March 9, 2027 |
| Defendants' Expert Disclosures (CVs and anticipated topics) | N/A | December 11, 2026 | April 23, 2027 |
| Defendants' Expert Report(s) and Productions | N/A | January 4, 2027 | May 10, 2027 |
| Plaintiff's Rebuttal Expert Disclosures (CVs and anticipated topics) | N/A | None proposed | May 26, 2027 |
| NWBO's Rebuttal Expert Report(s) and Productions | N/A | None proposed | June 9, 2027 |

KASOWITZ LLP
August 11, 2026
Page 2

| Event | Prior Schedule | Defendants' Proposal | NWBO's Proposal |
|---|---|---|---|
| Expert Discovery & Depositions | November 27, 2026 | February 12, 2027 | July 9, 2027 |
| Motions for Summary Judgment | January 12, 2027 | March 26, 2027 | August 23, 2027 |

NWBO's proposed schedule adopts the relative deadlines and sequence of the previous case schedule, building off Defendants' most recent proposed substantial completion deadline. The exception is the expert discovery period, which NWBO submits requires a brief expansion as the scope of anticipated expert discovery has become clearer. NWBO's proposal is also consistent with the positions it communicated to Defendants on August 6, including that:[1]

- Defendants' truncated schedule appears premised on their unsupportable claim that they have already substantially completed productions. The Court has rejected this view (Dkt. 293 at 2), and Defendants have not produced documents in response to NWBO's search terms (nor have several Defendants provided hit counts) (*see* Ex. 1 at 10-13).

- The proposal Defendants sent on August 5 at 11:30 p.m. sought to require NWBO to serve RFAs and Interrogatories by August 7, despite Defendants' paltry productions and dilatory tactics on search terms.[2] *See, e.g.*, Dkt. 286 at 5[3]; Ex. 1 at 12, 20. Defendants' current proposal still does not afford sufficient time to review substantially completed productions before final written discovery is due, a marked departure from the previous schedule.

- Defendants do not provide for rebuttal expert reports.

- Defendants' privilege log deadline does not account for the significant volume of privileged materials implicated by Defendants' requested search terms.

Respectfully submitted,

Stephen W. Tountas

cc: All counsel of record (via ECF)

---

[1] The history of the parties' recent negotiations is reflected in Exhibit 1 hereto, which is an excerpt of correspondence beginning with Defendants' August 5 proposal. After Defendants updated their self-proposed substantial completion deadline, at 4 p.m. today, from August 21 to September 18, NWBO's proposal shifted accordingly. *See* Ex. 1 at 4-5 (chart reflecting historical proposals). While Defendants suggest they "compromise[d]" in their 4 p.m. proposal (*id.* at 6), Defendants' apparent adjustment towards NWBO's original proposed dates results more from extending their own deadline for document production than from movement towards appropriate relative deadlines (s*ee id.* at 3-4).

[2] Defendants' correspondence today reveals an apparent attempt to mask their August 5 proposal of an August 7 deadline for RFAs and interrogatories. *Compare* Ex. 1 at 20 (proposing Aug. 7), *with id.* at 6 (claiming Sep. 4 as Defendants' original proposal); *see also id.* at 11 (NWBO raises concerns with Defendants' two-day deadline).

[3] NWBO recently produced an additional 13,560 documents.