# EXHIBIT B

| | |
|---|---|
| **From:** | Mary Trainor |
| **Sent:** | Monday, July 27, 2026 5:30 PM |
| **To:** | Ted Ovrom; Miriam Bial; Christopher Goetz; Stephen W. Tountas; Andrew L. Schwartz; Andrew C. Bernstein; Daniel M. Furey; Alexa Devito |
| **Cc:** | William Burck; Avi Perry; Peter Fountain; Leigha Empson; Madeleine Zabriskie; jyoungwood@stblaw.com; shuhao.fan@stblaw.com; jacob.lundqvist@stblaw.com; Alison Sher; Alison.Draikiwicz@stblaw.com; Conor.Mercadante@stblaw.com; Shuhao Fan; meredith.karp@stblaw.com |
| **Subject:** | RE: Citadel Securities' 30(b)(6) Deposition Notice to NWBO |

Counsel,

We are again following up on our July 17 and July 21 emails regarding deposition scheduling.

- Please provide dates the week of August 10 when NWBO is available for its 30(b)(6) deposition.
- Please provide dates in the weeks of August 17 and 24 when Linda Powers, Samuel Powers, David Innes, Jean Davis, and Alton Boynton are available.

If you are unable to provide dates, we will notice these depositions for dates of our choosing.

Thank you,

Mary
**Mary Trainor**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016-7103
212-849-7481 Direct
212-849-7000 Main Office Number
860-377-5731 Mobile
212-849-7100 FAX
marytrainor@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Tuesday, July 21, 2026 8:49 PM
**To:** Miriam Bial <miriambial@quinnemanuel.com>; Christopher Goetz <CGoetz@kasowitz.com>; Mary Trainor <marytrainor@quinnemanuel.com>; Stephen W. Tountas <STountas@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Daniel M. Furey <DFurey@kasowitz.com>; Alexa Devito <ADevito@kasowitz.com>
**Cc:** William Burck <williamburck@quinnemanuel.com>; Avi Perry <aviperry@quinnemanuel.com>; Peter Fountain <peterfountain@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Madeleine Zabriskie <madeleinezabriskie@quinnemanuel.com>; jyoungwood@stblaw.com; shuhao.fan@stblaw.com; jacob.lundqvist@stblaw.com; Alison Sher <alison.sher@stblaw.com>; Alison.Draikiwicz@stblaw.com;

Conor.Mercadante@stblaw.com; Shuhao Fan <shuhao.fan@stblaw.com>; meredith.karp@stblaw.com
**Subject:** RE: Citadel Securities' 30(b)(6) Deposition Notice to NWBO

Counsel,

Following up again on deposition scheduling:

- Please provide dates the week of August 10 when NWBO is available for its 30(b)(6) deposition.
- Please provide dates in the weeks of August 17 and 24 when Linda Powers, Samuel Powers, David Innes, Jean Davis, and Alton Boynton are available.

Regards,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Miriam Bial <miriambial@quinnemanuel.com>
**Sent:** Friday, July 17, 2026 8:13 PM
**To:** Christopher Goetz <CGoetz@kasowitz.com>; Mary Trainor <marytrainor@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Stephen W. Tountas <STountas@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Daniel M. Furey <DFurey@kasowitz.com>; Alexa Devito <ADevito@kasowitz.com>
**Cc:** William Burck <williamburck@quinnemanuel.com>; Avi Perry <aviperry@quinnemanuel.com>; Peter Fountain <peterfountain@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Madeleine Zabriskie <madeleinezabriskie@quinnemanuel.com>; jyoungwood@stblaw.com; shuhao.fan@stblaw.com; jacob.lundqvist@stblaw.com; Alison Sher <alison.sher@stblaw.com>; Alison.Draikiwicz@stblaw.com; Conor.Mercadante@stblaw.com; Shuhao Fan <shuhao.fan@stblaw.com>; meredith.karp@stblaw.com
**Subject:** RE: Citadel Securities' 30(b)(6) Deposition Notice to NWBO

Chris,

To be clear, Citadel Securities has not withdrawn its 30(b)(6) notice. In light of NWBO's stated unavailability on July 21 and the Court's July 31 substantial-completion deadline, we agreed to reschedule the deposition and requested dates the week of August 10. We look forward to receiving those dates. We also renew our question as to when NWBO will serve written objections to the noticed topics.

On duration, as we said, we will work to minimize the length of the deposition but, given that there are six Defendants, we do not think a single seven-hour day will suffice.

**Miriam Bial**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7054 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
miriambial@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Christopher Goetz <CGoetz@kasowitz.com>
**Sent:** Friday, July 17, 2026 2:54 PM
**To:** Mary Trainor <marytrainor@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Stephen W. Tountas <STountas@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Daniel M. Furey <DFurey@kasowitz.com>; Alexa Devito <ADevito@kasowitz.com>
**Cc:** William Burck <williamburck@quinnemanuel.com>; Avi Perry <aviperry@quinnemanuel.com>; Peter Fountain <peterfountain@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Miriam Bial <miriambial@quinnemanuel.com>; Madeleine Zabriskie <madeleinezabriskie@quinnemanuel.com>; jyoungwood@stblaw.com; shuhao.fan@stblaw.com; jacob.lundqvist@stblaw.com; Alison Sher <alison.sher@stblaw.com>; Alison.Draikiwicz@stblaw.com; Conor.Mercadante@stblaw.com; Shuhao Fan <shuhao.fan@stblaw.com>; meredith.karp@stblaw.com
**Subject:** RE: Citadel Securities' 30(b)(6) Deposition Notice to NWBO

==**[EXTERNAL EMAIL from cgoetz@kasowitz.com]**==

Thank you.  We will treat the notice as withdrawn.  We will inquire with our client about their availability.  We are not consenting at this time to a duration beyond that set out in the Federal Rules.

**From:** Mary Trainor <marytrainor@quinnemanuel.com>
**Sent:** Friday, July 17, 2026 2:07 PM
**To:** Christopher Goetz <CGoetz@kasowitz.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Stephen W. Tountas <STountas@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Daniel M. Furey <DFurey@kasowitz.com>; Alexa Devito <ADevito@kasowitz.com>
**Cc:** William Burck <williamburck@quinnemanuel.com>; Avi Perry <aviperry@quinnemanuel.com>; Peter Fountain <peterfountain@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Miriam Bial <miriambial@quinnemanuel.com>; Madeleine Zabriskie <madeleinezabriskie@quinnemanuel.com>; jyoungwood@stblaw.com; shuhao.fan@stblaw.com; jacob.lundqvist@stblaw.com; Alison Sher <alison.sher@stblaw.com>; Alison.Draikiwicz@stblaw.com; Conor.Mercadante@stblaw.com; Shuhao Fan <shuhao.fan@stblaw.com>; meredith.karp@stblaw.com
**Subject:** RE: Citadel Securities' 30(b)(6) Deposition Notice to NWBO

Counsel,

We note your position that NWBO is unavailable on July 21. In light of the Court's order directing NWBO to substantially complete its document production by July 31, please let us know dates NWBO is available the week of August 10. While we will endeavor to keep NWBO's 30(b)(6) deposition to a single day, there are six Defendants,

3

and the deposition may require two days. Please confirm NWBO will make its 30(b)(6) witness(es) available accordingly.

With respect to objections, NWBO has now had the noticed topics for two weeks. Please advise when we can expect written objections.

We cannot agree at this time to a blanket commitment to forgo any future 30(b)(6) deposition of NWBO. Whether an additional or supplemental 30(b)(6) deposition is warranted will depend on the scope and adequacy of the witness's testimony on the topics we noticed.

We also intend to serve deposition notices on Linda Powers, Samuel Powers, David Innes, Jean Davis, and Alton Boynton. Please provide dates in the weeks of August 17 and 24 on which these individuals are available, and we will follow up with deposition notices. If we do not hear from you, we will notice these depositions for dates of our choosing.

Thank you,


Mary
**Mary Trainor**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016-7103
212-849-7481 Direct
212-849-7000 Main Office Number
860-377-5731 Mobile
212-849-7100 FAX
marytrainor@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Christopher Goetz <CGoetz@kasowitz.com>
**Sent:** Friday, July 17, 2026 10:53 AM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; Stephen W. Tountas <STountas@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Daniel M. Furey <DFurey@kasowitz.com>; Alexa Devito <ADevito@kasowitz.com>
**Cc:** William Burck <williamburck@quinnemanuel.com>; Avi Perry <aviperry@quinnemanuel.com>; Peter Fountain <peterfountain@quinnemanuel.com>; Mary Trainor <marytrainor@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Miriam Bial <miriambial@quinnemanuel.com>; Madeleine Zabriskie <madeleinezabriskie@quinnemanuel.com>; jyoungwood@stblaw.com; shuhao.fan@stblaw.com; jacob.lundqvist@stblaw.com; Alison Sher <alison.sher@stblaw.com>; Alison.Draikiwicz@stblaw.com; Conor.Mercadante@stblaw.com; Shuhao Fan <shuhao.fan@stblaw.com>; meredith.karp@stblaw.com
**Subject:** RE: Citadel Securities' 30(b)(6) Deposition Notice to NWBO

**[EXTERNAL EMAIL from cgoetz@kasowitz.com]**

Counsel,

4

Please confirm today whether you intend to withdraw this notice and discuss a suitable date and time through a meet and confer.  If you are unwilling to do so, please provide Citadel's availability to meet and confer today in advance of our anticipated motion for a protective order.

Regards,
Chris


Christopher Goetz
Kasowitz LLP
1633 Broadway
New York, NY 10019
Tel.   (212) 506-1982
Fax.  (212) 500-3588
CGoetz@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

**From:** Christopher Goetz
**Sent:** Monday, July 13, 2026 11:41 PM
**To:** 'Ted Ovrom' <tedovrom@quinnemanuel.com>; Stephen W. Tountas <STountas@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Daniel M. Furey <DFurey@kasowitz.com>; Alexa Devito <ADevito@kasowitz.com>
**Cc:** Gordon, Andrew <agordon@paulweiss.com>; Soloway, Audra J <asoloway@paulweiss.com>; Carey, Jessica <jcarey@paulweiss.com>; Benedon, Alison R. <abenedon@paulweiss.com>; William Burck <williamburck@quinnemanuel.com>; Avi Perry <aviperry@quinnemanuel.com>; Peter Fountain <peterfountain@quinnemanuel.com>; Mary Trainor <marytrainor@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Miriam Bial <miriambial@quinnemanuel.com>; Madeleine Zabriskie <madeleinezabriskie@quinnemanuel.com>; jyoungwood@stblaw.com; shuhao.fan@stblaw.com; jacob.lundqvist@stblaw.com; Alison Sher <alison.sher@stblaw.com>; Alison.Draikiwicz@stblaw.com; Conor.Mercadante@stblaw.com; Shuhao Fan <shuhao.fan@stblaw.com>; meredith.karp@stblaw.com; peter.wilson@katten.com; blevine@katten.com; christian.kemnitz@katten.com; kevin.broughel@katten.com; zoe.lo@katten.com; Leigh.brissenden@katten.com; edlinr@gtlaw.com; filord@gtlaw.com; barnesn@gtlaw.com; Stephen.Day@gtlaw.com; Goldberger, M. Norman <GoldbergerM@ballardspahr.com>; Peerce, Marjorie <PeerceM@ballardspahr.com>; Krabill, Laura E. <KrabillL@ballardspahr.com>; Engelmyer, Lauren <engelmyerl@ballardspahr.com>; Bhaskaran, Rushmi <bhaskaranr@ballardspahr.com>; Hayne, Kevin <haynek@ballardspahr.com>; Burruss, Chesley <burrussc@ballardspahr.com>
**Subject:** RE: Citadel Securities' 30(b)(6) Deposition Notice to NWBO

Counsel,

Defendants should confirm NWBO's availability prior to attempting to schedule a party deposition.  NWBO is unavailable on July 21st.  In any event, the parties must meet and confer in advance to discuss the overly broad topics for this deposition proposed by Defendants. We will provide our availability after we serve our written objections to these subjects.

As you are aware, NWBO's deadline to substantially complete its document productions is July 31st.  Please confirm that in seeking to proceed in the near term, you will not seek an additional 30(b)(6) deposition later in discovery.  We will only produce the witness once.

Regards,
Chris

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Thursday, July 2, 2026 2:03 PM
**To:** Stephen W. Tountas <STountas@kasowitz.com>; Andrew L. Schwartz <ASchwartz@kasowitz.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Daniel M. Furey <DFurey@kasowitz.com>; Alexa Devito <ADevito@kasowitz.com>; Christopher Goetz <CGoetz@kasowitz.com>
**Cc:** Gordon, Andrew <agordon@paulweiss.com>; Soloway, Audra J <asoloway@paulweiss.com>; Carey, Jessica <jcarey@paulweiss.com>; Benedon, Alison R. <abenedon@paulweiss.com>; William Burck <williamburck@quinnemanuel.com>; Avi Perry <aviperry@quinnemanuel.com>; Peter Fountain <peterfountain@quinnemanuel.com>; Mary Trainor <marytrainor@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Miriam Bial <miriambial@quinnemanuel.com>; Madeleine Zabriskie <madeleinezabriskie@quinnemanuel.com>; jyoungwood@stblaw.com; shuhao.fan@stblaw.com; jacob.lundqvist@stblaw.com; Alison Sher <alison.sher@stblaw.com>; Alison.Draikiwicz@stblaw.com; Conor.Mercadante@stblaw.com; Shuhao Fan <shuhao.fan@stblaw.com>; meredith.karp@stblaw.com; peter.wilson@katten.com; blevine@katten.com; christian.kemnitz@katten.com; kevin.broughel@katten.com; zoe.lo@katten.com; Leigh.brissenden@katten.com; edlinr@gtlaw.com; filord@gtlaw.com; barnesn@gtlaw.com; Stephen.Day@gtlaw.com; Goldberger, M. Norman <GoldbergerM@ballardspahr.com>; Peerce, Marjorie <PeerceM@ballardspahr.com>; Krabill, Laura E. <KrabillL@ballardspahr.com>; Engelmyer, Lauren <engelmyerl@ballardspahr.com>; Bhaskaran, Rushmi <bhaskaranr@ballardspahr.com>; Hayne, Kevin <haynek@ballardspahr.com>; Burruss, Chesley <burrussc@ballardspahr.com>
**Subject:** Citadel Securities' 30(b)(6) Deposition Notice to NWBO

==**ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**==

Counsel,

Please see attached.

Regards,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.