August 3, 2026

**MEMO ENDORSED**

Hon. Gary Stein, United States Magistrate Judge
United States District Court, Southern District of New York

Re:    *Northwest Biotherapeutics, Inc. v. Citadel Securities LLC*, No. 1:22-cv-10185
       <u>Request for Leave to File Reply In Support of Pre-Motion Conference Letter</u>

Dear Judge Stein:

Defendants respectfully request leave to file a reply in support of Defendants' Request for a Pre-Motion Conference Regarding Defendants' Anticipated Motion for Clarification or Reconsideration of the Court's July 10 Order (ECF 299). The proposed reply is attached hereto as **Exhibit A**.

Leave is warranted because NWBO's Opposition rests on new case law and new factual arguments Defendants have not had an opportunity to address. First, NWBO builds its Opposition around three specific trading-data examples—never before raised with Defendants—which it says cannot be explained without source code. As the proposed reply shows, each example either concerns activity outside the periods at issue or Defendants already produced the data NWBO claims to seek. None supports production of source code. Second, NWBO's principal authority, *CFTC v. Thakkar*, 18-cv-619 (N.D. Ill.), was cited for the first time in NWBO's Opposition. Contrary to NWBO's assertion, the code there was not produced in civil litigation, but instead in a pre-suit criminal investigation. A reply is therefore "appropriate here because [it would] respond[] to an argument raised by [NWBO] for the first time in [its] response to [Defendants' motion]." *Orient Express Container Co., Ltd. v. Bulb Basics LLC*, 2022 WL 4485214, at *4 n.2 (S.D.N.Y. Sept. 27, 2022).

Accordingly, pursuant to Section II(C)(2) of the Court's Individual Practices, Defendants request leave to file a reply in the form attached hereto as Exhibit A.

Respectfully submitted,

<u>/s/ *Peter H. Fountain*</u>
William A. Burck
Peter H. Fountain
Leigha Empson
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, New York 10016
Tel: 212-849-7000
Fax: 212-849-7100
williamburck@quinnemanuel.com
peterfountain@quinnemanuel.com
leighaempson@quinnemanuel.com

<u>/s/ *Lauren W. Engelmyer*</u> (with permission)
Lauren W. Engelmyer
J. Chesley Burruss
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019-5820
T: (212) 223-0200
engelmyerl@ballardspahr.com
burrussc@ballardspahr.com

Jonathan K. Youngwood
Meredith Karp
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
jyoungwood@stblaw.com
meredith.karp@stblaw.com

*Counsel for Defendant Citadel Securities
LLC*

M. Norman Goldberger (admitted *pro hac
vice*)
Ballard Spahr LLP
1735 Market Street, 51st Fl.
Philadelphia, PA 19103
T:  215-665-8500
goldbergerm@ballardspahr.com

*Counsel for Defendant G1 Execution Services
LLC*

/s/ *Peter G. Wilson* (with permission)
Peter G. Wilson
Christian T. Kemnitz (admitted *pro hac vice*)
Benjamin C. Levine (admitted *pro hac vice*)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: (312) 902-5200
peter.wilson@katten.com
christian.kemnitz@katten.com
benjamin.levine@katten.com

*Counsel for Defendant GTS Securities LLC*

/s/ *Richard A. Edlin* (with permission)
Richard A. Edlin
Daniel P. Filor
Stephen Day
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
edlinr@gtlaw.com
filord@gtlaw.com
days@gtlaw.com

*Counsel for Defendant Instinet LLC*

/s/ *Kevin P. Broughel* (with permission)
Kevin P. Broughel
Zoe Lo
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Phone: (212) 940-6343
Fax: (212) 940-8776
kevin.broughel@katten.com
zoe.lo@katten.com

*Counsel for Defendant Lime Trading Corp.*

/s/ *Andrew G. Gordon* (with permission)
Andrew G. Gordon
Audra J. Soloway
Jessica S. Carey
Alison R. Benedon
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
agordon@paulweiss.com
asoloway@paulweiss.com
jcarey@paulweiss.com
abenedon@paulweiss.com

*Counsel for Defendant Virtu Americas LLC*

cc:    All counsel of record

Application granted.  In addition, Plaintiff may file a sur-reply no longer than three pages, single-spaced, within three business days of this order.  SO ORDERED.

Date:   August 12, 2026

Gary Stein
United States Magistate Judge
Southern District of New York

3