**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., and VIRTU AMERICAS LLC, <br><br> *Defendants*. | Case No. 22-cv-10185 <br><br> <u>**NOTICE OF APPEARANCE**</u> |

PLEASE TAKE NOTICE that Andrew J. Rossman of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 295 Fifth Avenue, 9th Floor, New York, New York 10016, hereby appears on behalf of Defendant Citadel Securities LLC in the above-captioned matter.

I hereby certify that I am admitted to practice in the Southern District of New York.

Dated: August 13, 2026

By: */s/ Andrew J. Rossman*
Andrew J. Rossman
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue, 9th Floor
New York, New York 10016
Telephone: (212) 849–7000
andrewrossman@quinnemanuel.com

*Attorney for Defendant Citadel Securities LLC*