**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

NORTHWEST BIOTHERAPEUTICS,
INC.,

                                    Plaintiff,

                  -against-

CANACCORD GENUITY LLC, *et al.,*

                                 Defendants.
----------------------------------------------------------------X

                                 **22 Civ. No. 10185 (GHW) (GS)**

                                 <u>**VIDEO DISCOVERY**</u>
                                 <u>**CONFERENCE ORDER**</u>

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Discovery Conference on **<u>Tuesday, August 18, 2026 at 3:00 p.m.</u>** to discuss Dkt. Nos. 298 and 299 (Defendants' Motion for Clarification/Reconsideration) and Dkt. Nos. 314 and 315 (the parties' proposed schedules). Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: **Join the meeting now**.  **[Meeting ID: 224 442 010 773 09] [Passcode: qT6eZ9c5].**

        **SO ORDERED.**

DATED:     New York, New York
            August 13, 2026

                                   _____

                                   The Honorable Gary Stein
                                   United States Magistrate Judge