UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORTHWEST BIOTHERAPEUTICS, INC.,

Plaintiff,

v.

CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., AND VIRTU AMERICAS LLC,

Defendants.

Case No. 1:22-cv-10185 (GHW) (GS)

# DECLARATION OF SERGEY BOLBEROV

I, Sergey Bolberov, state that I am over 18 years of age, and declare, under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I understand that the Court has ordered Lime Trading Corp. ("Lime Trading") to submit a declaration answering the following questions: (1) whether Lime Trading did or did not engage in any algorithmic trading of Northwest Biotherapeutics, Inc.'s ("NWBO") securities during the relevant time period and (2) if Lime Trading did not do so, offer a detailed explanation on how the trading was conducted, as well as (3) discuss whether any algorithm or source code of Lime Trading's may have altered or affected the timing, price, volume, or any other characteristics of the client's orders.

2. I am Lime Trading's Chief Technology Officer since November 3, 2022. As Chief Technology Officer, I oversee and manage the technological aspects of Lime Trading's platform and have personal knowledge about Lime Trading's historical and current software capabilities, offerings, and use, including personal knowledge about the algorithms offered by Lime Trading to its customers as well as source codes used to route orders placed by customers.

3. I understand that NWBO alleges that Lime Trading traded NWBO securities between December 5, 2017 and August 1, 2022.

4. As a threshold matter, any NWBO trades attributed to Lime Trading dated prior to November 30, 2020, were placed by a wholly different company and registrant, Lightspeed Financial Services Group LLC (f/k/a/ Lime Brokerage LLC), and not Lime Trading Corp. Lime Trading can thus only speak to trading activity occurring after November 30, 2020.

5. Based on my review of Lime Trading's trading records, which have been produced to NWBO, and my personal knowledge of Lime Trading's trading architecture, Lime Trading did not engage in any algorithmic trading of NWBO at any point after November 30, 2020. Nor did Lime Trading use any algorithm or source code that altered or affected the timing, price, volume, or other similar characteristics of Lime Trading's client orders in NWBO.

6. Lime Trading is an agency-only broker. Because Lime Trading acts as an agency-only broker rather than a proprietary trading firm, Lime Trading does not engage in any proprietary trading of NWBO or other securities and has never traded NWBO securities for its own account, much less used any algorithms to do so.

7. As an agency-broker, Lime Trading focuses strictly on routing customer order flow to the U.S. equities and options markets, providing its customers with Direct Market Access ("DMA") to a variety of different U.S. equities and options markets.

8. The customer controls the orders in DMA trading. Lime Trading simply provides its customers with electronic connectivity to Lime Trading's system, allowing customers to send electronic orders through that system to an exchange or trading venue (otherwise known as a market center) without routing the orders through a broker-managed desk. The customer alone drives the order, selecting the order type, the market, order volume and limits. The customer also determines the timing and routing parameters and retains the ability to adjust or cancel orders as conditions change. This allows the customer to bypass a broker-managed desk, where decisions

about timing, routing, and execution strategy are handled by the desk. All orders entered are by customers, for their own accounts.

9. Lime Trading offers its customers access to algorithms that allow these customers to route and execute orders among certain stock exchanges based on various algorithmic specifications. However, Lime Trading does not offer these algorithms for trading over-the-counter ("OTC") securities. For purposes of this Declaration, OTC securities are securities that are not listed on a national securities exchange or Nasdaq.

10. NWBO was an OTC security between November 30, 2020, and August 1, 2022. Accordingly, Lime Trading did not offer these algorithms to customers for trading NWBO during that period, and none of Lime Trading's algorithms were used by customers for orders they entered for NWBO during that period.

11. Lime Trading's DMA customer order flow is routed by source code, but that source code does not alter the terms or conditions of any customer orders, or characteristics such as the order's timing, price, or volume. Lime Trading did not use algorithms in the routing of Lime Trading's customer order flow in NWBO to the U.S. equities and options markets between November 30, 2020 and August 1, 2022.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 9, 2026
New York, New York

/s/ ______________________
Sergey Bolberov