quinn emanuel trial lawyers | new york Simpson Thacher & Bartlett LLP

September 9, 2026

Hon. Gary Stein, United States Magistrate Judge
United States District Court, Southern District of New York

Re: *Northwest Biotherapeutics, Inc. v. Citadel Securities LLC*, No. 1:22-cv-10185
Motion to Seal

Dear Judge Stein:

Defendant Citadel Securities LLC ("Citadel Securities") respectfully moves, pursuant to Rule III(H)(2) of Your Honor's Individual Practices in Civil Cases, to file the Supplemental Declaration of Dan Yara ("Supplemental Yara Declaration") in redacted form on the public docket, with an unredacted version filed under seal.

In the Second Circuit, courts may exercise "discretion in determining whether good cause exists to overcome the presumption of open access to documents filed[.]" *Geller v. Branic Int'l Realty Corp.*, 212 F.3d 734, 738 (2d Cir. 2000). In evaluating a party's request to file under seal, courts balance the competing interests of the presumption of public access to judicial documents against "countervailing factors," including the "privacy interests of those resisting disclosure." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-120 (2d Cir. 2006). Protecting sensitive business information is among the "higher values consistently recognized by courts in this Circuit" as a "countervailing factor that can prevail over the presumption of public access." *CBF Industria de Gusa S/A v. AMCI Holdings, Inc.*, 2021 WL 4135007, at *4 (S.D.N.Y. Sept. 10, 2021) (internal quotations omitted).

The Supplemental Yara Declaration describes the design and operation of Citadel Securities' proprietary electronic trading systems, including how those systems process, route, and execute NWBO orders in the over-the-counter market. As set forth in detail in previous sealing motions regarding these same materials (ECF 298, 309), this information is among Citadel Securities' most valuable and closely guarded assets, and its disclosure would cause serious and irreparable competitive harm. Citadel Securities' privacy interest in this commercially sensitive information outweighs the presumption of public access to judicial documents: The material is technical and proprietary, of no legitimate public concern, and its confidentiality is precisely the kind of business interest that courts in this District routinely protect from disclosure.

This is a narrowly tailored request, as Citadel Securities does not seek to seal the Supplemental Yara Declaration in its entirety, but rather seeks only to prevent the disclosure of certain limited portions of the Declaration. Citadel Securities therefore respectfully requests that the Court permit the Supplemental Yara Declaration to be filed in its unredacted form under seal, and permit Citadel Securities to file a public version of the Supplemental Yara Declaration with narrowly tailored redactions.

Respectfully submitted,

*/s/ William A. Burck*
William A. Burck
Peter H. Fountain
Leigha Empson
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, New York 10016
Tel: 212-849-7000
Fax: 212-849-7100
williamburck@quinnemanuel.com
peterfountain@quinnemanuel.com
leighaempson@quinnemanuel.com

Jonathan K. Youngwood
Meredith Karp
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
jyoungwood@stblaw.com
meredith.karp@stblaw.com

*Counsel for Defendant Citadel Securities LLC*

cc: All counsel of record via ECF