# KASOWITZ LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

STEPHEN W. TOUNTAS
DIRECT DIAL: (212) 506-1739
DIRECT FAX: (212) 500-3550
STOUNTAS@KASOWITZ.COM

ATLANTA
BOULDER
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
WASHINGTON DC

September 14, 2026

**VIA ECF**

Hon. Gary Stein, U.S.M.J.
United States District Court, Southern District of New York

Re: *Northwest Biotherapeutics, Inc. v. Canaccord Genuity LLC et al.*, No. 1:22-cv-10185
Motion to Seal Opposition to Motions to Seal Affidavits of Yara and Verderese

Dear Judge Stein:

We represent Plaintiff Northwest Biotherapeutics, Inc. ("NWBO"). In accordance with Rule III(H)(2) of Your Honor's Individual Practices in Civil Cases, NWBO respectfully requests to file its forthcoming opposition (the "Opposition") to Defendants Citadel Securities LLC and Virtu Americas LLC's Motions to Seal the Affidavits of Robert Verderese and Dan Yara (the "Motions") under temporary seal with narrowly tailored redactions, subject to Citadel and Virtu's filing of sufficient justification to maintain sealing.

For the reasons stated in its Opposition, NWBO contends that neither the Motions nor the Opposition should be redacted. However, NWBO respectfully requests to file the Opposition under seal to ensure that if the Court grants the Motions, sealed information is not included in the Opposition. If the Court denies the Motions, NWBO asks that the Court deny this motion as well.

For the reasons stated above, NWBO respectfully requests to file the Motion under Seal.

Respectfully submitted,

Stephen W. Tountas

cc: All counsel of record (via ECF)