# KASOWITZ LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

STEPHEN W. TOUNTAS
DIRECT DIAL: (212) 506-1739
DIRECT FAX: (212) 500-3550
STOUNTAS@KASOWITZ.COM

ATLANTA
BOULDER
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
WASHINGTON DC

September 16, 2026

**VIA ECF**

Hon. Gary Stein, U.S.M.J.
United States District Court, Southern District of New York

Re: *Northwest Biotherapeutics, Inc. v. Canaccord Genuity LLC et al.*, No. 1:22-cv-10185
Motion to Seal

Dear Judge Stein:

We represent Plaintiff Northwest Biotherapeutics, Inc. ("NWBO"). In accordance with Rule III(H)(2) of Your Honor's Individual Practices in Civil Cases, NWBO respectfully requests leave to file under temporary seal Appendix A to NWBO's September 16, 2026 response to Defendants' September 9, 2026 submissions.

Appendix A contains detailed descriptions of materials Defendants have designated as "Highly Confidential" under the Stipulation and Protective Order in this action. *See* Dkt. 232.

NWBO takes no position on whether Appendix A should remain sealed.

Respectfully submitted,

Stephen W. Tountas

cc: All counsel of record (via ECF)