**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., AND VIRTU AMERICAS LLC,<br><br>Defendants. | Case No. 1:22-cv-10185 (GHW) (GS) |

**CERTIFICATE OF SERVICE**

I, Andrew C. Bernstein, hereby certify pursuant to 28 U.S.C. § 1746 that:

1. I submit this certificate of service in compliance with Section 6 of the ECF Rules and Instructions for the United States District Court for the Southern District of New York and the Court's Standing Order regarding Procedures for Access to and Service of Sealed Documents (25-mc-00421).

2. On September 16, 2026, Plaintiff's Letter Response to Defendants' Motion for Clarification or Reconsideration was filed under seal with the CM/ECF System for the Southern District of New York at Dkt. 347.

3. On September 17, 2026, my firm emailed a true and correct copy of the aforementioned filed document to counsel of record listed in the Appendix to this letter via email.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed in New York, New York on the 18th day of September, 2026.

*/s/ Andrew C. Bernstein*
Andrew C. Bernstein

**APPENDIX A: COUNSEL OF RECORD**

William A. Burck
Peter H. Fountain
Leigha Empson
Ted Ovrom
Quinn Emanuel Urquhart & Sullivan, LLP
williamburck@quinnemanuel.com
peterfountain@quinnemanuel.com
leighaempson@quinnemanuel.com
tedovrom@quinnemanuel.com

Jonathan K. Youngwood
Alison Draikiwicz
Meredith Karp
Simpson Thacher & Bartlett LLP
jyoungwood@stblaw.com
alison.draikiwicz@stblaw.com
Meredith.karp@stblaw.com

*Counsel for Defendant Citadel Securities LLC*

Richard A. Edlin
Daniel P. Filor
Stephen Day
Greenberg Traurig, LLP
edlinr@gtlaw.com
filord@gtlaw.com
Stephen.Day@gtlaw.com

*Counsel for Defendant Instinet LLC*

Marjorie J. Peerce
M. Norman Goldberger
Lauren W. Engelmyer
John Chesley Burruss
Rushmi Bhaskaran
Ballard Spahr LLP
peercem@ballardspahr.com
goldbergerm@ballardspahr.com
engelmyerl@ballardspahr.com
burrussc@ballardspahr.com
bhaskaranr@ballardspahr.com

*Counsel for Defendant G1 Execution Services LLC*

Peter G. Wilson
Christian T. Kemnitz
Benjamin C. Levine
Katten Muchin Rosenman LLP
peter.wilson@katten.com
christian.kemnitz@katten.com
benjamin.levine@katten.com

*Counsel for Defendant GTS Securities LLC*

Andrew G. Gordon
Audra J. Soloway
Jessica S. Carey
Alison R. Benedon
Paul, Weiss, Rifkind, Wharton & Garrison
agordon@paulweiss.com
asoloway@paulweiss.com
jcarey@paulweiss.com
abenedon@paulweiss.com

*Counsel for Defendant Virtu Americas LLC*

Kevin P. Broughel
Zoe Lo
Katten Muchin Rosenman LLP
kevin.broughel@katten.com
zoe.lo@katten.com

*Counsel for Defendant Lime Trading Corp.*