# EXHIBIT 1
# Filed Under Seal