# Exhibit A

**(filed under seal)**