**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.<br><br>Plaintiff,<br><br>- against-<br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLC, and VIRTU AMERICAS LLC,<br><br>Defendants. | Case No: 1:22-cv-10185-GHW<br><br>**NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

**PLEASE TAKE NOTICE** that as of September 30, 2026, Andrew L. Schwartz will no longer be associated with Kasowitz LLP, counsel for Plaintiff Northwest Biotherapeutics, Inc. Plaintiff respectfully requests that the Court grant Mr. Schwartz leave to withdraw as counsel for Plaintiff pursuant to Local Rule 1.4.

Kasowitz LLP shall remain counsel of record for Plaintiff. As such, granting the relief requested herein shall not delay any deadlines in or the disposition of this matter.

A proposed order granting Mr. Schwartz leave to withdraw is submitted herewith.

Dated: New York, New York
September 30, 2026

Respectfully submitted,

KASOWITZ LLP

By: */s/ Andrew L. Schwartz*

Andrew L. Schwartz
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
aschwartz@kasowitz.com

*Attorney for Plaintiff*