**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.<br><br>Plaintiff,<br><br>- against-<br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLC, and VIRTU AMERICAS LLC,<br><br>Defendants. | Case No: 1:22-cv-10185-GHW<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

Upon the motion of Plaintiff Northwest Biotherapeutics, Inc. for an order, pursuant to Local Civil Rule 1.4, for leave for Andrew L. Schwartz to withdraw as attorney of record; whereas Kasowitz LLP shall remain counsel of record for Plaintiff; and for good cause shown,

**IT IS ORDERED** that the motion is hereby granted and attorney Andrew L. Schwartz is hereby granted leave to withdraw as counsel of record for Plaintiff; and

**IT IS FURTHER ORDERED** that the Clerk of the Court is hereby respectfully requested to terminate attorney Andrew L. Schwartz from the docket and cease to send him notices in this matter.

Dated: October 5, 2026, 2026

Gary Stein

Hon. Gary Stein, U.S.M.J.