**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NORTHWEST BIOTHERAPEUTICS, INC.,

Plaintiff,

v.

CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., AND VIRTU AMERICAS LLC,

Defendants.

Case No. 1:22-cv-10185 (GHW) (GS)

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Upon the motion by Defendant G1 Execution Services LLC ("G1X") for an order pursuant to Local Civil Rule 1.4 for leave to withdraw as attorney of record; whereas Ballard Spahr LLP shall remain counsel of record for G1X; and for good cause shown:

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and attorney Laura E. Krabill is hereby granted leave to withdraw as counsel of record for G1X. The Clerk of Court is respectfully directed to terminate Laura E. Krabill from the list of active counsel in this case.

Dated: October 26, 2026

Gary Stein
The Hon. Gary Stein
United States Magistrate Judge